UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

TODD COURSER,

    Plaintiff,

v.

RADISSON HOTELS INTERNATIONAL, INC., et al.,

    Defendants.

_____/

Hon. Gordon J. Quist

Case No. 1:18-cv-1232-GJQ-PJG

## **OMNIBUS ORDER**

This matter is before the Court on Defendants' motions for protective orders relating to certain deposition notices. (ECF No. 104, 109, 115). Plaintiff has responded. (ECF No. 125, 129, 134). Also, before the Court are Plaintiff's motion for sanctions (ECF No. 111), and Defendants' motion to adjourn certain dates in the Case Management Order (ECF No. 117). The opposing parties have responded. (ECF No. 132, 137).

The Court conducted a hearing today on the above-referenced motions, at which counsel for all parties appeared. Having considered the parties' oral and written submissions, and for the reasons stated on the record, the Court rules as follows:

- Defendants' motions for protective orders (ECF No. 104, 109, 115) are **GRANTED**.  Further,

    **IT IS ORDERED** that the depositions at issue shall be taken at either the witness's place of residence or usual place of employment.

    **IT IS FURTHER ORDERED** that Defendants shall, within seven days of the date of this Order, provide Plaintiff with the names of each of the Rule 30(b)(6) witnesses.

    **IT IS FURTHER ORDERED** that counsel shall confer in good faith to set dates and times for these depositions.

- Plaintiff's motion for sanctions (ECF No. 111) is **DENIED**.

- Defendants' motion to adjourn dates in the Case Management Order (ECF No. 117) is **GRANTED**.  Further,

    **IT IS ORDERED** that the following deadlines are extended, as indicated:

    - Discovery Deadline:            October 30, 2020
    - Dispositive Motion Deadline:   November 13, 2020
    - Final Pretrial Conference:     May 19, 2021 at 2:00 p.m.

**IT IS SO ORDERED.**

Date: August 20, 2020                                  /s/ Phillip J. Green
                                                       PHILLIP J. GREEN
                                                       United States Magistrate Judge