UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TODD COURSER

    Plaintiff

v.

RADISSON HOTELS INTERNATIONAL, INC., a Delaware corporation, RADISSON GROUP, INC., a Minnesota corporation, CARLSON REZIDOR HOTEL GROUP, an international partnership, BLOCK 100 LIMITED PARTNERSHIP, a Michigan limited partnership, and WINEGARDNER & HAMMONS, INC., an Ohio corporation, and WINEGARDNER & HAMMONS HOTEL GROUP, LLC, a Delaware limited liability company.

    Defendants.

Case No. 1:18-cv-01232

HON. GORDON J. QUIST

Magistrate: HON. PHILLIP J. GREEN

MATTHEW S. DePERNO (P52622)
DePERNO LAW OFFICE, PLLC
Attorney for Plaintiff
951 W. Milham Ave.
P.O. Box 1595
Portage, MI 49081
(269) 321-5064
matthew@depernolaw.com

ANTHONY J. KOSTELLO (P57199)
VANDEVEER GARZIA, P.C.
Attorneys for Defendants Radisson Hotels International Inc., Radisson Group, Inc., Carlson Rezidor Hotel Group, Block 100 Limited Partnership, Winegardner & Hammons, Inc. and Winegardner & Hammons Hotel Group LLC
840 West Long Lake Road, Suite 600
Troy, MI 48098
(248) 312-2800/(248) 879-0042 (fax)
akostello@vgpclaw.com

_____/

**STIPULATED ORDER ADJOURNING CASE MANAGEMENT ORDER**

This matter having come before the Court upon the stipulation of the parties, the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the Case Management Order dates are adjourned 60-days as follows due to the continuing issues with travel and gathering as a result of COVID-19 pandemic that have been exacerbated by the recent increase in cases in the Midwest, thereby preventing the parties from completing necessary depositions:

| | |
|---|---|
| Discovery Completed by: | March 31, 2021; |
| Dispositive Motions filed by: | April 16, 2021; and |
| Final Pretrial Conference | date to be determined. |

Date: January 22, 2021

　/s/ Gordon J. Quist　　　　　　　　　
HON. GORDON J. QUIST
United States District Court Judge

Stipulated and agreed:

*/s/ Matthew S. DePerno*　　　　　　
MATTHEW S. DePERNO (P52622)
DePERNO LAW OFFICE, PLLC
Attorney for Plaintiff


*/s/ Anthony J. Kostello*　　　　　　
ANTHONY J. KOSTELLO (P57199)
VANDEVEER GARZIA, P.C.
Attorney for Defendants