UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

TODD COURSER,

       Plaintiff,

v.

RADISSON HOTELS INTERNATIONAL,
INC. et al.,

       Defendants.
_____/

Case No. 1:18-CV-1232

HON. GORDON J. QUIST

## ORDER

The parties have filed another stipulation requesting that the Court extend the discovery and dispositive motion deadlines and reschedule the final pretrial conference. (ECF No. 168.) This is the fifth such stipulation that the parties have filed since March 2020. (ECF Nos. 93, 101, 151, 159, 165.) In the majority of these stipulations, the parties state that the COVID-19 pandemic is preventing them from "completing the necessary depositions." The Court appreciates the logistical problems that the pandemic has caused for completing discovery. The Court also understands that the parties have disagreed on where to take some of the depositions and who can appear remotely. However, this is the Court's only case where the parties have needed repeated extensions because they have been unable to take depositions. The Court will grant this current stipulation and proposed order but fully expects the necessary depositions to be completed by May 28, 2021.

Accordingly, **IT IS HEREBY ORDERED** that the Case Management Order is amended as follows:

    Discovery Completed by:    May 28, 2021

    Dispositive Motions filed by    June 18, 2021; and

   Final Pretrial Conference:   date to be determined.

  **IT IS SO ORDERED**.

Dated: March 30, 2021         /s/ Gordon J. Quist
                  GORDON J. QUIST
              UNITED STATES DISTRICT JUDGE