UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

Todd Courser,

    Plaintiff,

v.

Radisson Hotels International, Inc., et al.,

    Defendants.

_____/

Hon. Gordon J. Quist

Case No. 1:18-cv-1232-GJQ-PJG

## ORDER

This matter is before the Court on Defendants' Emergency Second Motion for Protective Order and to Quash Notices of Deposition. (ECF No. 172). Plaintiff has responded. (ECF No. 175). The Court scheduled a hearing for today. (Notice, ECF No. 176). Defendants filed a reply brief without seeking leave of Court, as required by the Court's local rules. *See* W.D. Mich. LCivR 7.3(c). Accordingly, the reply brief is hereby **STRICKEN**.

    **IT IS SO ORDERED.**

Date: June 7, 2021

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge