UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

TODD COURSER,

    Plaintiff,

v.

RADISSON HOTELS INTERNATIONAL, INC., et al.,

    Defendants.

_____/

Hon. Gordon J. Quist

Case No. 1:18-cv-1232-GJQ-PJG

## ORDER

This matter is before the Court on Defendants' Emergency Second Motion for Protective Order and to Quash Notices of Deposition. (ECF No. 172). Plaintiff has responded. (ECF No. 175). The Court conducted a hearing for today at which all parties were represented. (Minutes, ECF No. 179). Having considered the parties' oral and written submissions, and for the reasons stated on the record, the motion is **GRANTED**. Accordingly,

**IT IS ORDERED** that the notices of deposition (copies of which were filed at ECF No. 172-1, 172-2, and 172-3) are hereby **QUASHED**.

    **IT IS SO ORDERED.**

Date: June 7, 2021

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge