UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TODD COURSER

    Plaintiff

v.

RADISSON HOTELS INTERNATIONAL, INC., a Delaware corporation, RADISSON GROUP, INC., a Minnesota corporation, CARLSON REZIDOR HOTEL GROUP, an international partnership, BLOCK 100 LIMITED PARTNERSHIP, a Michigan limited partnership, and WINEGARDNER & HAMMONS, INC., an Ohio corporation, and WINEGARDNER & HAMMONS HOTEL GROUP, LLC, a Delaware limited liability company.

    Defendants.

_____/

Case No. 1:18-cv-01232

HON. GORDON J. QUIST

Magistrate: HON. PHILLIP J. GREEN

## **STIPULATED ORDER EXTENDING DEADLINE TO RESPOND TO MOTIONS FOR SUMMARY JUDGMENT**

1. Defendants have filed three (3) motions for summary judgment on June 18, 2021 [ECF Nos. 181, 182, and 183].

2. Plaintiff's responses are due on July 16, 2021.

3. Plaintiffs needs an additional seven (7) days to complete the response, making Plaintiff's response due on July 23, 2021.

4. Defendants' reply briefs will be due on August 13, 2021

NOW THEREFORE, this matter having come before the Court upon the stipulation of the parties, the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the Plaintiff's deadline to respond to Defendants' motions for summary judgment [ECF Nos. 181, 182, and 183] is extended to July 23, 2021. Defendants' reply briefs will be due on or before August 13, 2021.

Date: July 20, 2021 /s/ Gordon J. Quist
HON. GORDON J. QUIST
United States District Court Judge

Stipulated and agreed:

*/s/ Matthew S. DePerno*
MATTHEW S. DePERNO (P52622)
DePERNO LAW OFFICE, PLLC
Attorney for Plaintiff

*/s/ David B. Timmis*
DAVID B. TIMMIS (P40539)
DAVID Q. HOUBECK (P77002)
VANDEVEER GARZIA, P.C.
Attorney for Defendants