# Exhibit 2

## Part 1

**Police Report with extortion texts**

**Michigan Department of State Police**

**ORIGINAL INCIDENT REPORT**

| | |
|---|---|
| ORIGINAL DATE<br>Fri, Aug 14, 2015 | INCIDENT NO.<br>034-0004109-15 (LA) |
| TIME RECEIVED<br>1146 | FILE CLASS<br>21000 |

| WORK UNIT<br>MSP LAPEER | COUNTY<br>Lapeer |
|---|---|

| COMPLAINANT<br>TODD ANTHONY COURSER | | | TELEPHONE NO. | |
|---|---|---|---|---|
| ADDRESS: STREET AND NO.<br>3110  MURPHY LAKE ROAD | CITY<br>SILVERWOOD | STATE<br>MI | ZIP CODE<br>48760- | |
| INCIDENT STATUS<br>Open | | | | |

# REPORT OF EXTORTION

**SUMMARY:**

On 08-14-15 at approximately 1130 hours, the complainant came into the MSP Lapeer Post for a report that he was receiving texts messages from an unknown person, and that this person was attempting to "blackmail" him by threatening to release information to the media reference an affair he had with a co-worker. The complainant, Todd Courser, is a Michigan State Representative- Lapeer. The person he reported to have an affair with and who is directly involved with in this incident is also a Michigan State Representative- Plainwell named Cindy Gamrat. I interviewed Rep. Courser at the Post on this date.  See below for further on the investigation.

**VENUE:**

LAPEER COUNTY , LAPEER CITY
975 S MAIN ST
MSP Lapeer Post 34

**DATE & TIME:**

FRI, MAY 01, 2015 AT 0900- FRI, AUG 14, 2015

**COMPLAINANT:**

NAM: TODD ANTHONY COURSER

| | | | |
|---|---|---|---|
| | | RAC: W | ETH: O |
| NBR: 3110 | DIR: | SEX: M | OPS: MI/C626799067605 |
| STR: MURPHY LAKE | | DOB: 08/02/1972 | SSN: |
| SFX: ROAD | | HGT: 5'11" | SID: |
| CTY: SILVERWOOD | ST: MI | WGT: 195 | FBI: |
| TXH: | ZIP: 48760 | HAI: BLK | MNU: |
| TXW: | | EYE: BLU | PRN: |
| MB: (810)423-3376 | | | |

**INTERVIEW COMPLAINANT:**

The following interview was recorded by audio and video in the interview room at the MSP Lapeer Post. The door to the interview room was left unlocked and open during the interview. Below is the interview with the complainant, Todd Courser. The interview began at approximately 1146 hours and concluded at 1419 hours.

Courser advised that he was being "blackmailed" by text messages. I advised that the MSP can temporarily seize his phone. I spoke with Courser on the process for searching his phone.

| PAGE<br>1 of 13 | INVESTIGATED BY<br>TPR CAVNER #427 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

**Michigan Department of State Police**

ORIGINAL INCIDENT
REPORT

| | |
|---|---|
| ORIGINAL DATE | INCIDENT NO. |
| Fri, Aug 14, 2015 | 034-0004109-15 (LA) |
| TIME RECEIVED | FILE CLASS |
| 1146 | 21000 |

Courser advised that he ran for state representative and created a lot of enemies along the way. He advised that he is a "very liberal/conservative guy". Courser advised he was sworn in during the month of January 2015. Right away there were issues with surveillance and monitoring out of Lansing. I asked what he meant by surveillance, and he advised it was a "bowl" as if everyone is watching. He has been married for 18 years and admits that an affair took place. He stated "They" figured it out. "Whoever they are". The affair took place at the beginning of the year. Courser advised that these people started texting sometime in May. He deleted some of the first messages and ignored them afterward because they were "Whatever" and "They were garbage". May 19th is the date of the first text message that is still on his phone. "I think there was more, but I think I deleted them", Courser states. Courser showed some of the messages to me during the interview and read the messages from his phone. The first message is from May 19th. The first text messages mentioned that it was a "burner phone" and that Cindy was "great under the sheets however you (Courser) have no stamina.. silence can be very deadly." Courser advised that this was "weird" and that he ignored it by never responding. On the 20th, this unknown person names Courser's mother, Joe, Dan, and Fon and states it could be disastrous to your career and your family. Courser advised that he just got back from DC at this time. He read the texts stating that "I thought you two were going to be alone but you dragged your family along and cost me $1200." The texts continued and Courser advised that it said "Todd, have your phone swept. Why do you only have 4 vets? We're everywhere". I asked what it is referencing, and Courser advised that it "was a piece of legislation where I was having a conversation with my phone, and so he was letting me know that I could hear you." Courser advised that it was "creepy", and he had no idea who this person was that was texting him. Courser stated "Hell no" when I asked if he knew who it was that was texting him.

Courser read another text "What are they going to do to defeat you when you're an incumbent? They won't need $150,000, they have me". Courser advised that this person was letting him know that the surveillance was there. Courser advised that this person goes into it further detail later on stating that there are emails, texts, audio, and video. Courser continued reading "Messages will come from a different number soon. This one is getting dumped. Nobody's asked what my intentions are... what I want.. odd?" Courser advised "before these texts start, my mother knows about the affair and at this moment I am telling my wife." At that time, Courser advised he was trying to figure out how. Courser advised that he was telling them prior to receiving the text messages.

Courser continued reading "I don't have a desire to destroy families. I don't give a rat's ass about politics. Vaupel sucks though. You both know that I hold significant evidence of your affair." Courser advised me that she (Cindy) is at this point getting similar texts. Courser states that sometime around the 20th or 21st of May, his brother was also getting the same texts. I asked him again when his brother was receiving the texts and he stated he thinks it was the 21st or 22nd. Courser advised at that time, all his family knows about the affair. Courser continued reading "Relax.. I'm not leaking anything yet. Pay people better to keep quiet. I pay them better for info.. Radisson". Courser advised that this person was referring to the Radisson hotel in Lansing. He read, "Let me make this crystal clear. I need some open dialogue. I've heard from you, Cindy. Courser advised that Cindy had responded to the messages she was receiving. Courser then mentioned that Cindy was having a press conference on this date, and that it was going to blow up around the world.

He continued reading, "Better tell Todd to man up. As long as I'm appeased, my cargo will never reach port so to speak. Can I please get a confirmation?" Courser advised that he never responded or confirmed to the text. Courser continued reading "Good afternoon, contrary to what you may think, I have other cases I'm working."

| PAGE | INVESTIGATED BY | | REPORTED BY | | REVIEWED BY |
|---|---|---|---|---|---|
| 2 of 13 | TPR CAVNER #427 | | | | |

WIN000002

| Michigan Department of State Police | ORIGINAL DATE | INCIDENT NO. |
|---|---|---|
| | Fri, Aug 14, 2015 | 034-0004109-15 (LA) |
| ORIGINAL INCIDENT | TIME RECEIVED | FILE CLASS |
| REPORT | 1146 | 21000 |

Courser paused and said that he believes he told his wife around this time or was thinking about talking to his wife about the affair. He continued reading, "Todd, go to your weekend retreat. Enjoy this last holiday as a state employee. Big changes next week kids as I change the political landscape. You both can prevent this really. You never asked how. I can show your whereabouts when not in session, meetings or together. Those whereabouts do not include seedy alleys in Lansing having sex with men Todd. Grow up. I sell non- fiction, you however spin fairy tales and fiction. That email can't find another inbox... Oh, change your passwords too. Dumb.." Courser stopped and advised that this was significant because this unknown texter had known his information.

Courser advised that it was only by text messages. He advised he was trying to decide who this person is and he suspected his staff. Two staffers were with him for a long time but he was wondering who it could have been in his staff. He advised he was changing his passwords, afraid that they had the information because his staffers have access to all the relevant information. Courser advised in doing so, "The guy is still giving me indication that he is doing these things". I asked him if he received any suspicious emails or anything to connect his staff and he advised "No".

Courser advised at this time he decided to send out an email as a "misdirection" and also known as a "false flag email". This email involved a lot of very "lewd conduct". Courser advised that he has already admitted to sending it and the public knows all about it. Courser sent it out and see where it came back. He had a conversation with one staffer and found out that he had audio recorded it. He advised that there were a lot of gaps and pauses in it. He advised the public is only getting a portion of what was actually said. Courser advised that he went back and forth with this staffer to try to see whether he was on the "same team or not". I asked if this was a face to face conversation and he advised that is was and took place at his office in Lapeer at 10pm on the 19th. Courser advised everything in the email that he had sent out previously that all of it was not true. Courser advised that this staffer does contract work out of Coursers office. He advised that the staffer had recorded the conversation without his knowledge. Courser advised that what it sounded like on this audio tape was that he was trying to persuade the staffer to send out the email but when in fact Courser was trying to find get the staffer to admit that he is involved in the "blackmailing plot". The public doesn't know that. They believe its just a cover up. Courser advised that his family already knew so that it didn't make sense that he would that.

Courser began reading more texts "I'm letting everybody off the hook... on one condition only. You resign Todd, Tuesday. Mention your health, your new found family bond. Do not mention Cindy at all. Call me karma. This is for the others too!" Courser advised me that this person is sending the same exact texts to his brother as well. Courser advised that he doesn't get group texts on his phone. Courser advised that his brother went back and forth with the texts and responded several times to this unknown person. Courser advised that he never responded to the texts and only received them.

Courser read "Rise and resign Todd.. rise and resign day." Courser commented that it was about referencing his family and health. He continued reading "Good morning, hope you found your soul- searching weekend peaceful." Courser advised that only one of his staffers knew that he has health issues. He stated that recently he has been going through testing but didn't say specifically what the health issues were. Courser advised that he brought each staffer in individually and have interviews with them. Courser advised that the one staffer had a lot of "stuff" on him that includes video, audio, etc. Courser advised that he believes he knows of five

| PAGE | INVESTIGATED BY TPR CAVNER #427 | | REPORTED BY | REVIEWED BY |
|---|---|---|---|---|
| 3 of 13 | | | | |

| Michigan Department of State Police | ORIGINAL DATE<br>Fri, Aug 14, 2015 | INCIDENT NO.<br>034-0004109-15 (LA) |
|---|---|---|
| ORIGINAL INCIDENT<br>REPORT | TIME RECEIVED<br>1146 | FILE CLASS<br>21000 |

possible suspects. Courser continued reading and a media reporter's name was listed, Tim Skubick. Courser advised that he had not talked with Skubick at all about the matter. The person sending these texts advised that Skubick was questioning the authenticity of some of the audio.

I asked Courser when the audio and information was released to the public and he advised Friday, 08-07-15. Courser advised that it started in May and continued until this month. Courser advised that in the texts it mentioned the use of an anonymous source. Courser stated that Skubick wouldn't be that way and would get the exact facts to back up his stories.

Courser advised that at this time he was trying to figure out who this person is and was talking to his wife about the situation. Courser advised that Cindy had no idea and advised the five people that he had put together as being suspects was what he had "surmised" as being the persons of interest.

Courser mentioned about tracking the phone number and he stated that the phone number was not active any more. I asked if he had checked into the phone number and looked into the matter. Courser advised that he had already been to the FBI but they were telling him to come to the Michigan State Police. I asked him again if anyone else has looked into the matter and he failed to answer my question. Courser proceeded to advise that the "reason I didn't come to you guys sooner, Cindy went to the Capital Police thinking that they were going to hand it off to the Michigan State Police but they didn't. They turned it over to the Speaker's Office. I asked when did she report it to the Capital Police and he advised that he believed it was on Friday, August 7th. Courser stated he didn't know the details on this.

He continued reading the texts from the unknown person that there was video evidence, etc and the texter requested Courser to call a personal cell number of: 517-643-0013. Courser said he never called or contacted this number.  He continued reading the texts "Uh oh! Good luck! Just got back to the states and heard the news. Wow.. firing staff!" Courser advised that he fired two staffers. One was his staffer and another was Cindy's staffer. Courser advised that sometimes they would share staffers and these two were shared. Courser advised that the media was saying that there were misuse of state funds and the staffers had been fired. Speaker of the state house has said that there needs to be an investigation. Courser stated the Speaker's Office was informed by these staffers that there was a conversation that took place of which Courser stated never happened on state time or state property with someone he thought he was friend's with. Courser advised that the Speaker's Office was in a soft spot and was trying to save their own credibility because they didn't have any knowledge but they met with them days later. Courser continued reading the texts and the texter advised that he had seen Courser at the Great Lakes Crossing and advised that "you guys are easy and idiots". The texts continued advising that this texter was meeting with the Speaker of the House. Courser advised that he believed this unknown texter had some "connections". Courser advised that the texter continued and advised that he was speaking to Keith, Ben, and Joe. I inquired about who Keith and Ben were. Courser advised that Keith was a chief of staff and one of the two that was fired. Ben was a general staffer and let go at the same time Keith was let go.

Courser advised that Ben was intentionally taping him. Courser proceeded to name a civil case and mentioned that taping without the other's knowledge may be illegal. Courser then answered my questioning reference Keith and Ben. Courser advised of another staffer being Joshua Kline who resigned. Courser advised that Ben and Joshua had a partnership in his office. I asked if he knew that they were possible suspects and Courser

| PAGE<br>4 of 13 | INVESTIGATED BY<br>TPR CAVNER #427 | | REPORTED BY | REVIEWED BY |
|---|---|---|---|---|

| Michigan Department of State Police | ORIGINAL DATE<br>Fri, Aug 14, 2015 | INCIDENT NO.<br>034-0004109-15 (LA) |
|---|---|---|
| ORIGINAL INCIDENT<br>REPORT | TIME RECEIVED<br>1146 | FILE CLASS<br>21000 |

advised that they were 3 of the 5 suspects. Courser advised that all three, Ben; Keith; and Joshua, were very close. Courser advised of David Forsmark who joined partnership with the previously mentioned three.

Courser made a trip to Washington DC prior to the texting in the month of April. Courser advised that the previously mentioned four were all political operatives. Courser advised that they were fired because they were incompetent. Courser advised that Joseph Gamrat was friends with all them.

Courser advised that nothing was done through email or facebook or social media. He then noted that he believes we will only be able to get testimony from others.

Courser then advised that Ray Kline had approached him on facebook messaging. Kline wanted to sit down with Courser and meet with him. Kline reportedly had sensitive information about Courser. Courser never met with him.
Courser stated that another person named Larry Moyer had done the same as Kline. Courser noted that Kline was attempting to be specific about certain incidents and that they had communicated back and forth enough to be suspicious that he may have something. Courser suspected Larry Moyer and Ray Kline as being possible suspects.

Courser advised that the texts somehow link between the five or so persons he suspected. He believes they may be involved due to the fact that they had access to his personal information as staffers.

Courser noted that his phone number was pretty well known world wide and that it was not considered to be private.

Courser read more texts stating that his (Courser's) wife had an affair before he did. Courser advised that he had no idea what that is about. Courser advised that the next texts stated "I may need some funds. Offer to help?"

Joseph Gamrat's phone number was listed in the next text being: 260-504-6649. Courser advised that in the texts, the texter names Dan and Tim as being possibly linked to the phone number. Dan being Courser's brother and Tim being Cindy's brother in law. Courser advised that he found out it was Joseph's TX.

Courser then advised that the only person that has heard the audio was Joseph Gamrat. Courser advised that he doesn't know what the audio is. He advised that Cindy told him about the audio of being some conversations and then "illicit sounds" and that Joseph had heard the audio. Courser advised Cindy told him at the beginning of the affair.

Courser read the final texts from his phone being on August 7th: "Amazing.. what would have happened if you simply listened.. too late.. kaboom..." The texter asks for both Todd and Cindy to resign and mentions "Chad". Courser advised that "Chad" is the reporter that broke the audio from Ben to the media. The texter states that Ben has pictures and video, some being "steamy" and tells Courser to resign now or it will be released.

Courser advised Keith and Ben had confirmed that Courser's office had been wire tapped. They told a staffer, Ann Hill, who is a staffer for Gamrat.

| | INVESTIGATED BY<br>TPR CAVNER #427 | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| PAGE<br>5 of 13 | | | |

WIN000005

| Michigan Department of State Police | ORIGINAL DATE | INCIDENT NO. |
|---|---|---|
| | Fri, Aug 14, 2015 | 034-0004109-15 (LA) |
| ORIGINAL INCIDENT REPORT | TIME RECEIVED | FILE CLASS |
| | 1146 | 21000 |

I asked if the texts had skipped any months or if they were continuous. Courser advised that he didn't think they did but advised they "slowed down some in July some". Courser advised he took photos of each of the texts including his brother's.

I advised Courser that we could seize the phone temporarily but he did not want to leave the phone with the Post. Courser advised that he would like to be along side the computer tech when the download and search is being completed.

Courser advised that there was no mention of a threat involving money other than that which was mentioned above on July 21st. Courser inquired about a charge of extortion or similar charge involving a public official. Courser advised that he has not consulted with his lawyer at all. Courser advised there has been no other threat than that of someone releasing information to the public about his affair with Cindy.
Courser advised that he had some people look at the phone number from the unknown texter. He advised that a name of "Renee Leech" had come up. I asked him if he has had anyone look into the matter I.E. private investigator. Courser advised "No".

Courser attempted to find the person that checked the number but couldn't locate his information on his phone during this time of the interview. Courser advised that he did not do any checking whatsoever and that the whole world had checked it out.

In summary for the initial part of this interview, I inquired about when the family found out about the affair and incident. Courser advised that it was either just before May 19th or just after May 19th. Courser advised that he just couldn't get his dates right.

Courser advised that his brother emailed him the texts that he received on his phone.

Courser stated that if someone looks at this whole story, it looks like its all made up. "Its totally made up... but the problem is, it happened".

I asked him if he had the false flag email and Courser advised that he can provide a copy. Courser advised that there are probably a "kernal" of truth in the email but for the most part it is a lie. The initial portion of the interview was concluded by a summary and clarification of what was discussed.

I asked Courser if he wanted to make a voluntary statement but he denied and wanted time to type up the statement for a later date.

He also wanted to advise that a name of Renee Leech was brought to his attention by a person on Facebook but didn't provide any further information on it. He attempted to access facebook at the Post but could not receive a connection. I stepped out of the interview room at approximately 1250 hours and returned at approximately 1334 hours.

I asked Courser if he was willing to temporarily turn over his cell phone so that the Computer Crime Unit would be able to pull the text messages and facebook messages in question off from the phone. Courser

| PAGE 6 of 13 | INVESTIGATED BY TPR CAVNER #427 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

WIN000006

| Michigan Department of State Police | ORIGINAL DATE | INCIDENT NO. |
|---|---|---|
| | Fri, Aug 14, 2015 | 034-0004109-15 (LA) |
| **ORIGINAL INCIDENT REPORT** | TIME RECEIVED | FILE CLASS |
| | 1146 | 21000 |

responded with "I don't know what you are thinking but could you be without your phone for two weeks?" I explained again what the process would be in seizing the phone. Courser advised that "I am not giving you my phone. With all that has happened...Someone could put something on it". I advised him that we all could lose our jobs if that was to happen and he responded, "There is no way I could prove that it didn't happen". Courser advised that he wanted to sit down next to the computer tech while he was downloading the phone. Courser did not want to leave the phone without him being present. Courser advised that he has been living in surveillance for 6 months and didn't want to turn over the phone.

I asked about Renee Leech again and he advised that someone did a search online but doesn't know who. Courser advised that he was approached at an event by a person that located this name online. Courser does not know who this person was that approached him. Courser advised that he was at a lot of events and could not remember. Courser advised that he will track down the name but if we were to search ourselves that we could find it.

Courser advised that another hispanic male name was brought to his attention after speaking with a Jeff Phillips who is a facebook friend. Courser advised that he is only a friend from the Kingston or Caro area. He did a search and the number came back to this name. It is unknown where the search was completed.

Courser advised that Jeff Phillips approached him on Facebook and found the name as noted above. Courser advised that he found this around the time of August 7th, 2015. Courser advised that Jeff was a "phone guy". Courser stated that he didn't look it up because that's the reason he is coming to the State Police.

I inquired Courser about approaching Ben on sending out the "false flag email", and Courser advised that "he did not send out the email". I asked him if at any point that he had any conversation with Ben about sending the email. Courser responded "I had conversations with him leading up to that night which aren't on the tape discussing that someone was blackmailing me. Ben was the only one that knew I sent out the email." I asked him when the email was sent out and Courser advised it was sent out on May 19th. Then he changed his date immediately advising May 20th. He advised he sent it out on May 20th. Courser advised that the texter texted him back on the 21st and said "I know that was you that sent that out". Courser believes that because the only person that knew about the email was Ben, and believes Ben is the one to have been texting him. Courser advised that he told Ben about the affair on the 19th to Ben. Courser advised that Ben never sent out the email but did assist. I asked him, "So you asked Ben to assist, although you thought he was a possible suspect?" Courser responded, "Yes... he has been a friend for a long time."

I asked him why he would attempt to use Ben as a "double agent" if he suspected him at the same time asking him to assist in sending out a fake email. I asked him if he thought that any of the information that Ben already knew could have been in the text messages. Courser advised that he did not understand. I confronted Courser on the fact that he stated he wanted to "inoculate the herd" and assist in sending out this email. Courser agreed with the statement. Courser advised that Ben is a "tech guy". Courser advised that Ben knew everything about his accounts and passwords. Courser stated he, himself was able to send out an email but Ben was more involved. He advised that he couldn't remember the exact detail because it was three months ago. I confronted Courser again on the dates of which the email was sent, the texts were sent, and Ben's knowledge of the incident. I asked Courser if he knew he was the suspect, why treat him as a "double agent type". Courser

| PAGE | INVESTIGATED BY | | REPORTED BY | REVIEWED BY |
|---|---|---|---|---|
| 7 of 13 | TPR CAVNER #427 | | | |

| Michigan Department of State Police | ORIGINAL DATE<br>Fri, Aug 14, 2015 | INCIDENT NO.<br>034-0004109-15 (LA) |
|---|---|---|
| ORIGINAL INCIDENT<br>REPORT | TIME RECEIVED<br>1146 | FILE CLASS<br>21000 |

interrupted me and advised that "you guys are better at that type of stuff and Ben is a friend... I was hoping that (him as the suspect) was not the case". Courser stated that Ben advised "No" in helping him to send out the email at the same time Ben was taping him, according to Courser.

I asked Courser why he waited all this time to report the incident. Courser advised that he met with the Lapeer County Sheriff about tracking a number. I asked when he asked him, and Courser advised he checked in June. Courser then stated he was trying to work through it with his family in the background, attempting to prove that Ben was the one who was the suspect. Courser advised "I still can't prove that he was the one that did it, other than the fact that he has been taping me". Courser advised that he did not report it to the sheriff in Lapeer. I asked him again why he hadn't reported it since May. Courser advised that he didn't have any of the details together.

Courser advised that it wasn't a smart decision when I confronted him again reference the email. Courser advised, "Right" when I told him that in sending the email, could it be a reason for a cover up over his affair. He further added again "it was a bad choice"- referring to sending out the email.

Courser advised that Ben is the only person he has for any type of email or tech work. I told Courser that he, himself is capable of writing an email and sending it out. Courser agreed and said he was cabable. I asked Courser why he felt the need to specifically meet Ben for that reason. He advised that he didn't need him other than for the fact that he thought he might be "the guy".

I confronted Courser again on the reason for sending out the email was to cover up the affair and down play what had taken place, and what his family already knows. Further that his family knew, so why did he feel the need to send out the email. Courser started to agree but then advised that it wouldn't work like that. He stated he would have to send it out to thousands of people and instead he only sent it to approximately 200 people. Courser said that he sent it out to try to see if he could locate the person who was blackmailing him and it worked because the unknown texter sent a text back to him about sending out the email. Courser still advised he didn't know who it was because the texter is unknown and only suspects its one of his staff.

I asked Courser if he was the one to send the text messages. He laughed and replied "No". He advised that I could talk to his brother in regards to this.

I asked Courser if it is a fair statement to agree that he, while thinking it was a poor decision to send out the email, sent out the email to attempt to cover up his affair while using Ben in the process. Courser responded, "Well..... there is multiple reasons for doing it. That would be a fair reason... but.." I also added other reasons confronting Courser with how he was feeling guilty about it, the fact that Cindy has reported it earlier, and how now she is having a press conference on this date. Courser only replied "I thought that the State Police were already looking into it and I went to the FBI." I advised him that he was the complainant. Courser then answered "Cindy is the complainant too and they are asking her to resign as well". Courser then advised that he went to the sheriff and the FBI. Then Cindy went to the Capitol Police. Courser continued " They all told us we needed to go to the State Police". I asked him if there was a reason why he didn't come to the State Police in the first place, and Courser replied "No.. there is no reason."

| PAGE<br>8 of 13 | INVESTIGATED BY<br>TPR CAVNER #427 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

| Michigan Department of State Police | ORIGINAL DATE<br>Fri, Aug 14, 2015 | INCIDENT NO.<br>034-0004109-15 (LA) |
|---|---|---|
| ORIGINAL INCIDENT<br>REPORT | TIME RECEIVED<br>1146 | FILE CLASS<br>21000 |

I asked him the reason for going to the sheriff's office, and Courser said he knew Ron (Sheriff), asking him how to track a "burner phone in relation to this". I was attempting to ask him of why he hadn't reported it for all this time, and Courser interrupted advising me "if you have the resources, then you can see its me.. so just track it". Courser advised that he did not send out the text messages to himself. Courser advised that he is happy to face a felony charge of a false police report.

I asked why he has not reported it since the month of May. Courser advised that there was nothing to report because nothing was released to the media until now. Courser advised that he was coming into the Post to report of being blackmailed and that he wanted to know whether we were going to investigate it or not. Courser stated "bring it". Courser asked for an investigation or he wanted to go to Lansing MSP for a report. I advised him continuously that the matter will be investigated. Courser became agitated at the end of the interview and advised that he did not want to turn over his cellphone. Courser mentioned that he was at the Apple Store prior to this interview repairing his cellphone because he was having trouble with his email. I requested that he provide me with a copy of the email in question, the name of the hispanic male assigned to the phone number in question, the name of the person who approached him at the event with the other name "Renee Leech", and also provide his cellphone for the Computer Crime Unit. The interview concluded.

**ONLY PERSONS KNOWN RECEIVING TEXT MESSAGES:**
Joseph and Cindy Gamrat
Daniel Courser
Todd Courser

**SENDER INFORMATION OF TEXT MESSAGES:**
Unknown name
TX: 313-421-5345

Unknown hispanic male name- located by Facebook friend, Jeff Philips, who is familiar with phones and approached Courser by Facebook messaging; unknown how this name was located.

Possible Name: Renee Leech- located by unknown person who walked up to Courser at a public event; unknown how name was located.

**ATTEMPT CONTACT 313-421-5345:**
On 08-17-15 at 0829 hours, I attempted to contact the unknown texter's phone number: 313-421-5345. I received a recording stating that "I'm sorry. The phone number that you are dialing cannot receive phone calls at this time. Please try again later."

**VOLUNTARY WRITTEN STATEMENT:**
Denied. None.

**CONSENT TO SEARCH/SEIZE COURSER'S PHONE:**
Denied. Courser would not consent to allowing MSP Lapeer to seize phone. Courser advised he was afraid that something would be added or deleted from his phone. Courser believed he was or has been under surveillance out of Lansing.

| PAGE<br>9 of 13 | INVESTIGATED BY<br>TPR CAVNER #427 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

| Michigan Department of State Police | ORIGINAL DATE<br>Fri, Aug 14, 2015 | | INCIDENT NO.<br>034-0004109-15 (LA) |
|---|---|---|---|
| ORIGINAL INCIDENT<br>REPORT | TIME RECEIVED<br>1146 | | FILE CLASS<br>21000 |

## CONTACT CHIEF PROSECUTOR LAPEER COUNTY:
On this date, I contacted the Chief Prosecutor Tim Turkelson- Lapeer County.

## COURSER CONTACTS WITH LAW ENFORCEMENT:
Courser advised he contacted the Lapeer County Sheriff Ronald Kalanquin and verbally discussed how a phone number is traceable and "burner phones". Courser advised he did not make a police report with the Lapeer County Sheriff's Department.

Courser advised that he contacted the FBI to make a report reference this incident. He stated they told him that he needed to contact the Michigan State Police.

## KEY DATES/EVENTS:
May 19th, 2015- Affair ended and Courser advised family of the affair with Cindy Gamrat.
   - Also spoke with Ben Graham on this date reference email

May 20th, 2015- Courser sent disputed email ("false flag email") out to 100+ people.

May 19th, 2015- Courser advised he deleted any messages previous to this date.

August 7th, 2015- Courser advised that sensitive information which includes an audio recording was released to media.

## WITNESS/GENERAL STAFFER:
NAM: BEN GRAHAM

| | | | | |
|---|---|---|---|---|
| RAC: W | ETH: O | | | |
| NBR: | DIR: | | SEX: M | OPS: |
| STR: | | | DOB: Unknown | SSN: |
| SFX: | | | HGT: | SID: |
| CTY: LAPEER | | ST: MI | WGT: | FBI: |
| TXH: | | ZIP: 48446 | HAI: | MNU: |
| TXW: | | | EYE: | PRN: |
| MB: (810)627-8121 | | | | |

## TODD COURSER'S WIFE:
NAM: FON COURSER

| | | | | |
|---|---|---|---|---|
| | | | RAC: W | ETH: O |
| | | | SEX: F | OPS: |
| NBR: 3110 | DIR: | | DOB: Unknown | SSN: |
| STR: MURPHY LAKE | | | HGT: | SID: |
| SFX: ROAD | | | WGT: | FBI: |
| CTY: SILVERWOOD | | ST: MI | HAI: | MNU: |
| TXH: | | ZIP: 48760 | EYE: | PRN: |
| TXW: | | | | |
| MB: (810)656-6412 | | | | |

| PAGE<br>10 of 13 | INVESTIGATED BY<br>TPR CAVNER #427 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

| Michigan Department of State Police | ORIGINAL DATE<br>Fri, Aug 14, 2015 | INCIDENT NO.<br>034-0004109-15 (LA) |
|---|---|---|
| ORIGINAL INCIDENT<br>REPORT | TIME RECEIVED<br>1146 | FILE CLASS<br>21000 |

## WITNESS/FORMER CHIEF OF STAFF:
NAM: KEITH ALLARD

| | | | | | |
|---|---|---|---|---|---|
| | | | RAC: W | ETH: | |
| NBR: | DIR: | | SEX: M | OPS: | |
| STR: | | | DOB: Unknown | SSN: | |
| SFX: | | | HGT: | SID: | |
| CTY: | | ST: | WGT: | FBI: | |
| TXH: | | ZIP: | HAI: | MNU: | |
| TXW: | | | EYE: | PRN: | |
| MB: (616)481-8728 | | | | | |

## WITNESS/GENERAL STAFFER:
NAM: JOSHUA KLINE

| | | | | | |
|---|---|---|---|---|---|
| | | | RAC: W | ETH: | |
| NBR: | DIR: | | SEX: M | OPS: | |
| STR: | | | DOB: Unknown | SSN: | |
| SFX: | | | HGT: | SID: | |
| CTY: | | ST: | WGT: | FBI: | |
| TXH: | | ZIP: | HAI: | MNU: | |
| TXW: | | | EYE: | PRN: | |
| MB: (810)338-5613 | | | | | |

## WITNESS/POLITICAL OPERATIVE:
NAM: DAVID FORSMARK

| | | | | | |
|---|---|---|---|---|---|
| | | | RAC: W | ETH: | |
| NBR: | DIR: | | SEX: M | OPS: | |
| STR: | | | DOB: Unknown | SSN: | |
| SFX: | | | HGT: | SID: | |
| CTY: FLUSHING | | ST: MI | WGT: | FBI: | |
| TXH: | | ZIP: | HAI: | MNU: | |
| TXW: | | | EYE: | PRN: | |

## WITNESS/FACEBOOK FRIEND:
NAM: RAY KLINE

| | | | | | |
|---|---|---|---|---|---|
| | | | RAC: W | ETH: | |
| NBR: | DIR: | | SEX: M | OPS: | |
| STR: | | | DOB: Unknown | SSN: | |
| SFX: | | | HGT: | SID: | |
| CTY: NORTH BRANCH | | ST: MI | WGT: | FBI: | |
| TXH: | | ZIP: | HAI: | MNU: | |
| TXW: | | | EYE: | PRN: | |

| Michigan Department of State Police | ORIGINAL DATE<br>Fri, Aug 14, 2015 | INCIDENT NO.<br>034-0004109-15 (LA) |
|---|---|---|
| ORIGINAL INCIDENT<br>REPORT | TIME RECEIVED<br>1146 | FILE CLASS<br>21000 |

## WITNESS/MICHIGAN STATE REPRESENTATIVE-PLAINWELL:
NAM: CINDY ANN GAMRAT

| | | |
|---|---|---|
| | RAC: W | ETH: O |
| NBR: 967     DIR: | SEX: F | OPS: MI/G563116067447 |
| STR: SCENIC VIEW | DOB: 06/15/1973 | SSN: |
| SFX: DRIVE | HGT: 5'01" | SID: |
| CTY: PLAINWELL          ST: MI | WGT: 135 | FBI: |
| TXH:                          ZIP: 49080 | HAI: BLN | MNU: |
| TXW: | EYE: BLU | PRN: |
| MB: (269)491-3600 | | |

## WITNESS/CINDY GAMRAT'S HUSBAND:
NAM: JOSEPH DAVID GAMRAT

| | | |
|---|---|---|
| | RAC: W | ETH: |
| NBR: 967     DIR: | SEX: M | OPS: MI/G563441135025 |
| STR: SCENIC VIEW | DOB: 01/08/1973 | SSN: |
| SFX: DRIVE | HGT: 5'10" | SID: |
| CTY: PLAINWELL          ST: MI | WGT: 160 | FBI: |
| TXH:                          ZIP: 49080 | HAI: | MNU: |
| TXW: EYE: BLU     PRN: | | |

## WITNESS/FACEBOOK FRIEND:
NAM: LARRY MOYER

| | | |
|---|---|---|
| | RAC: W | ETH: O |
| NBR:          DIR: | SEX: M | OPS: |
| STR: | DOB: 1964 | SSN: |
| SFX: | HGT: | SID: |
| CTY: METAMORA          ST: MI | WGT: | FBI: |
| TXH:                          ZIP: | HAI: | MNU: |
| TXW: | EYE: | PRN: |

## COURSER'S PHONE INFORMATION:
APPLE IPHONE
BLACK IN COLOR
SPRINT NETWORK
(810)423-3376

## PROPERTY:
SEIZED BY: STEPHEN CAVNER
Prop 0001 - Desc: ONE DVD DISC CONTAINING FIRST INTERVIEW WITH TODD COURSER  Type:
Evidence
Obtained From: 975 S MAIN ST
Lapeer
Lapeer County  At or Near:
MSP LAPEER POST INTERVIEW ROOM

## EXTERNAL DOCUMENTS:
None.

| PAGE<br>12 of 13 | INVESTIGATED BY<br>TPR CAVNER #427 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

**Michigan Department of State Police**

**ORIGINAL INCIDENT
REPORT**

| ORIGINAL DATE | INCIDENT NO. |
|---|---|
| Fri, Aug 14, 2015 | 034-0004109-15 (LA) |
| TIME RECEIVED | FILE CLASS |
| 1146 | 21000 |

**STATUS:**
Open

| | INVESTIGATED BY | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| **PAGE**<br>13 of 13 | TPR CAVNER #427 | | |

WIN000013

| Michigan Department of State Police | ORIGINAL DATE<br>Fri, Aug 14, 2015 | INCIDENT NO.<br>034-0004109-15 (LA) |
|---|---|---|
| SUPPLEMENTAL INCIDENT<br>REPORT 0001 | SUPPLEMENTARY DATE<br>Wed, Aug 19, 2015 | FILE CLASS<br>21000 |

| INCIDENT STATUS<br>Open | | |
|---|---|---|

# REPORT OF EXTORTION

**JOURNAL:**
None.

**CONTACT FBI:**
On 08-17-15, I made contact with FBI Agent Hauxhurst by TX. He advised that Todd Courser came into file a report on 08-11-15. Agent Vandenbossche has been assigned to the assessment. The FBI has not initiated a criminal investigation at this time and are only completing an assessment of the case. Courser's cellphone was not processed by any of their computer technicians during the time Courser made the report to their office.

**CONTACT CAPITAL POLICE:**
On 08-17-15, I made contact with D/Sgt Kraig Britvec- MSP Capital Post by TX and updated him on the case.

At a later time on 08-17-15, D/Sgt Kraig Britvec arrived at the MSP Lapeer Post to brief on the case and turn over a dvd disc of Facebook screenshots/social media and a audio recording of a response from Todd Courser that was released to the media. The MSP Computer Crimes Unit- Lansing obtained these files and transferred them to disc. The disc has been entered into property below. D/Sgt. Britvec advised that Cindy has consulted with her lawyer and was not willing to speak with law enforcement. On this same date, Joshua Kline, a former staffer was to speak at a press conference on this date in Royal Oak, MI. D/Sgt Britvec attempted to interview him prior to the press conference, but Kline declined and advised he wanted to speak with law enforcement the following week.

**CAPITAL POST COMPLAINT NUMBER:**
#16-256-15

**REVIEW CCU-LANSING DISC:**
The disc provided was a copy of files downloaded by CCU- Lansing. Reference complaint #CCU-1952-15. The disc contains several screenshots and images from Facebook and other social media. Some of the files were images of the suspect text messages that Todd Courser had been receiving. It is known that Todd Courser shared these text message images on his Facebook account. Also located on the disc is a audio recording of Todd Courser's response to the media. Upon reviewing the audio statement by Courser, nothing was found to be inconsistent with his statement provided on 08-14-15.

Upon reviewing a social media video located on his account that shows Todd Courser seated outside his office in Lapeer participating in the "Ice Bucket Challenge". It appears in the video that Todd has his cellphone in his hand. Todd places the phone in his lap just prior to the bucket of ice water being dumped over his head. The cellphone is placed in his lap and the phone is clearly observed being covered in water. It is not known at this time at what date or time this took place.

| PAGE<br>1 of 3 | INVESTIGATED BY<br>TPR STEPHEN CAVNER #427 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

| Michigan Department of State Police | ORIGINAL DATE<br>Fri, Aug 14, 2015 | INCIDENT NO.<br>034-0004109-15 (LA) |
|---|---|---|
| SUPPLEMENTAL INCIDENT<br>REPORT 0001 | SUPPLEMENTARY DATE<br>Wed, Aug 19, 2015 | FILE CLASS<br>21000 |

In reviewing the facebook screenshots and  information, one discrepancy that needs clarification was found. This discrepancy is that of a facebook post on Courser's timeline on approximately August 11th. The last paragraph in the post states "Courser said that he did not engage with the blackmailer, who also was contacting Representative Gamrat and other contacts of Courser and Gamrat, including financial supporters." In Gamrat's initial statement, he advised of the only other persons receiving the suspect text messages were: Cindy Gamrat, Joseph Gamrat, and Dan Courser.

**CCU- LANSING:**
On 08-17-15, I made contact with MSP Computer Crimes Unit- Lansing by TX. They advised they received a request from F/Lt Brody Boucher to monitor Todd Courser's Facebook account. On this date, I requested they monitor his Twitter account and any pertinent social media.

**PRESERVATION LETTER- FACEBOOK:**
On 08-17-15, a preservation letter for Todd Courser's facebook account was requested and completed on this date. His account will be preserved from this date for approximately 90 days.

**CONTACT LAPEER CO CHIEF PROSECUTOR:**
On 08-17-15, I made contact with the Lapeer County Chief Prosecutor Turkelson by TX. He has been updated on the case and findings.

**ATTEMPT CONTACT LAPEER COUNTY SHERIFF:**
On 08-19-15, I attempted to contact the Lapeer County Sheriff. His secretary advised the Sheriff will be out of country and not available by TX or in person until 08-25-15.

**CONTACT D/SGT BRITVEC:**
On 08-19-15, I made contact with D/Sgt Britvec by TX. D/Sgt Britvec interviewed a former staffer, Ben Graham, on 08-18-15. He advised this complaint will remain open pending contact with Todd Courser and seizure or processing of his cellphone. A separate investigation has been initiated by the Capital Post for a case of misappropriation of funds reference Todd Courser.

**COMPLAINANT/VICTIM:**
NAM: TODD ANTHONY COURSER

| | | |
|---|---|---|
| | RAC: W | ETH: O |
| NBR: 3110     DIR: | SEX: M | OPS: MI/C626799067605 |
| STR: MURPHY LAKE | DOB: 08/02/1972 | SSN: |
| SFX: ROAD | HGT: 5'11" | SID: |
| CTY: SILVERWOOD     ST: MI | WGT: 195 | FBI: |
| TXH:     ZIP: 48760 | HAI: BLK | MNU: |
| TXW: | EYE: BLU | PRN: |
| MB: (810)423-3376 | | |

**CRIME VICTIM RIGHTS:**
To be provided on future date if report is found to be a criminal incident.

| PAGE<br>2 of 3 | INVESTIGATED BY<br>TPR STEPHEN CAVNER #427 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

| Michigan Department of State Police | ORIGINAL DATE<br>Fri, Aug 14, 2015 | INCIDENT NO.<br>034-0004109-15 (LA) |
|---|---|---|
| SUPPLEMENTAL INCIDENT<br>REPORT 0001 | SUPPLEMENTARY DATE<br>Wed, Aug 19, 2015 | FILE CLASS<br>21000 |

**PROPERTY:**
SEIZED BY: STEPHEN CAVNER
Prop 0002 - Desc: ONE DVD DISC OF SOCIAL MEDIA SCREENSHOTS FROM CCU-LANSING AND
ONE TAPED AUDIO RECORDING WITH RESPONSE FROM TODD COURSER; CCU-1952-15 Type:
Evidence
Obtained From: 975 S MAIN ST, Lapeer, MI
Lapeer County  At or Near: D/SGT BRITVEC- MSP CAPITAL POST

**EXTERNAL DOCUMENTS:**
None.

**STATUS:**
Open, pending contact with Todd Courser; statement from the FBI on 08-11-15; further case development.

| PAGE<br>3 of 3 | INVESTIGATED BY<br>TPR STEPHEN CAVNER #427 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

| Michigan Department of State Police | ORIGINAL DATE<br>Fri, Aug 14, 2015 | INCIDENT NO.<br>034-0004109-15 (LA) |
|---|---|---|
| SUPPLEMENTAL INCIDENT<br>REPORT 0002 | SUPPLEMENTARY DATE<br>Fri, Aug 21, 2015 | FILE CLASS<br>21000 |

| INCIDENT STATUS<br>Open |
|---|

# REPORT OF EXTORTION

**JOURNAL:**

08-20-15   JUNEAC   I.R. Supp #1 reviewed. Pends further investigation. Keep in touch with D/Sgt Britvec. DB Review.

**FBI COMPLAINT:**

Case #9B-DE-C6583961 Received at the FBI Flint Office on 8-11-15.

On 08-19-15, I received a copy of the complaint that Todd Courser made to the FBI Flint Office on 08-11-15. The report has been attached as an external document.

Within the FBI's statement, Courser advises of the following information:

Courser sent the email to approximately 500-1000 people. Shortly after sending the email, Courser received another text message that stated the email was an insufficient attempt and "way over the top". The text also advised Courser that he is stupid and should change his email passwords.

Within two minutes of receiving the aforementioned text message, Courser received an email from Michigan Information Research Services (MIRS), Reporter Kyle Molynn. Molynn indicated that he had a source tell him that Courser generated the email. At this time, Courser advised Molynn that Courser had no comment. Courser stated that Graham was the only individual who knew Courser generated the email.

Prior to receiving the aforementioned text and email from Molynn, Courser had advised his wife about his affair.

On August 7, 2015, the conversation between Courser and Graham discussing covering up the affair was released to the media. After the release, Courser received another text message advising Courser to "resign or Chad Livengood gets it all". Courser advised that Chad Livengood is a reporter.

Courser believes that the text messages contained specific and detailed information that only this former staffers, Graham and Josh Klein, would be in a position to know.

Approximately two to three weeks ago, Allard was "let go" as a staffer. Three days prior to being let go, Allard met with Courser's current staffer, Ann Hill. Allard asked to speak with Hill outside of Courser's office. While outside of Courser's office, Allard advised Hill that the office was "bugged". Allard put pressure on Hill to quit her position as Courser's staffer and attempted to scare her with potential consequences if she did not.

| PAGE<br>1 of 2 | INVESTIGATED BY<br>TPR STEPHEN CAVNER #427 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

| Michigan Department of State Police | ORIGINAL DATE<br>Fri, Aug 14, 2015 | INCIDENT NO.<br>034-0004109-15 (LA) |
|---|---|---|
| SUPPLEMENTAL INCIDENT<br>REPORT 0002 | SUPPLEMENTARY DATE<br>Fri, Aug 21, 2015 | FILE CLASS<br>21000 |

Courser advised that he provided the telephone number from which he received the aforementioned text messages to an unidentified individual located in Caro, Michigan in an attempt to identify the person responsible for sending the text messages. The unidentified individual in Caro advised Courser that the telephone was subscribed to an individual in Detroit, Michigan and was likely a "burner phone". Courser could not recall the subsriber's name in Detroit.

## SUSPECT NAME AFFILIATED WITH 313-421-5345:

On August 12, 2015, the FBI conducted open source checks on a possible name affiliated with the suspect phone number. The following name and information was located:

New Cingular Wireless- affiliated with At&t wireless
Subscribed to Renay Leach
Dob: 09-17-1971 ███████
Address: 18300 Negaunee, Redford, Michigan 48240.

## NAME AFFILIATED WITH 517-643-0013:

On August 12, 2015, the FBI conducted open source checks on a possible name affiliated with the phone number, 517-643-0013, that was mentioned in the suspect text messages to Courser. The following name and information was located:

Verizon Wireless
Subscribed to Melissa Claflin
Address: 1749 Huntsville Dr, Apt C, Haslett, Michigan 48840.

## COMPLAINANT/VICTIM:
NAM: TODD ANTHONY COURSER

| | | | |
|---|---|---|---|
| | | RAC: W | ETH: O |
| NBR: 3110 | DIR: | SEX: M | OPS: MI/C626799067605 |
| STR: MURPHY LAKE | | DOB: 08/02/1972 | SSN: |
| SFX: ROAD | | HGT: 5'11" | SID: |
| CTY: SILVERWOOD | ST: MI | WGT: 195 | FBI: |
| TXH: | ZIP: 48760 | HAI: BLK | MNU: |
| TXW: | | EYE: BLU | PRN: |
| MB: (810)423-3376 | | | |

## EXTERNAL DOCUMENTS:
Copy of FBI Complaint #9B-DE-C6583961- six pages.

## STATUS:
Open, pending further investigation.

| PAGE<br>2 of 2 | INVESTIGATED BY<br>TPR STEPHEN CAVNER #427 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

WIN000018

**Michigan Department of State Police**

**ORIGINAL INCIDENT REPORT**

| ORIGINAL DATE Tue, Aug 18, 2015 | INCIDENT NO. 016-0000256-15 (DB) |
| --- | --- |
| TIME RECEIVED 0815 | FILE CLASS 21000 |

| WORK UNIT MSP STATE CAPITOL | COUNTY Ingham |
| --- | --- |

| COMPLAINANT TODD ANTHONY COURSER | | TELEPHONE NO. | |
| --- | --- | --- | --- |
| ADDRESS: STREET AND NO. 3110 MURPHY LAKE ROAD | CITY SILVERWOOD | STATE MI | ZIP CODE 48760- |
| INCIDENT STATUS Open | | | |

# EXTORTION

### SUMMARY:

Undersigned Officer was sent to the Lapeer post by F/Lt. Brody Boucher to assist Tpr. Cavner on an extortion complaint (#34-4109-15). Undersigned Officer was advised that the complainant was State Representative Todd Courser who represents the 82nd District which is located within the Lapeer Post area. Undersigned Officer met with Tpr, Cavner who interviewed the complainant on 08-14-2015 at the Lapeer post.

### INFORMATION:

The complainant (Rep. Courser) advised Tpr. Cavner that he was a victim of blackmail by an unknown subject. Rep. Courser advised that he had an affair with State Representative Cindy Gamrat and that the blackmailer threatened to expose this affair if he did not resign from office by sending him text messages from 313-421-5345. Rep. Courser was willing to show Tpr. Cavner the text messages but was unwilling to turn over his phone so an analysis by the Michigan State Police Computer Crimes Unit could be performed. Rep. Courser advised that he was willing to sit down next to the computer tech while the phone was downloaded but did not want to give the phone up because he thought someone could put something on it.

### VENUE:

INGHAM COUNTY , LANSING
110 S CAPITOL AVE
AT OR NEAR: MICHIGAN STATE CAPITOL

### DATE & TIME:

ON OR AFTER: FRI, MAY 01, 2015 AND BEFORE: FRI, AUG 14, 2015

### COMPLAINANT:

NAM: TODD ANTHONY COURSER

| | | | |
| --- | --- | --- | --- |
| | | RAC: W | ETH: |
| NBR: 3110 | DIR: | SEX: M | OPS: |
| STR: MURPHY LAKE | | DOB: 08/02/1972 | SSN: |
| SFX: ROAD | | HGT: 5'11" | SID: |
| CTY: SILVERWOOD | ST: MI | WGT: 195 | FBI: |

| PAGE 1 of 8 | INVESTIGATED BY D/SGT KRAIG BRITVEC #107 | REPORTED BY | REVIEWED BY |
| --- | --- | --- | --- |

WIN000019

| Michigan Department of State Police | ORIGINAL DATE<br>Tue, Aug 18, 2015 | INCIDENT NO.<br>016-0000256-15 (DB) |
|---|---|---|
| ORIGINAL INCIDENT<br>REPORT | TIME RECEIVED<br>0815 | FILE CLASS<br>21000 |

TXH:           ZIP: 48760       HAI: BLK     MNU:
TXW:                          EYE: BRO    PRN:
MB: (810)423-3376

## INTERVIEW COMPLAINANT:

The complainant was interviewed by Tpr. Cavner at the Lapeer Post #34. See Lapeer Post report #34-4109-15.

## SUSPECT:

Unknown at this time

## ATTEMPTED CONTACT WITH JOSH CLINE:

Undersigned Officer went to the Dailey Law Offices on 08-17-15 in an attempt to interview Josh Cline. Cline was scheduled to give a press release about his resignation from his job with Representatives Courser and Gamrat. Undersigned Officer was advised that Cline's attorney did not wish to have Mr. Cline speak with Undersigned Officer at this time but agreed to contact Undersigned officer in about a week to set up an interview. As of 08-27-15 the Dailey law Firm has not contacted Undersigned Officer.

## OTHER PERSONS:

NAM: BENJAMIN RHODES GRAHAM
RAC: W    ETH:
NBR: 2042    DIR: N                  SEX: M       OPS:
STR: VASSAR                       DOB: 02/14/1990   SSN:
SFX: ROAD                      HGT:          SID:
CTY: DAVISON        ST: MI       WGT:          FBI:
TXH:                    ZIP: 48423   HAI:          MNU:
TXW:                             EYE:          PRN:
MB: (810)627-8121

On 08-18-2015 at 1300 hours Graham came into State Police Headquarters to speak with Undersigned Officer. This interview was recorded on the post digital recorder. Below is a summary of our conversation:

Graham advised that he has known Representative Courser most of his life.

Shortly after coming to Lansing to work for Representative Courser, Courser and Representative Gamrat began to treat the staffers poorly.

All three staff members, Keith Allard, Josh Kline and Benjamin Graham met with House Speaker Cotter's chief of staff Norm Sarri about their working conditions.

In February Joseph Gamrat was escorted out of the Radisson Hotel by security after he observed Cindy Gamrat coming out of Coursers room in the early morning hours.

In April of 2015 Josh Kline resigned.

| PAGE<br>2 of 8 | INVESTIGATED BY<br>D/SGT KRAIG BRITVEC #107 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

WIN000020

| **Michigan Department of State Police** | ORIGINAL DATE<br>Tue, Aug 18, 2015 | INCIDENT NO.<br>016-0000256-15 (DB) |
|---|---|---|
| **ORIGINAL INCIDENT**<br>**REPORT** | TIME RECEIVED<br>0815 | FILE CLASS<br>21000 |

Graham advised that at that same time he was close to quitting.

Graham advised that he and the other staffers believed that Representatives Courser and Gamrat were having an affair in January of 2015 and would sometimes discuss it among themselves.

On May 19, 2015 at 9:00pm Courser called Graham and asked him to meet at the office.

Courser advised Graham that he stated "I need you to destroy me".

Graham called Josh Kline and Keith Allard to discuss the conversation he had with Courser prior to meeting with him.

Graham believed that Courser may be suicidal or violent so he recorded the conversation with his phone.

At about 10:30pm on May 19th Graham met with Courser and recorded their conversation.

In this conversation Courser asked Graham to send a "false flag" e-mail saying that Courser was having sex with men outside of Lansing nightclubs.

Graham left the office advising that he had to think about it.

Graham drove to Josh Klines residence to tell him about the conversation.

Courser texted Graham and asked if he was coming back. And if he wasn't he would get someone else.

Graham was told by Courser that he had Emanuel Eikholt send the e-mail.

Graham met with Norm Sarri and Brock Schwartel at the offices of GCSI two days after the email conversation with Courser and advised them of the information he had, telling them he had proof.

Graham advised Sarri and Schwartel that he was going to quit and they asked him to stay on for the good of the district. Graham was advised that he would be assisted in finding a knew job.

Graham advised that Representative Courser asked him to send political e-mails, discuss campaign issues, asked about purchasing a political database and asked him to secure political databases on state property.

Graham advised that Courser hired a part time state paid employee who spends the majority of her time doing political work out of his office in Lapeer.

Graham advised that he recorded the conversations to protect himself and was always in the room when the recordings were being made.

| PAGE<br>3 of 8 | INVESTIGATED BY<br>D/SGT KRAIG BRITVEC #107 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

| Michigan Department of State Police | ORIGINAL DATE<br>Tue, Aug 18, 2015 | INCIDENT NO.<br>016-0000256-15 (DB) |
|---|---|---|
| ORIGINAL INCIDENT<br>REPORT | TIME RECEIVED<br>0815 | FILE CLASS<br>21000 |

## FBI REPORT:

Representative Courser went to the Federal Bureau of investigation and spoke with Joe Vandenbossche. Representative Courser was directed to the MSP and he went to the Lapeer Post to make this complaint.

## CELL PHONE ANALYSIS:

On 08-18-15 Undersigned Officer met Representative Courser in the Gallery of the Michigan State House. Courser was advised that Undersigned Officer would be assisting in the investigation that he filed with the Lapeer post.

Representative Courser agreed to allow the computer crimes section of the Michigan State Police to forensically analyze his cell phone to assist in the investigation. On 08-19-15 Representative Courser came to the Capitol Security Office and allowed forensic analyst Collen Auer to extract all data from his cell phone. Analyst Auer completed the exam between 08-19-15 and 08-20-15. Auer provided Undersigned Officer 4 compact disc's with the information she extracted from Rep. Courser's phone. Undersigned Officer will list these as property. Auer also provided Undersigned Officer report #CCU-1997-15.

## CONTACT WITH ABOOD LAW FIRM:

On 08-17-2015at 11:47AM F/Lt. Brody Boucher went to the Abood Law Firm in East Lansing and left his business card a receptionist named "Lindsey" advising that if Representative Gamrat wished to file a criminal complaint to contact the Michigan State Police. As of 08-26-15 there has been no contact from Representative Gamrat or the Abood law firm.

## PROPERTY:

SEIZED BY: KRAIG BRITVEC
Prop 0001 - Desc: 4 COMPPACT DISC FROM DOWNLOAD OF REPRESENTATIVE COURSERS PHONE  Type: Evidence
Descrp: DOWNLOADED CDS FROM REP COURSER'S PHONE
Obtained From:
Lansing  MI
Ingham County  At or Near:
OBTAINED FROM COLEEN AUER (CCU)

## RECONTACT COMPLAINANT:

Undersigned Officer was contacted via phone on 08-25-15 by Representative Courser. Courser advised that he had received from Representative Gamrat a report from Dalman Investigations who apparently had been hired by the Abood law firm to track down the origin and owner of 313-421-5345 number. Dalman investigations used PDJ services which is claimed to be an information brokerage company used by various companies, investigators and law enforcement. In this report Dalman investigations advised that 313-421-5345 is a prepaid phone card. The name used at the time of purchase was C Livingood. It should be noted that Chad Livengood

| | INVESTIGATED BY<br>D/SGT KRAIG BRITVEC #107 | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| PAGE<br>4 of 8 | | | |

WIN000022

| Michigan Department of State Police | ORIGINAL DATE<br>Tue, Aug 18, 2015 | INCIDENT NO.<br>016-0000256-15 (DB) |
|---|---|---|
| ORIGINAL INCIDENT<br>REPORT | TIME RECEIVED<br>0815 | FILE CLASS<br>21000 |

is a reporter at the Detroit News and wrote several articles about Representatives Courser and Gamrat's extramarital affair. Courser also sent Undersigned Officer text messages sent to him by Wendy Day indicating that she had texted back and forth with the 313-421-5345 number. At the end of this conversation Undersigned Officer advised Representative Courser that at this point Undersigned Officer was unable to establish all of the elements of the crime of extortion. Rep. Courser was also advised that Undersigned Officer had contacted Richard Cunningham of the Michigan Attorney General office and that Cunningham agreed with Undersigned Officer regarding the crime of extortion. Rep. Courser was advised that Undersigned Officer was still looking through text's from the 313-421-5345 number to see if all the elements could be met.

Representative Courser asked about wire tapping because the "texter" claimed to have recordings that could have only been made by placing a device in his hotel room. Rep. Courser was reminded that no such recording had been released.

Later that afternoon Representative Courser texted Undersigned Officer and advised that he was getting reporters questioning him about the above report. Rep. Courser advised that he was going to refer them to Undersigned Officer.

## CONTACT WITH MEDIA:

On 08-26-15 Undersigned Officer was contacted by Randy Bishop of WYTV (Patriot Voice Radio). Bishop questioned Undersigned Officer as to how the case being investigated could not be extortion. It this point Bishop was advised that Undersigned Officer had no comment on the case and that he should contact the Michigan State Police HQ, Public Affairs Office if he needed any further. A few minutes later Undersigned Officer called Bishop back and asked him why he thought Undersigned Officer did not think that this case was extortion. Bishop advised that he had a "source" that told him this. Undersigned Officer asked for the name of the source and Bishop advised that he would not provide it because he had a 1st Amendment Right not to.

It should be noted that Bishop is the host of the Trucker Randy radio show. Representative Courser and Randy Bishop text each other regularly (since Jan 2013) and appear to be friends with similar political ideologies.

## RECONTACT COMPLAINANT:

Undersigned Officer contacted Representative Courser on 08-26-15 and advised him that the investigation would not be swayed by pressure from the media. Courser was further advised that the ultimate decision on if this case is criminal would rest with a prosecutor not Undersigned Officer. Courser asked Undersigned Officer how he should handle the media and Courser was advised that Undersigned Officer did not care how he handled the media. It appeared to Undersigned Officer that Courser was attempting to manipulate friends in the media to pressure Undersigned Officer into making this case criminal in nature before all the elements of a crime have been established.

## CONTACT WITH PDJ SERVICES:

Undersigned Officer contacted PDJ services at 1-800-298-1153 and spoke with "Tina". Undersigned Officer explained to Tina the nature of this investigation and asked if she would be willing to confirm the report

| PAGE<br>5 of 8 | INVESTIGATED BY<br>D/SGT KRAIG BRITVEC #107 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

| Michigan Department of State Police | ORIGINAL DATE | INCIDENT NO. |
|---|---|---|
| | Tue, Aug 18, 2015 | 016-0000256-15 (DB) |
| ORIGINAL INCIDENT | TIME RECEIVED | FILE CLASS |
| REPORT | 0815 | 21000 |

provided by Dalman Investigations. Undersigned Officer gave Tina the 313-421-5345 number and was advised that it was purchased by a Todd Courser with a P.O. Box 7345. Tina advised that the P.O. Box came back to a Dalton Green of 70 Highland St. Highland Park, Mi.

Tina stated that the prepaid phone service information is only as good as the person collecting it and if the person collecting it does not check ID the card could have been bought by anyone. Undersigned Officer asked if there would be a reason that Dalman Investigations received different information and Tina advised that she is aware of this case and that her company was investigating why there was a discrepancy. Tina advised to call back in a few days and they may be able to provide an answer.

## INTERVIEW WITH JOSEPH GAMRAT:

On 08-27-15 Joseph Gamrat came into HQ to speak with Undersigned Officer. Gamrat seemed hesitant to have the conversation audio taped so it was not. Gamrat provided the following information:

Joseph Gamrat suspected that his wife and Rep. Courser were having an affair.

Gamrat went to the Radisson Hotel in Lansing in February 2015 and observed his wife leaving a room (he believed to be Coursers) in the early morning hours and then went into her room.

Gamrat attempted to confront his wife and pounded on her hotel room door. He left without incident (no police were involved).

Gamrat believes that his wife and Courser ended their affair in May.

Gamrat advised that Keith Allard was not a fan of Courser and did not wish to work for him.

Gamrat received his first text from 313-421-5345 in July 2015 and the texter asked how he knew Cindy and Todd.

Gamrat was contacted by Dan Courser shortly after the text message.

Gamrat was contacted by Chad Livengood once about a recording but Gamrat refused to answer questions about it.

Gamrat denied being the texter when asked and accused by Undersigned Officer.

Gamrat advised that he did not know who the texter is but if he had to guess he believed that it would be David Forsmark or Josh Cline.

Undersigned Officer advised Gamrat it was Undersigned Officers opinion that he is the texter. Gamrat was advised that Undersigned Officer believed that Gamrat was given inside information by staff (Cline, Graham or Allard) and used this information to make his wife and Courser stop their relationship. Gamrat denied these accusations.

| PAGE | INVESTIGATED BY | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| 6 of 8 | D/SGT KRAIG BRITVEC #107 | | |

| Michigan Department of State Police | ORIGINAL DATE<br>Tue, Aug 18, 2015 | INCIDENT NO.<br>016-0000256-15 (DB) |
|---|---|---|
| ORIGINAL INCIDENT<br>REPORT | TIME RECEIVED<br>0815 | FILE CLASS<br>21000 |

Gamrat was asked if he ever secretly recorded his wife or planted recorders in her car or on her person. Gamrat advised that he wished to keep it between he and his wife if that occurred. Gamrat later admitted that there were recording devises planted in Representative Gamrats vehicle, that she knows about it and the recordings were given to her. Joseph Gamrat advised that very little was gained from the recordings because of road noise.

On 08-28-15 Joseph Gamrat contacted Undersigned Officer by phone. Gamrat stated that he wanted to add to the conversation the day before. Gamrat advised that around the time that the texting started he received a call from an unknown male. The male advised that he wanted him to listen to something. Gamrat stated that for approximately one minute he heard what sounded like Representative Courser and his wife Cindy having sex. Gamrat advised that he did not know where the recording was made or who made it and the caller was never identified. Gamrat further advised that his recording of Cindy Gamrat occurred in the summer of 2014. This is months before the incident at the Radisson Hotel.

**ADDITIONAL INFORMATION:**

Undersigned Officer was advised by the complainant that Wendy Day who is a friend of Cindy Gamrat had also received some text messages from the 313-421-5345 number and had some dialog with the texter. Some screen shots of these text had been forwarded to Cindy Gamrat who sent them to the complainant. Undersigned Officer made contact with Wendy Day and she provided the following information.

**CONTACT WENDY DAY:**

Undersigned Officer was able to contact Wendy Day by telephone. Day advised Undersigned Officer that she had received text messages from the 313-421-5345 number and that she had taken screen shots of these text and had forwarded them to Cindy Gamrat. Day advised that she had deleted the messages from her phone but was willing to forward the screen shots that she had saved. Undersigned Officer received the screen shots via e-mail on 09-04-15 these screen shots will be added to the external file. Day advised that she did not have any part in the case other than receiving the messages and responding and did not want to get involved. Day stated that she is running Senator Cruz's Michigan campaign and wanted to stay focused on that.

The text conversation screen shots start of with a question from the texter asking "How'd your talk go?" . This would indicate that there was some prior text messages that were not included or not screen shot by Wendy Day. In the text Day is asked to call Joe Gamrat and state "It's Wendy, you and Cindy are in my prayers". The texter states that if Day does this he will know that he can trust Day. Day refused to make the call.

**RELATED COMPLAINT:**

34-4109-15

**STATUS:**

Open.

| PAGE<br>7 of 8 | INVESTIGATED BY<br>D/SGT KRAIG BRITVEC #107 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

**Michigan Department of State Police**

**ORIGINAL INCIDENT
REPORT**

| ORIGINAL DATE | INCIDENT NO. |
|---|---|
| Tue, Aug 18, 2015 | 016-0000256-15 (DB) |
| TIME RECEIVED | FILE CLASS |
| 0815 | 21000 |

| PAGE | INVESTIGATED BY | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| 8 of 8 | D/SGT KRAIG BRITVEC #107 | | |

| Michigan Department of State Police | ORIGINAL DATE<br>Tue, Aug 18, 2015 | INCIDENT NO.<br>016-0000256-15 (DB) |
|---|---|---|
| SUPPLEMENTAL INCIDENT<br>REPORT 0001 | SUPPLEMENTARY DATE<br>Fri, Sep 25, 2015 | FILE CLASS<br>21000 |

INCIDENT STATUS
Open

# EXTORTION

**JOURNAL:**

None

**CONTACT WITH KEITH ALLARD:**

Undersigned Officer contacted Keith Allard by phone to attempt to set up an interview about this case. Allard advised that he was in Grand Rapids and did not have a reason to be in Lansing anytime soon. Allard stated that he would be willing to meet with Undersigned Officer but his schedule was busy at the moment. Via telephone Allard advised Undersigned officer of a similar story that Ben Graham told. Graham advised that all three staff members (Graham, Allard and Cline) suspected that Representative Courser and Gamrat were having an affair. Graham stated that the representatives would leave early in the afternoon and return late afternoon. Courser and Gamrat would then request the office staff work late to do the work that should have been done in the afternoon. Allard was advised about the extortion complaint and was asked who he thought it was. Allard advised that he was 99% sure that it was Joe Gamrat. Allard stated that he believed that Joe Gamrat was just trying to get his wife back and away from Courser.

**REINTERVIEW TODD COURSER:**

Undersigned Officer met with Todd Courser and his attorney Dareth Wilson Undersigned Officer asked Courser who he thought the suspect was. Courser advised that he believed that it was most likely one of his staffers, Joe Gamrat or David Forsmark. Courser still believed that he had been "bugged" and wanted to know about wiretapping charges. Undersigned Officer asked if he had heard or knows of any recordings that have been released to indicate that someone had planted a recording device without being part of the conversation. Couser advised that Joe Gamrat had stated that he received a phone call where a audio recording was played of Todd Courser and Cindy Gamrat having sex. Undersigned Officer asked if anyone else had heard this recording and he advised that he did not think so. Undersigned Officer asked Courser about the fictitious e-mail that he tried to get Ben Graham to send out. Courser advised that he sent it out. Undersigned Officer knew through text messaging that Courser sent the e-mail to "Ike" Eickholdt who then sent it to its final recipients. Undersigned Officer confronted Courser with this and he advised that he did send it to Eickholdt to send out.

**SEARCH WARRANT:**

On 09-09-2015 Undersigned Officer obtained a search warrant for information from AT&T on telephone number 313-421-5345. This warrant was signed by Judge Wise in Lapeer County and faxed to AT&T custodian of records.
On 09-21-2015 Undersigned Officer returned from leave and opened the information provided by AT&T.

| PAGE<br>1 of 3 | INVESTIGATED BY<br>D/SGT KRAIG BRITVEC #107 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

| Michigan Department of State Police | ORIGINAL DATE | INCIDENT NO. |
|---|---|---|
| | Tue, Aug 18, 2015 | 016-0000256-15 (DB) |
| SUPPLEMENTAL INCIDENT | SUPPLEMENTARY DATE | FILE CLASS |
| REPORT 0001 | Fri, Sep 25, 2015 | 21000 |

Preliminary findings of GPS locations showed that the phone was at 3182 Lilac Ln Fort Gratiot Mi. This address belongs to Lawrence and/or Mark Hartel. The phone then moves to Domtar Paper Products LLC at 1700 Washington Port Huron Mi. It should be noted that this is a client of Joe Gamrat. The first call made by the phone was to 810-858-3287. This number is registered to David Horr of Fort Gratiot Mi.

## CONTACT AT DOMTAR PAPER PRODUCTS:

On 09-22-15 Undersigned Officer went to the Port Huron area to attempt to find the exact location that the phone was used. Undersigned Officer ended up at the Domtar Paper Corporation LLC. Undersigned Officer went to the guard shack and identified himself to the security guard. Undersigned Officer advised guard of the reason for the visit and asked if Joe Gamrat was on the property. The Guard advised that he could not tell Undersigned Officer if Gamrat was there because of company policy. Undersigned Officer observed that Huffmaster Security keeps the company access records of all people coming and going from the property. Undersigned Officer asked the Huffmaster Guard how far back these records were kept and he advised one year. Undersigned Officer asked the Guard for his name and he stated David Horr.

## SUSPECT:

NAM: DAVID KENT HORR

| | | | RAC: W | ETH: |
|---|---|---|---|---|
| NBR: 3055 | DIR: | | SEX: M | OPS: |
| STR: SYLVAN | | | DOB: 06/14/1966 | SSN: |
| SFX: DRIVE | | | HGT: | SID: |
| CTY: FORT GRATIOT | ST: MI | | WGT: | FBI: |
| TXH: | ZIP: 48059 | | HAI: | MNU: |
| TXW: | | | EYE: | PRN: |
| MB: (810)858-3287 | | | | |

Undersigned Officer advised Horr of the reason for Undersigned officers visit. Undersigned Officer advised Horr that he was investigating an extortion case and that the phone was texting from inside Domtar property. Horr was also advised that the first call made by the extortionist was to Horr's cell phone. Horr became nervous and advised that he did not get such a call. Undersigned Officer asked if Horr knew Joe Gamrat or if he had received any texts from Joe Gamrat. Horr advised that he is facebook friends with Gamrat and that he would occasionally get a text from Gamrat about getting a pizza at work but downplayed their friendship. Undersigned Officer spoke on the phone with David Horr on 09-23-15 and confirmed that 810-585-3287 was his cellular phone number. Horr was asked directly if he was involved in this case or if he assisted Joe Gamrat in any way. Horr advised that he was not willing to talk about Joe Gamrat while he was at work. Undersigned Officer asked if he would speak after he left work and he advised that he would. Undersigned Officer has made several attempts to contact Horr by telephone. None of Undersigned Officers voice mails have been returned.

## INTERVIEW WITH JOE GAMRAT:

| | INVESTIGATED BY | REPORTED BY | | REVIEWED BY |
|---|---|---|---|---|
| PAGE | D/SGT KRAIG BRITVEC #107 | | | |
| 2 of 3 | | | | |

| Michigan Department of State Police | ORIGINAL DATE<br>Tue, Aug 18, 2015 | INCIDENT NO.<br>016-0000256-15 (DB) |
|---|---|---|
| **SUPPLEMENTAL INCIDENT**<br>**REPORT 0001** | SUPPLEMENTARY DATE<br>Fri, Sep 25, 2015 | FILE CLASS<br>21000 |

While at the Guard shack Undersigned Officer contacted Joe Gamrat by telephone and asked if he was working at the Domtar plant. Gamrat advised that he was and agreed to come out to the entrance of the plant to speak with Undersigned Officer. Undersigned Officer spoke with Gamrat in Undersigned Officers car. Undersigned Officer confronted Gamrat with the fact that the texter's phone was giving GPS locations at the Domtar Paper Plant and that Undersigned Ofiicer was positive that he (Gamrat) is behind the texting that had been taking place. Gamrat would not admit to doing the texting and denied knowing who was.

**STATUS:**

Open

| PAGE<br>3 of 3 | INVESTIGATED BY<br>D/SGT KRAIG BRITVEC #107 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

WIN000029

| Michigan Department of State Police | ORIGINAL DATE<br>Tue, Aug 18, 2015 | INCIDENT NO.<br>016-0000256-15 (DB) |
|---|---|---|
| SUPPLEMENTAL INCIDENT<br>REPORT 0002 | SUPPLEMENTARY DATE<br>Fri, Sep 25, 2015 | FILE CLASS<br>21000 |

| INCIDENT STATUS |
|---|
| Open |

# EXTORTION

## JOURNAL:

09-30-2015          F/Lt. Boucher          Supp. #1 reviewed, pends further investigation.

## CONTACT DOMTAR PAPER CORPORATION:

Undersigned Officer contacted the Domtar Paper Corporation on 09-23-15 and made contact with plant manager John Harnish. Undersigned Officer advised Harnish of the nature of the investigation and asked if it was possible to obtain copies of the access logs. Harnish advised that he believed that the logs were kept for two years and that Undersigned Officer could have them without a court order. Undersigned Officer was advised that these records would be available after 1300 on 09-23-15.

## UNKNOWN:

NAM: CLYDE CREIGHTON HARNISH

|  |  |  |
|---|---|---|
| NBR: 4932   DIR: W | RAC: W | ETH: |
| STR: WATER | SEX: M | OPS: |
| SFX: STREET | DOB: 09/27/1962 | SSN: |
| CTY: NORTH STREET   ST: MI | HGT: | SID: |
| TXH:   ZIP: 48049 | WGT: | FBI: |
| TXW: | HAI: | MNU: |
| MB: (810)650-1391 | EYE: | PRN: |

On 09-23-15 At approximately 1230 Undersigned Officer received a call from Harnish advising that he was wrong about the retention of the records kept by the security and that the access records are only kept for 30 days. Harnish advised that he believed that the video feed from the gate is kept for 90 days and that he would be willing to provide any dates that Undersigned Officer needed. Undersigned officer called Harnish with the dates and left a voicemail on 09-24-15.

## CONTACT WITH CINDY GAMRAT:

|  |  |  |
|---|---|---|
| NBR: 967   DIR: | RAC: W | ETH: |
| STR: SCENIC VIEW | SEX: F | OPS: |
| SFX: DRIVE | DOB: 06/15/1973 | SSN: |
| CTY: PLAINWELL   ST: MI | HGT: | SID: |
| TXH:   ZIP: 49080 | WGT: | FBI: |
| TXW: | HAI: | MNU: |
| MB: (269)491-3600 | EYE: | PRN: |

| PAGE<br>1 of 2 | INVESTIGATED BY<br>D/SGT KRAIG BRITVEC #107 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

WIN000030

| Michigan Department of State Police | ORIGINAL DATE<br>Tue, Aug 18, 2015 | INCIDENT NO.<br>016-0000256-15 (DB) |
|---|---|---|
| SUPPLEMENTAL INCIDENT<br>REPORT 0002 | SUPPLEMENTARY DATE<br>Fri, Sep 25, 2015 | FILE CLASS<br>21000 |

On 09-21-15 Undersigned Officer received a text from Cindy Gamrat advising that she had made a complaint to Detective Doan at the Wayland Post about some emails that her campaign website had received of a threatening nature and that she would also like to make a complaint about texts she had received  that were similar to those received by Representative Courser. After talking with Detective Doan Undersigned Officer contacted Cindy Gamrat by phone and advised her that if she wished to make a criminal complaint about the text that Undersigned Officer would be handling the case. Cindy Gamrat was advised that Undersigned Officer would have to get her phone downloaded by the Michigan State Police Computer Crimes Section to attempt to recover the deleted texts that she had received and to verify that the text came from 313-421-5345. Gamrat advised that she did not want to appear to be uncooperative but that she would have to check with her attorney to see what he thought. Undersigned Officer was contacted by Gamrat's attorney a short time later and asked if there was any other way that the information could be obtained. Undersigned Officer advised Gamrat's attorney that the only way to extract the missing e-mails was to image the whole phone to get all lost/deleted material.

Cindy Gamrat contacted undersigned Officer later that day by phone. Gamrat advised that she believed that she had been "bugged" by the person texting Representative Courser and herself. Gamrat advised that early in the texting she was talking to her husband Joseph Gamrat on the phone and she told him she was thinking of committing suicide. A short time later the texter sent a text out stating "Relax, I'm not leaking anything yet..." At this point Undersigned asked Cindy Gamrat about Joseph Gamrat putting a digital recorder in her vehicle and if she knew about it. Gamrat advised that her husband Joe had put a listening device in her car in the summer of 2014. Gamrat was asked if she thought it was possible that her husband Joe was the texter and she advised that the verbiage of the text did not sound like her husband

It should be noted that this was the same comment made by Representative Courser.

**STATUS:**

Open

| PAGE<br>2 of 2 | INVESTIGATED BY<br>D/SGT KRAIG BRITVEC #107 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

| Michigan Department of State Police | ORIGINAL DATE | INCIDENT NO. |
| --- | --- | --- |
| | Tue, Aug 18, 2015 | 016-0000256-15 (DB) |
| SUPPLEMENTAL INCIDENT REPORT 0003 | SUPPLEMENTARY DATE | FILE CLASS |
| | Thu, Oct 01, 2015 | 21000 |

| INCIDENT STATUS |
| --- |
| Open |

# EXTORTION

## JOURNAL:

| 10-05-2015 | F/Lt. Boucher | Supp. #2 reviewed, pends further investigation. |
| --- | --- | --- |

## SEARCH WARRANTS OBTAINED:

On 09-30-15 Undersigned Officer went to the Lapeer County Courthouse and obtained four search warrants to assist in the investigation of this case.

These search warrants include the cell phone of Joseph Gamrat and its contents, the cell phone of David Horr and its contents, Verizon wireless for information on Joseph Gamrat's cell phone and Sprint for information on David Horr's cell phone. Undersigned Officer faxed the search warrants to Sprint and Verizon on 10-01-15.

## PROPERTY SEIZED:

Undersigned Officer went to Domtar Paper Corporation and made contact with David Horr. Undersigned Officer seized Horr's cell phone and provided him with the warrant information and tabulation.

Undersigned Officer contacted John Harnish and asked him to bring Joe Gamrat to the front gate. Undersigned Officer seized Joseph Gamrat's phone and provided him with the warrant information and tabulation.

## CONTACT SEARCH OF PHONES/ MISDIAL:

Undersigned Officer did a search of contacts prior to sending the phones to the computer Crimes Section in an attempt to find a number (586-216-5013). This number was provided by Analyst Sheri Martens as a number that the suspect may have been using to forward calls to the suspect phone (313-421-5345).
Undersigned Officer was unable to locate this number as a contact in either phone. Undersigned Officer mistakenly dialed this number on Joseph Gamrat's cell phone in the attempt to recover this information. Undersigned officer did this on 10-01-15 at approximately 930am.

## PROPERTY:

SEIZED BY: KRAIG BRITVEC
Prop 0002 - Type: Office Equipment  Qty: 1  Article Type: Cellular Telephone  Brand: Apple  Model: I-PHONE 4  S/N: C8QKT6S1DP0V  Value: $100.00  Recovered Value: $100.00
Descrp: I-PHONE 4 WITH GRAPHIC COVER
Obtained From: 1700 WASHINGTON
Port Huron  MI

| PAGE 1 of 2 | INVESTIGATED BY D/SGT KRAIG BRITVEC #107 | REPORTED BY | REVIEWED BY |
| --- | --- | --- | --- |

Michigan Department of State Police

SUPPLEMENTAL INCIDENT
REPORT 0003

| ORIGINAL DATE | INCIDENT NO. |
|---|---|
| Tue, Aug 18, 2015 | 016-0000256-15 (DB) |
| SUPPLEMENTARY DATE | FILE CLASS |
| Thu, Oct 01, 2015 | 21000 |

Saint Clair County At or Near:
DOMTAR PAPER CORPORATION

Prop 0003 - Type: Office Equipment Qty: 1 Article Type: Cellular Telephone Brand: Apple Model: I-PHONE 5 S/N: C38MD5GLFNJJ Value: $100.00 Recovered Value: $100.00
Descrp: I-PHONE 5S BLACK IN COLOR
Obtained From: 1700 WASHINGTON
Port Huron MI
Saint Clair County At or Near:
DOMTAR PAPER CORPORATION

**SUSPECT:**

NAM: JOSEPH DAVID GAMRAT

| | | |
|---|---|---|
| NBR: 967 DIR: | RAC: W | ETH: |
| STR: SCENIC VIEW | SEX: M | OPS: |
| SFX: DRIVE | DOB: 01/08/1973 | SSN: |
| CTY: PLAINWELL ST: MI | HGT: | SID: |
| TXH: ZIP: 49080 | WGT: | FBI: |
| TXW: | HAI: | MNU: |
| MB: (260)504-6649 | EYE: | PRN: |

NAM: DAVID KENT HORR

| | | |
|---|---|---|
| NBR: 3055 DIR: | RAC: W | ETH: |
| STR: SYLVAN | SEX: M | OPS: |
| SFX: DRIVE | DOB: 06/14/1966 | SSN: |
| CTY: FORT GRATIOT ST: MI | HGT: | SID: |
| TXH: ZIP: 48059 | WGT: | FBI: |
| TXW: | HAI: | MNU: |
| MB: (810)858-3287 | EYE: | PRN: |

**STATUS:**

Open, pends analysis of cell phone records.

| | INVESTIGATED BY | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| PAGE 2 of 2 | D/SGT KRAIG BRITVEC #107 | | |

WIN000033

Michigan Department of State Police

**SUPPLEMENTAL INCIDENT REPORT 0004**

| ORIGINAL DATE | INCIDENT NO. |
|---|---|
| Tue, Aug 18, 2015 | 016-0000256-15 (DB) |
| SUPPLEMENTARY DATE | FILE CLASS |
| Thu, Oct 08, 2015 | 21000 |

INCIDENT STATUS
Open

# EXTORTION

**JOURNAL:**
10-05-2015   F/Lt. Boucher        Supp #3 reviewed, pends analysis of cell phones and cell phone records.

**WARRANT RETURNS:**
Undersigned Officer received  the below information from Sprint and Verizon via e-mail. Undersigned Officer copied the e-mails to CDs and placed them in evidence. This information will be analyzed to attempt to link the suspect(s) more conclusively to the crime.

**PROPERTY:**
SEIZED BY: KRAIG BRITVEC
Prop 0005 -  Desc: 28MB OF INFORMATION ON SPRINT CELL PHONE 810-858-3287 OWNED BY DAVID HORR  Type: Miscellaneous
Descrp: 28 MB OF DATA FOR SPRINT CELL PHONE 810-858-3287 OWNED BY DAVID HORR
Obtained From: 333 S GRAND AVE
Lansing  MI 48909
Eaton County  At or Near:
OBTAINED FROM SPRINT VIA EMAIL AND PLACED ON CD.

SEIZED BY: KRAIG BRITVEC
Prop 0004 -  Desc: CD CONTAINING 48MB OF INFORMATION ON VERIZON CELL PHONE 260-504-6649  Type: Miscellaneous
Descrp: CD WITH 48MB OF DATA FROM CELL PHONE 260-504-6649
Obtained From: 333 S GRAND
Lansing  MI 48909
Eaton County  At or Near: HQ
OBTAINED VIA EMAIL AND PLACED ON CD

**STATUS:**

Open

| PAGE | INVESTIGATED BY | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| 1 of 1 | D/SGT KRAIG BRITVEC #107 | | |

WIN000034

| Michigan Department of State Police | ORIGINAL DATE | INCIDENT NO. |
|---|---|---|
| | Tue, Aug 18, 2015 | 016-0000256-15 (DB) |
| SUPPLEMENTAL INCIDENT | SUPPLEMENTARY DATE | FILE CLASS |
| REPORT 0005 | Tue, Oct 13, 2015 | 21000 |

INCIDENT STATUS
Open

# EXTORTION

## JOURNAL:
10-8-15    Britvec    Supped to date.

## PROPERTY:
Prop 0006 - Desc: TWO CD'S OF DATA EXTRACTED FROM JOE GAMRAT'S CELL PHONE  Type: Evidence
Descrp: TWO CDS OF DATA EXTRACTED FROM JOE GAMRATS CELL PHONE
Obtained From: 333 S GRAND AVE
Lansing  MI 48909
Ingham County  At or Near: HQ
TWO CDS OF DATA EXTRACTED FROM JOE GAMRATS PHONE


Prop 0007 - Desc: INFORMATION EXTRACTED FROM DAVID HORR'S PHONE  Type: Evidence
Descrp: CD OF EXTRACTION
Obtained From: 1700 WASHINGTON
Port Huron
Saint Clair County  At or Near:
INFORMATION FROM PHONE

## INVESTIGATOR FINDINGS TO DATE:
Looking at the cell phone records and data extracted from Joe Gamrat's, Todd Courser's, David Horr's phones and interviews with witnesses and suspects Undersigned officer found the following information.

:Joe Gamrat was suspicious of the  relationship between Todd Courser and his wife Cindy Gamrat since the summer of 2014.
:Joe Gamrat, Josh Cline and Keith Allard texted or spoke on the phone regularly before during and after the extortion texting was happening.
:Joe Gamrat also spoke or texted Ben Graham to a lesser extent while the extortion texting was going on.
:Graham, Allard and Cline worked in the complainant/victims office at one time and were all aquainted with each other and would most likely know the personal information that the texter knew.
:Graham contacted Cline before making the first recorded conversation of Courser trying to get Graham to send the "false flag" e-mail and went to Cline's residence after recording it.
:The extortionist knew personal information  about the complainant victim that someone close to the complainant/victim would know (travel plans, times/dates, votes on bills etc.).
:Graham attempted to get Courser to resign the night of the "false Flag" e-mail recording.
:Cline, Allard, and Graham were not happy with the working conditions in the office and suspected the inappropriate affair.

| PAGE | INVESTIGATED BY | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| 1 of 2 | D/SGT KRAIG BRITVEC #107 | | |

| Michigan Department of State Police | ORIGINAL DATE<br>Tue, Aug 18, 2015 | INCIDENT NO.<br>016-0000256-15 (DB) |
|---|---|---|
| SUPPLEMENTAL INCIDENT<br>REPORT 0005 | SUPPLEMENTARY DATE<br>Tue, Oct 13, 2015 | FILE CLASS<br>21000 |

:Cline resigned in April of 2015 because of the working environment and affair.

:Graham and Allard were fired in July 2015 by Human Resources of the State House of Representatives as recommended by Courser and Gamrat.

:The 313-421-5345 cell phone was activated on 05-19-2015.

:The first accurate (within 200 meters according to AT&T) GPS location of this phone was in Fort Gratiot Mi.

:The first phone number the 313-421-5345 called was 810-858-3287

:810-858-3287 is owned by David Horr

:David Horr lives in Fort Gratiot Mi.

:On 05-16-2015 David Horr texted Joseph Gamrat about reaching out to the courser camp with a "Burner Phone" this text string included information about possible recordings of Joseph Gamrat's wife Cindy.

:The second GPS location of this phone was on or near Domtar paper products in Port Huron Mi.

:David Horr works at Domtar as a security guard.

:Joseph Gamrat works at Domtar as a sales representative for Buckman Laboratories.

:Joseph Gamrat and David Horr had many text on Joseph Gamrat's relationship with his wife Cindy.

:David Horr had a deleted text stating "If Joe told him I did, he would have simply asked...I think he already knows where it was bought and maybe even by whom...leading questions...maybe he's wondering why in the world would I use it...hence his "did you give joe the phone?" "

:Undersigned Officer asked Horr if he was involved after learning that the 313-421-5345 number had contacted David Horr's phone. Horr was also asked if he had obtained the phone and given it to Gamrat.

:David Horr had a deleted text stating "I'm kinda freaking out here...I think I should tell the truth...the gps took them to work, it will certainly take them to my old address as well as walmart where it was activated hence video on point of sale.

:The 313-421-5345 phone contacted "Brickhouse Security" for 8 minutes and 22 seconds on 07-16-15.

:"Brickhouse Security" sells security and surveillance equipment.

:Joe Gamrat also contacted Brickhouse Security on his personal phone.


**STATUS:**
Open.

| | INVESTIGATED BY<br>D/SGT KRAIG BRITVEC #107 | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| PAGE<br>2 of 2 | | | |

| Michigan Department of State Police | ORIGINAL DATE<br>Tue, Aug 18, 2015 | INCIDENT NO.<br>016-0000256-15 (DB) |
|---|---|---|
| SUPPLEMENTAL INCIDENT<br>REPORT 0006 | SUPPLEMENTARY DATE<br>Thu, Oct 22, 2015 | FILE CLASS<br>21000 |

| INCIDENT STATUS |
|---|
| Open |

# EXTORTION

## JOURNAL:

| 10-13-15 | Britvec | Supped to date. |
|---|---|---|
| 10-18-2015 | F/Lt. Boucher | Supp #4 reviewed, pends analysis and prosecutors review. |

## SUMMARY OF CASE/EVIDENCE:

:The complainant Todd Courser had an affair with Cindy Gamrat.

:The suspect Joseph Gamrat suspected his wife of this affair as early as the summer of 2014.

:Joseph Gamrat admitted to Undersigned Officer that he had placed recording devices in Cindy Gamrat's car.

:Joseph Gamrat told Undersigned Officer that he received an anonymous phone call of a recording of his wife (Cindy) and the complainant having sex.

:No such recording has ever been released or heard by any other person interviewed by Undersigned Officer.

:Joseph Gamrat admitted to following and observing the complainant and Cindy Gamrat together.

:Joseph Gamrat stated that in February of 2015 he observed Cindy Gamrat leaving Todd Courser's hotel room in the early morning hours at the Radisson Hotel in Lansing Mi. Joseph Gamrat attempts to confront Cindy Gamrat but she will not answer the door.

:Joseph Gamrat has 4 video recordings on his I-phone of the complainant (Courser) and Cindy Gamrat together in a vehicle. It appears that Cindy Gamrat is giving the complainant a foot massage then the two embrace before Cindy Gamrat exits the vehicle. It is believed that these videos were sent to Joe Gamrat from someone else because they are broken up into 4 videos.

:Joseph Gamrat has text chats with an unknown individual who was checking hotel records and rooms of Cindy Gamrat and the complainant (Courser). This individual provides information on phone calls, bed condition (made or not) and shower curtain position.

:Joseph Gamrat communicates regularly with Josh Cline and Keith Allard.

:Josh Cline and Keith Allard both worked in the complainant's and Cindy Gamrats office.

:Josh Cline resigned from employment in April of 2015.

:On 05-16-2016 David Horr and Joe Gamrat have a text conversation that starts with David Horr texting "Burner phone audio evidence time to have an impartial party (ME!) reach out to Courser camp." The text string also implies that there is audio evidence of the affair.

:On 05-19-2015 the "texter" (Horr) begins sending text from 313-421-5345 to several people including the complainant. The second text sent states "The phone is a burner...dont even try it".

:On 05-20-2015 the texter sends "Relax. I'm not leaking anything...yet. Pay people better to keep quiet..I pay them better for info. #Raddisson. This text came shortly after Cindy Gamrat threatened suicide to Joe Gamrat during a telephone conversation.

:The texter also contacted and had text conversations with Wendy Day.

:The texter ask Wendy Day to contact Joe Gamrat and state "It's Wendy you and Cindy are in my prayers"....thats it.

:The texter advises that he will know if Wendy Day makes this call.

:On 09-09-2015 Undersigned Officer gets a search warrant for information on 313-421-5345.

| PAGE | INVESTIGATED BY<br>D/SGT KRAIG BRITVEC #107 | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| 1 of 3 | | | |

| Michigan Department of State Police | ORIGINAL DATE<br>Tue, Aug 18, 2015 | INCIDENT NO.<br>016-0000256-15 (DB) |
|---|---|---|
| SUPPLEMENTAL INCIDENT<br>REPORT 0006 | SUPPLEMENTARY DATE<br>Thu, Oct 22, 2015 | FILE CLASS<br>21000 |

:Search warrant return information indicates that the 313-421-5345 phone was turned on in Fort Gratiot Mi. by GPS

:David Horr lives in Fort Gratiot Mi.

:The 313-421-5345 first phone call was made to David Horr's cell phone.

:The 313-421-5345 phone second GPS location was near Domtar Paper Products Post Huron Mi.

:David Horr and Joseph Gamrat both work at Domtar Paper Products.

:Search warrants were obtained for the phone records and phones of Joseph Gamrat and David Horr on 09-30-15. These phones were seized on this date.

:Phone data shows that Horr and Gamrat had communication about a burner phone, Gamrat's marriage, and secretly audio recording Cindy Gamrat.

:Deleted Text from Horr's phone show that he was the texter and wanted to come forward with the information that he had.

## CONTACT PROSECUTOR:

Undersigned Officer contacted Lapeer County Prosecutor Tim Turkelson and advised his of the above findings. Undersigned Officer ask Turkelson if it would be ok to offer Horr immunity from prosecution if he would confess, tell Undersigned Officer everything he knew and testify truthfully if necessary. Turkelson agreed that he would make this offer to Horr. Turkelson advised that he would provide documentation to Horr if necessary.

## SUSPECT:
NAM: DAVID KENT HORR

| | | |
|---|---|---|
| | RAC: W | ETH: |
| | | OPS: |
| NBR: 3055    DIR: | SEX: M | SSN: |
| STR: SYLVAN | DOB: 06/14/1966 | SID: |
| SFX: DRIVE | HGT: | FBI: |
| CTY: FORT GRATIOT    ST: MI | WGT: | MNU: |
| TXH:    ZIP: 48059 | HAI: | PRN: |
| TXW: | EYE: | |
| MB: (810)858-3287 | | |

On 10-21-15 Undersigned Officer contacted David Horr by phone and advised him that it was time to talk and advised him of the offer of immunity from prosecution if he were to provide all the information that he had about this case. Horr advised that he had some personal issues pending and did not know if he could meet Undersigned Officer on this date. Undersigned Officer advised Horr that he did not have to talk and that Undersigned Officer would proceed with the case either way. Horr advised that he would call Undersigned Officer right back.

Horr recontacted Undersigned Officer and advised that he had just spoke with his attorney Roberta Sacharski. Horr advised that he was willing to talk and that his attorney would be calling Undersigned Officer to set up a meeting on 10-22-15. Undersigned Officer asked Horr to bring the texting phone to the meeting if he still had it and he advised that it had been broken into pieces and thrown away. Horr also advised that he bought the texting phone at Walmart with money provided by Joe Gamrat. Horr stated that Gamrat would tell him what to text and that he would text it. Horr stated that he told Joe Gamrat that if he was implicated that he would tell all.

| | INVESTIGATED BY<br>D/SGT KRAIG BRITVEC #107 | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| PAGE<br>2 of 3 | | | |

WIN000038

| Michigan Department of State Police | ORIGINAL DATE<br>Tue, Aug 18, 2015 | INCIDENT NO.<br>016-0000256-15 (DB) |
|---|---|---|
| SUPPLEMENTAL INCIDENT<br>REPORT 0006 | SUPPLEMENTARY DATE<br>Thu, Oct 22, 2015 | FILE CLASS<br>21000 |

**CONTACT WITH ROBERTA SACHASKI:**
Undersigned officer was contacted by Roberta Sacharski and advised that her client David Horr and she would meet Undersigned Officer at her office at 702 Church St. Flint Mi at 1:00pm on 10-22-15. Sachaski asked for a immunity letter from the Lapeer Co. Prosecutor.

**RECONTACT LAPEER COUNTY PA:**
Undersigned Officer recontacted Prosecutor Turkelson and advised that Undersigned Officer would be meeting with Horr and his attorney on 10-22-15. Undersigned Officer asked that Turkelson e-mail a letter to provide Horr and his attorney.

**CONTACT WITH KIM STOUT:**
On 10-22-15 Undersigned Officer was contacted by attorney Kim Stout who advised that she had been retained by David Horr as counsel. Stout advised that she would not be able to allow her client to speak to Undersigned Officer until she had a chance to talk to him. After a heated conversation. Stout was advised that Undersigned Officer would be forwarding what Undersigned Officer had to the Lapeer County Prosecutor without Horr's interview.

**STATUS:**
Open.

| PAGE<br>3 of 3 | INVESTIGATED BY<br>D/SGT KRAIG BRITVEC #107 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

| Michigan Department of State Police | ORIGINAL DATE<br>Tue, Aug 18, 2015 | INCIDENT NO.<br>016-0000256-15 (DB) |
|---|---|---|
| SUPPLEMENTAL INCIDENT<br>REPORT 0007 | SUPPLEMENTARY DATE<br>Mon, Oct 26, 2015 | FILE CLASS<br>21000 |

| INCIDENT STATUS |
|---|
| Open |

# EXTORTION

**JOURNAL:**
None

**ADDITIONAL INFORMATION:**
The below property was sent to Undersigned Officer via e-mail from AT&T on 09-12-15. Undersigned Officer made a CD of the information provided and placed it into evidence.

**PROPERTY:**
SEIZED BY: KRAIG BRITVEC
Prop 0008 -  Desc: CD MADE FROM EMAIL FOR AT&T CELL PHONE RECORDS FOR 313-421-5345.
Type: Evidence
Descrp: PHONE RECORDS FROM ATT&T FOR CELL PHONE 313-421-5345
Obtained From: 333 S GRAND AVE
Lansing  MI 48909
Ingham County  At or Near: HQ
EMAILED FROM ATT TO UNDERSIGNED OFFICER

**ATTEMPTED CONTACT WITH JOE GAMRAT:**
On 10-23-15 Undersigned Officer attempted to contact Joe Gamrat by calling his cell phone and text to see if he would be willing to come in for an interview. Undersigned Officer texted Gamrat and advised him that the report would be forwarded to the prosecutor and that warrants would be sought for Gamrat and David Horr. Gamrat did not contact Undersigned Officer.

**EXTERNAL DOCUMENTS:**
9 Pages of search warrant information on cell phone 313-421-5345.
8 pages of search warrant information on Joe Gamrats cell phone.
9 Pages of search warrant information on David Horr's cell phone.

**STATUS:**
Open. Pending Prosecutors review.

| PAGE<br>1 of 1 | INVESTIGATED BY<br>D/SGT KRAIG BRITVEC #107 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

| Michigan Department of State Police | ORIGINAL DATE<br>Tue, Aug 18, 2015 | INCIDENT NO.<br>016-0000256-15 (DB) |
|---|---|---|
| SUPPLEMENTAL INCIDENT<br>REPORT 0008 | SUPPLEMENTARY DATE<br>Mon, Oct 26, 2015 | FILE CLASS<br>21000 |

| INCIDENT STATUS |
|---|
| Open |

# EXTORTION

## JOURNAL:
None.

## WITNESS:
NAM: WENDY JEAN DAY

| | RAC: U | ETH: |
|---|---|---|
| NBR: 239    DIR: | SEX: F | OPS: |
| STR: FAIRHILL | DOB: 06/26/1972 | SSN: |
| SFX: WAY | HGT: | SID: |
| CTY: HOWELL    ST: MI | WGT: | FBI: |
| TXH:    ZIP: 48843 | HAI: | MNU: |
| TXW: | EYE: | PRN: |
| MB: (517)652-5855 | | |

Wendy Day provided Undersigned Officer with 5 pages of screen shots from her phone. These screen shots were some of the text message conversations that she had with 313-421-5345. In these screen shots Undersigned Officer observed similar sentence structure to other text messages on David Horr's personal cell phone. The text also ask Day to contact Joseph Gamrat by phone and that the texter will know if she does. This indicates that the texter (Horr) was in direct contact with Joe Gamrat. The screen shots provided will be added to external documents.

NAM: DANIEL ARTHUR COURSER

| | RAC: W | ETH: |
|---|---|---|
| NBR: 4706    DIR: | SEX: M | OPS: |
| STR: SKELTON | DOB: 03/10/1978 | SSN: |
| SFX: ROAD | HGT: | SID: |
| CTY: COLUMBIAVILLE    ST: MI | WGT: | FBI: |
| TXH:    ZIP: | HAI: | MNU: |
| TXW: | EYE: | PRN: |
| MB: (517)462-8104 | | |

On 10-27-15 Undersigned Officer spoke with Daniel Courser by tx. Courser advised Undersigned Officer that he was contacted by Josh Cline on May 20, 2015 and was advised that Todd Courser and Cindy Gamrat were having an affair. He was also advised by Josh Cline of the e-mail that Todd Courser had sent out. On May 21, 2015 Ben Graham contacted Dan Courser and confirmed that Todd Courser and Cindy Gamrat were having an affair. On May 21, 2015 Dan Courser call Joe Gamrat and talked to him about the affair. Courser advised that Joe Gamrat was open and stated that his relationship with Cindy Gamrat had been bad for some time. Joe Gamrat told Dan Courser that he put a recording device in Cindy Gamrat's Bag. Gamrat advised that he had audio of Cindy Gamrat and Todd Courser having sex on May 15, 2015.
Undersigned Officer asked Daniel Courser if he knew who the texter was and he advised that he believed it was Joe Gamrat or someone doing it for Joe Gamrat. Undersigned Officer asked Dan Courser if he believed that he may have provided Joe Gamrat with information from the Washington DC trip that he went on with

| PAGE<br>1 of 2 | INVESTIGATED BY<br>D/SGT KRAIG BRITVEC #107 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

| Michigan Department of State Police | ORIGINAL DATE<br>Tue, Aug 18, 2015 | INCIDENT NO.<br>016-0000256-15 (DB) |
|---|---|---|
| SUPPLEMENTAL INCIDENT<br>REPORT 0008 | SUPPLEMENTARY DATE<br>Mon, Oct 26, 2015 | FILE CLASS<br>21000 |

Todd and Cindy and he believed that he had not. However Courser advised that he had told Josh Cline and Ben Graham some details about the DC trip.

**PROPERTY:**
SEIZED BY: KRAIG BRITVEC
Prop 0009 -   Desc: 4 CD'S OF EMAILS, CHATS, LOCATIONS AND VOICE MESSAGES FROM JOE GAMRAT'S I-PHONE   Type: Evidence
Descrp: EXTRACTION DATA FROM JOE GAMRAT'S PHONE.
Obtained From: 1700 WASHINGTON
Port Huron   MI
  Saint Clair County   At or Near: DOMTAR
OBTAINED FROM JOE GAMRAT

**STATUS:**
Open.

| | PAGE<br>2 of 2 | INVESTIGATED BY<br>D/SGT KRAIG BRITVEC #107 | REPORTED BY | REVIEWED BY |
|---|---|---|---|---|

| Michigan Department of State Police | ORIGINAL DATE | INCIDENT NO. |
| | Tue, Aug 18, 2015 | 016-0000256-15 (DB) |
| SUPPLEMENTAL INCIDENT REPORT 0009 | SUPPLEMENTARY DATE | FILE CLASS |
| | Thu, Nov 05, 2015 | 21000 |

| INCIDENT STATUS |
| Open |

# Extortion

**JOURNAL:**

| 10-26-2015 | F/Lt. Boucher | Supp's 5,6 and 7 reviewed.  Pends prosecutors review. |
| 10-29-15 | Britvec | Items 2 &3 returned from CCU this date. |

**PROPERTY:**
SEIZED BY: KRAIG BRITVEC
Prop 0010 -  Desc: CD OF INTERVIEW WITH BEN GRAHAM ON 08-18-15  Type: Evidence
Descrp: CD OF BEN GRAHAM INTERVIEW
Obtained From: 333 S GRAND AVE
Lansing  MI 48909
Ingham County  At or Near:
CD OF BEN GRAHAM INTERVIEW

This interview was transferred from a digital recorder to CD format and placed in property.

**INTERVIEW IMMANUEL EICKHOLDT:**
Undersigned Officer interviewed Immanuel Eickholdt at his residence on November 2, 2015 for the investigation into the expulsion of Representatives Gamrat and Courser (Courser resigned prior to vote). 10-715-15. During this interview Eickholdt advised that Courser told him that he thought the texter was Joe Gamrat but Eickholdt was not sure. Eickholdt advised that he believed that the texter could have been Ben Graham because he had spoken with Josh Cline and knew through Cline that Graham was extremely upset with Courser. Eickholdt advised that Cline and Graham had committed so many blunders that he believed that sabotage was a possibility. Eickholdt advised that there were many spelling and grammar errors on documents that seemed either incompetent or done so purposely.
Eickholdt advised that a few years ago Courser had asked him to place a Spark Nano GPS unit on the boyfriend of Mellisa Cameneti's car. Eickholdt advised that he did place the item and that Courser would track the boyfriend to places Courser believed were drug houses. Eickholdt advised that Courser contacted him in late june 2015 about getting the Spark Nano up and running again and Eickholdt sent Courser the information. This information is confirmed through texting that occurred between Courser and Eickholdt.

**ADDITIONAL INFORMATION:**
Undersigned Officer knows through texting done by Joe Gamrat on 07-25-15 that he found a GPS tracking device that was placed on his truck. Joe Gamrat suspects that Cindy Gamrat's sister bought and placed this device. From texting between Todd Courser and Cindy Gamrat Undersigned Officer believes this device was placed on the truck on 07-02-15.

**STATUS:**
Open.

| PAGE | INVESTIGATED BY | REPORTED BY | REVIEWED BY |
| 1 of 2 | D/SGT KRAIG BRITVEC #107 | | |

| STATE OF MICHIGAN 54-A JUDICIAL DISTRICT | AFFIDAVIT FOR SEARCH WARRANT | CASE NO. |
|---|---|---|

Police Agency Report Number:MSP CCU-[Case Number]

D/Sgt. Kraig Britvec Michigan State Police, affiant, states that:

A. The person, place, or thing to be searched is described as and is located at:

AT&T Wireless; Attn: Custodian of Records
11760 US Highway 1, North Palm Beach, FL 33408. Doing business in Michigan

B. The PROPERTY to be searched for, seized, and searched if found, is specifically described as:

Evidence of the crime of extortion including but not limited too; The following records in the custody and control of AT&T wireless (Cingular Wireless), including records stored on backup media:

1. Any and all subscriber information for wireless number 313-421-5345 between 05-18-2015 to date, including location of purchase, date of purchase and method of payment.

2. All email accounts associated with wireless number 313-421-5345

3. All connection logs and records of user activity for wireless phone 313-421-5345 including:
   a. Connection times and cell tower locations of connection.
   b. Telephone Numbers of other phones called by 313-421-5345 and the duration of calls
   c. Telephone Numbers of other phones texted by 313-421-5345
   d. Telephone numbers that called 313-421-5345 and the duration of calls
   e. Telephone caller identification records;

4. Credit card account information associated with wireless phone number 313-421-5435

5. GPS locations on file for wireless phone number 313-421-5345

6. Current status (active or inactive) of wireless phone number 313-421-5345

7. IP addresses of any internet connections made by wireless phone 313-421-5345

8. Any other records related to the above-referenced names and user names, including, without limitation, correspondence, complaint or abuse records, billing records, records of contact by any person or entity about the above-referenced names and user names, and any other subscriber information which does not require or result in notification of the subscriber of this request for information.

C. The FACTS establishing probable cause or the grounds for the search are:

1. D/Sgt. Kraig Britvec assigned to the Michigan State Police Special Operations Division, hereinafter referred to as Affiant, has been a law enforcement officer employed with the Michigan State Police since January of 1990 and is currently assigned to investigations with the Michigan State Police Capitol security section in Lansing, MI as an Investigator, has 28 years of law enforcement investigative experience.

2. Affiant is investigating an extortion of State Representative Todd Courser.

3. Todd Courser stated that he had an affair with State Representative Cindy Gamrat

4. Todd Courser has received numerous text messages from phone number 1-313-421-5345 threatening to expose the affair unless he resigned from office.

WIN000044

5.  A search of the number 1-313-421-5345 by the Michigan State Police Criminal Intelligence Unit showed that this number is serviced by Cingular Wireless LLC, a company owned by AT&T

6.  AT&T provides cellular wireless services including prepay phones.

7.  The extortionist texted Todd Courser and others with the following between 05-19-15 and 08-07-15

| 5/19/2015 9:41:38 PM(UTC+0) | Inbox  Read | Boo! |
| 5/19/2015 9:41:39 PM(UTC+0) | Inbox  Read | The phone is a burner...dont bother trying. |
| 5/19/2015 9:44:02 PM(UTC+0) | Inbox  Read | Cindy sounds like she's great in the sheets. You however, have no stamina. |
| 5/19/2015 9:48:16 PM(UTC+0) | Inbox  Read | Silence in this case can be VERY detrimental. Careers, political arena and of course families, Georgeann, Joe, Fon, Dan....whew, it could be disastrous really, and of course the kids. |
| 5/20/2015 11:21:20 AM(UTC+0) | Inbox  Read | DC sucked, thought you two would be alone but you dragged family along...cost me 1200.00 that trip. |
| 5/20/2015 11:57:32 AM(UTC+0) | Inbox  Read | "Todd...have your phone swept. Why do you only know 4 vets, we're everywhere. ""Courser's a ""NO"" on 4408""? Still think I'm bluffing?" |
| 5/20/2015 12:11:16 PM(UTC+0) | Inbox  Read | What are they going to do to defeat you when you're an incumbent? They won't need 150k....they have me. |
| 5/20/2015 2:16:17 PM(UTC+0) | Inbox  Read | Messages will come from a different number soon. This ones getting dumped. Nobody's asked what my intentions are, what I want. Odd? |
| 5/20/2015 2:57:45 PM(UTC+0) | Inbox  Read | I have no agenda per se. I have no desire to destroy families. I give a rats ass about politics. Vaupel sucks though. You both now know I hold significant evidence of your affair. Career suicide, can't show your face, empty your office shit. Stay tuned...have a splendid Pure Michigan day! |

WIN000045

| 5/20/2015 3:20:39 PM(UTC+0) | Inbox | Read | Relax. I'm not leaking anything...yet. Pay people better to keep quiet..I pay them better for info. #Radisson |
|---|---|---|---|
| 5/20/2015 3:40:51 PM(UTC+0) | Inbox | Read | Let me make this CRYSTAL CLEAR. I need some open dialogue. I've heard from you Cindy...better tell Todd to man-up. As long as I'm appeased, my cargo will never reach port so to speak. Can I please get a confirmation. |
| 5/21/2015 4:23:16 PM(UTC+0) | Inbox | Read | Good afternoon. Contrary to what you may think, I have other cases I'm working. Todd, go to your weekend retreat...enjoy this last holiday as a state employee. Big changes next week kids, as I change the political landscape. |
| 5/21/2015 4:25:34 PM(UTC+0) | Inbox | Read | You both can prevent this really....you've never asked how? |
| 5/21/2015 5:32:07 PM(UTC+0) | Inbox | Read | I can show your whereabouts when not in session, meetings, or together. Those whereabouts DO NOT include seedy alleys in Lansing having sex with men Todd. Grow up. I sell non-fiction...you however spin fairy tales and fiction. That email can't find another inbox....oh, change your passwords too. Dumb shit |
| 5/22/2015 9:56:34 PM(UTC+0) | Inbox | Read | Hello? |
| 5/22/2015 10:09:07 PM(UTC+0) | Inbox | Read | Cindy, Todd, Dan..we all on here? |
| 5/24/2015 12:09:16 AM(UTC+0) | Inbox | Read | I'm letting everybody off the hook....on 1 condition only. You resign Todd, Tuesday. Mention your health, your new found family bond. DO NOT mention Cind , AT ALL. Call me karma....this is for the others too! |
| 5/26/2015 11:39:05 AM(UTC+0) | Inbox | Read | Rise and Resign day....Good morning Todd....hope you found your soul-searching weekend peaceful. |

WIN000046

| | | |
|---|---|---|
| 5/27/2015 12:45:57 PM(UTC+0) | Inbox  Read | I've reached out to an old friend with a little teaser. He's been fact-finding since 11am or so yesterday, building the puzzle, piece by piece. I told him I WILL NOT confirm the names of the woman/women. Rest assured, Tim Skubick will be in touch with you. Confirm the affair(s). |
| 5/28/2015 4:11:55 PM(UTC+0) | Inbox  Read | Skubick questioned the authenticity of some of the audio. Not the story per se, rather how either of you let this happen. Not the affair....getting bugged. I drove up to the island yesterday, on your dime. I shared 17 minutes of audio, 9-11 of sexual intimacy and 5-6 of dialogue so he could clearly understand who he was listening too. He's going to label me as an anonymous source, a credible anonymous source. Complete with photographic and video evidence from DC and the Radisson, it was any easy sell. Let Joe and Fon know whats coming please. |
| 5/28/2015 5:58:04 PM(UTC+0) | Inbox  Read | "517.643.0013  Call it....go ahead, do it. It's a personal cell." |
| 6/9/2015 6:25:55 PM(UTC+0) | Inbox  Read | Uh oh...good luck. I just got back in the states and heard the news. |
| 7/8/2015 1:00:35 PM(UTC+0) | Inbox  Read | Wow! Firing staff...be careful, the boys have A TON on you...they know everything. I saw you recently. Flint then near Great Lakes Crossing later. You guys are easy but idiots. Oh, the Speaker is meeting with me on 8/3. |
| 7/17/2015 1:09:32 PM(UTC+0) | Inbox  Read | I was off the last few days and was offered the opportunity to do some surveillance....little did I know you'd drag me all the way to Flint....I used to work out of that Target strip mall and often frequented Barnes/Noble....Keith and Ben were right, as was Joe...the inevitable WILL happen. |

WIN000047

|  |  |  | Careers,Families,homes... shattered. We simply have too much on you, the server and police involvement notwithstanding. |
| --- | --- | --- | --- |
| 7/21/2015 3:06:47 PM(UTC+0) | Inbox | Read | I've been digging. How was camping Cin? Todd, your wife had an affair before, but then again, so have you...before Cindy. I may need some funding? Offers to help? |
| 7/22/2015 11:07:46 AM(UTC+0) | Inbox | Read | I came across this number in this file: 260-504-6649. Its not Dans or Tims or either of yours? Whos is it? |
| 7/22/2015 11:13:29 AM(UTC+0) | Inbox | Read | Nevermind, I'll text it myself... |
| 8/7/2015 1:51:26 PM(UTC+0) | Inbox | Read | "Amazing what would have happened had you simply listened. Too late. KABOOM!" |
| 8/7/2015 3:59:38 PM(UTC+0) | Inbox | Read | It went global fast. Resign NOW Todd as Candy has asked...ASKED. You too Cindy, spare the kids and Joe. Resign, both of you, TODAY. Chad has scratched the surface....Ben has lots of audio...intriguing, damning. I have steamy audio, pics, video from DC. Resign, or Chad gets it all. |

7. Through training and experience, Affiant knows that AT&T (Cingular) wireless Services maintains records listed in section "B" as part of their routine cellular phone service provider business practice. These records include subscriber's names, addresses, status of the account(s), telephone numbers, telephone caller identification records, IP connection logs, credit card numbers, contact information, billing records, correspondence, complaint or abuse records, and records of prior contact by other law enforcement agencies.

8. The business records requested will provide evidence that will assist in determining the identity of the person or persons involved in Extortion contrary to MCL 750.213

IN CONSIDERATION OF THE FOREGOING, Affiant request this Honorable Court issue a Warrant to search for and seize the property specified in Section "B" above from AT&T Internet Services 130 E Travis St. Rm 3-P-01 San Antonio, TX 78205, then to search any items created, modified or stored in electronic or magnetic form and any data, image, or information that is capable of being read or interpreted by a computer for the property specified above.

Further Affiant sayeth not.

This affidavit consists of:  6 pages

_____
Affiant

Reviewed on: _____
             Date

Subscribed and sworn       9/9/15   11:32 Am
before me on: _____
                  Date / Time

By: _____  (PS3748)
    Prosecuting Official

_____
Judge / Magistrate

| STATE OF MICHIGAN<br>54-A  JUDICIAL<br>DISTRICT | SEARCH WARRANT | CASE NO. |
|---|---|---|

TO THE SHERIFF OR ANY PEACE OFFICER: Police Agency Report Number: MSP 16-256-15

D/Sgt. Kraig Britvec Michigan State Police, affiant, states that:

A. The person, place, or thing to be searched is described as and is located at:

AT&T Wireless; Attn: Custodian of Records
11760 US Highway 1, North Palm Beach, FL 33408. Doing business in Michigan

B. The PROPERTY to be searched for, seized, and searched if found, is specifically described as:

Evidence of the crime of extortion including but not limited too; The following records in the custody and control of AT&T wireless (Cingular Wireless), including records stored on backup media:

1. Any and all subscriber information for wireless number 313-421-5345 between 05-18-2015 to date, including location of purchase, date of purchase and method of payment.
2. All email accounts associated with wireless number 313-421-5345
3. All connection logs and records of user activity for wireless phone 313-421-5345 including:
a. Connection times and cell tower locations of connection.
b. Telephone Numbers of other phones called by 313-421-5345 and the duration of calls
c. Telephone Numbers of other phones texted by 313-421-5345
d. Telephone numbers that called 313-421-5345 and the duration of calls
e. Telephone caller identification records;

4. Credit card account information associated with wireless phone number 313-421-5435

5. GPS locations on file for wireless phone number 313-421-5345

6. Current status (active or inactive) of wireless phone number 313-421-5345

7. IP addresses of any internet connections made by wireless phone 313-421-5345

8. Any other records related to the above-referenced names and user names, including, without limitation, correspondence, complaint or abuse records, billing records, records of contact by any person or entity about the above-referenced names and user names, and any other subscriber information which does not require or result in notification of the subscriber of this request for information.

**IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN:** I have found that probable cause exists and you are commanded to make the search and seize the described property. Leave a copy of this warrant with affidavit attached and a tabulation (a written inventory) of all property taken with the person from whom the property was taken or at the premises. You are further commanded to promptly return this warrant and tabulation to the court.

Issued: _____ 9/9/15  11:22AM _____     _____     

Date / Time                                         Judge / Magistrate          Bar no.

WIN000050

| STATE OF MICHIGAN 54-A JUDICIAL DISTRICT | RETURN AND TABULATION | CASE NO. |
|---|---|---|

Search was made: ___9-11-2015___     and the following property was seized:
Date

49 PAGES OF INFORMATION ON TELEPHONE NUMBER 313-421-5345 FROM AT&T.

_____
Officer

Copy of affidavit, warrant, and tabulation served on: ___AT&T   COMPLIANCE   CUSTODIAN OF RECORDS___
Name

Tabulation filed: _____
Date

WIN000051



**Target (313) 421-5345**
**5/19/15 - 8/18/15**

SMS Cell Site Used

Voice Cell Site Used

0    0.25    0.5              1 Miles

*Lake Huron*

10247

1700 Washington Ave.
Port Huron, MI

11397

WN000052



# AT&T Records key

## Column Definitions for Mobility Voice Report

## Note: Call times are stored and displayed in UTC

| Column Name | Description |
|---|---|
| Item | Row Number |
| Conn. Date | Connection Date. The date the call was connected. |
| Conn. Time (UTC) | Connection Time. The time the call was connected. Time is in UTC. |
| Conn Date Time | Connection date and time- Date and Time the call was connected. Displayed as one column on the Landline Call Detail Records. |
| Seizure Time | The time it takes to connect the call measured from the moment the caller presses "Send" to when the call is connected. |
| Originating Number | The phone number the call/text originated from. For data records, this does not necessarily mean the number originated the data transaction. The network constantly communicates with internet enabled devices and the data records do not indicate if a customer initiated a data transaction. |
| Terminating Number | The number the transaction terminated to. |
| DIALED (D) | The number that the originating party dialed.<br><br>Appears in subsequent line of the same row in the Originating Number column.<br><br>*(Note: only appears if the Terminating number differs from the Dialed number)* |
| FORWARDED (F) | The number the terminated number forwarded the call to.<br><br>Appears in subsequent line of the same row in the Originating Number column. |
| TRANSLATED (T) | Indicates if a number was translated to a different number. For example, if the number called is 911, then that gets translated to a ten digit number for routing to a 911 dispatch center. The (T) indicates the number the translation was from, not the number translated to. |
| ORIGINAL ORIGINATING (OO) | Denotes the number that originated the call before call forwarding was invoked.<br><br>Appears in subsequent line of the same row in the Originating Number column. |
| ET (Elapsed Time) | Duration of the transaction. Duration is in HH:MM:SS |
| IMEI International Mobile Equipment Identifier | A 15-digit number that uniquely identifies an individual wireless device.<br><br>Only the IMEI of the number requested is displayed. |

AT&T Proprietary
The information contained here is for use by authorized persons only and is not for general distribution.

WIN000053



| ISI International Mobile Subscriber Identity | The IMSI is a globally-unique code number that identifies a GSM subscriber to the network. The IMSI is linked to your account information with the carrier. The IMSI resides in the SIM card which can be moved from one GSM phone to another. Only the IMSI of the number requested in the legal demand is displayed. |
|---|---|
| CT (Call Type) | Denotes if the leg of a call is an originating leg or terminating leg. Mobile Originating (MO) Mobile Terminating (MT) Service Originating (SO) Service Terminating (ST) A leg of a call represents each time the call is processed through a network switch. Calls may go through several switches in AT&Ts network in order to reach the intended party. A service record is generated when a customer uses a particular service on the network.  An example of this would be ring back tones. |
| Feature | This column represents the type of call that occurred as recorded by our network and used for purposes of processing a call on AT&Ts network. These are not necessarily indicative of features on a customer's account or the types of services subscribed too. |
| Make | The Make of the handset used in the transaction |
| Model | The Model of the handset used in the transaction |
| ll Location | Identifiers: 3G Network cell Site= LAC/CID 4G Network Cell Site= ECGI Examples: 3G Network Cell Site. [27077/11621:-80.05629:26.74779:350:90.0]             LAC/CID       LONG:LAT    Sector:Beamwidth 4G Network Cell Site {133151247:520122: -96.912452:33.013937:358:-1.0            ECGI:ENB-ID        LONG:LAT          Sector:Beamwidth Definitions: LAC-Location Area Code. This number identifies the specific region a cell tower is located in. The number is used internally in AT&T and for network purposes. CID-Cell Identity. This number identifies the location of the tower within a specified region. The number is used internally in AT&T and for network purposes. ECGI-Enhanced cell global identity. A ten digit number that indicates the location of a cell tower when 4G technology is being used. The number is used internally in AT&T and for network purposes. |

AT&T Proprietary
The information contained here is for use by authorized persons only and is not for general distribution.

WIN000054



ENB-ID- enodeB. A number used internally to AT&T to identify a specific antenna on a tower when 4G technology is used.

Longitude - A geographic coordinate that specifies a North-South Position of a point on the earth's surface. The Longitude represented is of the cell tower.

Latitude - A geographic coordinate that specifies an East-West Position of a point on the earth's surface. The Latitude represented is of the cell tower.

Sector-A number out of 360 degrees that indicates the side of the cell site antenna used in processing the call.

Beamwidth-A number out of the 360 degrees that specifies the angle of coverage of the RF signal coming from a particular cell site sector.

## Feature Definitions for Mobility Voice Report

Features represents the type of call that occurred as recorded by our network and used for purposes of processing a call on AT&Ts network. These are not necessarily indicative of features on a customer's account or the types of services subscribed too.

| Feature Acronym | Feature Definition |
|---|---|
| 'ADD' | Unstructured Supplementary Service Data |
| 'CBI' | Barring of All Incoming Calls |
| 'CBIOP' | Incoming Operator Determined Barring |
| 'CBIP' | Barring of All Incoming Calls Roaming Outside Public Land Mobile Network |
| 'CBIUK' | Barring of Incoming Calls |
| 'CBO' | Barring of All Outgoing Calls |
| 'CBOI' | Barring of All Outgoing Intl Calls |
| 'CBOIP' | Barring of All Outgoing Intl Calls Except to Public Land Mobile Network |
| 'CBOOP' | Outgoing Operator Determined Barring |
| 'CBOUK' | Barring of Outgoing Calls |
| 'CBUK' | All Barring |
| 'CFB' | Call Forwarding Subscriber Busy |
| 'CFC' | Call Forwarding All Conditional |
| 'CFNA' | Call Forwarding No Reply |
| 'CFNR' | Call Forwarding Not Reachable |
| 'CFO' | Call Forwarding in Gateway (Unknown) |
| 'CFU' | Call Forwarding Unconditional |
| 'CFUK' | All Forwarding |

AT&T Proprietary
The information contained here is for use by authorized persons only and is not for general distribution.

WIN000055



| 'CGC' | Advice of Charge Charging |
|-------|--------------------------|
| 'CGI' | Advice of Charge Information |
| 'CIAC' | Account Code Service |
| 'CICUG' | Closed user Groups Service |
| 'CIPCI' | Proprietary Customer Information |
| 'CMH' | Call Hold |
| 'CMPRL' | Proprietary Release Link Trunk Service |
| 'CMPVM' | Proprietary Voice Mail Call Dropback |
| 'CMR' | Call Re-origination |
| 'CMRC' | Call Re-origination By Cause |
| 'CMW' | Call Waiting |
| 'ECT' | Explicit Call Transfer |
| 'GREM' | Enhanced Multi |
| 'INIOR' | Invoke Calling Number Identity Restriction |
| 'MPS' | Multiparty Services |
| 'NIND' | Proprietary Calling Name Delivery |
| 'NIOP' | Calling Number Identity Presentation |
| 'NIOR' | Calling Number Identity Restriction |
| 'NITP' | Connected Line Identity Presentation |
| 'NITR' | Connected Line Identity Restriction |
| 'NSDA' | Directory Assistance Service Call |
| 'OACR' | Anonymous Call Rejection |
| 'OEXT' | Extension Service |
| 'OMCT' | Malicious Call Trace |
| 'OMSC' | MSC |
| 'OOR' | Optimal Routing (of Late Call Forwarding) |
| 'SUBCMH'  Call hold | Call hold, Invoke, Invoked by Subscriber |
| VM | Voicemail involved in transaction |
| VCORR | 4G Cell site was correlated with additional database |

## AT&T SMS Key Column Descriptions

## Note: Call times are stored and displayed in UTC

AT&T Proprietary
The information contained here is for use by authorized persons only and is not for general distribution.

WIN000056



| Column Name | Description |
|---|---|
| Originating Number | Number that originated the SMS |
| Terminating Number | Number that received the SMS |
| Description | If known, describes the direction of the SMS<br>SMSO (SMS originating)<br>SMST (SMS terminating) |

### AT&T Data Key Descriptions
### Note: Call times are stored and displayed in UTC

| Column Name | Description |
|---|---|
| Bytes Up | The number of bytes sent from mobile station to the network. |
| Bytes Dn | The number of bytes from the network to the mobile station. |
| Originating Number | For data records, the Originating Number does not necessarily mean the number originated the data transaction. The network constantly communicates with internet enabled devices and the data records do not indicate if a customer initiated a data transaction. |

AT&T Proprietary
The information contained here is for use by authorized persons only and is not for general distribution.

WIN000057

 at&t

## AT&T Landline Key Column Descriptions

### Note: Call times are stored and displayed in UTC

| Column Name | Description |
| --- | --- |
| Sec. Orig | Secondary Originating Number. This is a number that sits behind a customer's internal phone network. An example of this is someone's desk phone in a large office with a PBX system. Calls can originate from a Secondary Originating Number. |
| CIC | Carrier Identification Code.  The number in this column translates to identifying the interexchange carrier of the call.  A public listing of CIC codes can be found at the following url: http://www.nanpa.com/reports/reports_cic.html<br><br>**Always drop the last digit when looking up the CIC** |
| Call Code | Represents the type of call that was processed on the wireline network.  Call Code and other technical information can be obtained from the FBI NDCAC Technical Resource Group which can be reached at 855-306-3222. |
| Orig. Acc. | Originating Access ID. When a call is received from another carrier and traverses AT&Ts VoIP network. This number translates to what carrier sent AT&T the call.<br><br>Originating Access Id and other technical information can be obtained from the FBI NDCAC Technical Resource Group which can be reached at 855-306-3222. |

## AT&T International Descriptions

### Note: Call times are displayed in UTC

AT&T Proprietary
The information contained here is for use by authorized persons only and is not for general distribution.

WIN000058



| Column Name | Description |
|---|---|
| ConnDateTime (UTC) | Date/Time call was connected in UTC. |
| Originating Number | The phone number the call originated from. |
| Sec. Originating Number | Secondary Originating Number. This is a number that sits behind a customer's internal phone network. An example of this is someone's desk phone in a large office with a PBX system. Calls can originate from a Secondary Originating Number. |
| Dialed Number | The number dialed. |
| Elapsed Time | The time the call was connected in minutes and seconds. |
| Orig Country | The country the call originated from based on the NPA-NXX of the party that placed the call. |
| Dial Country | The country of the number dialed based on the NPA-NXX of the dialed number. |
| In Country | Inbound Country. The country AT&T terminated the call to. This does not necessarily mean the called party is in the listed country. This represents the country that AT&T directed the call to in order to properly route the call to its final destination. Other carriers may pick up the call after the call has left the AT&T network. |
| Out Country | Outbound Country. The country AT&T routed the call from. This does not necessarily mean the call originated from the listed country. This represents the country AT&Ts network was used in to properly route the call to its final destination. |
| Ans Ind | Indicates if the call was answered. |
| From CPN | From Calling Party Number. Indicates if the call originated from the Originating Number. |

## AT&T MESSAGES USER GUIDE FOR LAW ENFORCEMENT
## TRANSACTIONAL LOGS FROM AT&T MESSAGES

Effective June 3, 2014, requests received for transactional usage will now include AT&T Messages transactional logs for AT&T mobility customers who subscribe to AT&T Messages.  This document is being provided to help you understand how the transactional logs for the requested AT&T Messages subscriber are presented.  The AT&T Messages transactional logs stored are: Voice logs, MMS logs and Text (SMS) logs.

**As of September 9, 2014, these logs will no longer be sent in .tgz format.  They will now be sent in our standard AT&T report formats: .pdf and .txt.**

AT&T Proprietary
The information contained here is for use by authorized persons only and is not for general distribution.

WIN000059



Some logs are in UTC time, therefore, you may see transaction results with the next day's date stamp on them.

Also, you may see duplication between the logs provided from the AT&T Messages Cloud and the other records returned from AT&T's SCAMP system.

Depending on the information requested, you will receive one or more of the following file types:

| Type | Description |
|---|---|
| **CALL Records** | |
| Inbound and Outbound Call Logs | Each record will be identified as Inbound or Outbound.  This includes calls to voicemail and voicemail retrieval.<br>• **Disposition:** Left message, hung up, answered, rejected, or busy.<br>• **Duration:** Length of call in seconds.<br>• **Time:** The day/date and time the call was made. Time is in UTC (see conversion chart above).<br>• **Source Phone Number:** The number the call was sent from.<br>• **Destination Phone Number:** The number the call was made to. |
| **MMS Records** | |
| Inbound and Outbound MMS Logs | Each record will be identified as Inbound or Outbound.<br>• **Time:** The day/date and time the call was made. Time is displayed in CDT with the UTC offset..  The negative number to the right of (CDT) reflects the UTC offset.  The -0500 means 5 hours were subtracted from the UTC time to display the time in CDT.<br>• **Source Phone Number:** Displays the number the message was sent from with an extension of "@tel.metasphere.metaswitch.com".  **This extension does not imply a valid email address that is associated with the phone number.  This is simply an internal extension used by AT&T to deliver the information.**<br>• **Destination Phone Number:** The number the message was sent to with the same extension used in the From field.<br>• **Source IP:** When a MMS message is sent from the AT&T Messages Web User Interface (WUI) instead of a handset, the IP address will be captured.  This information is returned only if location information is requested in the legal process. |
| **Text Message Records** | |
| Inbound and Outbound Text Records | Each record will be identified as Inbound or Outbound.<br>• **Time:** The day/date and time the call was made. Time is in UTC (see conversion chart above).<br>• **Source Phone Number:** The number the call was sent from.<br>• **Destination Phone Number:** The number the call was made to. |

**Important Note:  There is currently a bug which affects the week day returned in the Time field.  The date is correct, however, you may find 'Mon' for Monday is populated the majority of the time which is erroneous in most cases.**

AT&T Proprietary
The information contained here is for use by authorized persons only and is not for general distribution.

WIN000060



# MOBILITY USAGE
## (with cell location)

1845761
09/11/2015
SCAMP

Run Date:        09/11/2015
Run Time:        15:06:14
Voice Usage For: (313)421-5345
Account Number:  18009311S551

AT&T has queried for records using Central Time Zone. AT&T's records are stored and provided in UTC.

| Item | Conn. Date | Seizure Time | Conn. Time (UTC) | ET | Originating Number | Terminating Number | IMEX | IMSI | CT | Feature | Cell Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05/19/15 | 0:13 | 20:54 | 0:03 | 13134215345 | 18108583287 | 014279002655702 LG 306G | 31041077212688Z | MO | [] | [26521/10247:-82.4626639:43.0425583:350:-1.0] |
| 2 | 05/20/15 | 0:01 | 12:37 | 0:04 | 13134215345 15176525855 (OO) | 15862165013 | | 31041077212688Z | MO | [VM:CPRA] | |
| 3 | 05/20/15 | 0:22 | 12:37 | 0:04 | 15176525855 15862165013 (F) | 13134215345 | 014279002655702 LG 306G | 31041077212688Z | MT | [RIOP:VM:CPRA] | [26521/11397:-82.4380222:42.9851917:350:85.0] |
| 4 | 05/20/15 | 0:02 | 18:08 | 0:26 | 13134215345 | 15173771000 | 014279002655702 LG 306G | 31041077212688Z | MO | [] | [26521/11397:-82.4380222:42.9851917:350:85.0] |
| 5 | 05/24/15 | 0:01 | 00:16 | 1:02 | 13134215345 | 15173771000 | 014279002655702 LG 306G | 31041077212688Z | MO | [] | [26109/10247:-82.4626639:43.0425583:350:1.0] |
| 6 | 05/26/15 | 0:05 | 17:58 | 0:42 | 13134215345 | 18774828238 | 014279002655702 LG 306G | 31041077212688Z | MO | [] | [26521/11397:-82.4380222:42.9851917:350:85.0] |
| 7 | 05/26/15 | 0:14 | 18:00 | 0:27 | 13134215345 A675174844888 (D) | 15174844888 | 014279002655702 LG 306G | 31041077212688Z | MO | [NIOR] | [26521/10247:-82.4626639:43.0425583:350:-1.0] |
| 8 | 05/28/15 | 0:10 | 01:07 | 0:00 | 13134215345 | 18103857235 | 014279002655702 LG 306G | 31041077212688Z | MO | [] | [26521/10247:-82.4626639:43.0425583:350:-1.0] |
| 9 | 05/28/15 | 0:06 | 01:13 | 0:00 | 13134215345 | 18103857235 | 014279002655702 LG 306G | 31041077212688Z | MO | [] | [26109/10247:-82.4626639:43.0425583:350:1.0] |
| 10 | 05/28/15 | 0:15 | 17:26 | 0:33 | 13134215345 A675174844888 (D) | 15174844888 | 014279002655702 LG 306G | 31041077212688Z | MO | [NIOR] | [26521/11397:-82.4380222:42.9851917:350:85.0] |
| 11 | 06/05/15 | 0:00 | 15:02 | 0:08 | 13134215345 13134431713 (OO) | 15862165013 | | 31041077212688Z | MO | [VM:CPXR] | |
| 12 | 06/05/15 | 0:00 | 15:02 | 0:08 | 13134431713 13134215013 (F) | 13134215345 | | 31041077212688Z | MT | [VM:CPXR] | |
| 13 | 07/16/15 | 0:11 | 16:45 | 0:14 | 12486739870 | 12482326306 | | | MO | [CFU] | [] |
| 14 | 07/16/15 | 0:11 | 16:45 | 0:14 | 13134215345 12482326306 (F) | 12486739870 | | | MT | [CFU] | [] |
| 15 | 07/16/15 | 0:14 | 16:45 | 0:14 | 13134215345 | 18006447966 | 014279002655702 LG 306G | 31041077212688Z | MO | [] | [26521/11397:-82.4380222:42.9851917:350:85.0] |
| 16 | 07/16/15 | 0:05 | 16:45 | 0:51 | 13134215345 | 18006547966 | 014279002655702 LG 306G | 31041077212688Z | MO | [] | [26521/11397:-82.4380222:42.9851917:350:85.0] |

AT&T Proprietary

AMO    The information contained here is for use by authorized persons only and is not for general distribution.

Page 1


**at&t**

## MOBILE USAGE
## (with cell location)

```
184576..
09/11/2015
SCAMP
```

AT&T has queried for records using Central Time Zone. AT&T's records are stored and provided in UTC.

```
Run Date:        09/11/2015
Run Time:        15:08:14
Voice Usage For: 1313421-5345
Account Number:  180035118551
```

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature | Call Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | 07/16/15 | 16:50 | 0:06 | 8:22 | 13134215345 | 18006547966 | 01427900226557702 LG 30GG | 31041077212682 | MO | □ | [26521/11397]:-<br>82.4380222:42.9851917:1350:85.0] |
| 18 | 07/23/15 | 20:41 | 0:00 | 0:08 | 13134215345<br>18662074142 (OO) | 15862165013 | | 31041077212682 | MO | [VM:CFNR] | |
| 19 | 07/23/15 | 20:41 | 0:00 | 0:08 | 18662074142 (P)<br>15862165013 (P) | 13134215345 | | 31041077212682 | MT | [VM:CFNR] | |
| 20 | 07/24/15 | 16:14 | 0:01 | 0:08 | 13134215345<br>18662074142 (OO) | 15862165013 | | 31041077212682 | MO | [VM:CFNR] | |
| 21 | 07/24/15 | 16:14 | 0:01 | 0:08 | 18662074142<br>15862165013 (P) | 13134215345 | | 31041077212682 | MT | [VM:CFNR] | |
| 22 | 08/07/15 | 14:00 | 0:11 | 0:00 | 13134215345 | 13133717713660 | 01427900226557702 LG 30G | 31041077212682 | MO | □ | [26521/11397]:-<br>82.4380222:42.9851917:1350:85.0] |
| 23 | 08/07/15 | 14:00 | 0:06 | 0:57 | 13134215345 | 15173713660 | 01427900226557702 LG 30G | 31041077212682 | MO | □ | [26521/11397]:-<br>82.4380222:42.9851917:1350:85.0] |
| 24 | 08/07/15 | 14:04 | 0:07 | 1:00 | 13134215345 | 15173713660 | 01427900226557702 LG 30G | 31041077212682 | MO | □ | [26521/11397]:-<br>82.4380222:42.9851917:1350:85.0] |
| 25 | 08/10/15 | 13:32 | 0:10 | 0:00 | 17346787313 | 13134215345 | | | MO | □ | □ |
| 26 | 08/10/15 | 16:06 | 0:12 | 0:00 | 17346046066 | 13134215345 | | | MO | □ | □ |
| 27 | 08/10/15 | 16:48 | 0:09 | 0:00 | 19419626650 | 13134215345 | | | MO | [NIOR] | □ |
| 28 | 08/10/15 | 19:00 | 0:22 | 0:00 | 15179741768 | 13134215345 | | | MO | □ | □ |
| 29 | 08/11/15 | 04:05 | 0:21 | 0:00 | 12488826780 | 13134215345 | | | MO | □ | □ |
| 30 | 08/11/15 | 18:34 | 0:21 | 0:00 | 18102170800 | 13134215345 | | | MO | □ | □ |
| 31 | 08/11/15 | 22:04 | 0:01 | 0:00 | 12463858780 | 13134215345 | | | MO | □ | □ |
| 32 | 08/12/15 | 22:18 | 0:09 | 0:00 | 18107339211 | 13134215345 | | | MO | □ | □ |
| 33 | 08/13/15 | 15:42 | 0:08 | 0:00 | 17346046066 | 13134215345 | | | MO | □ | □ |
| 34 | 08/13/15 | 18:33 | 0:10 | 0:00 | 12488901336 | 13134215345 | | | MO | □ | □ |
| 35 | 08/13/15 | 23:41 | 0:15 | 0:00 | 15407606295 | 13134215345 | | | MO | □ | □ |
| 36 | 08/14/15 | 01:57 | 0:08 | 0:00 | 16096020631 | 13134215345 | | | MO | □ | □ |
| 37 | 08/15/15 | 18:03 | 0:08 | 0:00 | 16173140802 | 13134215345 | | | MO | [NIOR] | □ |
| 38 | 08/15/15 | 22:10 | 0:07 | 0:00 | 18109629901 | 13134215345 | | | MO | □ | □ |

*(Handwritten annotations:)* Becky House Stewart; KATHLEEN McCAULIFFE?; BRYAN DENTLER?; LITTLE GIANT BREAKFAST?; Vicki VANDENBOSCHE?; Vic HAGELSMITH?; AA Look; KEY; BRYAN BENTLEY; KEVIN ANDERSON; VIRGINIA CELL; NEW JERSEY CELL; MASSACHUSETTS CELL; Thomas Smith REALTOR

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.

AMO

WIN000062



at&t

184576.
09/11/2015
SCAMP

# MOBILI⌐ ⌐USAGE
(with cell⌐ location)

AT&T has queried for records using Central Time Zone. AT&T's records are stored and provided in UTC.

Run Date: 09/11/2015
Run Time: 15:08:25
Data Usage For: (313) 421-5345
Account Number: 18009311B551

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | RT | Bytes Up | Bytes Dn | IMEI | IMSI | MAKE | MODEL | Cell Location |
|------|------------|------------------|--------------------|----|----------|----------|------|------|------|-------|---------------|

AMO

AT&T Proprietary

The AT&T network constantly communicates with internet enabled devices when they are powered on. These communications will show as data usage on the customer records but do not necessarily indicate a customer initiated a transaction. AT&T does not retain records that can definitively show whether a transaction was customer initiated or AT&T's network initiated the data transaction.

The information contained here is for use by authorized persons only and is not for general distribution.

Page 1

WIN000063

18457761
09/11/2015
SCAMP

Run Date: 09/11/2015
Run Time: 15:08:16 (UTC)
BMS Usage For: (313)421-5345
Account Number: 18031311551

## MOBILITY USAGE (with cell location)

AT&T has queried for records using Central Time Zone. AT&T's records are stored and provided in UTC.

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | Terminating Number | IMEI | IMSI | Desc | MAKE | MODEL | Cell Location |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05/19/15 | 20:47 | 13134215345 | 13134215345 | 014279002265570 2 | 310410772126882 | BMST | LG | 306G | [] |
| 2 | 05/19/15 | 20:47 | 13134215345 | 13134215345 | 014279002265570 2 | 310410772126882 | BMST | LG | 306G | [26521/10247/-82.4626639/43.0425583/1350/-1.0] |
| 3 | 05/19/15 | 20:52 | 13134215345 | 13134215345 | 014279002265570 2 | 310410772126882 | BMST | LG | 306G | [26521/10247/-82.4626639/43.0425583/1350/-1.0] |
| 4 | 05/19/15 | 20:52 | 13134215345 | 13134215345 | 014279002265570 2 | 310410772126882 | BMST | LG | 306G | [26521/10247/-82.4626639/43.0425583/1350/-1.0] |
| 5 | 05/19/15 | 20:52 | 13134215345 | 13134215345 | 014279002265570 2 | 310410772126882 | BMST | LG | 306G | [26521/10247/-82.4626639/43.0425583/1350/-1.0] |
| 6 | 05/19/15 | 20:52 | 13134215345 | 13134215345 | 014279002265570 2 | 310410772126882 | BMST | LG | 306G | [26521/10247/-82.4626639/43.0425583/1350/-1.0] |
| 7 | 05/19/15 | 20:53 | 13134215345 | 13134215345 | 014279002265570 2 | 310410772126882 | BMST | LG | 306G | [26521/10247/-82.4626639/43.0425583/1350/-1.0] |
| 8 | 05/19/15 | 20:53 | 13134215345 | 13134215345 | 014279002265570 2 | 310410772126882 | BMST | LG | 306G | [] |
| 9 | 05/19/15 | 20:53 | 55330 | 13134215345 | 014279002265570 2 | 310410772126882 | BMSO | LG | 306G | [26521/10247/-82.4626639/43.0425583/1350/-1.0] |
| 10 | 05/19/15 | 20:53 | 55330 | 13134215345 | 014279002265570 2 | 310410772126882 | BMSO | LG | 306G | [26521/10247/-82.4626639/43.0425583/1350/-1.0] |
| 11 | 05/19/15 | 20:53 | 55330 | 13134215345 | 014279002265570 2 | 310410772126882 | BMST | LG | 306G | [26109/10247/-82.4626639/43.0425583/1350/-1.0] |
| 12 | 05/19/15 | 20:53 | 55330 | 13134215345 | 014279002265570 2 | 310410772126882 | BMST | LG | 306G | [26521/10247/-82.4626639/43.0425583/1350/-1.0] |
| 13 | 05/19/15 | 20:55 | 55330 | 13134215345 | 014279002265570 2 | 310410772126882 | BMST | LG | 306G | [26521/10247/-82.4626639/43.0425583/1350/-1.0] |
| 14 | 05/19/15 | 20:55 | 55330 | 13134215345 | 014279002265570 2 | 310410772126882 | BMST | LG | 306G | [26109/10247/-82.4626639/43.0425583/1350/-1.0] |
| 15 | 05/19/15 | 20:55 | 13134215345 | 13134215345 | 014279002265570 2 | 310410772126882 | BMST | LG | 306G | [26109/10247/-82.4626639/43.0425583/1350/-1.0] |
| 16 | 05/19/15 | 20:55 | 13134215345 | 13134215345 | 014279002265570 2 | 310410772126882 | BMST | LG | 306G | [26109/10247/-82.4626639/43.0425583/1350/-1.0] |
| 17 | 05/19/15 | 20:55 | 55330 | 55330 | 014279002265570 2 | 310410772126882 | BMSO | LG | 306G | [26521/10247/-82.4626639/43.0425583/1350/-1.0] |
| 18 | 05/19/15 | 20:55 | 1111327260 3 | 13134215345 | 014279002265570 2 | 310410772126882 | BMST | LG | 306G | [26521/10247/-82.4626639/43.0425583/1350/-1.0] |
| 19 | 05/19/15 | 21:08 | 1111327260 9 | 13134215345 | 014279002265570 2 | 310410772126882 | BMST | LG | 306G | [26521/10247/-82.4626639/43.0425583/1350/-1.0] |
| 20 | 05/19/15 | 21:09 | 1111327260 9 | 13134215345 | 014279002265570 2 | 310410772126882 | BMSO | LG | 306G | [26109/10247/-82.4626639/43.0425583/1350/-1.0] |
| 21 | 05/19/15 | 21:23 | 13134215345 | 12694913600 | 014279002265570 2 | 310410772126882 | BMSO | LG | 306G | [26109/10247/-82.4626639/43.0425583/1350/-1.0] |
| 22 | 05/19/15 | 21:23 | 13134215345 | 12694913600 | 014279002265570 2 | 310410772126882 | BMSO | LG | 306G | [26109/10247/-82.4626639/43.0425583/1350/-1.0] |
| 23 | 05/19/15 | 21:23 | 12694913600 | 12694913600 | 014279002265570 2 | 310410772126882 | BMSO | LG | 306G | [26521/10247/-82.4626639/43.0425583/1350/-1.0] |
| 24 | 05/19/15 | 21:28 | 13134215345 | 12694913600 | 014279002265570 2 | 310410772126882 | BMSO | LG | 306G | [26521/10247/-82.4626639/43.0425583/1350/-1.0] |
| 25 | 05/19/15 | 21:23 | 13134215345 | 13134215345 | 014279002265570 2 | 310410772126882 | BMSO | LG | 306G | [26521/10247/-82.4626639/43.0425583/1350/-1.0] |
| 26 | 05/19/15 | 21:30 | 13134215345 | 13134215345 | 014279002265570 2 | 310410772126882 | BMSO | LG | 306G | [26521/10247/-82.4626639/43.0425583/1350/-1.0] |
| 27 | 05/19/15 | 21:30 | 13134215345 | 13134215345 | 014279002265570 2 | 310410772126882 | BMST | LG | 306G | [] |
| 28 | 05/19/15 | 21:31 | 1121611611 | 13134215345 | 014279002265570 2 | 310410772126882 | BMST | LG | 306G | [26109/10247/-82.4626639/43.0425583/1350/-1.0] |
| 29 | 05/19/15 | 21:32 | 1121611611 | 15737930836 | 014279002265570 2 | 310410772126882 | BMST | LG | 306G | [26521/10247/-82.4626639/43.0425583/1350/-1.0] |
| 30 | 05/19/15 | 21:37 | 13134215345 | 18104233376 | 014279002265570 2 | 310410772126882 | BMST | LG | 306G | [26521/10247/-82.4626639/43.0425583/1350/-1.0] |
| 31 | 05/19/15 | 21:41 | 13134215345 | 18104233376 | 014279002265570 2 | 310410772126882 | BMST | LG | 306G | [26521/10247/-82.4626639/43.0425583/1350/-1.0] |
| 32 | 05/19/15 | 21:41 | 12694913600 | 13134215345 | 014279002265570 2 | 310410772126882 | BMSO | LG | 306G | [26521/10247/-82.4626639/43.0425583/1350/-1.0] |
| 33 | 05/19/15 | 21:43 | 13134215345 | 18104233376 | 014279002265570 2 | 310410772126882 | BMST | LG | 306G | [26109/10247/-82.4626639/43.0425583/1350/-1.0] |
| 34 | 05/19/15 | 21:48 | 13134215345 | 18104233376 | 014279002265570 2 | 310410772126882 | BMST | LG | 306G | [26521/10247/-82.4626639/43.0425583/1350/-1.0] |
| 35 | 05/19/15 | 21:48 | 13134215345 | 18104233376 | 014279002265570 2 | 310410772126882 | BMST | LG | 306G | [26521/10247/-82.4626639/43.0425583/1350/-1.0] |
| 36 | 05/19/15 | 21:48 | 18104233376 | 18104233376 | 014279002265570 2 | 310410772126882 | BMSO | LG | 306G | [26521/10247/-82.4626639/43.0425583/1350/-1.0] |

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.

AMO

WIN000064



at&t

1845761
09/11/2015
SCAMP

## MOBILI    USAGE
### (with cell location)

AT&T has queried for records using Central Time Zone. AT&T's records are stored and provided in UTC.

Run Date:        09/11/2015
Run Time:        15/08:16
SMS Usage For:   (313)421-5345
Account Number:  180093118551

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | Terminating Number | IMEI | IMSI | Desc | MAKE | MODEL | Cell Location |
|---|---|---|---|---|---|---|---|---|---|---|
| 37 | 05/19/15 | 21:48 | 13134215345 | 12694913600 | 01427900226555702 | 310410772126882 | SMSO | LG | 30GG | [26521/102471-82.4626639+43.0425583+3500-1.0] |
| 38 | 05/19/15 | 21:48 | 13134215345 | 12694913600 | 01427900226555702 | 310410772126882 | SMSO | LG | 30GG | [26521/102471-82.4626639+43.0425583+3500-1.0] |
| 39 | 05/19/15 | 22:26 | 13134215345 | 12694913600 | 01427900226555702 | 310410772126882 | SMSO | LG | 30GG | [26521/102471-82.4626639+43.0425583+3500-1.0] |
| 40 | 05/19/15 | 22:26 | 13134215345 | 12694913600 | 01427900226555702 | 310410772126882 | SMSO | LG | 30GG | [26521/102471-82.4626639+43.0425583+3500-1.0] |
| 41 | 05/19/15 | 23:06 | 13134215345 | 18106593287 | 01427900226555702 | 310410772126882 | SMSO | LG | 30GG | [26521/11397T-82.4380222+42.9851917+350.85.0] |
| 42 | 05/20/15 | 11:06 | 13134215345 | 12694913600 | 01427900226555702 | 310410772126882 | SMSO | LG | 30GG | [26521/11397T-82.4380222+42.9851917+350.85.0] |
| 43 | 05/20/15 | 11:06 | 13134215345 | 12694913600 | 01427900226555702 | 310410772126882 | SMSO | LG | 30GG | [26521/11397T-82.4380222+42.9851917+350.85.0] |
| 44 | 05/20/15 | 11:19 | 13134215345 | 12694913600 | 01427900226555702 | 310410772126882 | SMSO | LG | 30GG | [26521/11397T-82.4380222+42.9851917+350.85.0] |
| 45 | 05/20/15 | 11:21 | 13134215345 | 18104233376 | 01427900226555702 | 310410772126882 | SMSO | LG | 30GG | [26521/11397T-82.4380222+42.9851917+350.85.0] |
| 46 | 05/20/15 | 11:21 | 13134215345 | 18104233376 | 01427900226555702 | 310410772126882 | SMSO | LG | 30GG | [26521/11397T-82.4380222+42.9851917+350.85.0] |
| 47 | 05/20/15 | 11:29 | 12694913600 | 13134215345 | 01427900226555702 | 310410772126882 | SMST | LG | 30GG | [] |
| 48 | 05/20/15 | 11:29 | 13134215345 | 13134215345 | 01427900226555702 | 310410772126882 | SMST | LG | 30GG | [] |
| 49 | 05/20/15 | 11:43 | 13134215345 | 12694913600 | 01427900226555702 | 310410772126882 | SMSO | LG | 30GG | [26521/11391-82.4380222+42.9851917+350.85.0] |
| 50 | 05/20/15 | 11:43 | 13134215345 | 12694913600 | 01427900226555702 | 310410772126882 | SMSO | LG | 30GG | [26521/11391-82.4380222+42.9851917+350.85.0] |
| 51 | 05/20/15 | 11:43 | 13134215345 | 12694913600 | 01427900226555702 | 310410772126882 | SMSO | LG | 30GG | [26521/11391-82.4380222+42.9851917+350.85.0] |
| 52 | 05/20/15 | 11:57 | 13134215345 | 12694913600 | 01427900226555702 | 310410772126882 | SMSO | LG | 30GG | [26521/11391-82.4380222+42.9851917+350.85.0] |
| 53 | 05/20/15 | 11:57 | 13134215345 | 18106233376 | 01427900226555702 | 310410772126882 | SMSO | LG | 30GG | [26521/11391-82.4380222+42.9851917+350.85.0] |
| 54 | 05/20/15 | 12:11 | 13134215345 | 12694913600 | 01427900226555702 | 310410772126882 | SMSO | LG | 30GG | [26521/11391-82.4380222+42.9851917+350.85.0] |
| 55 | 05/20/15 | 12:11 | 13134215345 | 18104233376 | 01427900226555702 | 310410772126882 | SMSO | LG | 30GG | [26521/11391-82.4380222+42.9851917+350.85.0] |
| 56 | 05/20/15 | 12:23 | 13134215345 | 13134215345 | 01427900226555702 | 310410772126882 | SMST | LG | 30GG | [] |
| 57 | 05/20/15 | 12:34 | 13134215345 | 13134215345 | 01427900226555702 | 310410772126882 | SMST | LG | 30GG | [] |
| 58 | 05/20/15 | 12:34 | 13134215345 | 15176525855 | 01427900226555702 | 310410772126882 | SMSO | LG | 30GG | [26521/11391-82.4380222+42.9851917+350.85.0] |
| 59 | 05/20/15 | 12:39 | 13134215345 | 15176525855 | 01427900226555702 | 310410772126882 | SMST | LG | 30GG | [] |
| 60 | 05/20/15 | 12:39 | 13134215345 | 11134215345 | 01427900226555702 | 310410772126882 | SMSO | LG | 30GG | [26521/11391-82.4380222+42.9851917+350.85.0] |
| 61 | 05/20/15 | 12:39 | 15176525855 | 11134215345 | 01427900226555702 | 310410772126882 | SMSO | LG | 30GG | [26521/11391-82.4380222+42.9851917+350.85.0] |
| 62 | 05/20/15 | 12:39 | 13134215345 | 15176525855 | 01427900226555702 | 310410772126882 | SMSO | LG | 30GG | [26521/11391-82.4380222+42.9851917+350.85.0] |
| 63 | 05/20/15 | 12:46 | 13134215345 | 12694913600 | 01427900226555702 | 310410772126882 | SMSO | LG | 30GG | [26521/11391-82.4380222+42.9851917+350.85.0] |
| 64 | 05/20/15 | 12:53 | 15176525855 | 13134215345 | 01427900226555702 | 310410772126882 | SMST | LG | 30GG | [] |
| 65 | 05/20/15 | 12:53 | 13134215345 | 15176525855 | 01427900226555702 | 310410772126882 | SMST | LG | 30GG | [] |
| 66 | 05/20/15 | 13:09 | 13134215345 | 15176525855 | 01427900226555702 | 310410772126882 | SMST | LG | 30GG | [] |
| 67 | 05/20/15 | 13:33 | 15176525855 | 13134215345 | 01427900226555702 | 310410772126882 | SMST | LG | 30GG | [] |
| 68 | 05/20/15 | 13:33 | 13134215345 | 13134215345 | 01427900226555702 | 310410772126882 | SMST | LG | 30GG | [] |
| 69 | 05/20/15 | 13:49 | 15176525855 | 13134215345 | 01427900226555702 | 310410772126882 | SMST | LG | 30GG | [26521/11391-82.4380222+42.9851917+350.85.0] |
| 70 | 05/20/15 | 13:51 | 13134215345 | 13134215345 | 01427900226555702 | 310410772126882 | SMST | LG | 30GG | [26521/11391-82.4380222+42.9851917+350.85.0] |
| 71 | 05/20/15 | 13:51 | 13134215345 | 13134215345 | 01427900226555702 | 310410772126882 | SMST | LG | 30GG | [26521/11391-82.4380222+42.9851917+350.85.0] |
| 72 | 05/20/15 | 13:51 | 13134215345 | 13134215345 | 01427900226555702 | 310410772126882 | SMST | LG | 30GG | [26521/11391-82.4380222+42.9851917+350.85.0] |

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.

AMO

Page 2


AT&T

**1845761**
09/11/2015
SCAMP

Run Date:        09/11/2015
Run Time:        15:08:16
SMS Usage For:   (313)421-5345
Account Number:  180093118551

## MOBILI' USAGE
## (with cell location)

AT&T has queried for records using Central Time Zone. AT&T's records are stored and provided in UTC.

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | Terminating Number | IMSI | IMEI | Desc | MAXR | MODEL | Cell Location |
|---|---|---|---|---|---|---|---|---|---|---|
| 73 | 05/20/15 | 13:58 | 13134215345 | 15176525855 | 0142790022655702 | 310410772126882 | SMSO | LG | 306G | [26521/11397/-82.4380022142.9851917/350/85.0] |
| 74 | 05/20/15 | 13:58 | 13134215345 | 15176525855 | 0142790022655702 | 310410772126882 | SMSO | LG | 306G | [26521/11397/-82.4380022142.9851917/350/85.0] |
| 75 | 05/20/15 | 13:59 | 15176525855 | 13134215345 | | 310410772126882 | SMSI | LG | 306G | [] |
| 76 | 05/20/15 | 13:59 | 13134215345 | 15176525855 | 0142790022655702 | 310410772126882 | SMSO | LG | 306G | [26521/11397/-82.4380022142.9851917/350/85.0] |
| 77 | 05/20/15 | 14:00 | 13134215345 | 15176525855 | 0142790022655702 | 310410772126882 | SMSO | LG | 306G | [26521/11397/-82.4380022142.9851917/350/85.0] |
| 78 | 05/20/15 | 14:00 | 15176525855 | 13134215345 | | 310410772126882 | SMSI | LG | | [] |
| 79 | 05/20/15 | 14:01 | 13134215345 | 13134215345 | 0142790022655702 | 310410772126882 | SMSO | LG | 306G | [26521/11397/-82.4380022142.9851917/350/85.0] |
| 80 | 05/20/15 | 14:01 | 15176525855 | 13134215345 | | 310410772126882 | SMSI | LG | | [26521/11397/-82.4380022142.9851917/350/85.0] |
| 81 | 05/20/15 | 14:01 | 13134215345 | 13134215345 | | 310410772126882 | SMST | LG | 306G | [26521/11397/-82.4380022142.9851917/350/85.0] |
| 82 | 05/20/15 | 14:02 | 15176525855 | 13134215345 | 0142790022655702 | 310410772126882 | SMSO | LG | 306G | [26521/11397/-82.4380022142.9851917/350/85.0] |
| 83 | 05/20/15 | 14:02 | 15176525855 | 13134215345 | | 310410772126882 | SMST | LG | | [26521/11397/-82.4380022142.9851917/350/85.0] |
| 84 | 05/20/15 | 14:02 | 15176525855 | 13134215345 | 0142790022655702 | 310410772126882 | SMST | LG | 306G | [26521/11391/-82.4380222142.9851917/350/85.0] |
| 85 | 05/20/15 | 14:02 | 13134215345 | 13134215345 | 0142790022655702 | 310410772126882 | SMST | LG | 306G | [26521/11391/-82.4380222142.9851917/350/85.0] |
| 86 | 05/20/15 | 14:13 | 13134215345 | 15176525855 | 0142790022655702 | 310410772126882 | SMSO | LG | 306G | [26521/11391/-82.4380222142.9851917/350/85.0] |
| 87 | 05/20/15 | 14:14 | 15176525855 | 13134215345 | 0142790022655702 | 310410772126882 | SMST | LG | 306G | [26521/11391/-82.4380222142.9851917/350/85.0] |
| 88 | 05/20/15 | 14:14 | 13134215345 | 13134215345 | | 310410772126882 | SMST | LG | | [] |
| 89 | 05/20/15 | 14:16 | 13134215345 | 12694913600 | 0142790022655702 | 310410772126882 | SMSO | LG | 306G | [26521/11391/-82.4380222142.9851917/350/85.0] |
| 90 | 05/20/15 | 14:16 | 13134215345 | 18104233376 | 0142790022655702 | 310410772126882 | SMSO | LG | 306G | [26521/11391/-82.4380222142.9851917/350/85.0] |
| 91 | 05/20/15 | 14:17 | 13134215345 | 15176525855 | 0142790022655702 | 310410772126882 | SMSO | LG | 306G | [26521/11391/-82.4380222142.9851917/350/85.0] |
| 92 | 05/20/15 | 14:17 | 15176525855 | 13134215345 | | 310410772126882 | SMST | LG | | [] |
| 93 | 05/20/15 | 14:17 | 13134215345 | 15176525855 | | 310410772126882 | SMST | LG | | [] |
| 94 | 05/20/15 | 14:19 | 15176525855 | 13134215345 | 0142790022655702 | 310410772126882 | SMSO | LG | 306G | [26521/11391/-82.4380222142.9851917/350/85.0] |
| 95 | 05/20/15 | 14:19 | 13134215345 | 13134215345 | 0142790022655702 | 310410772126882 | SMNO | LG | 306G | [26521/11391/-82.4380222142.9851917/350/85.0] |
| 96 | 05/20/15 | 14:19 | 13134215345 | 15176525855 | | 310410772126882 | SMST | LG | | [] |
| 97 | 05/20/15 | 14:21 | 15176525855 | 13134215345 | 0142790022655702 | 310410772126882 | SMST | LG | 306G | [26521/11391/-82.4380222142.9851917/350/85.0] |
| 98 | 05/20/15 | 14:21 | 13134215345 | 15176525855 | 0142790022655702 | 310410772126882 | SMSO | LG | 306G | [26521/11391/-82.4380222142.9851917/350/85.0] |
| 99 | 05/20/15 | 14:22 | 15176525855 | 13134215345 | | 310410772126882 | SMST | LG | | [] |
| 100 | 05/20/15 | 14:23 | 13134215345 | 13134215345 | 0142790022655702 | 310410772126882 | SMST | LG | 306G | [26521/11391/-82.4380222142.9851917/350/85.0] |
| 101 | 05/20/15 | 14:23 | 15176525855 | 13134215345 | 0142790022655702 | 310410772126882 | SMSO | LG | 306G | [26521/11391/-82.4380222142.9851917/350/85.0] |
| 102 | 05/20/15 | 14:24 | 13134215345 | 15176525855 | 0142790022655702 | 310410772126882 | SMST | LG | 306G | [26521/11391/-82.4380222142.9851917/350/85.0] |
| 103 | 05/20/15 | 14:24 | 15176525855 | 13134215345 | | 310410772126882 | SMSO | LG | | [26521/11391/-82.4380222142.9851917/350/85.0] |
| 104 | 05/20/15 | 14:24 | 13134215345 | 15176525855 | | 310410772126882 | SMST | LG | | [] |
| 105 | 05/20/15 | 14:25 | 13134215345 | 13134215345 | 0142790022655702 | 310410772126882 | SMST | LG | 306G | [26521/11391/-82.4380222142.9851917/350/85.0] |
| 106 | 05/20/15 | 14:25 | 13134215345 | 13134215345 | | 310410772126882 | SMST | LG | | [26521/11391/-82.4380222142.9851917/350/85.0] |
| 107 | 05/20/15 | 14:25 | 15176525855 | 15176525855 | 0142790022655702 | 310410772126882 | SMNO | LG | 306G | [26521/11391/-82.4380222142.9851917/350/85.0] |
| 108 | 05/20/15 | 14:26 | 15176525855 | 13134215345 | 0142790022655702 | 310410772126882 | SMST | LG | | [] |

AT&T Proprietary

AMO        The information contained here is for use by authorized persons only and is not
for general distribution.

WIN000066

at&t

1845761
09/11/2015
SCAMP

## MOBILITi USAGE
### (with cell location)

AT&T has queried for records using Central Time Zone. AT&T's records are stored and provided in UTC.

Run Date:        09/11/2015
Run Time:        15:08:16
SMS Usage For:   (313)421-5345
Account Number:  18009311855l

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | Terminating Number | IMEI | IMSI | Dsno | MAKE | MODEL | Cell Location |
|---|---|---|---|---|---|---|---|---|---|---|
| 109 | 05/20/15 | 14:26 |  | 13134215345 |  | 310410772126882 | SMST | LG | 306G | [26521/11391-81.4380222142.9851917135085.0] |
| 110 | 05/20/15 | 14:28 | 15176525855 | 13134215345 | 014279002655702 | 310410772126882 | SMST | LG | 306G | [] |
| 111 | 05/20/15 | 14:28 |  | 13134215345 |  | 310410772126882 | SMSO | LG | 306G | [26521/11391-81.4380222142.9851917135085.0] |
| 112 | 05/20/15 | 14:31 | 13134215345 | 15176525855 | 014279002655702 | 310410772126882 | SMSO | LG | 306G | [26521/11391-81.4380222142.9851917135085.0] |
| 113 | 05/20/15 | 14:31 | 13134215345 | 15176525855 | 014279002655702 | 310410772126882 | SMST | LG | 306G | [26521/11391-81.4380222142.9851917135085.0] |
| 114 | 05/20/15 | 14:31 | 15176525855 | 13134215345 | 014279002655702 | 310410772126882 | SMST | LG | 306G | [] |
| 115 | 05/20/15 | 14:31 |  | 13134215345 |  | 310410772126882 | SMSO | LG | 306G | [26521/11391-81.4380222142.9851917135085.0] |
| 116 | 05/20/15 | 14:32 | 13134215345 | 15176525855 | 014279002655702 | 310410772126882 | SMSO | LG | 306G | [26521/11391-81.4380222142.9851917135085.0] |
| 117 | 05/20/15 | 14:32 | 15176525855 | 13134215345 | 014279002655702 | 310410772126882 | SMST |  |  | [] |
| 118 | 05/20/15 | 14:33 |  | 13134215345 |  | 310410772126882 | SMST | LG | 306G | [26521/11391-81.4380222142.9851917135085.0] |
| 119 | 05/20/15 | 14:33 | 15176525855 | 13134215345 | 014279002655702 | 310410772126882 | SMSO | LG | 306G | [26521/11391-82.4380222142.9851917135085.0] |
| 120 | 05/20/15 | 14:33 | 13134215345 | 13134215345 | 014279002655702 | 310410772126882 | SMSO | LG | 306G | [26521/11391-82.4380222142.9851917135085.0] |
| 121 | 05/20/15 | 14:34 |  | 15176525855 |  | 310410772126882 | SMST | LG | 306G | [] |
| 122 | 05/20/15 | 14:34 | 13134215345 | 13134215345 | 014279002655702 | 310410772126883 | SMST | LG | 306G | [26521/11391-82.4380222142.9851917135085.0] |
| 123 | 05/20/15 | 14:35 | 15176525855 | 15176525855 | 014279002655702 | 310410772126883 | SMSO | LG | 306G | [26521/11391-82.4380222142.9851917135085.0] |
| 124 | 05/20/15 | 14:35 |  | 13134215345 |  | 310410772126882 | SMSO |  |  | [] |
| 125 | 05/20/15 | 14:37 | 13134215345 | 13134215345 | 014279002655702 | 310410772126882 | SMST | LG | 306G | [26521/11391-82.4380222142.9851917135085.0] |
| 126 | 05/20/15 | 14:37 | 15176525855 | 13134215345 | 014279002655702 | 310410772126882 | SMST |  |  | [] |
| 127 | 05/20/15 | 14:39 |  | 13134215345 |  | 310410772126882 | SMSO | LG | 306G | [26521/11391-82.4380222142.9851917135085.0] |
| 128 | 05/20/15 | 14:39 | 15176525855 | 15176525855 | 014279002655702 | 310410772126882 | SMST | LG | 306G | [26521/11391-82.4380222142.9851917135085.0] |
| 129 | 05/20/15 | 14:39 | 13134215345 | 15176525855 | 014279002655702 | 310410772126882 | SMSO | LG | 306G | [26521/11391-82.4380222142.9851917135085.0] |
| 130 | 05/20/15 | 14:39 | 13134215345 | 13134215345 | 014279002655702 | 310410772126882 | SMST |  |  | [] |
| 131 | 05/20/15 | 14:40 | 15176525855 | 13134215345 | 014279002655702 | 310410772126882 | SMSO | LG | 306G | [26521/11391-82.4380222142.9851917135085.0] |
| 132 | 05/20/15 | 14:40 |  | 13134215345 |  | 310410772126882 | SMSO |  |  | [] |
| 133 | 05/20/15 | 14:40 | 13134215345 | 13134215345 | 014279002655702 | 310410772126882 | SMST | LG | 306G | [26521/11391-82.4380222142.9851917135085.0] |
| 134 | 05/20/15 | 14:42 | 13134215345 | 15176525855 | 014279002655702 | 310410772126882 | SMSO | LG | 306G | [26521/11391-82.4380222142.9851917135085.0] |
| 135 | 05/20/15 | 14:42 | 15176525855 | 13134215345 | 014279002655702 | 310410772126882 | SMST | LG | 306G | [26521/11391-82.4380222142.9851917135085.0] |
| 136 | 05/20/15 | 14:42 |  | 13134215345 |  | 310410772126882 | SMST |  |  | [] |
| 137 | 05/20/15 | 14:43 | 13134215345 | 15176525855 | 014279002655702 | 310410772126882 | SMSO | LG | 306G | [26521/11391-82.4380222142.9851917135085.0] |
| 138 | 05/20/15 | 14:44 | 15176525855 | 13134215345 | 014279002655702 | 310410772126882 | SMSO | LG | 306G | [26521/11391-82.4380222142.9851917135085.0] |
| 139 | 05/20/15 | 14:44 |  | 13134215345 |  | 310410772126882 | SMST |  |  | [] |
| 140 | 05/20/15 | 14:45 | 13134215345 | 15176525855 | 014279002655702 | 310410772126882 | SMST | LG | 306G | [26521/11391-82.4380222142.9851917135085.0] |
| 141 | 05/20/15 | 14:46 | 15176525855 | 13134215345 | 014279002655702 | 310410772126882 | SMSO |  |  | [] |
| 142 | 05/20/15 | 14:46 |  | 15176525855 |  | 310410772126882 | SMSO |  |  | [] |
| 143 | 05/20/15 | 14:47 | 13134215345 | 15176525855 | 014279002655702 | 310410772126882 | SMED | LG | 306G | [26521/11391-82.4380222142.9851917135085.0] |
| 144 | 05/20/15 | 14:47 | 15176525855 | 13134215345 | 014279002655702 | 310410772126882 | SMST | LG | 306G | [26521/11391-82.4380222142.9851917135085.0] |

AMO                    AT&T Proprietary                                                    Page 4

The information contained here is for use by authorized persons only and is not
for general distribution.

WIN000067



**MOBILITI USAGE**
**(with cell location)**

Run Date: 09/11/2015
Run Time: 15:08:16
SMS Usage For: (313)421 5345
Account Number: 180931185551

AT&T has queried for records using Central Time Zone. AT&T's records are stored and provided in UTC.

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | Terminating Number | IMEI | IMSI | Desc | MAKE | MODEL | Cell Location |
|---|---|---|---|---|---|---|---|---|---|---|
| 145 | 05/20/15 | 14:47 | | 13134215345 | 01427900226557 02 | 31041077212688 2 | SMST | LG | 306G | [26521/11391*-82,4380222142,985191?1350:85.0] |
| 146 | 05/20/15 | 14:49 | 13134215345 | 15176525855 | 01427900226557 02 | 31041077212688 2 | SMSO | LG | 306G | [26521/11391*-82,4380222142,985191?1350:85.0] |
| 147 | 05/20/15 | 14:53 | 15176525855 | 13134215345 | 01427900226557 02 | 31041077212688 2 | SMST | LG | 306G | [26521/11391*-82,4380222142,985191?1350:85.0] |
| 148 | 05/20/15 | 14:53 | | 13134215345 | 01427900226557 02 | 31041077212688 2 | SMST | LG | 306G | [26521/11391*-82,4380222142,985191?1350:85.0] |
| 149 | 05/20/15 | 14:57 | 13134215345 | 12694913600 | 01427900226557 02 | 31041077212688 2 | SMSO | LG | 306G | [26521/11391*-82,4380222142,985191?1350:85.0] |
| 150 | 05/20/15 | 14:57 | 13134215345 | 12694913600 | 01427900226557 02 | 31041077212688 2 | SMSO | LG | 306G | [26521/11391*-82,4380222142,985191?1350:85.0] |
| 151 | 05/20/15 | 14:57 | 13134215345 | 18104233376 | 01427900226557 02 | 31041077212688 2 | SMSO | LG | 306G | [26521/11391*-82,4380222142,985191?1350:85.0] |
| 152 | 05/20/15 | 15:20 | 13134215345 | 12694913600 | 01427900226557 02 | 31041077212688 2 | SMSO | LG | 306G | [26521/11391*-82,4380222142,985191?1350:85.0] |
| 153 | 05/20/15 | 15:20 | 13134215345 | 18104233376 | 01427900226557 02 | 31041077212688 2 | SMSO | LG | 306G | [26521/11391*-82,4380222142,985191?1350:85.0] |
| 154 | 05/20/15 | 15:20 | 13134215345 | 12694913600 | 01427900226557 02 | 31041077212688 2 | SMSO | LG | 306G | [26521/11391*-82,4380222142,985191?1350:85.0] |
| 155 | 05/20/15 | 15:40 | 13134215345 | 12694913600 | 01427900226557 02 | 31041077212688 2 | SMSO | LG | 306G | [26521/11391*-82,4380222142,985191?1350:85.0] |
| 156 | 05/20/15 | 15:40 | 13134215345 | 18104233376 | 01427900226557 02 | 31041077212688 2 | SMSO | LG | 306G | [26521/11391*-82,4380222142,985191?1350:85.0] |
| 157 | 05/20/15 | 15:40 | 13134215345 | 18104233376 | 01427900226557 02 | 31041077212688 2 | SMSO | LG | 306G | [26521/11391*-82,4380222142,985191?1350:85.0] |
| 158 | 05/20/15 | 15:40 | 13134215345 | 18108583249 | 01427900226557 02 | 31041077212688 2 | SMSO | LG | 306G | [26521/11391*-82,4380222142,985191?1350:85.0] |
| 159 | 05/20/15 | 16:39 | 18108583249 | 13134215345 | 01427900226557 02 | 31041077212688 2 | SMST | LG | 306G | [] |
| 160 | 05/20/15 | 16:46 | 18108583249 | 13134215345 | 01427900226557 02 | 31041077212688 2 | SMST | LG | 306G | [26521/11397*-82,4380222142,985191?1350:85.0] |
| 161 | 05/20/15 | 16:51 | | 13134215345 | 01427900226557 02 | 31041077212689 2 | SMSO | LG | 306G | [26521/11397*-82,4380222142,985191?1350:85.0] |
| 162 | 05/20/15 | 16:54 | 13134215345 | 18108583249 | 01427900226557 02 | 31041077212689 2 | SMST | LG | 306G | [] |
| 163 | 05/20/15 | 16:59 | 18108583249 | 13134215345 | 01427900226557 02 | 31041077212689 2 | SMST | LG | 306G | [26521/11397*-82,4380222142,985191?1350:85.0] |
| 164 | 05/20/15 | 17:06 | | 13134215345 | 01427900226557 02 | 31041077212689 2 | SMSO | LG | 306G | [26521/11397*-82,4380222142,985191?1350:85.0] |
| 165 | 05/21/15 | 16:23 | 13134215345 | 12694913600 | 01427900226557 02 | 31041077212688 3 | SMSO | LG | 306G | [26521/11397*-82,4380222142,985191?1350:85.0] |
| 166 | 05/21/15 | 16:23 | 13134215345 | 12694913600 | 01427900226557 02 | 31041077212688 3 | SMSO | LG | 306G | [26521/11397*-82,4380222142,985191?1350:85.0] |
| 167 | 05/21/15 | 16:23 | 13134215345 | 18104233376 | 01427900226557 02 | 31041077212688 3 | SMSO | LG | 306G | [26521/11397*-82,4380222142,985191?1350:85.0] |
| 168 | 05/21/15 | 16:23 | 13134215345 | 12694913600 | 01427900226557 02 | 31041077212688 3 | SMSO | LG | 306G | [26521/11397*-82,4380222142,985191?1350:85.0] |
| 169 | 05/21/15 | 16:25 | 13134215345 | 12694913600 | 01427900226557 02 | 31041077212688 3 | SMSO | LG | 306G | [26521/11397*-82,4380222142,985191?1350:85.0] |
| 170 | 05/21/15 | 16:25 | 13134215345 | 18104233376 | 01427900226557 02 | 31041077212688 3 | SMSO | LG | 306G | [] |
| 171 | 05/21/15 | 16:26 | 15176525855 | 13134215345 | 01427900226557 02 | 31041077212688 3 | SMST | LG | 306G | [26521/11397*-82,4380222142,985191?1350:85.0] |
| 172 | 05/21/15 | 16:28 | | 13134215345 | 01427900226557 02 | 31041077212688 3 | SMSO | LG | 306G | [26521/11397*-82,4380222142,985191?1350:85.0] |
| 173 | 05/21/15 | 16:32 | 13134215345 | 15176525855 | 01427900226557 02 | 31041077212688 3 | SMSO | LG | 306G | [26521/11397*-82,4380222142,985191?1350:85.0] |
| 174 | 05/21/15 | 16:32 | 13134215345 | 15176525855 | 01427900226557 02 | 31041077212688 3 | SMSO | LG | 306G | [] |
| 175 | 05/21/15 | 16:32 | 15176525855 | 13134215345 | 01427900226557 02 | 31041077212688 3 | SMST | LG | 306G | [26521/11397*-82,4380222142,985191?1350:85.0] |
| 176 | 05/21/15 | 16:33 | | 13134215345 | 01427900226557 02 | 31041077212688 3 | SMSO | LG | 306G | [26521/11397*-82,4380222142,985191?1350:85.0] |
| 177 | 05/21/15 | 16:33 | | 13134215345 | 01427900226557 02 | 31041077212688 3 | SMSO | LG | 306G | [26521/11397*-82,4380222142,985191?1350:85.0] |
| 178 | 05/21/15 | 16:36 | 13134215345 | 15176525855 | 01427900226557 02 | 31041077212688 3 | SMSO | LG | 306G | [26521/11397*-82,4380222142,985191?1350:85.0] |
| 179 | 05/21/15 | 16:37 | 13134215345 | 15176525855 | 01427900226557 02 | 31041077212688 3 | SMSO | LG | 306G | [26521/11397*-82,4380222142,985191?1350:85.0] |
| 180 | 05/21/15 | 16:38 | 13134215345 | 15176525855 | 01427900226557 02 | 31041077212688 3 | SMSO | LG | 306G | [26521/11397*-82,4380222142,985191?1350:85.0] |

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.

AMO

Page 5

WIN000068

at&t

Page 6

184576i-
09/11/2015
SCAMP

## MOBIL1  USAGE
### (with cell location)

AT&T has queried for records using Central Time Zone. AT&T's records are stored and provided in UTC.

Run Date:  09/11/2015
Run Time:  15:08:16
SMS Usage For:  (313)421-5345
Account Number: 108093111851

| Item | Comm. Date | Comm. Time (UTC) | Originating Number | Terminating Number | IMEI | IMSI | Desc | MAXI | MOBIL | Call Location |
|---|---|---|---|---|---|---|---|---|---|---|
| 181 | 05/21/15 | 16:38 | 1517652585 | 13134215345 | | 310410772126882 | SMST | LG | | [] |
| 182 | 05/21/15 | 16:38 | | 13134215345 | 0142790022655702 | 310410772126882 | SMST | LG | 306G | [] |
| 183 | 05/21/15 | 16:43 | 1517652585 | 13134215345 | | 310410772126882 | SMST | LG | | [] |
| 184 | 05/21/15 | 16:43 | 13134215345 | 13134215345 | 0142790022655702 | 310410772126882 | SMST | LG | 306G | [26521/11397I-82.4380222I42.9851917I350I85.01] |
| 185 | 05/21/15 | 16:46 | 1517652585 | 1517652585 | 0142790022655702 | 310410772126882 | SMSO | LG | 306G | [26521/11397I-82.4380222I42.9851917I350I85.01] |
| 186 | 05/21/15 | 16:50 | 13134215345 | 1517652585 | 0142790022655702 | 310410772126882 | SMSO | LG | 306G | [26521/11397I-82.4380222I42.9851917I350I85.01] |
| 187 | 05/21/15 | 16:54 | 1517652585 | 1517652585 | 0142790022655702 | 310410772126882 | SMSO | LG | 306G | [26521/11397I-82.4380222I42.9851917I350I85.01] |
| 188 | 05/21/15 | 16:56 | 1517652585 | 13134215345 | | 310410772126882 | SMST | LG | | [] |
| 189 | 05/21/15 | 16:56 | 13134215345 | 13134215345 | 0142790022655702 | 310410772126882 | SMST | LG | 306G | [26521/11397I-82.4380222I42.9851917I350I85.01] |
| 190 | 05/21/15 | 16:57 | 13134215345 | 1269493160 | 0142790022655702 | 310410772126882 | SMSO | LG | 306G | [26521/11397I-82.4380222I42.9851917I350I85.01] |
| 191 | 05/21/15 | 17:10 | 13134215345 | 1517652585 | 0142790022655702 | 310410772126882 | SMSO | LG | 306G | [26521/11397I-82.4380222I42.9851917I350I85.01] |
| 192 | 05/21/15 | 17:10 | 13134215345 | 1517652585 | 0142790022655702 | 310410772126882 | SMSO | LG | 306G | [26521/11397I-82.4380222I42.9851917I350I85.01] |
| 193 | 05/21/15 | 17:10 | 1517652585 | 13134215345 | | 310410772126882 | SMST | LG | | [] |
| 194 | 05/21/15 | 17:11 | 13134215345 | 13134215345 | 0142790022655702 | 310410772126882 | SMST | LG | 306G | [26521/11391I-82.4380222I42.9851917I350I85.01] |
| 195 | 05/21/15 | 17:14 | 13134215345 | 1517652585 | 0142790022655702 | 310410772126882 | SMSO | LG | 306G | [26521/11391I-82.4380222I42.9851917I350I85.01] |
| 196 | 05/21/15 | 17:14 | 13134215345 | 1517652585 | 0142790022655702 | 310410772126882 | SMSO | LG | 306G | [26521/11391I-82.4380222I42.9851917I350I85.01] |
| 197 | 05/21/15 | 17:15 | 13134215345 | 1517652585 | 0142790022655702 | 310410772126882 | SMSO | LG | 306G | [26521/11391I-82.4380222I42.9851917I350I85.01] |
| 198 | 05/21/15 | 17:20 | 13134215345 | 1517628104 | 0142790022655702 | 310410772126882 | SMSO | LG | 306G | [26521/11391I-82.4380222I42.9851917I350I85.01] |
| 199 | 05/21/15 | 17:22 | 13134215345 | 1517652585 | 0142790022655702 | 310410772126882 | SMSO | LG | 306G | [26521/11391I-82.4380222I42.9851917I350I85.01] |
| 200 | 05/21/15 | 17:23 | 1517628104 | 13134215345 | | 310410772126882 | SMST | LG | | [] |
| 201 | 05/21/15 | 17:30 | 13134215345 | 13134215345 | 0142790022655702 | 310410772126882 | SMST | LG | 306G | [26521/11391I-82.4380222I42.9851917I350I85.01] |
| 202 | 05/21/15 | 17:30 | 13134215345 | 1269493160 | 0142790022655702 | 310410772126882 | SMSO | LG | 306G | [26521/11391I-82.4380222I42.9851917I350I85.01] |
| 203 | 05/21/15 | 17:30 | 13134215345 | 1269493160 | 0142790022655702 | 310410772126882 | SMSO | LG | 306G | [26521/11391I-82.4380222I42.9851917I350I85.01] |
| 204 | 05/21/15 | 17:31 | 13134215345 | 1269493160 | 0142790022655702 | 310410772126882 | SMSO | LG | 306G | [26521/11391I-82.4380222I42.9851917I350I85.01] |
| 205 | 05/21/15 | 17:31 | 13134215345 | 1810423376 | 0142790022655702 | 310410772126882 | SMSO | LG | 306G | [26521/11391I-82.4380222I42.9851917I350I85.01] |
| 206 | 05/21/15 | 17:31 | 13134215345 | 1810423376 | 0142790022655702 | 310410772126882 | SMSO | LG | 306G | [26521/11391I-82.4380222I42.9851917I350I85.01] |
| 207 | 05/21/15 | 17:32 | 13134215345 | 1810423376 | 0142790022655702 | 310410772126882 | SMSO | LG | 306G | [26521/11391I-82.4380222I42.9851917I350I85.01] |
| 208 | 05/21/15 | 17:32 | 13134215345 | 1517652585 | 0142790022655702 | 310410772126882 | SMSO | LG | 306G | [26521/11391I-82.4380222I42.9851917I350I85.01] |
| 209 | 05/21/15 | 17:32 | 13134215345 | 1517628104 | 0142790022655702 | 310410772126882 | SMSO | LG | 306G | [26521/11391I-82.4380222I42.9851917I350I85.01] |
| 210 | 05/21/15 | 17:33 | 13134215345 | 13134215345 | | 310410772126882 | SMST | LG | | [] |
| 211 | 05/21/15 | 17:35 | 13134215345 | 13134215345 | 0142790022655702 | 310410772126882 | SMST | LG | 306G | [26521/11391I-82.4380222I42.9851917I350I85.01] |
| 212 | 05/21/15 | 17:35 | 1517628104 | 1517628104 | 0142790022655702 | 310410772126882 | SMSO | LG | 306G | [26521/11391I-82.4380222I42.9851917I350I85.01] |
| 213 | 05/21/15 | 17:37 | 1517628104 | 13134215345 | | 310410772126882 | SMST | LG | | [] |
| 214 | 05/21/15 | 17:38 | 13134215345 | 13134215345 | 0142790022655702 | 310410772126882 | SMST | LG | 306G | [26521/11391I-82.4380222I42.9851917I350I85.01] |
| 215 | 05/21/15 | 17:41 | 13134215345 | 1517628104 | 0142790022655702 | 310410772126882 | SMSO | LG | 306G | [26521/11391I-82.4380222I42.9851917I350I85.01] |
| 216 | 05/21/15 | 17:43 | 1517628104 | 13134215345 | | 310410772126882 | SMST | LG | | [] |

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.

AMO

WIN000069

AT&T

## MOBILI   USAGE
### (with cell location)

Run Date: 184576...
Run Time: 09/11/2015
BCMMP

AT&T has queried for records using Central Time Zone. AT&T's records are stored and provided in UTC.

Run Date:
Run Time: 09/11/2015
SMS Usage For: 15:08:16
Account Number: (313)421-5345
188093118851

| Item | Comm. Date | Comm. Time (UTC) | Originating Number | Terminating Number | IMSI | IMEI | Desc | MAKE | MODEL | Call Location |
|---|---|---|---|---|---|---|---|---|---|---|
| 217 | 05/21/15 | 17:43 | 13134215345 | 13134215345 | 01427900226557702 | 310410772126882 | BMST | LG | 306G | [26521/11391i-82.4380222i42.9851917i350i85.0]II |
| 218 | 05/21/15 | 17:46 | 13134215345 | 15174628104 | 01427900226557702 | 310410772126882 | BMSO | LG | 306G | [26521/11391i-82.4380222i42.9851917i350i85.0]II |
| 219 | 05/21/15 | 17:46 | 13134215345 | 15174628104 | 01427900226557702 | 310410772126882 | BMSO | LG | 306G | [26521/11391i-82.4380222i42.9851917i350i85.0]II |
| 220 | 05/21/15 | 17:47 | 15174628104 | 13134215345 | 01427900226557702 | 310410772126882 | BMST | LG |  | [26521/11391i-82.4380222i42.9851917i350i85.0]II |
| 221 | 05/21/15 | 17:47 | 15174628104 | 13134215345 | 01427900226557702 | 310410772126882 | BMST | LG | 306G | [26521/11391i-82.4380222i42.9851917i350i85.0]II |
| 222 | 05/21/15 | 17:53 | 15176525855 | 13134215345 | 01427900226557702 | 310410772126882 | BMST | LG |  | [26521/11391i-82.4380222i42.9851917i350i85.0]II |
| 223 | 05/21/15 | 17:53 | 15176525855 | 13134215345 | 01427900226557702 | 310410772126882 | BMST | LG | 306G | [26521/11391i-82.4380222i42.9851917i350i85.0]II |
| 224 | 05/21/15 | 17:53 | 13134215345 | 15174628104 | 01427900226557702 | 310410772126882 | BMSO | LG | 306G | [26521/11391i-82.4380222i42.9851917i350i85.0]II |
| 225 | 05/21/15 | 17:53 | 13134215345 | 15174628104 | 01427900226557702 | 310410772126882 | BMSO | LG | 306G | [26521/11391i-82.4380222i42.9851917i350i85.0]II |
| 226 | 05/21/15 | 17:53 | 13134215345 | 15174628104 | 01427900226557702 | 310410772126882 | BMST | LG |  | [26521/11391i-82.4380222i42.9851917i350i85.0]II |
| 227 | 05/21/15 | 17:54 | 15176525855 | 13134215345 | 01427900226557702 | 310410772126882 | BMST | LG | 306G | [26521/11391i-82.4380222i42.9851917i350i85.0]II |
| 228 | 05/21/15 | 17:54 | 13134215345 | 13134215345 | 01427900226557702 | 310410772126882 | BMSO | LG | 306G | [26521/11391i-82.4380222i42.9851917i350i85.0]II |
| 229 | 05/21/15 | 17:55 | 13134215345 | 15176525855 | 01427900226557702 | 310410772126882 | BMSO | LG | 306G | [26521/11391i-82.4380222i42.9851917i350i85.0]II |
| 230 | 05/21/15 | 18:03 | 13134215345 | 15174628104 | 01427900226557702 | 310410772126882 | BMST | LG | 306G | [26521/11391i-82.4380222i42.9851917i350i85.0]II |
| 231 | 05/21/15 | 18:03 | 13134215345 | 15174628104 | 01427900226557702 | 310410772126882 | BMSO | LG | 306G | [26521/11391i-82.4380222i42.9851917i350i85.0]II |
| 232 | 05/21/15 | 18:09 | 13134215345 | 13134215345 | 01427900226557702 | 310410772126882 | BMSO | LG |  | [26521/11391i-82.4380222i42.9851917i350i85.0]II |
| 233 | 05/21/15 | 18:10 | 15174628104 | 13134215345 | 01427900226557702 | 310410772126882 | BMST | LG |  | [26521/11391i-82.4380222i42.9851917i350i85.0]II |
| 234 | 05/21/15 | 18:19 | 15174628104 | 13134215345 | 01427900226557702 | 310410772126882 | BMST | LG | 306G | [26521/11391i-82.4380222i42.9851917i350i85.0]II |
| 235 | 05/21/15 | 18:20 | 15176525855 | 13134215345 | 01427900226557702 | 310410772126882 | BMST | LG | 306G | [26521/11397i-82.4380222i42.9851917i350i85.0]II |
| 236 | 05/21/15 | 18:24 | 15176525855 | 13134215345 | 01427900226557702 | 310410772126882 | BMSO | LG | 306G | [26521/11397i-82.4380222i42.9851917i350i85.0]II |
| 237 | 05/21/15 | 18:24 | 13134215345 | 15176525855 | 01427900226557702 | 310410772126882 | BMSO | LG | 306G | [26521/11397i-82.4380222i42.9851917i350i85.0]II |
| 238 | 05/21/15 | 18:25 | 15174628104 | 13134215345 | 01427900226557702 | 310410772126882 | BMST | LG |  | [26521/11397i-82.4380222i42.9851917i350i85.0]II |
| 239 | 05/22/15 | 18:26 | 13134215345 | 13134215345 | 01427900226557702 | 310410772126882 | BMST | LG | 306G | [26109/10247i-82.4626639i43.0425583i350i-1.0] |
| 240 | 05/22/15 | 21:54 | 15176525855 | 13134215345 | 01427900226557702 | 310410772126882 | BMST | LG | 306G | [26109/10247i-82.4626639i43.0425583i350i-1.0] |
| 241 | 05/22/15 | 21:54 | 13134215345 | 15176525855 | 01427900226557702 | 310410772126882 | BMSO | LG | 306G | [26109/10247i-82.4626639i43.0425583i350i-1.0] |
| 242 | 05/22/15 | 21:55 | 13134215345 | 18104233376 | 01427900226557702 | 310410772126882 | BMSO | LG | 306G | [26109/10247i-82.4626639i43.0425583i350i-1.0] |
| 243 | 05/22/15 | 21:55 | 13134215345 | 12694913600 | 01427900226557702 | 310410772126882 | BMSO | LG | 306G | [26109/10247i-82.4626639i43.0425583i350i-1.0] |
| 244 | 05/22/15 | 21:56 | 13134215345 | 15174628104 | 01427900226557702 | 310410772126882 | BMSO | LG | 306G | [26109/10247i-82.4626639i43.0425583i350i-1.0] |
| 245 | 05/22/15 | 21:56 | 13134215345 | 12694913600 | 01427900226557702 | 310410772126882 | BMSO | LG | 306G | [26109/10247i-82.4626639i43.0425583i350i-1.0] |
| 246 | 05/22/15 | 22:02 | 13134215345 | 18104233376 | 01427900226557702 | 310410772126882 | BMSO | LG | 306G | [26109/10247i-82.4626639i43.0425583i350i-1.0] |
| 247 | 05/22/15 | 22:02 | 13134215345 | 15174628104 | 01427900226557702 | 310410772126882 | BMSO | LG | 306G | [26109/10247i-82.4626639i43.0425583i350i-1.0] |
| 248 | 05/22/15 | 22:02 | 13134215345 | 18104233376 | 01427900226557702 | 310410772126882 | BMSO | LG | 306G | [26109/10247i-82.4626639i43.0425583i350i-1.0] |
| 249 | 05/24/15 | 00:09 | 13134215345 | 18104233376 | 01427900226557702 | 310410772126882 | BMSO | LG | 306G | [26109/10247i-82.4626639i43.0425583i350i-1.0] |
| 250 | 05/24/15 | 00:09 | 13134215345 | 15174628104 | 01427900226557702 | 310410772126882 | BMSO | LG | 306G | [26109/10247i-82.4626639i43.0425583i350i-1.0] |

AT&T Proprietary

AMO          The information contained here is for use by authorized persons only and is not for general distribution.

WIN000070


at&t

# MOBILITY USAGE
## (with cell location)

AT&T has queried for records using Central Time Zone. AT&T's records are stored and provided in UTC.

1845761
09/11/2015
SCAMP

Run Date: 09/11/2015
Run Time: 15:08:16
SMS Usage For: (313)421-5345
Account Number: 18069318551

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | Terminating Number | IMEI | IMSI | Desc | MAKE | MODEL | Cell Location |
|---|---|---|---|---|---|---|---|---|---|---|
| 251 | 05/24/15 | 00:09 | 13134215345 | 15174628104 | 014279002655702 | 310410772126802 | SMSO | LG | 306G | [26109/10247/-82.4626639/43.0425583/350/-1.0] |
| 252 | 05/26/15 | 11:39 | 13134215345 | 18104233376 | 014279002655702 | 310410772126802 | SMSO | LG | 306G | [26521/11397/-82.4380222/42.9851917/350/85.0] |
| 253 | 05/26/15 | 11:39 | 13134215345 | 12694913600 | 014279002655702 | 310410772126802 | SMSO | LG | 306G | [26521/11397/-82.4380222/42.9851917/350/85.0] |
| 254 | 05/26/15 | 11:39 | 13134215345 | 15174628104 | 014279002655702 | 310410772126802 | SMSO | LG | 306G | [26521/11397/-82.4380222/42.9851917/350/85.0] |
| 255 | 05/26/15 | 11:39 | 13134215345 | 15176525855 | 014279002655702 | 310410772126802 | SMSO | LG | 306G | [26521/11397/-82.4380222/42.9851917/350/85.0] |
| 256 | 05/26/15 | 11:39 | 15176525855 | 13134215345 | 014279002655702 | 310410772126802 | SMST | | | [] |
| 257 | 05/26/15 | 11:39 | 13134215345 | 13134215345 | 014279002655702 | 310410772126802 | SMSO | LG | 306G | [26521/11397/-82.4380222/42.9851917/350/85.0] |
| 258 | 05/26/15 | 11:40 | 13134215345 | 15176525855 | 014279002655702 | 310410772126802 | SMSO | LG | 306G | [26521/11391/-82.4380222/42.9851917/350/85.0] |
| 259 | 05/27/15 | 12:45 | 13134215345 | 18104233376 | 014279002655702 | 310410772126802 | SMSO | LG | 306G | [26521/11391/-82.4380222/42.9851917/350/85.0] |
| 260 | 05/27/15 | 12:45 | 13134215345 | 15174628104 | 014279002655702 | 310410772126802 | SMSO | LG | 306G | [26521/11391/-82.4380222/42.9851917/350/85.0] |
| 261 | 05/27/15 | 12:45 | 13134215345 | 15174628104 | 014279002655702 | 310410772126802 | SMSO | LG | 306G | [26521/11391/-82.4380222/42.9851917/350/85.0] |
| 262 | 05/27/15 | 12:46 | 13134215345 | 12694913600 | 014279002655702 | 310410772126802 | SMSO | LG | 306G | [26521/11391/-82.4380222/42.9851917/350/85.0] |
| 263 | 05/27/15 | 01:13 | 13134215345 | 12694913600 | 014279002655702 | 310410772126802 | SMSO | LG | 306G | [26109/10247/-82.4626639/43.0425583/350/-1.0] |
| 264 | 05/27/15 | 01:13 | 13134215345 | 12694913600 | 014279002655702 | 310410772126802 | SMSO | LG | 306G | [26109/10247/-82.4626639/43.0425583/350/-1.0] |
| 265 | 05/28/15 | 01:22 | 13134215345 | 12694913600 | 014279002655702 | 310410772126802 | SMSO | LG | 306G | [26109/10247/-82.4626639/43.0425583/350/-1.0] |
| 266 | 05/28/15 | 01:22 | 13134215345 | 18104233376 | 014279002655702 | 310410772126802 | SMSO | LG | 306G | [26521/11397/-82.4380222/42.9851917/350/85.0] |
| 267 | 05/28/15 | 16:11 | 13134215345 | 18104233376 | 014279002655702 | 310410772126802 | SMSO | LG | 306G | [26521/11397/-82.4380222/42.9851917/350/85.0] |
| 268 | 05/28/15 | 16:11 | 13134215345 | 18104233376 | 014279002655702 | 310410772126802 | SMSO | LG | 306G | [26521/11397/-82.4380222/42.9851917/350/85.0] |
| 269 | 05/28/15 | 16:11 | 13134215345 | 18104233376 | 014279002655702 | 310410772126802 | SMSO | LG | 306G | [26521/11397/-82.4380222/42.9851917/350/85.0] |
| 270 | 05/28/15 | 16:11 | 13134215345 | 18104233376 | 014279002655702 | 310410772126802 | SMSO | LG | 306G | [26521/11397/-82.4380222/42.9851917/350/85.0] |
| 271 | 05/28/15 | 16:11 | 13134215345 | 12694913600 | 014279002655702 | 310410772126802 | SMSO | LG | 306G | [26521/11397/-82.4380222/42.9851917/350/85.0] |
| 272 | 05/28/15 | 16:11 | 13134215345 | 12694913600 | 014279002655702 | 310410772126802 | SMSO | LG | 306G | [26521/11397/-82.4380222/42.9851917/350/85.0] |
| 273 | 05/28/15 | 16:11 | 13134215345 | 12694913600 | 014279002655702 | 310410772126802 | SMSO | LG | 306G | [26521/11397/-82.4380222/42.9851917/350/85.0] |
| 274 | 05/28/15 | 16:11 | 13134215345 | 12694913600 | 014279002655702 | 310410772126802 | SMST | | | [] |
| 275 | 05/28/15 | 17:03 | 21663 | 13134215345 | 014279002655702 | 310410772126802 | SMST | LG | 306G | [26521/11397/-82.4380222/42.9851917/350/85.0] |
| 276 | 05/28/15 | 17:25 | 13134215345 | 13134215345 | 014279002655702 | 310410772126802 | SMSO | LG | 306G | [26521/11397/-82.4380222/42.9851917/350/85.0] |
| 277 | 05/28/15 | 17:57 | 13134215345 | 15176430013 | 014279002655702 | 310410772126802 | SMSO | LG | 306G | [26521/11397/-82.4380222/42.9851917/350/85.0] |
| 278 | 05/28/15 | 17:57 | 13134215345 | 15176430013 | 014279002655702 | 310410772126802 | SMSO | LG | 306G | [26521/11397/-82.4380222/42.9851917/350/85.0] |
| 279 | 05/28/15 | 17:57 | 13134215345 | 15176430013 | 014279002655702 | 310410772126802 | SMSO | LG | 306G | [26521/11397/-82.4380222/42.9851917/350/85.0] |
| 280 | 05/28/15 | 17:57 | 13134215345 | 15176430013 | 014279002655702 | 310410772126802 | SMSO | LG | 306G | [26521/11397/-82.4380222/42.9851917/350/85.0] |
| 281 | 05/28/15 | 17:57 | 13134215345 | 12694913600 | 014279002655702 | 310410772126802 | SMSO | LG | 306G | [26521/11397/-82.4380222/42.9851917/350/85.0] |
| 282 | 05/28/15 | 17:57 | 13134215345 | 18104233376 | 014279002655702 | 310410772126802 | SMSO | LG | 306G | [26521/11397/-82.4380222/42.9851917/350/85.0] |
| 283 | 06/09/15 | 18:25 | 13134215345 | 12694913600 | 014279002655702 | 310410772126802 | SMSO | LG | 306G | [26521/11397/-82.4380222/42.9851917/350/85.0] |
| 284 | 06/09/15 | 18:25 | 13134215345 | 13134215345 | 014279002655702 | 310410772126802 | SMSO | LG | 306G | [26521/11397/-82.4380222/42.9851917/350/85.0] |
| 285 | 06/09/15 | 23:26 | 54676 | 13134215345 | 014279002655702 | 310410772126802 | SMST | LG | 306G | [26521/11397/-82.4380222/42.9851917/350/85.0] |
| 286 | 06/11/15 | 13:34 | 13134 | 13134215345 | 014279002655702 | 310410772126802 | SMST | LG | 306G | [26521/11397/-82.4380222/42.9851917/350/85.0] |

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.

AMO

WIN000071





18457b.
09/11/2015
SCAMP

# MOBILE USAGE
## (with cell location)

AT&T has queried for records using Central Time Zone. AT&T's records are stored and provided in UTC.

Run Date: 09/11/2015
Run Time: 15:08:16
SMS Usage For: (313)421-5345
Account Number: 18093118551

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | Terminating Number | IMSI | IMEI | Desc | MAKE | MODEL | Cell location |
|------|------------|------------------|--------------------|--------------------|------|------|------|------|-------|---------------|
| 287 | 06/11/15 | 12:36 | 13134215345 | 1517652585S | 0142790026555702 | 310410772126882 | BMSO | LG | 306G | [26521/11397:-82.4380222:42.9851917/350:85.0] |
| 288 | 06/17/15 | 15:08 | 21663 | 13134215345 | 0142790026555702 | 310410772126882 | BMST | LG | 306G | [] |
| 289 | 06/17/15 | 15:08 | | 13134215345 | 0142790026555702 | 310410772126882 | BMST | LG | 306G | [] |
| 290 | 06/17/15 | 15:10 | 13134215345 | 1517643001S | 0142790026555702 | 310410772126882 | BMST | LG | 306G | [26521/11397:-82.4380222:42.9851917/350:85.0] |
| 291 | 07/08/15 | 12:52 | 55330 | 13134215345 | 0142790026555702 | 310410772126882 | BMST | LG | | [] |
| 292 | 07/08/15 | 12:52 | | 13134215345 | 0142790026555702 | 310410772126882 | BMST | LG | 306G | [26521/11397:-82.4380222:42.9851917/350:85.0] |
| 293 | 07/08/15 | 12:52 | | 55330 | 0142790026555702 | 310410772126882 | BMSO | LG | 306G | [26521/11397:-82.4380222:42.9851917/350:85.0] |
| 294 | 07/08/15 | 13:00 | 13134215345 | 18104233376 | 0142790026555702 | 310410772126882 | BMSO | LG | 306G | [26521/11397:-82.4380222:42.9851917/350:85.0] |
| 295 | 07/08/15 | 13:00 | 13134215345 | 18104233376 | 0142790026555702 | 310410772126882 | BMSO | LG | 306G | [26521/11397:-82.4380222:42.9851917/350:85.0] |
| 296 | 07/08/15 | 13:00 | 13134215345 | 12694913600 | 0142790026555702 | 310410772126882 | BMSO | LG | 306G | [26521/11397:-82.4380222:42.9851917/350:85.0] |
| 297 | 07/08/15 | 13:00 | 13134215345 | 12694913600 | 0142790026555702 | 310410772126882 | BMSO | LG | 306G | [26521/11397:-82.4380222:42.9851917/350:85.0] |
| 298 | 07/08/15 | 13:11 | 13134215345 | 12694913600 | 0142790026555702 | 310410772126882 | BMSO | LG | 306G | [26521/11397:-82.4380222:42.9851917/350:85.0] |
| 299 | 07/08/15 | 13:12 | 13134215345 | 13134215345 | 0142790026555703 | 310410772126882 | BMST | LG | 306G | [26521/11397:-82.4380222:42.9851917/350:85.0] |
| 300 | 07/08/15 | 13:12 | 1517652585S | 13134215345 | 0142790026555703 | 310410772126882 | BMSO | LG | 306G | [26521/11397:-82.4380222:42.9851917/350:85.0] |
| 301 | 07/17/15 | 13:09 | 13134215345 | 18104233376 | 0142790026555703 | 310410772126882 | BMSO | LG | 306G | [26521/11397:-82.4380221:42.9851917/350:85.0] |
| 302 | 07/17/15 | 13:09 | 13134215345 | 18104233376 | 0142790026555703 | 310410772126882 | BMSO | LG | 306G | [26521/11397:-82.4380222:42.9851917/350:85.0] |
| 303 | 07/17/15 | 13:09 | 13134215345 | 18104233376 | 0142790026555703 | 310410772126882 | BMSO | LG | 306G | [26521/11397:-82.4380222:42.9851917/350:85.0] |
| 304 | 07/17/15 | 13:09 | 13134215345 | 12694913600 | 0142790026555703 | 310410772126882 | BMSO | LG | 306G | [26521/11397:-82.4380222:42.9851917/350:85.0] |
| 305 | 07/17/15 | 13:09 | 13134215345 | 12694913600 | 0142790026555703 | 310410772126882 | BMSO | LG | 306G | [26521/11397:-82.4380222:42.9851917/350:85.0] |
| 306 | 07/17/15 | 13:09 | 13134215345 | 12694913600 | 0142790026555703 | 310410772126882 | BMSO | LG | 306G | [26521/11397:-82.4380222:42.9851917/350:85.0] |
| 307 | 07/21/15 | 15:06 | 13134215345 | 18104233376 | 0142790026555703 | 310410772126882 | BMSO | LG | 306G | [26521/11397:-82.4380222:42.9851917/350:85.0] |
| 308 | 07/21/15 | 15:06 | 13134215345 | 12694913600 | 0142790026555703 | 310410772126882 | BMSO | LG | 306G | [26521/11397:-82.4380222:42.9851917/350:85.0] |
| 309 | 07/21/15 | 15:06 | 13134215345 | 12694913600 | 0142790026555703 | 310410772126882 | BMSO | LG | 306G | [26521/11397:-82.4380222:42.9851917/350:85.0] |
| 310 | 07/21/15 | 15:06 | 13134215345 | 18104233376 | 0142790026555703 | 310410772126882 | BMSO | LG | 306G | [26521/11397:-82.4380222:42.9851917/350:85.0] |
| 311 | 07/22/15 | 11:07 | 13134215345 | 13134215345 | 0142790026555703 | 310410772126882 | BMSO | LG | 306G | [26521/11391:-82.4380222:42.9851917/350:85.0] |
| 312 | 07/22/15 | 11:07 | 13134215345 | 12694913600 | 0142790026555703 | 310410772126882 | BMSO | LG | 306G | [26521/11391:-82.4380222:42.9851917/350:85.0] |
| 313 | 07/22/15 | 11:13 | 13134215345 | 18104233376 | 0142790026555703 | 310410772126882 | BMSO | LG | 306G | [26521/11391:-82.4380222:42.9851917/350:85.0] |
| 314 | 07/22/15 | 11:13 | 13134215345 | 12694913600 | 0142790026555703 | 310410772126882 | BMSO | LG | 306G | [26521/11391:-82.4380222:42.9851917/350:85.0] |
| 315 | 07/22/15 | 11:25 | 13134215345 | 12605046649 | 0142790026555703 | 310410772126882 | BMST | LG | 306G | [26521/11391:-82.4380222:42.9851917/350:85.0] |
| 316 | 08/06/15 | 11:25 | 21663 | 13134215345 | 0142790026555703 | 310410772126882 | BMST | LG | 306G | [] |
| 317 | 08/07/15 | 13:44 | 13134215345 | 13134215345 | 0142790026555703 | 310410772126882 | BMSO | LG | 306G | [26521/11397:-82.4380222:42.9851917/350:85.0] |
| 318 | 08/07/15 | 13:51 | 13134215345 | 18104233376 | 0142790026555703 | 310410772126882 | BMSO | LG | 306G | [26521/11397:-82.4380221:42.9851917/350:85.0] |
| 319 | 08/07/15 | 13:51 | 13134215345 | 12694913600 | 0142790026555703 | 310410772126882 | BMSO | LG | 306G | [26521/11397:-82.4380222:42.9851917/350:85.0] |
| 320 | 08/07/15 | 15:59 | 13134215345 | 18104233376 | 0142790026555703 | 310410772126882 | BMSO | LG | 306G | [26521/11397:-82.4380222:42.9851917/350:85.0] |
| 321 | 08/07/15 | 15:59 | 13134215345 | 12694913600 | 0142790026555703 | 310410772126882 | BMSO | LG | 306G | [26521/11397:-82.4380222:42.9851917/350:85.0] |
| 322 | 08/07/15 | 15:59 | 13134215345 | 12694913600 | 0142790026555703 | 310410772126882 | BMSO | LG | 306G | [26521/11397:-82.4380222:42.9851917/350:85.0] |

AT&T Proprietary

AMO          The information contained here is for use by authorized persons only and is not
for general distribution.

WIN000072



1845761
09/11/2015
SCAMP

## MOBIL11  USAGE
### (with cell location)

AT&T has queried for records using Central Time Zone. AT&T's records are stored and provided in UTC.

Run Date:          09/11/2015
Run Time:          15:08:16
BMS Usage For:     (313)421-5345
Account Number:    18093118551

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | Terminating Number | IMSI | IMEI | Desc | MAKE | MODEL | Cell Location |
|---|---|---|---|---|---|---|---|---|---|---|
| 323 | 08/07/15 | 15:59 | 13134215345 | 12694913600 | 01427900226S5702 | 310410772126882 | BMSO | LG | 306G | [26521/11397:-82.4380222:42.9851917:350:85.0] |
| 324 | 08/07/15 | 16:00 | 13134215345 | 15174628104 | 01427900226S5702 | 310410772126882 | BMSO | LG | 306G | [26521/11397:-82.4380222:42.9851917:350:85.0] |
| 325 | 08/07/15 | 16:00 | 13134215345 | 15175525855 | 01427900226S5702 | 310410772126882 | BMSO | LG | 306G | [26521/11397:-82.4380222:42.9851917:350:85.0] |
| 326 | 08/10/15 | 11:55 | 12488810809 | 13134215345 | | | BMSO | | | [] |
| 327 | 08/10/15 | 16:07 | 17346046066 | 13134215345 | | | BMSO | | | [] |
| 328 | 08/11/15 | 22:18 | 12483858780 | 13134215345 | | | BMSO | | | [] |
| 329 | 08/11/15 | 22:36 | 12483858780 | 13134215345 | | | BMSO | | | [] |
| 330 | 08/16/15 | 09:34 | 13136223803 | 13134215345 | | | BMSO | | | [] |

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.

AMO

WIN000073

ReportAU_1845761

MOBILITY USAGE WITH CELL LOCATION

AT&T has queried for records using Central Time Zone. AT&T's records are stored and provided in UTC.
(AT&T)

Matter ID:        1845761
Creation Date:    09/11/2015
Data Source:      SCAMP
Run Date:         09/11/15
Run Time:         15:08:14
Account Number:   188093118551

Voice Usage For: (313)421-5345

Item,ConnDateTime(UTC),SeizureTime,ET,OriginatingNumber,TerminatingNumber,IMEI,IMSI,CT,Feature,DIALED,FORWARDED,TRANSLATED,ORIG_ORIG,MAKE,MODEL,CellLocation
```
    1,05/19/15
20:54,0:13,0:03,13134215345,18108583287,0142790022655702,310410772126882,MO,[],,,,,L
G,306G,[26521/10247:-82.4626639:43.0425583:350:-1.0]
    2,05/20/15
12:37,0:01,0:04,13134215345,15862165013,,310410772126882,MO,[VM:CFNA],,,,15176525855
,,,
    3,05/20/15
12:37,0:22,0:04,15176525855,13134215345,0142790022655702,310410772126882,MT,[NIOP:VM
:CFNA],,15862165013,,,LG,306G,[26521/11397:-82.4380222:42.9851917:350:85.0]
    4,05/20/15
18:08,0:02,0:26,13134215345,15173771000,0142790022655702,310410772126882,MO,[],,,,,L
G,306G,[26521/11397:-82.4380222:42.9851917:350:85.0]
    5,05/24/15
00:16,0:01,1:02,13134215345,15173771000,0142790022655702,310410772126882,MO,[],,,,,L
G,306G,[26109/10247:-82.4626639:43.0425583:350:-1.0]
    6,05/26/15
17:58,0:05,0:42,13134215345,18774828238,0142790022655702,310410772126882,MO,[],,,,,L
G,306G,[26521/11397:-82.4380222:42.9851917:350:85.0]
    7,05/26/15
18:00,0:14,0:27,13134215345,15174844888,0142790022655702,310410772126882,MO,[NIOR],A
675174844888,,,,LG,306G,[26521/11397:-82.4380222:42.9851917:350:85.0]
    8,05/28/15
01:07,0:10,0:00,13134215345,18103857235,0142790022655702,310410772126882,MO,[],,,,,L
G,306G,[26521/10247:-82.4626639:43.0425583:350:-1.0]
    9,05/28/15
01:13,0:06,0:00,13134215345,18103857235,0142790022655702,310410772126882,MO,[],,,,,L
G,306G,[26109/10247:-82.4626639:43.0425583:350:-1.0]
    10,05/28/15
17:26,0:15,0:33,13134215345,15174844888,0142790022655702,310410772126882,MO,[NIOR],A
675174844888,,,,LG,306G,[26521/11397:-82.4380222:42.9851917:350:85.0]
    11,06/05/15
15:02,0:00,0:08,13134215345,15862165013,,310410772126882,MO,[VM:CFNR],,,,13138431713
,,,
    12,06/05/15
15:02,0:00,0:08,13138431713,13134215345,,310410772126882,MT,[VM:CFNR],,15862165013,,
,,,
    13,07/16/15
16:45,0:11,0:14,12486739870,12482326306,,,MO,[CFU],,,,13134215345,,,[]
    14,07/16/15
16:45,0:11,0:14,13134215345,12486739870,,,MT,[CFU],,12482326306,,,,,[]
    15,07/16/15
16:45,0:14,0:14,13134215345,18006457966,0142790022655702,310410772126882,MO,[],,,,,L
G,306G,[26521/11397:-82.4380222:42.9851917:350:85.0]
    16,07/16/15
16:45,0:05,0:51,13134215345,18006547966,0142790022655702,310410772126882,MO,[],,,,,L
G,306G,[26521/11397:-82.4380222:42.9851917:350:85.0]
```
Page 1

ReportAU_1845761

```
       17,07/16/15
16:50,0:06,8:22,13134215345,18006547966,0142790022655702,310410772126882,MO,[],,,,,L
G,306G,[26521/11397:-82.4380222:42.9851917:350:85.0]
       18,07/23/15
20:41,0:00,0:08,13134215345,15862165013,,310410772126882,MO,[VM:CFNR],,,,18662074142
,,,
       19,07/23/15
20:41,0:00,0:08,18662074142,13134215345,,310410772126882,MT,[VM:CFNR],,15862165013,,
,,,
       20,07/24/15
16:14,0:01,0:08,13134215345,15862165013,,310410772126882,MO,[VM:CFNR],,,,18662074142
,,,
       21,07/24/15
16:14,0:01,0:08,18662074142,13134215345,,310410772126882,MT,[VM:CFNR],,15862165013,,
,,,
       22,08/07/15
14:00,0:11,0:00,13134215345,13133713660,0142790022655702,310410772126882,MO,[],,,,,L
G,306G,[26521/11397:-82.4380222:42.9851917:350:85.0]
       23,08/07/15
14:00,0:06,0:57,13134215345,15173713660,0142790022655702,310410772126882,MO,[],,,,,L
G,306G,[26521/11397:-82.4380222:42.9851917:350:85.0]
       24,08/07/15
14:04,0:07,1:00,13134215345,15173713660,0142790022655702,310410772126882,MO,[],,,,,L
G,306G,[26521/11397:-82.4380222:42.9851917:350:85.0]
       25,08/10/15 13:32,0:10,0:00,17346787313,13134215345,,,MO,[],,,,,,,[]
       26,08/10/15 16:06,0:12,0:00,17346046066,13134215345,,,MO,[],,,,,,,[]
       27,08/10/15 16:48,0:09,0:00,19419626650,13134215345,,,MO,[NIOR],,,,,,,[]
       28,08/10/15 19:00,0:22,0:00,15179741768,13134215345,,,MO,[],,,,,,,[]
       29,08/11/15 04:05,0:21,0:00,12488826780,13134215345,,,MO,[],,,,,,,[]
       30,08/11/15 18:34,0:21,0:00,18102170800,13134215345,,,MO,[],,,,,,,[]
       31,08/11/15 22:04,0:01,0:00,12483858780,13134215345,,,MO,[],,,,,,,[]
       32,08/12/15 22:18,0:09,0:00,18107338211,13134215345,,,MO,[],,,,,,,[]
       33,08/13/15 15:42,0:08,0:00,17346046066,13134215345,,,MO,[],,,,,,,[]
       34,08/13/15 18:33,0:10,0:00,12488901336,13134215345,,,MO,[],,,,,,,[]
       35,08/13/15 23:41,0:15,0:00,15407606295,13134215345,,,MO,[],,,,,,,[]
       36,08/14/15 01:57,0:08,0:00,16096020631,13134215345,,,MO,[],,,,,,,[]
       37,08/15/15 18:03,0:08,0:00,16173140802,13134215345,,,MO,[NIOR],,,,,,,[]
       38,08/15/15 22:10,0:07,0:00,18109629901,13134215345,,,MO,[],,,,,,,[]
       Data Usage For: (313)421-5345

Item,ConnDateTime(UTC),OriginatingNumber,ET,BytesUp,BytesDn,IMEI,IMSI,MAKE,MODEL,Cel
lLocation
       SMS Usage For: (313)421-5345

Item,ConnDateTime(UTC),OriginatingNumber,TerminatingNumber,IMEI,IMSI,Desc,MAKE,MODEL
,CellLocation
       1,05/19/15
20:47,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/10247:-82.46
26639:43.0425583:350:-1.0]
       2,05/19/15
20:47,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/10247:-82.46
26639:43.0425583:350:-1.0]
       3,05/19/15
20:52,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/10247:-82.46
26639:43.0425583:350:-1.0]
       4,05/19/15
20:52,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/10247:-82.46
26639:43.0425583:350:-1.0]
       5,05/19/15
20:52,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/10247:-82.46
26639:43.0425583:350:-1.0]
       6,05/19/15
20:53,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/10247:-82.46
```

Page 2

WIN000075

ReportAU_1845761

26639:43.0425583:350:-1.0]
        7,05/19/15
20:53,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/10247:-82.46
26639:43.0425583:350:-1.0]
        8,05/19/15 20:53,55330,13134215345,,310410772126882,SMST,,,[]
        9,05/19/15
20:53,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/10247:-82.46
26639:43.0425583:350:-1.0]
        10,05/19/15
20:53,13134215345,55330,0142790022655702,310410772126882,SMSO,LG,306G,[26521/10247:-
82.4626639:43.0425583:350:-1.0]
        11,05/19/15 20:53,55330,13134215345,,310410772126882,SMST,,,[]
        12,05/19/15
20:53,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/10247:-82.46
26639:43.0425583:350:-1.0]
        13,05/19/15
20:55,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/10247:-82.46
26639:43.0425583:350:-1.0]
        14,05/19/15
20:55,13134215345,55330,0142790022655702,310410772126882,SMSO,LG,306G,[26521/10247:-
82.4626639:43.0425583:350:-1.0]
        15,05/19/15 20:55,55330,13134215345,,310410772126882,SMST,,,[]
        16,05/19/15
20:55,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/10247:-82.46
26639:43.0425583:350:-1.0]
        17,05/19/15
20:55,13134215345,55330,0142790022655702,310410772126882,SMSO,LG,306G,[26521/10247:-
82.4626639:43.0425583:350:-1.0]
        18,05/19/15
21:06,11113272603,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26109/1
0247:-82.4626639:43.0425583:350:-1.0]
        19,05/19/15
21:08,11113272609,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26109/1
0247:-82.4626639:43.0425583:350:-1.0]
        20,05/19/15
21:09,11113272609,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26109/1
0247:-82.4626639:43.0425583:350:-1.0]
        21,05/19/15
21:23,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26109/1
0247:-82.4626639:43.0425583:350:-1.0]
        22,05/19/15
21:23,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26109/1
0247:-82.4626639:43.0425583:350:-1.0]
        23,05/19/15
21:23,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26109/1
0247:-82.4626639:43.0425583:350:-1.0]
        24,05/19/15
21:28,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
0247:-82.4626639:43.0425583:350:-1.0]
        25,05/19/15 21:30,1121611611,13134215345,,310410772126882,SMST,,,[]
        26,05/19/15
21:30,13134215345,15173730836,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
0247:-82.4626639:43.0425583:350:-1.0]
        27,05/19/15
21:30,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/10247:-82.46
26639:43.0425583:350:-1.0]
        28,05/19/15 21:31,1121611611,13134215345,,310410772126882,SMST,,,[]
        29,05/19/15
21:32,1121611611,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26109/10
247:-82.4626639:43.0425583:350:-1.0]
        30,05/19/15
21:32,13134215345,15173730836,0142790022655702,310410772126882,SMSO,LG,306G,[26109/1
0247:-82.4626639:43.0425583:350:-1.0]
                                    Page 3

WIN000076

```
                        ReportAU_1845761
        31,05/19/15
21:37,13134215345,18104233376,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
0247:-82.4626639:43.0425583:350:-1.0]
        32,05/19/15
21:41,13134215345,18104233376,0142790022655702,310410772126882,SMSO,LG,306G,[26109/1
0247:-82.4626639:43.0425583:350:-1.0]
        33,05/19/15
21:41,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26109/1
0247:-82.4626639:43.0425583:350:-1.0]
        34,05/19/15
21:43,13134215345,18104233376,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
0247:-82.4626639:43.0425583:350:-1.0]
        35,05/19/15
21:48,13134215345,18104233376,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
0247:-82.4626639:43.0425583:350:-1.0]
        36,05/19/15
21:48,13134215345,18104233376,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
0247:-82.4626639:43.0425583:350:-1.0]
        37,05/19/15
21:48,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
0247:-82.4626639:43.0425583:350:-1.0]
        38,05/19/15
21:48,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
0247:-82.4626639:43.0425583:350:-1.0]
        39,05/19/15
22:26,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
0247:-82.4626639:43.0425583:350:-1.0]
        40,05/19/15
22:26,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
0247:-82.4626639:43.0425583:350:-1.0]
        41,05/19/15
23:06,13134215345,18108583287,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
0247:-82.4626639:43.0425583:350:-1.0]
        42,05/20/15
11:06,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
        43,05/20/15
11:06,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
        44,05/20/15
11:19,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
        45,05/20/15
11:21,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
        46,05/20/15
11:21,13134215345,18104233376,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
        47,05/20/15 11:29,12694913600,13134215345,,310410772126882,SMST,,,[]
        48,05/20/15
11:29,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11397:-82.43
80222:42.9851917:350:85.0]
        49,05/20/15
11:43,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
        50,05/20/15
11:43,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
        51,05/20/15
11:43,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
        52,05/20/15
11:57,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
```

WIN000077

ReportAU_1845761

```
1397:-82.4380222:42.9851917:350:85.0]
        53,05/20/15
11:57,13134215345,18104233376,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
        54,05/20/15
12:11,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
        55,05/20/15
12:11,13134215345,18104233376,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
        56,05/20/15
12:23,13134215345,15176525855,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
        57,05/20/15 12:34,15176525855,13134215345,,310410772126882,SMST,,,[]
        58,05/20/15
12:34,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11397:-82.43
80222:42.9851917:350:85.0]
        59,05/20/15
12:38,13134215345,15176525855,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
        60,05/20/15 12:39,15176525855,13134215345,,310410772126882,SMST,,,[]
        61,05/20/15
12:39,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11397:-82.43
80222:42.9851917:350:85.0]
        62,05/20/15
12:39,13134215345,15176525855,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
        63,05/20/15
12:46,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
        64,05/20/15 12:53,15176525855,13134215345,,310410772126882,SMST,,,[]
        65,05/20/15
12:53,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11391:-82.43
80222:42.9851917:350:85.0]
        66,05/20/15
13:09,13134215345,15176525855,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
        67,05/20/15 13:33,15176525855,13134215345,,310410772126882,SMST,,,[]
        68,05/20/15 13:33,15176525855,13134215345,,310410772126882,SMST,,,[]
        69,05/20/15 13:49,15176525855,13134215345,,310410772126882,SMST,,,[]
        70,05/20/15
13:51,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11397:-82.43
80222:42.9851917:350:85.0]
        71,05/20/15
13:51,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11397:-82.43
80222:42.9851917:350:85.0]
        72,05/20/15
13:51,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11397:-82.43
80222:42.9851917:350:85.0]
        73,05/20/15
13:58,13134215345,15176525855,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
        74,05/20/15
13:58,13134215345,15176525855,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
        75,05/20/15 13:59,15176525855,13134215345,,310410772126882,SMST,,,[]
        76,05/20/15
13:59,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11397:-82.43
80222:42.9851917:350:85.0]
        77,05/20/15
14:00,13134215345,15176525855,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
        78,05/20/15 14:01,15176525855,13134215345,,310410772126882,SMST,,,[]
```

WIN000078

ReportAU_1845761

```
        79,05/20/15
14:01,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11397:-82.43
80222:42.9851917:350:85.0]
        80,05/20/15 14:01,15176525855,13134215345,,310410772126882,SMST,,,[]
        81,05/20/15
14:01,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11397:-82.43
80222:42.9851917:350:85.0]
        82,05/20/15 14:02,15176525855,13134215345,,310410772126882,SMST,,,[]
        83,05/20/15
14:02,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11397:-82.43
80222:42.9851917:350:85.0]
        84,05/20/15 14:02,15176525855,13134215345,,310410772126882,SMST,,,[]
        85,05/20/15
14:02,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11397:-82.43
80222:42.9851917:350:85.0]
        86,05/20/15
14:13,13134215345,15176525855,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
        87,05/20/15 14:14,15176525855,13134215345,,310410772126882,SMST,,,[]
        88,05/20/15
14:14,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11391:-82.43
80222:42.9851917:350:85.0]
        89,05/20/15
14:16,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
        90,05/20/15
14:16,13134215345,18104233376,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
        91,05/20/15
14:17,13134215345,15176525855,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
        92,05/20/15 14:17,15176525855,13134215345,,310410772126882,SMST,,,[]
        93,05/20/15
14:17,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11391:-82.43
80222:42.9851917:350:85.0]
        94,05/20/15 14:19,15176525855,13134215345,,310410772126882,SMST,,,[]
        95,05/20/15
14:19,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11391:-82.43
80222:42.9851917:350:85.0]
        96,05/20/15
14:19,13134215345,15176525855,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
        97,05/20/15 14:21,15176525855,13134215345,,310410772126882,SMST,,,[]
        98,05/20/15
14:21,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11391:-82.43
80222:42.9851917:350:85.0]
        99,05/20/15
14:22,13134215345,15176525855,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
        100,05/20/15 14:23,15176525855,13134215345,,310410772126882,SMST,,,[]
        101,05/20/15
14:23,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11391:-82.43
80222:42.9851917:350:85.0]
        102,05/20/15
14:24,13134215345,15176525855,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
        103,05/20/15 14:24,15176525855,13134215345,,310410772126882,SMST,,,[]
        104,05/20/15
14:24,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11391:-82.43
80222:42.9851917:350:85.0]
        105,05/20/15 14:25,15176525855,13134215345,,310410772126882,SMST,,,[]
        106,05/20/15
14:25,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11391:-82.43
```

WIN000079

ReportAU_1845761

```
80222:42.9851917:350:85.0]
      107,05/20/15
14:25,13134215345,15176525855,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
      108,05/20/15 14:26,15176525855,13134215345,,310410772126882,SMST,,,[]
      109,05/20/15
14:26,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11391:-82.43
80222:42.9851917:350:85.0]
      110,05/20/15 14:28,15176525855,13134215345,,310410772126882,SMST,,,[]
      111,05/20/15
14:28,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11391:-82.43
80222:42.9851917:350:85.0]
      112,05/20/15
14:31,13134215345,15176525855,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
      113,05/20/15
14:31,13134215345,15176525855,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
      114,05/20/15 14:31,15176525855,13134215345,,310410772126882,SMST,,,[]
      115,05/20/15
14:31,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11391:-82.43
80222:42.9851917:350:85.0]
      116,05/20/15
14:32,13134215345,15176525855,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
      117,05/20/15 14:32,15176525855,13134215345,,310410772126882,SMST,,,[]
      118,05/20/15
14:33,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11391:-82.43
80222:42.9851917:350:85.0]
      119,05/20/15 14:33,15176525855,13134215345,,310410772126882,SMST,,,[]
      120,05/20/15
14:33,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11391:-82.43
80222:42.9851917:350:85.0]
      121,05/20/15
14:34,13134215345,15176525855,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
      122,05/20/15 14:34,15176525855,13134215345,,310410772126882,SMST,,,[]
      123,05/20/15
14:35,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11391:-82.43
80222:42.9851917:350:85.0]
      124,05/20/15
14:35,13134215345,15176525855,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
      125,05/20/15 14:37,15176525855,13134215345,,310410772126882,SMST,,,[]
      126,05/20/15
14:37,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11391:-82.43
80222:42.9851917:350:85.0]
      127,05/20/15 14:39,15176525855,13134215345,,310410772126882,SMST,,,[]
      128,05/20/15
14:39,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11391:-82.43
80222:42.9851917:350:85.0]
      129,05/20/15
14:39,13134215345,15176525855,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
      130,05/20/15
14:39,13134215345,15176525855,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
      131,05/20/15 14:40,15176525855,13134215345,,310410772126882,SMST,,,[]
      132,05/20/15
14:40,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11391:-82.43
80222:42.9851917:350:85.0]
      133,05/20/15
14:40,13134215345,15176525855,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
```

WIN000080

```
                              ReportAU_1845761
1391:-82.4380222:42.9851917:350:85.0]
          134,05/20/15
14:42,13134215345,15176525855,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
          135,05/20/15  14:42,15176525855,13134215345,,310410772126882,SMST,,,[]
          136,05/20/15
14:42,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11391:-82.43
80222:42.9851917:350:85.0]
          137,05/20/15
14:43,13134215345,15176525855,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
          138,05/20/15  14:44,15176525855,13134215345,,310410772126882,SMST,,,[]
          139,05/20/15
14:44,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11391:-82.43
80222:42.9851917:350:85.0]
          140,05/20/15
14:45,13134215345,15176525855,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
          141,05/20/15  14:46,15176525855,13134215345,,310410772126882,SMST,,,[]
          142,05/20/15
14:46,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11391:-82.43
80222:42.9851917:350:85.0]
          143,05/20/15
14:47,13134215345,15176525855,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
          144,05/20/15  14:47,15176525855,13134215345,,310410772126882,SMST,,,[]
          145,05/20/15
14:47,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11391:-82.43
80222:42.9851917:350:85.0]
          146,05/20/15
14:49,13134215345,15176525855,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
          147,05/20/15  14:53,15176525855,13134215345,,310410772126882,SMST,,,[]
          148,05/20/15
14:53,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11391:-82.43
80222:42.9851917:350:85.0]
          149,05/20/15
14:57,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
          150,05/20/15
14:57,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
          151,05/20/15
14:57,13134215345,18104233376,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
          152,05/20/15
14:57,13134215345,18104233376,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
          153,05/20/15
15:20,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
          154,05/20/15
15:20,13134215345,18104233376,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
          155,05/20/15
15:40,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
          156,05/20/15
15:40,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
          157,05/20/15
15:40,13134215345,18104233376,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
                              Page 8
```

ReportAU_1845761

158,05/20/15
15:40,13134215345,18104233376,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
159,05/20/15
16:39,13134215345,18108583249,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
160,05/20/15 16:46,18108583249,13134215345,,310410772126882,SMST,,,[]
161,05/20/15
16:51,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11397:-82.43
80222:42.9851917:350:85.0]
162,05/20/15
16:54,13134215345,18108583249,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
163,05/20/15 16:59,18108583249,13134215345,,310410772126882,SMST,,,[]
164,05/20/15
17:06,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11397:-82.43
80222:42.9851917:350:85.0]
165,05/21/15
16:23,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
166,05/21/15
16:23,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
167,05/21/15
16:23,13134215345,18104233376,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
168,05/21/15
16:23,13134215345,18104233376,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
169,05/21/15
16:25,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
170,05/21/15
16:25,13134215345,18104233376,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
171,05/21/15
16:26,13134215345,15176525855,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
172,05/21/15 16:28,15176525855,13134215345,,310410772126882,SMST,,,[]
173,05/21/15
16:28,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11397:-82.43
80222:42.9851917:350:85.0]
174,05/21/15
16:32,13134215345,15176525855,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
175,05/21/15
16:32,13134215345,15176525855,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
176,05/21/15 16:32,15176525855,13134215345,,310410772126882,SMST,,,[]
177,05/21/15
16:32,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11397:-82.43
80222:42.9851917:350:85.0]
178,05/21/15
16:36,13134215345,15176525855,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
179,05/21/15
16:37,13134215345,15176525855,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
180,05/21/15
16:38,13134215345,15176525855,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
181,05/21/15 16:38,15176525855,13134215345,,310410772126882,SMST,,,[]
182,05/21/15

WIN000082

```
                              ReportAU_1845761
16:38,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11397:-82.43
80222:42.9851917:350:85.0]
         183,05/21/15 16:43,15176525855,13134215345,,310410772126882,SMST,,,[]
         184,05/21/15
16:43,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11397:-82.43
80222:42.9851917:350:85.0]
         185,05/21/15
16:46,13134215345,15176525855,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
         186,05/21/15
16:50,13134215345,15176525855,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
         187,05/21/15
16:54,13134215345,15176525855,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
         188,05/21/15 16:56,15176525855,13134215345,,310410772126882,SMST,,,[]
         189,05/21/15
16:56,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11397:-82.43
80222:42.9851917:350:85.0]
         190,05/21/15
16:57,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
         191,05/21/15
17:10,13134215345,15176525855,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
         192,05/21/15
17:10,13134215345,15176525855,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
         193,05/21/15 17:11,15176525855,13134215345,,310410772126882,SMST,,,[]
         194,05/21/15
17:11,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11391:-82.43
80222:42.9851917:350:85.0]
         195,05/21/15
17:14,13134215345,15176525855,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
         196,05/21/15
17:14,13134215345,15176525855,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
         197,05/21/15
17:15,13134215345,15176525855,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
         198,05/21/15
17:20,13134215345,15174628104,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
         199,05/21/15
17:23,13134215345,15176525855,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
         200,05/21/15 17:30,15174628104,13134215345,,310410772126882,SMST,,,[]
         201,05/21/15
17:30,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11391:-82.43
80222:42.9851917:350:85.0]
         202,05/21/15
17:31,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
         203,05/21/15
17:31,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
         204,05/21/15
17:31,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
         205,05/21/15
17:31,13134215345,18104233376,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
```

WIN000083

ReportAU_1845761

```
        206,05/21/15
17:32,13134215345,18104233376,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
        207,05/21/15
17:32,13134215345,18104233376,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
        208,05/21/15
17:32,13134215345,15176525855,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
        209,05/21/15
17:33,13134215345,15174628104,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
        210,05/21/15 17:35,15174628104,13134215345,,310410772126882,SMST,,,[]
        211,05/21/15
17:35,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11391:-82.43
80222:42.9851917:350:85.0]
        212,05/21/15
17:37,13134215345,15174628104,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
        213,05/21/15 17:38,15174628104,13134215345,,310410772126882,SMST,,,[]
        214,05/21/15
17:38,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11391:-82.43
80222:42.9851917:350:85.0]
        215,05/21/15
17:41,13134215345,15174628104,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
        216,05/21/15 17:43,15174628104,13134215345,,310410772126882,SMST,,,[]
        217,05/21/15
17:43,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11391:-82.43
80222:42.9851917:350:85.0]
        218,05/21/15
17:46,13134215345,15174628104,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
        219,05/21/15
17:46,13134215345,15174628104,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
        220,05/21/15 17:47,15174628104,13134215345,,310410772126882,SMST,,,[]
        221,05/21/15
17:47,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11391:-82.43
80222:42.9851917:350:85.0]
        222,05/21/15 17:53,15176525855,13134215345,,310410772126882,SMST,,,[]
        223,05/21/15
17:53,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11391:-82.43
80222:42.9851917:350:85.0]
        224,05/21/15 17:53,15176525855,13134215345,,310410772126882,SMST,,,[]
        225,05/21/15
17:53,13134215345,15174628104,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
        226,05/21/15
17:53,13134215345,15174628104,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
        227,05/21/15 17:54,15176525855,13134215345,,310410772126882,SMST,,,[]
        228,05/21/15
17:54,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11391:-82.43
80222:42.9851917:350:85.0]
        229,05/21/15
17:55,13134215345,15176525855,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
        230,05/21/15
18:02,13134215345,15174628104,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
        231,05/21/15
18:09,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11391:-82.43
```
Page 11

WIN000084

ReportAU_1845761

```
80222:42.9851917:350:85.0]
     232,05/21/15
18:10,13134215345,15174628104,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
     233,05/21/15 18:19,15174628104,13134215345,,310410772126882,SMST,,,[]
     234,05/21/15
18:20,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11397:-82.43
80222:42.9851917:350:85.0]
     235,05/21/15 18:24,15176525855,13134215345,,310410772126882,SMST,,,[]
     236,05/21/15
18:24,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11397:-82.43
80222:42.9851917:350:85.0]
     237,05/21/15
18:25,13134215345,15176525855,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
     238,05/21/15 18:26,15176525855,13134215345,,310410772126882,SMST,,,[]
     239,05/22/15
21:54,15174628104,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26109/1
0247:-82.4626639:43.0425583:350:-1.0]
     240,05/22/15
21:54,15176525855,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26109/1
0247:-82.4626639:43.0425583:350:-1.0]
     241,05/22/15
21:55,13134215345,15176525855,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
0247:-82.4626639:43.0425583:350:-1.0]
     242,05/22/15
21:56,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
0247:-82.4626639:43.0425583:350:-1.0]
     243,05/22/15
21:56,13134215345,18104233376,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
0247:-82.4626639:43.0425583:350:-1.0]
     244,05/22/15
21:56,13134215345,15174628104,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
0247:-82.4626639:43.0425583:350:-1.0]
     245,05/22/15
22:02,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
0247:-82.4626639:43.0425583:350:-1.0]
     246,05/22/15
22:02,13134215345,18104233376,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
0247:-82.4626639:43.0425583:350:-1.0]
     247,05/22/15
22:02,13134215345,15174628104,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
0247:-82.4626639:43.0425583:350:-1.0]
     248,05/24/15
00:09,13134215345,18104233376,0142790022655702,310410772126882,SMSO,LG,306G,[26109/1
0247:-82.4626639:43.0425583:350:-1.0]
     249,05/24/15
00:09,13134215345,18104233376,0142790022655702,310410772126882,SMSO,LG,306G,[26109/1
0247:-82.4626639:43.0425583:350:-1.0]
     250,05/24/15
00:09,13134215345,15174628104,0142790022655702,310410772126882,SMSO,LG,306G,[26109/1
0247:-82.4626639:43.0425583:350:-1.0]
     251,05/24/15
00:09,13134215345,15174628104,0142790022655702,310410772126882,SMSO,LG,306G,[26109/1
0247:-82.4626639:43.0425583:350:-1.0]
     252,05/26/15
11:39,13134215345,18104233376,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
     253,05/26/15
11:39,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
     254,05/26/15
11:39,13134215345,15174628104,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
```

WIN000085

ReportAU_1845761

1397:-82.4380222:42.9851917:350:85.0]
255,05/26/15
11:39,13134215345,15176525855,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
256,05/26/15 11:39,15176525855,13134215345,,310410772126882,SMST,,,[]
257,05/26/15
11:39,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11397:-82.43
80222:42.9851917:350:85.0]
258,05/26/15
11:40,13134215345,15176525855,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
259,05/27/15
12:45,13134215345,18104233376,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
260,05/27/15
12:45,13134215345,18104233376,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
261,05/27/15
12:45,13134215345,15174628104,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
262,05/27/15
12:46,13134215345,15174628104,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
263,05/28/15
01:13,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26109/1
0247:-82.4626639:43.0425583:350:-1.0]
264,05/28/15
01:13,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26109/1
0247:-82.4626639:43.0425583:350:-1.0]
265,05/28/15
01:22,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26109/1
0247:-82.4626639:43.0425583:350:-1.0]
266,05/28/15
01:22,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26109/1
0247:-82.4626639:43.0425583:350:-1.0]
267,05/28/15
16:11,13134215345,18104233376,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
268,05/28/15
16:11,13134215345,18104233376,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
269,05/28/15
16:11,13134215345,18104233376,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
270,05/28/15
16:11,13134215345,18104233376,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
271,05/28/15
16:11,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
272,05/28/15
16:11,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
273,05/28/15
16:11,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
274,05/28/15
16:11,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
275,05/28/15 17:03,21663,13134215345,,310410772126882,SMST,,,[]
276,05/28/15
17:25,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11397:-82.43
80222:42.9851917:350:85.0]

WIN000086

ReportAU_1845761

```
        277,05/28/15
17:57,13134215345,15176430013,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
        278,05/28/15
17:57,13134215345,15176430013,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
        279,05/28/15
17:57,13134215345,15176430013,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
        280,05/28/15
17:57,13134215345,15176430013,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
        281,05/28/15
17:57,13134215345,18104233376,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
        282,05/28/15
17:57,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
        283,06/09/15
18:25,13134215345,18104233376,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
        284,06/09/15
18:25,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
        285,06/09/15 23:26,54676,13134215345,,310410772126882,SMST,,,[]
        286,06/11/15
12:34,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11397:-82.43
80222:42.9851917:350:85.0]
        287,06/11/15
12:36,13134215345,15176525855,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
        288,06/17/15 15:08,21663,13134215345,,310410772126882,SMST,,,[]
        289,06/17/15
15:08,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11397:-82.43
80222:42.9851917:350:85.0]
        290,06/17/15
15:10,13134215345,15176430013,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
        291,07/08/15 12:52,55330,13134215345,,310410772126882,SMST,,,[]
        292,07/08/15
12:52,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11397:-82.43
80222:42.9851917:350:85.0]
        293,07/08/15
12:52,13134215345,55330,0142790022655702,310410772126882,SMSO,LG,306G,[26521/11397:-
82.4380222:42.9851917:350:85.0]
        294,07/08/15
13:00,13134215345,18104233376,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
        295,07/08/15
13:00,13134215345,18104233376,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
        296,07/08/15
13:00,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
        297,07/08/15
13:00,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
        298,07/08/15
13:11,13134215345,15176525855,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
        299,07/08/15 13:12,15176525855,13134215345,,310410772126882,SMST,,,[]
        300,07/08/15
13:12,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11397:-82.43
```

Page 14

ReportAU_1845761

80222:42.9851917:350:85.0]
      301,07/17/15
13:09,13134215345,18104233376,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
      302,07/17/15
13:09,13134215345,18104233376,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
      303,07/17/15
13:09,13134215345,18104233376,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
      304,07/17/15
13:09,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
      305,07/17/15
13:09,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
      306,07/17/15
13:09,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
      307,07/21/15
15:06,13134215345,18104233376,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
      308,07/21/15
15:06,13134215345,18104233376,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
      309,07/21/15
15:06,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
      310,07/21/15
15:06,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
      311,07/22/15
11:07,13134215345,18104233376,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
      312,07/22/15
11:07,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
      313,07/22/15
11:13,13134215345,18104233376,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
      314,07/22/15
11:13,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
      315,07/22/15
11:15,13134215345,12605046649,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1391:-82.4380222:42.9851917:350:85.0]
      316,08/06/15 15:06,21663,13134215345,,310410772126882,SMST,,,[]
      317,08/07/15
13:44,,13134215345,0142790022655702,310410772126882,SMST,LG,306G,[26521/11397:-82.43
80222:42.9851917:350:85.0]
      318,08/07/15
13:51,13134215345,18104233376,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
      319,08/07/15
13:51,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
      320,08/07/15
15:59,13134215345,18104233376,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
      321,08/07/15
15:59,13134215345,18104233376,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
      322,08/07/15

ReportAU_1845761

15:59,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
        323,08/07/15
15:59,13134215345,12694913600,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
        324,08/07/15
16:00,13134215345,15174628104,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
        325,08/07/15
16:00,13134215345,15176525855,0142790022655702,310410772126882,SMSO,LG,306G,[26521/1
1397:-82.4380222:42.9851917:350:85.0]
        326,08/10/15 11:55,12488810809,13134215345,,,SMSO,,,[]
        327,08/10/15 16:07,17346046066,13134215345,,,SMSO,,,[]
        328,08/11/15 22:18,12483858780,13134215345,,,SMSO,,,[]
        329,08/11/15 22:36,12483858780,13134215345,,,SMSO,,,[]
        330,08/18/15 09:34,13136223803,13134215345,,,SMSO,,,[]
        AT&T Proprietary.The information contained here is for use by
        authorized persons only and is not for general distribution.

WIN000089

1845761
09/11/2015

 at&t

## SUBSCRIBER INFORMATION

| 188093118551 | C/T |
|---|---|

### Financially Liable Party

**Name:** TRACFONE WIRELESS
**Credit Address:** 9700 NW 112TH AVE, MEDLEY, FL 33178

**Customer Since:** 05/15/2015
**Photo ID Type:**                        **Photo ID State:**
**Photo ID Number:**

**DOB:**                                  **SSN:**

**Contact Name:**   Unknown Unknown
**Contact Home Phone:** (000) 000-0000    **Contact Work Phone:** (999) 999-9999
**Contact Home Email:**                   **Contact Work Email:**

### Billing Party

**Account Number:**   188093118551
**Name:**             TRACFONE WIRELESS
**Billing Address:**  9700 NW 112TH AVE, MEDLEY, FL 33178

**Account Status:**   Active                **Billing Cycle:**  19

### User Information

**MSISDN:**     (313) 421-5345       **IMSI:**     310410772126882
**MSISDN Active:** 05/19/2015 - Current

**Name:**     TRACFONE WIRELESS
**User Address:**   9700 NW 112TH AVE, MEDLEY, FL 33178

**Service Start Date:** 05/19/2015   **Dealer Info:** DQ600 DQ600 DQ600
**Payment Type:**     Postpaid
**Contact Name:**     TRACFONE WIRELESS
**Contact Home Phone:**              **Contact Work Phone:**
**Contact Home Email:**              **Contact Work Email:**

### Status Change History

| Status Change Reason: | Status Change Date: |
|---|---|
| Tracfone Reseller Hotline | 08/08/2015 |
| Customer Request | 07/08/2015 |
| Tracfone Reseller Hotline | 06/19/2015 |
| CTN Activation | 05/19/2015 |

AMO

AT&T PROPRIETARY                                           Page    1

The information contained here is for use by authorized person only and
is not for general distribution.

WIN000090



1845761
09/11/2015

# Historical Precision Location Information

The results provided are AT&T's best estimate of the location of the target number. Please exercise caution in using these records for investigative purposes as location data is sourced from various databases which may cause location results to be less than exact.

Run Date:  09/11/2015
Run Time:  15:04:47
Usage For: (313)421-5345

Page 1

| Item | IMSI/Phone Number | Connection Date | Connection Time (GMT) | Longitude | Latitude | Location Accuracy |
|---|---|---|---|---|---|---|
| 1 | 3134215345 | 2015-08-07 | 16:05:19 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 2 | 3134215345 | 2015-08-07 | 15:59:59 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 3 | 3134215345 | 2015-08-07 | 15:59:34 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 4 | 3134215345 | 2015-08-07 | 15:51:42 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 5 | 3134215345 | 2015-08-07 | 14:05:26 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 6 | 3134215345 | 2015-08-07 | 14:04:02 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 7 | 3134215345 | 2015-08-07 | 14:00:45 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 8 | 3134215345 | 2015-08-07 | 13:59:30 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 9 | 3134215345 | 2015-08-07 | 13:51:35 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 10 | 3134215345 | 2015-08-07 | 13:51:18 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 11 | 3134215345 | 2015-08-04 | 11:39:53 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 12 | 3134215345 | 2015-07-22 | 16:53:53 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 13 | 3134215345 | 2015-07-22 | 16:53:31 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 14 | 3134215345 | 2015-07-22 | 15:28:57 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 15 | 3134215345 | 2015-07-22 | 15:28:31 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 16 | 3134215345 | 2015-07-22 | 13:06:57 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 17 | 3134215345 | 2015-07-22 | 13:06:34 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 18 | 3134215345 | 2015-07-22 | 12:26:36 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 19 | 3134215345 | 2015-07-22 | 11:15:25 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 20 | 3134215345 | 2015-07-22 | 11:13:17 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 21 | 3134215345 | 2015-07-21 | 18:06:47 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 22 | 3134215345 | 2015-07-21 | 15:10:31 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 23 | 3134215345 | 2015-07-17 | 15:36:19 | -82.914552 | 42.419655 | Location accuracy unknown |
| 24 | 3134215345 | 2015-07-17 | 13:19:57 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 25 | 3134215345 | 2015-07-17 | 13:09:20 | -82.43856 | 42.985251 | Location accuracy unknown |
| 26 | 3134215345 | 2015-07-16 | 16:51:42 | -82.437939 | 42.987843 | Location accuracy likely better than 200 meters |
| 27 | 3134215345 | 2015-07-16 | 16:50:49 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 28 | 3134215345 | 2015-07-16 | 16:45:52 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 29 | 3134215345 | 2015-07-16 | 16:40:42 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 30 | 3134215345 | 2015-07-15 | 15:51:05 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 31 | 3134215345 | 2015-07-13 | 16:07:15 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 32 | 3134215345 | 2015-07-09 | 17:11:29 | -82.43856 | 42.4197 | Location accuracy unknown |
| 33 | 3134215345 | 2015-07-09 | 14:46:29 | -82.914354 | 43.02792 | Location accuracy unknown |
| 34 | 3134215345 | 2015-07-08 | 14:37:29 | -83.507526 | 42.987843 | Location accuracy likely better than 200 meters |
| 35 | 3134215345 | 2015-07-08 | 13:58:27 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 36 | 3134215345 | 2015-07-08 | 13:12:47 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 37 | 3134215345 | 2015-07-08 | 13:11:50 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 38 | 3134215345 | 2015-07-08 | 12:52:06 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |

AT&T Proprietary

AMO          The information contained here is for use by authorized persons only and is not for general distribution.

WIN000091



att

1845761
09/11/2015

# Historical Precision Location Information

The results provided are AT&T's best estimate of the location of the target number. Please exercise caution in using these records for investigative purposes as location data is sourced from various databases which may cause location results to be less than exact.

Run Date:     09/11/2015
Run Time:     15:04:47
Usage For:    (313)421-5345

| Item | IMSI/Phone Number | Connection Date | Connection Time (GMT) | Longitude | Latitude | Location Accuracy |
|---|---|---|---|---|---|---|
| 39 | 3134215345 | 2015-07-08 | 12:50:38 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 40 | 3134215345 | 2015-07-08 | 12:49:46 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 41 | 3134215345 | 2015-06-17 | 18:28:15 | -82.965528 | 42.36858 | Location accuracy unknown |
| 42 | 3134215345 | 2015-06-17 | 15:15:55 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 43 | 3134215345 | 2015-06-17 | 15:08:48 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 44 | 3134215345 | 2015-06-11 | 13:58:42 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 45 | 3134215345 | 2015-06-11 | 12:41:05 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 46 | 3134215345 | 2015-06-11 | 12:36:34 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 47 | 3134215345 | 2015-06-11 | 12:34:27 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 48 | 3134215345 | 2015-06-09 | 10:26:11 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 49 | 3134215345 | 2015-06-09 | 10:25:51 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 50 | 3134215345 | 2015-06-02 | 12:48:20 | -83.009961 | 42.419601 | Location accuracy unknown |
| 51 | 3134215345 | 2015-06-01 | 18:55:21 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 52 | 3134215345 | 2015-06-01 | 16:25:28 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 53 | 3134215345 | 2015-06-01 | 15:36:00 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 54 | 3134215345 | 2015-06-01 | 14:26:50 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 55 | 3134215345 | 2015-06-01 | 14:25:27 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 56 | 3134215345 | 2015-05-28 | 17:57:53 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 57 | 3134215345 | 2015-05-28 | 17:57:37 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 58 | 3134215345 | 2015-05-28 | 17:25:39 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 59 | 3134215345 | 2015-05-28 | 16:37:17 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 60 | 3134215345 | 2015-05-28 | 16:23:30 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 61 | 3134215345 | 2015-05-28 | 16:12:08 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 62 | 3134215345 | 2015-05-28 | 16:11:43 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 63 | 3134215345 | 2015-05-28 | 16:00:56 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 64 | 3134215345 | 2015-05-28 | 15:10:26 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 65 | 3134215345 | 2015-05-28 | 11:25:18 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 66 | 3134215345 | 2015-05-27 | 14:53:19 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 67 | 3134215345 | 2015-05-27 | 13:46:28 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 68 | 3134215345 | 2015-05-27 | 13:46:01 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 69 | 3134215345 | 2015-05-27 | 12:40:39 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 70 | 3134215345 | 2015-05-26 | 17:58:32 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 71 | 3134215345 | 2015-05-26 | 17:57:15 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 72 | 3134215345 | 2015-05-26 | 17:33:27 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 73 | 3134215345 | 2015-05-26 | 11:47:49 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 74 | 3134215345 | 2015-05-26 | 11:40:34 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 75 | 3134215345 | 2015-05-25 | 16:45:42 | -83.031786 | 42.417243 | Location accuracy unknown |
| 76 | 3134215345 | 2015-05-21 | 20:55:30 | | | |

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.

AMO



at&t

1845761
09/11/2015

# Historical Precision Location Information

The results provided are AT&T's best estimate of the location of the target number. Please exercise caution in using these records for investigative purposes as location data is sourced from various databases which may cause location results to be less than exact.

Run Date: 09/11/2015
Run Time: 15:04:47
Usage For: (313)421-5345

| Item | IMSI/Phone Number | Connection Date | Connection Time (GMT) | Longitude | Latitude | Location Accuracy |
|---|---|---|---|---|---|---|
| 77 | 3134215345 | 2015-05-21 | 18:52:27 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 78 | 3134215345 | 2015-05-21 | 18:50:35 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 79 | 3134215345 | 2015-05-21 | 18:39:54 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 80 | 3134215345 | 2015-05-21 | 18:38:12 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 81 | 3134215345 | 2015-05-21 | 18:26:04 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 82 | 3134215345 | 2015-05-21 | 18:25:48 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 83 | 3134215345 | 2015-05-21 | 18:24:57 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 84 | 3134215345 | 2015-05-21 | 18:23:07 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 85 | 3134215345 | 2015-05-21 | 18:20:52 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 86 | 3134215345 | 2015-05-21 | 18:20:14 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 87 | 3134215345 | 2015-05-21 | 18:08:58 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 88 | 3134215345 | 2015-05-21 | 17:53:53 | -82.437939 | 42.985251 | Location accuracy unknown |
| 89 | 3134215345 | 2015-05-21 | 17:41:44 | -82.437939 | 42.985251 | Location accuracy likely better than 200 meters |
| 90 | 3134215345 | 2015-05-21 | 17:35:15 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 91 | 3134215345 | 2015-05-21 | 17:33:57 | -82.43856 | 42.987843 | Location accuracy unknown |
| 92 | 3134215345 | 2015-05-21 | 17:15:00 | -82.437939 | 42.985251 | Location accuracy unknown |
| 93 | 3134215345 | 2015-05-21 | 16:57:56 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 94 | 3134215345 | 2015-05-21 | 16:54:06 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 95 | 3134215345 | 2015-05-21 | 16:50:38 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 96 | 3134215345 | 2015-05-21 | 16:43:30 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 97 | 3134215345 | 2015-05-21 | 16:38:01 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 98 | 3134215345 | 2015-05-21 | 16:36:52 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 99 | 3134215345 | 2015-05-21 | 16:32:45 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 100 | 3134215345 | 2015-05-21 | 16:28:40 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 101 | 3134215345 | 2015-05-21 | 16:25:59 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 102 | 3134215345 | 2015-05-21 | 16:25:24 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 103 | 3134215345 | 2015-05-21 | 16:23:05 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 104 | 3134215345 | 2015-05-21 | 16:17:22 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 105 | 3134215345 | 2015-05-21 | 14:40:34 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 106 | 3134215345 | 2015-05-21 | 13:14:49 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 107 | 3134215345 | 2015-05-21 | 10:59:01 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 108 | 3134215345 | 2015-05-20 | 19:54:39 | -82.938411 | 42.86736 | Location accuracy unknown |
| 109 | 3134215345 | 2015-05-20 | 19:40:00 | -83.032623 | 42.382278 | Location accuracy unknown |
| 110 | 3134215345 | 2015-05-20 | 18:00:52 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 111 | 3134215345 | 2015-05-20 | 18:07:36 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 112 | 3134215345 | 2015-05-20 | 18:00:41 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 113 | 3134215345 | 2015-05-20 | 17:36:58 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 114 | 3134215345 | 2015-05-20 | 17:33:35 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.

AMO

Page 3

WIN000093



at&t

Page 4

1845761
09/11/2015

# Historical Precision Location Information

The results provided are AT&T's best estimate of the location of the target number. Please
exercise caution in using these records for investigative purposes as location data is sourced
from various databases which may cause location results to be less than exact.

Run Date:    09/11/2015
Run Time:    15:04:47
Usage For:   (313)421-5345

| Item | IMEI/Phone Number | Connection Date | Connection Time (GMT) | Longitude | Latitude | Location Accuracy |
|------|-------------------|-----------------|-----------------------|-----------|----------|-------------------|
| 115 | 3134215345 | 2015-05-20 | 17:32:46 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 116 | 3134215345 | 2015-05-20 | 17:06:56 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 117 | 3134215345 | 2015-05-20 | 16:57:44 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 118 | 3134215345 | 2015-05-20 | 16:51:35 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 119 | 3134215345 | 2015-05-20 | 16:39:24 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 120 | 3134215345 | 2015-05-20 | 16:32:35 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 121 | 3134215345 | 2015-05-20 | 16:31:33 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 122 | 3134215345 | 2015-05-20 | 16:12:51 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 123 | 3134215345 | 2015-05-20 | 16:12:14 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 124 | 3134215345 | 2015-05-20 | 15:58:14 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 125 | 3134215345 | 2015-05-20 | 15:36:08 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 126 | 3134215345 | 2015-05-20 | 15:33:01 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 127 | 3134215345 | 2015-05-20 | 15:20:35 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 128 | 3134215345 | 2015-05-20 | 15:17:21 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 129 | 3134215345 | 2015-05-20 | 15:15:26 | -83.035989 | 42.428934 | Location accuracy unknown |
| 130 | 3134215345 | 2015-05-20 | 14:53:43 | -82.437939 | 42.985251 | Location accuracy unknown |
| 131 | 3134215345 | 2015-05-20 | 14:47:11 | -82.437939 | 42.985251 | Location accuracy unknown |
| 132 | 3134215345 | 2015-05-20 | 14:39:33 | -82.437939 | 42.985251 | Location accuracy unknown |
| 133 | 3134215345 | 2015-05-20 | 14:34:59 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 134 | 3134215345 | 2015-05-20 | 14:34:24 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 135 | 3134215345 | 2015-05-20 | 14:32:59 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 136 | 3134215345 | 2015-05-20 | 14:23:09 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 137 | 3134215345 | 2015-05-20 | 14:17:30 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 138 | 3134215345 | 2015-05-20 | 14:13:48 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 139 | 3134215345 | 2015-05-20 | 14:02:38 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 140 | 3134215345 | 2015-05-20 | 14:01:54 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 141 | 3134215345 | 2015-05-20 | 14:01:46 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 142 | 3134215345 | 2015-05-20 | 14:00:25 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 143 | 3134215345 | 2015-05-20 | 13:57:57 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 144 | 3134215345 | 2015-05-20 | 13:51:09 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 145 | 3134215345 | 2015-05-20 | 13:30:07 | -83.552328 | 42.92334 | Location accuracy unknown |
| 146 | 3134215345 | 2015-05-20 | 13:19:07 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 147 | 3134215345 | 2015-05-20 | 13:10:22 | -82.437939 | 42.985251 | Location accuracy unknown |
| 148 | 3134215345 | 2015-05-20 | 12:45:59 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 149 | 3134215345 | 2015-05-20 | 12:45:14 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 150 | 3134215345 | 2015-05-20 | 12:39:38 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 151 | 3134215345 | 2015-05-20 | 12:34:11 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 152 | 3134215345 | 2015-05-20 | 12:11:03 | -82.437939 | 42.985251 | Location accuracy unknown |

AT&T Proprietary

AMO                    The information contained here is for use by authorized persons only and is not
for general distribution.

WIN000094





1845761
09/11/2015

# Historical Precision Location Information

The results provided are AT&T's best estimate of the location of the target number. Please exercise caution in using these records for investigative purposes as location data is sourced from various databases which may cause location results to be less than exact.

Run Date: 09/11/2015
Run Time: 15:04:47
Usage For: (313)421-5345

| Item | IMSI/Phone Number | Connection Date | Connection Time (GMT) | Longitude | Latitude | Location Accuracy |
|------|-------------------|-----------------|------------------------|-----------|----------|-------------------|
| 153 | 3134215345 | 2015-05-20 | 11:57:20 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 154 | 3134215345 | 2015-05-20 | 11:29:54 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 155 | 3134215345 | 2015-05-20 | 11:21:16 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 156 | 3134215345 | 2015-05-20 | 11:19:15 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 157 | 3134215345 | 2015-05-20 | 11:06:33 | -82.43856 | 42.987843 | Location accuracy likely better than 200 meters |
| 158 | 3134215345 | 2015-05-20 | 02:17:52 | -82.437939 | 42.985224 | Location accuracy unknown |

AT&T Proprietary

AMO      The information contained here is for use by authorized persons only and is not
for general distribution.

Page 5

WIN000095

ReportNelos_1845761

Historical Precision Location Information
The results provided are AT&T's best estimate of the location of the target
number. Please exercise caution in using these records for investigative purposes as
location data is sourced from various databases which may cause location results to
be less than exact.

(AT&T)

Matter ID:        1845761
Creation Date:    09/11/2015
Data Source:
Run Date:         09/11/15
Run Time:         15:04:47

Usage For: (313)421-5345

Item,IMSI/PhoneNumber,ConnectionDate,ConnectionTime(GMT),Longitude,Latitude,Location
Accuracy
        1,3134215345,2015-08-07,16:05:19,-82.43856,42.987843,Location accuracy likely
better than 200 meters
        2,3134215345,2015-08-07,15:59:59,-82.43856,42.987843,Location accuracy likely
better than 200 meters
        3,3134215345,2015-08-07,15:59:34,-82.43856,42.987843,Location accuracy likely
better than 200 meters
        4,3134215345,2015-08-07,15:51:42,-82.43856,42.987843,Location accuracy likely
better than 200 meters
        5,3134215345,2015-08-07,14:05:26,-82.43856,42.987843,Location accuracy likely
better than 200 meters
        6,3134215345,2015-08-07,14:04:02,-82.43856,42.987843,Location accuracy likely
better than 200 meters
        7,3134215345,2015-08-07,14:00:45,-82.43856,42.987843,Location accuracy likely
better than 200 meters
        8,3134215345,2015-08-07,13:59:30,-82.43856,42.987843,Location accuracy likely
better than 200 meters
        9,3134215345,2015-08-07,13:51:35,-82.43856,42.987843,Location accuracy likely
better than 200 meters
        10,3134215345,2015-08-07,13:51:18,-82.43856,42.987843,Location accuracy likely
better than 200 meters
        11,3134215345,2015-08-04,11:39:53,-82.43856,42.987843,Location accuracy likely
better than 200 meters
        12,3134215345,2015-07-22,16:53:53,-82.43856,42.987843,Location accuracy likely
better than 200 meters
        13,3134215345,2015-07-22,16:53:31,-82.43856,42.987843,Location accuracy likely
better than 200 meters
        14,3134215345,2015-07-22,15:28:57,-82.43856,42.987843,Location accuracy likely
better than 200 meters
        15,3134215345,2015-07-22,15:28:31,-82.43856,42.987843,Location accuracy likely
better than 200 meters
        16,3134215345,2015-07-22,13:06:57,-82.43856,42.987843,Location accuracy likely
better than 200 meters
        17,3134215345,2015-07-22,13:06:34,-82.43856,42.987843,Location accuracy likely
better than 200 meters
        18,3134215345,2015-07-22,12:26:36,-82.43856,42.987843,Location accuracy likely
better than 200 meters
        19,3134215345,2015-07-22,11:15:25,-82.43856,42.987843,Location accuracy likely
better than 200 meters
        20,3134215345,2015-07-22,11:13:17,-82.43856,42.987843,Location accuracy likely
better than 200 meters
        21,3134215345,2015-07-21,18:06:47,-82.43856,42.987843,Location accuracy likely
better than 200 meters
        22,3134215345,2015-07-21,15:10:31,-82.43856,42.987843,Location accuracy likely
better than 200 meters
        23,3134215345,2015-07-17,15:36:19,-82.914552,42.419655,Location accuracy
unknown

WIN000096

ReportNelos_1845761
```
     24,3134215345,2015-07-17,13:18:57,-82.43856,42.987843,Location accuracy likely
better than 200 meters
     25,3134215345,2015-07-17,13:09:20,-82.43856,42.987843,Location accuracy likely
better than 200 meters
     26,3134215345,2015-07-16,16:51:42,-82.437939,42.985251,Location accuracy
unknown
     27,3134215345,2015-07-16,16:50:49,-82.43856,42.987843,Location accuracy likely
better than 200 meters
     28,3134215345,2015-07-16,16:45:52,-82.43856,42.987843,Location accuracy likely
better than 200 meters
     29,3134215345,2015-07-16,16:40:42,-82.43856,42.987843,Location accuracy likely
better than 200 meters
     30,3134215345,2015-07-15,15:51:05,-82.43856,42.987843,Location accuracy likely
better than 200 meters
     31,3134215345,2015-07-13,16:07:15,-82.43856,42.987843,Location accuracy likely
better than 200 meters
     32,3134215345,2015-07-09,17:11:29,-82.43856,42.987843,Location accuracy likely
better than 200 meters
     33,3134215345,2015-07-08,14:46:29,-82.914354,42.4197,Location accuracy unknown
     34,3134215345,2015-07-08,14:37:29,-83.507526,43.02792,Location accuracy
unknown
     35,3134215345,2015-07-08,13:58:27,-82.43856,42.987843,Location accuracy likely
better than 200 meters
     36,3134215345,2015-07-08,13:12:47,-82.43856,42.987843,Location accuracy likely
better than 200 meters
     37,3134215345,2015-07-08,13:11:50,-82.43856,42.987843,Location accuracy likely
better than 200 meters
     38,3134215345,2015-07-08,12:52:06,-82.43856,42.987843,Location accuracy likely
better than 200 meters
     39,3134215345,2015-07-08,12:50:38,-82.43856,42.987843,Location accuracy likely
better than 200 meters
     40,3134215345,2015-07-08,12:49:46,-82.43856,42.987843,Location accuracy likely
better than 200 meters
     41,3134215345,2015-06-17,18:28:15,-82.965528,42.36858,Location accuracy
unknown
     42,3134215345,2015-06-17,15:15:55,-82.43856,42.987843,Location accuracy likely
better than 200 meters
     43,3134215345,2015-06-17,15:08:48,-82.43856,42.987843,Location accuracy likely
better than 200 meters
     44,3134215345,2015-06-11,13:58:42,-82.43856,42.987843,Location accuracy likely
better than 200 meters
     45,3134215345,2015-06-11,12:41:05,-82.43856,42.987843,Location accuracy likely
better than 200 meters
     46,3134215345,2015-06-11,12:36:34,-82.43856,42.987843,Location accuracy likely
better than 200 meters
     47,3134215345,2015-06-11,12:34:27,-82.43856,42.987843,Location accuracy likely
better than 200 meters
     48,3134215345,2015-06-09,18:26:11,-82.43856,42.987843,Location accuracy likely
better than 200 meters
     49,3134215345,2015-06-09,18:25:51,-82.43856,42.987843,Location accuracy likely
better than 200 meters
     50,3134215345,2015-06-02,12:48:20,-82.43856,42.987843,Location accuracy likely
better than 200 meters
     51,3134215345,2015-06-01,18:55:21,-83.009961,42.419601,Location accuracy
unknown
     52,3134215345,2015-06-01,16:25:28,-82.43856,42.987843,Location accuracy likely
better than 200 meters
     53,3134215345,2015-06-01,15:36:00,-82.43856,42.987843,Location accuracy likely
better than 200 meters
     54,3134215345,2015-06-01,14:26:50,-82.43856,42.987843,Location accuracy likely
better than 200 meters
     55,3134215345,2015-06-01,14:25:27,-82.43856,42.987843,Location accuracy likely
better than 200 meters
```

Page 2

ReportNelos_1845761
```
56,3134215345,2015-05-28,17:57:53,-82.43856,42.987843,Location accuracy likely
better than 200 meters
57,3134215345,2015-05-28,17:57:37,-82.43856,42.987843,Location accuracy likely
better than 200 meters
58,3134215345,2015-05-28,17:25:39,-82.43856,42.987843,Location accuracy likely
better than 200 meters
59,3134215345,2015-05-28,16:37:17,-82.43856,42.987843,Location accuracy likely
better than 200 meters
60,3134215345,2015-05-28,16:23:30,-82.43856,42.987843,Location accuracy likely
better than 200 meters
61,3134215345,2015-05-28,16:12:08,-82.43856,42.987843,Location accuracy likely
better than 200 meters
62,3134215345,2015-05-28,16:11:43,-82.43856,42.987843,Location accuracy likely
better than 200 meters
63,3134215345,2015-05-28,16:00:56,-82.43856,42.987843,Location accuracy likely
better than 200 meters
64,3134215345,2015-05-28,15:10:26,-82.43856,42.987843,Location accuracy likely
better than 200 meters
65,3134215345,2015-05-28,11:25:18,-82.43856,42.987843,Location accuracy likely
better than 200 meters
66,3134215345,2015-05-27,14:53:19,-82.43856,42.987843,Location accuracy likely
better than 200 meters
67,3134215345,2015-05-27,13:46:28,-82.43856,42.987843,Location accuracy likely
better than 200 meters
68,3134215345,2015-05-27,13:46:01,-82.43856,42.987843,Location accuracy likely
better than 200 meters
69,3134215345,2015-05-27,12:40:39,-82.43856,42.987843,Location accuracy likely
better than 200 meters
70,3134215345,2015-05-26,17:58:32,-82.43856,42.987843,Location accuracy likely
better than 200 meters
71,3134215345,2015-05-26,17:57:15,-82.43856,42.987843,Location accuracy likely
better than 200 meters
72,3134215345,2015-05-26,17:33:27,-82.43856,42.987843,Location accuracy likely
better than 200 meters
73,3134215345,2015-05-26,11:47:49,-82.43856,42.987843,Location accuracy likely
better than 200 meters
74,3134215345,2015-05-26,11:40:34,-82.43856,42.987843,Location accuracy likely
better than 200 meters
75,3134215345,2015-05-25,16:45:42,-82.43856,42.987843,Location accuracy likely
better than 200 meters
76,3134215345,2015-05-21,20:55:30,-83.031786,42.417243,Location accuracy
unknown
77,3134215345,2015-05-21,18:52:27,-82.43856,42.987843,Location accuracy likely
better than 200 meters
78,3134215345,2015-05-21,18:50:35,-82.43856,42.987843,Location accuracy likely
better than 200 meters
79,3134215345,2015-05-21,18:39:54,-82.43856,42.987843,Location accuracy likely
better than 200 meters
80,3134215345,2015-05-21,18:38:12,-82.43856,42.987843,Location accuracy likely
better than 200 meters
81,3134215345,2015-05-21,18:26:04,-82.43856,42.987843,Location accuracy likely
better than 200 meters
82,3134215345,2015-05-21,18:25:48,-82.43856,42.987843,Location accuracy likely
better than 200 meters
83,3134215345,2015-05-21,18:24:57,-82.43856,42.987843,Location accuracy likely
better than 200 meters
84,3134215345,2015-05-21,18:23:07,-82.43856,42.987843,Location accuracy likely
better than 200 meters
85,3134215345,2015-05-21,18:20:52,-82.43856,42.987843,Location accuracy likely
better than 200 meters
86,3134215345,2015-05-21,18:20:14,-82.43856,42.987843,Location accuracy likely
better than 200 meters
87,3134215345,2015-05-21,18:08:58,-82.43856,42.987843,Location accuracy likely
```

WIN000098

ReportNelos_1845761

88,3134215345,2015-05-21,17:53:53,-82.437939,42.985251,Location accuracy better than 200 meters
89,3134215345,2015-05-21,17:41:44,-82.437939,42.985251,Location accuracy unknown
90,3134215345,2015-05-21,17:35:35,-82.43856,42.987843,Location accuracy likely better than 200 meters
91,3134215345,2015-05-21,17:33:57,-82.43856,42.987843,Location accuracy likely better than 200 meters
92,3134215345,2015-05-21,17:15:00,-82.437939,42.985251,Location accuracy unknown
93,3134215345,2015-05-21,16:57:56,-82.43856,42.987843,Location accuracy likely better than 200 meters
94,3134215345,2015-05-21,16:54:06,-82.43856,42.987843,Location accuracy likely better than 200 meters
95,3134215345,2015-05-21,16:50:38,-82.43856,42.987843,Location accuracy likely better than 200 meters
96,3134215345,2015-05-21,16:43:30,-82.43856,42.987843,Location accuracy likely better than 200 meters
97,3134215345,2015-05-21,16:38:01,-82.43856,42.987843,Location accuracy likely better than 200 meters
98,3134215345,2015-05-21,16:36:52,-82.43856,42.987843,Location accuracy likely better than 200 meters
99,3134215345,2015-05-21,16:32:45,-82.43856,42.987843,Location accuracy likely better than 200 meters
100,3134215345,2015-05-21,16:28:40,-82.43856,42.987843,Location accuracy likely better than 200 meters
101,3134215345,2015-05-21,16:25:59,-82.43856,42.987843,Location accuracy likely better than 200 meters
102,3134215345,2015-05-21,16:25:24,-82.43856,42.987843,Location accuracy likely better than 200 meters
103,3134215345,2015-05-21,16:23:05,-82.43856,42.987843,Location accuracy likely better than 200 meters
104,3134215345,2015-05-21,16:17:22,-82.43856,42.987843,Location accuracy likely better than 200 meters
105,3134215345,2015-05-21,14:40:34,-82.43856,42.987843,Location accuracy likely better than 200 meters
106,3134215345,2015-05-21,13:14:49,-82.43856,42.987843,Location accuracy likely better than 200 meters
107,3134215345,2015-05-21,10:59:01,-82.43856,42.987843,Location accuracy likely better than 200 meters
108,3134215345,2015-05-20,19:54:39,-82.938411,42.86736,Location accuracy unknown
109,3134215345,2015-05-20,19:40:00,-83.032623,42.382278,Location accuracy unknown
110,3134215345,2015-05-20,18:08:52,-82.43856,42.987843,Location accuracy likely better than 200 meters
111,3134215345,2015-05-20,18:07:36,-82.43856,42.987843,Location accuracy likely better than 200 meters
112,3134215345,2015-05-20,18:00:41,-82.43856,42.987843,Location accuracy likely better than 200 meters
113,3134215345,2015-05-20,17:36:58,-82.43856,42.987843,Location accuracy likely better than 200 meters
114,3134215345,2015-05-20,17:33:35,-82.43856,42.987843,Location accuracy likely better than 200 meters
115,3134215345,2015-05-20,17:32:46,-82.43856,42.987843,Location accuracy likely better than 200 meters
116,3134215345,2015-05-20,17:06:56,-82.43856,42.987843,Location accuracy likely better than 200 meters
117,3134215345,2015-05-20,16:57:44,-82.43856,42.987843,Location accuracy likely better than 200 meters
118,3134215345,2015-05-20,16:51:35,-82.43856,42.987843,Location accuracy likely better than 200 meters

Page 4

ReportNelos_1845761

119,3134215345,2015-05-20,16:39:24,-82.43856,42.987843,Location accuracy likely better than 200 meters
120,3134215345,2015-05-20,16:32:35,-82.43856,42.987843,Location accuracy likely better than 200 meters
121,3134215345,2015-05-20,16:31:33,-82.43856,42.987843,Location accuracy likely better than 200 meters
122,3134215345,2015-05-20,16:12:51,-82.43856,42.987843,Location accuracy likely better than 200 meters
123,3134215345,2015-05-20,16:12:14,-82.43856,42.987843,Location accuracy likely better than 200 meters
124,3134215345,2015-05-20,15:58:14,-82.43856,42.987843,Location accuracy likely better than 200 meters
125,3134215345,2015-05-20,15:36:08,-82.43856,42.987843,Location accuracy likely better than 200 meters
126,3134215345,2015-05-20,15:33:01,-82.43856,42.987843,Location accuracy likely better than 200 meters
127,3134215345,2015-05-20,15:20:35,-82.43856,42.987843,Location accuracy likely better than 200 meters
128,3134215345,2015-05-20,15:17:21,-82.43856,42.987843,Location accuracy likely better than 200 meters
129,3134215345,2015-05-20,15:15:26,-83.035989,42.428934,Location accuracy unknown
130,3134215345,2015-05-20,14:53:43,-82.437939,42.985251,Location accuracy unknown
131,3134215345,2015-05-20,14:47:11,-82.437939,42.985251,Location accuracy unknown
132,3134215345,2015-05-20,14:39:33,-82.437939,42.985251,Location accuracy unknown
133,3134215345,2015-05-20,14:34:59,-82.43856,42.987843,Location accuracy likely better than 200 meters
134,3134215345,2015-05-20,14:34:24,-82.43856,42.987843,Location accuracy likely better than 200 meters
135,3134215345,2015-05-20,14:32:59,-82.43856,42.987843,Location accuracy likely better than 200 meters
136,3134215345,2015-05-20,14:23:09,-82.43856,42.987843,Location accuracy likely better than 200 meters
137,3134215345,2015-05-20,14:17:30,-82.43856,42.987843,Location accuracy likely better than 200 meters
138,3134215345,2015-05-20,14:13:48,-82.43856,42.987843,Location accuracy likely better than 200 meters
139,3134215345,2015-05-20,14:02:38,-82.43856,42.987843,Location accuracy likely better than 200 meters
140,3134215345,2015-05-20,14:01:54,-82.43856,42.987843,Location accuracy likely better than 200 meters
141,3134215345,2015-05-20,14:01:46,-82.43856,42.987843,Location accuracy likely better than 200 meters
142,3134215345,2015-05-20,14:00:25,-82.43856,42.987843,Location accuracy likely better than 200 meters
143,3134215345,2015-05-20,13:57:57,-82.43856,42.987843,Location accuracy likely better than 200 meters
144,3134215345,2015-05-20,13:51:09,-82.43856,42.987843,Location accuracy likely better than 200 meters
145,3134215345,2015-05-20,13:30:07,-83.552328,42.92334,Location accuracy unknown
146,3134215345,2015-05-20,13:19:07,-82.43856,42.987843,Location accuracy likely better than 200 meters
147,3134215345,2015-05-20,13:10:22,-82.437939,42.985251,Location accuracy unknown
148,3134215345,2015-05-20,12:45:59,-82.43856,42.987843,Location accuracy likely better than 200 meters
149,3134215345,2015-05-20,12:45:14,-82.43856,42.987843,Location accuracy likely better than 200 meters
150,3134215345,2015-05-20,12:39:38,-82.43856,42.987843,Location accuracy

WIN000100

ReportNelos_1845761

```
likely better than 200 meters
    151,3134215345,2015-05-20,12:34:11,-82.43856,42.987843,Location accuracy
likely better than 200 meters
    152,3134215345,2015-05-20,12:11:03,-82.437939,42.985251,Location accuracy
unknown
    153,3134215345,2015-05-20,11:57:20,-82.43856,42.987843,Location accuracy
likely better than 200 meters
    154,3134215345,2015-05-20,11:29:54,-82.43856,42.987843,Location accuracy
likely better than 200 meters
    155,3134215345,2015-05-20,11:21:16,-82.43856,42.987843,Location accuracy
likely better than 200 meters
    156,3134215345,2015-05-20,11:19:15,-82.43856,42.987843,Location accuracy
likely better than 200 meters
    157,3134215345,2015-05-20,11:06:33,-82.43856,42.987843,Location accuracy
likely better than 200 meters
    158,3134215345,2015-05-20,02:17:52,-82.437939,42.985224,Location accuracy
unknown
```

AT&T Proprietary.The information contained here is for use by authorized persons only and is not for general distribution.

WIN000101

313-421-5345

| | | | |
|---|---|---|---|
| Contact ID (517) 622-8555 WENDY DAY | | | 05/20/2015 to 08/07/2015 |
| Contact ID (Unknown) | | | 05/19/2015 to 08/07/2015 |
| Contact ID (269) 491-4600 LINDY GAMRAT | | | 05/19/2015 to 08/07/2015 |
| Contact ID (810) 423-1176 TODD COURSER | | | 05/19/2015 to 08/07/2015 |
| Contact ID (517) 462-8104 DANIEL COURSER | | | 05/21/2015 to 08/07/2015 |
| Contact ID 5330 | | | 05/19/2015 to 07/08/2015 |
| Contact ID (517) 643-2015 | | | 05/28/2015 to 06/17/2015 |
| Contact ID (810) 858-3245 AMY BENNETT SNODE | | | 05/20/2015 to 05/20/2015 |
| Contact ID (586) 216-5013 | | | 05/20/2015 to 07/24/2015 |
| Contact ID 21806 | | | 05/23/2015 to 06/05/2015 |
| Contact ID (734) 646-6165 BRYAN BENTLEY | | | 05/12/2015 to 07/13/2015 |
| Contact ID (248) 885-8780 | | | 08/11/2015 to 08/11/2015 |
| Contact ID 1121611611 | | | 05/19/2015 to 05/19/2015 |
| Contact ID (810) 845-5237 JAMIE HORE | | | 05/13/2015 to 05/13/2015 |
| Contact ID (269) 207-4142 | | | 07/23/2015 to 07/24/2015 |
| Contact ID (800) 654-7565 BRINCK SECURITY | | | 07/16/2015 to 07/16/2015 |
| Contact ID (810) 385-7235 AMY HORE | | | 05/28/2015 to 05/28/2015 |
| Contact ID 11113277602 | | | 05/13/2015 to 05/14/2015 |
| Contact ID (517) 373-3600 HOUSE FINANCE | | | 05/07/2015 to 05/07/2015 |
| Contact ID (517) 373-4700 LANSING STATE JOURNAL | | | 05/23/2015 to 05/24/2015 |
| Contact ID (517) 373-5658 SENATE REPUBLICANS | | | 05/13/2015 to 05/14/2015 |
| Contact ID (517) 483-4444 | | | 05/28/2015 to 05/28/2015 |
| Contact ID (517) 614-0800 | | | 06/15/2015 to 06/15/2015 |
| Contact ID (517) 652-3805 EATON RAPIDS RESTAURANT | | | 05/18/2015 to 08/06/2015 |
| Contact ID 57676 | | | 07/09/2015 to 07/09/2015 |
| Contact ID (901) 467-4500 | | | 08/10/2015 to 08/10/2015 |
| Contact ID (248) 915-5015 | | | 07/23/2015 to 07/23/2015 |

- 1 -

WIN000102

| | | | |
|---|---|---|---|
| Contact ID (970) 732-4211 DIANE MORGAN | 0.5 % | 1 | 06/22/2015 to 06/22/2015 |
| Contact ID (225) 940-1556 ELLEN SAWYER | 0.5 % | 1 | 06/15/2015 to 06/15/2015 |
| Contact ID (228) 672-9870 APRIL HODGENS | 0.5 % | 1 | 07/08/2015 to 07/08/2015 |
| Contact ID (615) 371-1160 | 0.5 % | 1 | 08/17/2015 to 08/07/2015 |
| Contact ID (850) 760-6293 CAROLINE ZWEIG | 0.5 % | 1 | 06/13/2015 to 06/13/2015 |
| Contact ID (616) 217-0800 DAVID ADAIR | 0.5 % | 1 | 06/17/2015 to 06/17/2015 |
| Contact ID (606) 602-0631 | 0.5 % | 1 | 06/22/2015 to 06/22/2015 |
| Contact ID (734) 578-7331 KATHLEEN MCALLISTER | 0.5 % | 1 | 06/10/2015 to 06/10/2015 |
| Contact ID (877) 462-4228 MILES | 0.5 % | 1 | 06/26/2015 to 06/26/2015 |
| Contact ID (415) 826-4711 BENJAMIN CRAWFORD | 0.5 % | 1 | 06/05/2015 to 06/05/2015 |
| Contact ID (228) 234-1506 | 0.5 % | 1 | 07/15/2015 to 07/15/2015 |
| Contact ID (610) 692-2901 THOMAS SMITH | 0.5 % | 1 | 06/11/2015 to 06/11/2015 |
| Contact ID (801) 673-7985 ALOHILORI BELIELLO | 0.5 % | 1 | 07/16/2015 to 07/16/2015 |
| Contact ID (757) 971-1701 CARRIE A EGGLESTON | 0.5 % | 1 | 06/19/2015 to 06/19/2015 |
| Contact ID (248) 832-6750 VICTOR CAGLESOTTE | 0.5 % | 1 | 06/11/2015 to 06/11/2015 |
| Contact ID 1111127/2015 | 0.5 % | 1 | 06/11/2015 to 06/11/2015 |
| Contact ID (240) 961-0606 TAMMY BATTAGLIA | 0.5 % | 1 | 06/16/2015 to 06/16/2015 |

WIN000103

| Case Number | Target | Date | Time | Duration | Direction | Contact ID | Contact Name |
|---|---|---|---|---|---|---|---|
| 16-256-15 | (313) 421-5345 | 5/19/2015 | 20:47:00 | 00:00:00 | Incoming | | |
| 16-256-15 | (313) 421-5345 | 5/19/2015 | 20:47:00 | 00:00:00 | Incoming | | |
| 16-256-15 | (313) 421-5345 | 5/19/2015 | 20:52:00 | 00:00:00 | Incoming | | |
| 16-256-15 | (313) 421-5345 | 5/19/2015 | 20:52:00 | 00:00:00 | Incoming | | |
| 16-256-15 | (313) 421-5345 | 5/19/2015 | 20:52:00 | 00:00:00 | Incoming | | |
| 16-256-15 | (313) 421-5345 | 5/19/2015 | 20:52:00 | 00:00:00 | Incoming | | |
| 16-256-15 | (313) 421-5345 | 5/19/2015 | 20:53:00 | 00:00:00 | Incoming | | |
| 16-256-15 | (313) 421-5345 | 5/19/2015 | 20:53:00 | 00:00:00 | Incoming | | |
| 16-256-15 | (313) 421-5345 | 5/19/2015 | 20:53:00 | 00:00:00 | Incoming | | |
| 16-256-15 | (313) 421-5345 | 5/19/2015 | 20:53:00 | 00:00:00 | Incoming | | |
| 16-256-15 | (313) 421-5345 | 5/19/2015 | 20:53:00 | 00:00:00 | Incoming | | |
| 16-256-15 | (313) 421-5345 | 5/19/2015 | 20:53:00 | 00:00:00 | Incoming | | |
| 16-256-15 | (313) 421-5345 | 5/19/2015 | 20:53:00 | 00:00:00 | Outgoing | | |
| 16-256-15 | (313) 421-5345 | 5/19/2015 | 20:53:00 | 00:00:00 | Incoming | 55330 | |
| 16-256-15 | (313) 421-5345 | 5/19/2015 | 20:53:00 | 00:00:00 | Outgoing | 55330 | |
| 16-256-15 | (313) 421-5345 | 5/19/2015 | 20:54:00 | 00:00:03 | Outgoing | 55330 | |
| 16-256-15 | (313) 421-5345 | 5/19/2015 | 20:53:00 | 00:00:00 | Incoming | (810) 858-3287 | DAVID HORR |
| 16-256-15 | (313) 421-5345 | 5/19/2015 | 20:55:00 | 00:00:00 | Incoming | | |
| 16-256-15 | (313) 421-5345 | 5/19/2015 | 20:55:00 | 00:00:00 | Incoming | | |
| 16-256-15 | (313) 421-5345 | 5/19/2015 | 20:55:00 | 00:00:00 | Outgoing | 55330 | |
| 16-256-15 | (313) 421-5345 | 5/19/2015 | 20:55:00 | 00:00:00 | Incoming | 55330 | |
| 16-256-15 | (313) 421-5345 | 5/19/2015 | 20:55:00 | 00:00:00 | Outgoing | 55330 | |
| 16-256-15 | (313) 421-5345 | 5/19/2015 | 21:06:00 | 00:00:00 | Incoming | 1111327603 | |
| 16-256-15 | (313) 421-5345 | 5/19/2015 | 21:08:00 | 00:00:00 | Incoming | 1111327609 | |
| 16-256-15 | (313) 421-5345 | 5/19/2015 | 21:09:00 | 00:00:00 | Incoming | 1111327609 | |
| 16-256-15 | (313) 421-5345 | 5/19/2015 | 21:23:00 | 00:00:00 | Outgoing | (269) 491-3600 | CINDY GAMRAT |
| 16-256-15 | (313) 421-5345 | 5/19/2015 | 21:23:00 | 00:00:00 | Outgoing | (269) 491-3600 | CINDY GAMRAT |
| 16-256-15 | (313) 421-5345 | 5/19/2015 | 21:23:00 | 00:00:00 | Outgoing | (269) 491-3600 | CINDY GAMRAT |
| 16-256-15 | (313) 421-5345 | 5/19/2015 | 21:28:00 | 00:00:00 | Outgoing | (269) 491-3600 | CINDY GAMRAT |
| 16-256-15 | (313) 421-5345 | 5/19/2015 | 21:30:00 | 00:00:00 | Incoming | | |
| 16-256-15 | (313) 421-5345 | 5/19/2015 | 21:30:00 | 00:00:00 | Outgoing | (517) 373-0836 | GENETSKI, BOB REPRESENTATIVE |
| 16-256-15 | (313) 421-5345 | 5/19/2015 | 21:30:00 | 00:00:00 | Incoming | 1121611611 | |
| 16-256-15 | (313) 421-5345 | 5/19/2015 | 21:31:00 | 00:00:00 | Incoming | 1121611611 | |
| 16-256-15 | (313) 421-5345 | 5/19/2015 | 21:32:00 | 00:00:00 | Outgoing | (517) 373-0836 | GENETSKI, BOB REPRESENTATIVE |
| 16-256-15 | (313) 421-5345 | 5/19/2015 | 21:32:00 | 00:00:00 | Incoming | 1121611611 | |
| 16-256-15 | (313) 421-5345 | 5/19/2015 | 21:37:00 | 00:00:00 | Outgoing | (810) 423-3376 | TODD COURSER |
| 16-256-15 | (313) 421-5345 | 5/19/2015 | 21:41:00 | 00:00:00 | Outgoing | (810) 423-3376 | TODD COURSER |

WIN000104