# Exhibit 2

## Part 4

**Police Report with extortion texts**

Horr Text to Gamrat

5/16/2015 6:38:38 AM(UTC-4)   "+18108583287 David Horr"        iMessage: +18108583287
        +18108583287 David Horr

Burner phone audio evidence time to have an impartial party (ME!) reach out to the Courser camp

5/16/2015 6:39:56 AM(UTC-4)                iMessage: +18108583287


I went to sleep at 330 and woke at 530. She is gone, gas her jacket on but car is in drive. I think someone
came by and picked her up and they're discussing a plan at some local backwoods diner. I'm looking now
and then heading home.

5/16/2015 6:40:57 AM(UTC-4)   "+18108583287 David Horr"        iMessage: +18108583287
        +18108583287 David Horr

She left you in the middle of the night after confronting about the affair

5/16/2015 6:41:08 AM(UTC-4)   "+18108583287 David Horr"        iMessage: +18108583287
        +18108583287 David Horr

Sounds like abandonment to me

5/16/2015 6:41:41 AM(UTC-4)                iMessage: +18108583287


Just her and a coat. She could be out walking to figure out how to get out of her mess.

5/16/2015 6:41:43 AM(UTC-4)   "+18108583287 David Horr"        iMessage: +18108583287
        +18108583287 David Horr

You better lawyer up cya just in case...not kidding here

5/16/2015 6:43:08 AM(UTC-4)   "+18108583287 David Horr"        iMessage: +18108583287
        +18108583287 David Horr

Not trying to offend here at all and I apologize for asking this before I do...

5/16/2015 6:43:34 AM(UTC-4)                iMessage: +18108583287


I told my kids last night that I live them and am sorry for what is coming. And that I had hoped to avoid
them feeling it seeing any of it but it is unlikely. They seemed pretty good.

5/16/2015 6:43:47 AM(UTC-4)   "+18108583287 David Horr"        iMessage: +18108583287
        +18108583287 David Horr

With her world turned upside down could she be a threat to herself

5/16/2015 6:45:32 AM(UTC-4)                    iMessage: +18108583287


I thought about that too. In afraid she might be. I was worried when I didn't see her anywhere in the house, although I thought that bay have been better.  Thinking I might stumble upon her in garage or basement or something. If you know what I mean.

5/16/2015 6:45:49 AM(UTC-4)   "+18108583287 David Horr"        iMessage: +18108583287
                +18108583287 David Horr

Does she have her phone?

5/16/2015 6:45:57 AM(UTC-4)                    iMessage: +18108583287


How quick is the turn around on the audio do you think?

5/16/2015 6:46:08 AM(UTC-4)   "+18108583287 David Horr"        iMessage: +18108583287
                +18108583287 David Horr

Not sure

5/16/2015 6:46:24 AM(UTC-4)                    iMessage: +18108583287


Yes. I assume so. I wanted to check it last night after the confrontation because after I left the room she went into the bathroom Witt it. But, it was no where to be found when I looked at 330.

5/16/2015 6:47:03 AM(UTC-4)   "+18108583287 David Horr"        iMessage: +18108583287
                +18108583287 David Horr

You didn't tell her you heard everything? The joining in shower, frequency of days this week etc?

5/16/2015 6:47:07 AM(UTC-4)   "+18108583287 David Horr"        iMessage: +18108583287
                +18108583287 David Horr

Just a snippet

5/16/2015 6:48:16 AM(UTC-4)                    iMessage: +18108583287


Yes. I did ask her what room she was in and told her that it is disgusting and I hope he atleast wore a condom.

5/16/2015 6:48:38 AM(UTC-4)   "+18108583287 David Horr"        iMessage: +18108583287
                +18108583287 David Horr

WIN000331

She may be with Todd then hashing out whatever alibis, excuses, ending it

5/16/2015 6:50:40 AM(UTC-4)                    iMessage: +18108583287

That is what I assume. She probably was going to meet him but I moved her keys on her last night. :)

5/16/2015 6:50:40 AM(UTC-4)                    iMessage: +18108583287

I told her there was a call and I was asked if it was me. I said yes, and the guy on the phone said you need to listen to all of this regarding your wife and that I would be getting a hard copy of the audio at some point, somehow. And that he said a few other things but it wasn't a discussion. It was that above and them audio.

5/16/2015 6:52:48 AM(UTC-4)                    iMessage: +18108583287

I think she's probably out walking, clearing her head, and talking with Todd.

5/16/2015 7:01:10 AM(UTC-4)                    iMessage: +18108583287

I found her. She's walked to a public boat launch and is sitting on the dock. Should I approach, do you think?

5/16/2015 7:15:47 AM(UTC-4)   "+18108583287 David Horr"        iMessage: +18108583287
              +18108583287 David Horr

No

5/16/2015 7:16:08 AM(UTC-4)   "+18108583287 David Horr"        iMessage: +18108583287
              +18108583287 David Horr

She needs time space maybe

5/16/2015 7:16:09 AM(UTC-4)                    iMessage: +18108583287

I didn't. I came home and left her be.

5/16/2015 7:16:16 AM(UTC-4)                    iMessage: +18108583287
              Yep

5/16/2015 7:16:25 AM(UTC-4)   "+18108583287 David Horr"        iMessage: +18108583287
              +18108583287 David Horr

Whew good call hopefully

5/16/2015 7:16:36 AM(UTC-4)   "+18108583287 David Horr"          iMessage: +18108583287
          +18108583287 David Horr

I'd let dust settle today

5/16/2015 7:17:40 AM(UTC-4)   "+18108583287 David Horr"          iMessage: +18108583287
          +18108583287 David Horr

Only thing you want to discuss is her ending it and moving on or leaving no other options on the table
PERIOD

5/16/2015 7:17:51 AM(UTC-4)   "+18108583287 David Horr"          iMessage: +18108583287
          +18108583287 David Horr

My guy is unavailable until Monday

5/16/2015 7:18:06 AM(UTC-4)   "+18108583287 David Horr"          iMessage: +18108583287
          +18108583287 David Horr

I'll hit u up later breakfast with wife

5/16/2015 7:18:24 AM(UTC-4)          iMessage: +18108583287


Yes on letting dust settle. That's fine. I was just curious if it is hours (like same day) or a day or a week.
Thanks. Enjoy!

5/16/2015 7:19:29 AM(UTC-4)   "+18108583287 David Horr"          iMessage: +18108583287
          +18108583287 David Horr

I'll ask

5/16/2015 7:19:37 AM(UTC-4)   "+18108583287 David Horr"          iMessage: +18108583287
          +18108583287 David Horr

Prayers bro

WIN000333

To: +12694913600      5/23/2015      5/23/2015 1:53:47 PM(UTC+0)      Sent    Sent

I hope all is well; I fell back asleep and now I am off to doing some activities with the gang. My heart is in prayer for you and your ms today.      Yes

To: +12694913600      5/23/2015      5/23/2015 7:26:58 PM(UTC+0)      Sent    Sent

I hope your doing well; you have been kind of silent today; if you can give me some idea how your doing that would be great. If not then no problem. Yes

To: +12694913600      6/17/2015      6/17/2015 7:47:47 PM(UTC+0)      Sent    Sent

Hey Dave thanks! Yea that stuff can be irritating; i normally don't get rattled too much; i am just trying to be at peace with it all and rest in him and trust in him on it all; not always easy in such times but it is what it is. I appreciate your prayers. God bless you!      Yes

From: +12694913600    6/19/2015      6/19/2015 1:35:48 AM(UTC+0)      Inbox    Read

http://www.eclectablog.com/2015/06/three-big-rumors-swirling-in-michigan-involving-todd-courser-cindy-gamrat-lon-johnson-and-rick-snyder.html

To: +12694913600      6/19/2015      6/19/2015 4:54:51 PM(UTC+0)      Sent    Sent

Nope TV crew is here and shooting in a few so if it's ok I'll call you a little later. Also Brad wants a call back as well so let me get this done

To: +12694913600      6/21/2015      6/21/2015 12:18:18 AM(UTC+0)      Sent    Sent

"Sounds like you Re having some log off time and don't joe what to do with yourself; we just finished the party and stopped to get some stuff and are now heading home; pretty tired myself and I Haven't done anything! Lol :)


I hope you are doing well and that your night goes well. I'll be praying for you and all of them. "

From: +12694913600    6/22/2015      6/22/2015 1:01:24 AM(UTC+0)      Inbox    Read

"Good visit with my dad, going to stay at my moms tonight and head out early in the morning.

Hope you have a great Father's Day evening!"

From: +12694913600    6/22/2015      6/22/2015 9:26:29 AM(UTC+0)      Inbox    Read

Good morning! I hope you had a great night! I am up and driving if you happen to be up early and want to talk. Otherwise I hope you get to sleep in and r

From: +12694913600    6/22/2015      6/22/2015 9:26:39 AM(UTC+0)      Inbox    Read

est a bit more this morning!:-)

To: +12694913600      6/23/2015      6/23/2015 2:58:13 AM(UTC+0)      Sent    Sent

My phone is going to die but if you could say a prayer for us we are in the basement and it's weird outside and it's said we have a tornado right on top of us. Can't see it but it sounds like it and seems like it.

WIN000334

From: +12694913600   6/23/2015      6/23/2015 3:34:04 AM(UTC+0)        Inbox   Read
    Praying! Are you okay?

To: +12694913600      6/23/2015      6/23/2015 3:42:18 AM(UTC+0)        Sent   Sent
    We r ok; it's passed now and we are getting ready for bed; thanks sleep well. It was really wild for a few minutes.

From: +12694913600   6/23/2015      6/23/2015 3:42:45 AM(UTC+0)        Inbox   Read
    When you get your phone back, let me know if you are okay.  Lord I ask you to protect Todd's family tonight through the storm, Father keep them safe and

From: +12694913600   6/23/2015      6/23/2015 3:43:22 AM(UTC+0)        Inbox   Read
    sound tonight!

To: +12694913600      6/23/2015      6/23/2015 3:43:33 AM(UTC+0)        Sent   Sent
    God bless you! Thanks! Like I said it was crazy for a bit

From: +12694913600   6/23/2015      6/23/2015 3:49:30 AM(UTC+0)        Inbox   Read
    :-)

From: +12694913600   6/23/2015      6/23/2015 3:49:41 AM(UTC+0)        Inbox   Read
    Sleep well:-)

To: +12694913600      6/24/2015      6/24/2015 1:22:42 AM(UTC+0)        Sent   Sent
    Ooooo la la! :)

From: +12694913600   6/24/2015      6/24/2015 1:31:06 AM(UTC+0)        Inbox   Read
    Lol, it was huge! I won't be able to eat for 3 days! Enjoy the stars and lights!

From: +12694913600   6/24/2015      6/24/2015 2:23:09 AM(UTC+0)        Inbox   Read
    Made it! This place is beautiful, right on the water and across from the lighthouse:-)

To: +12694913600      6/24/2015      6/24/2015 2:34:09 AM(UTC+0)        Sent   Sent
    Awesome to hear! Have a great night! Do you see any northern lights yet?

From: +12694913600   6/24/2015      6/24/2015 3:39:21 AM(UTC+0)        Inbox   Read
    No lights though.

To: +12694913600      6/24/2015      6/24/2015 1:26:47 PM(UTC+0)        Sent   Sent
    Good morning! I hope you had a good night and slept well!

To: +12694913600      6/24/2015      6/24/2015 10:08:35 PM(UTC+0)       Sent   Sent
    Ok you have me concerned now I haven't heard from you? :)

From: +12694913600   6/24/2015      6/24/2015 10:10:19 PM(UTC+0)       Inbox   Read
    I'm going to stay the night here. Still working out what tomorrow looks like.

WIN000335

From: +12694913600   6/24/2015      6/24/2015 10:10:29 PM(UTC+0)      Inbox   Read
I'm going to stay the night here. Still working out what tomorrow looks like.

To: +12694913600      6/24/2015      6/24/2015 10:25:39 PM(UTC+0)      Sent   Sent
Ok no problem; how are things going?

To: +12694913600      6/24/2015      6/24/2015 10:59:14 PM(UTC+0)      Sent   Sent
Well I am not sure if your getting my texts or if your just not able to respond, but I hope you are having a good night; I am heading to watch sword class demo and just pushed a bunch of paper out of my office. So I hope all is well with you. :)

To: +12694913600      6/24/2015      6/24/2015 11:32:45 PM(UTC+0)      Sent   Sent
If it makes you feel better I can just not meet with them until you come home so your not feeling out of the loop. Just let me know if that helps you rest a bit easier. I am not wanting to make you not come home I am just trying to encourage you to take your time when its been appointed; it will all be here when you get back and we can get after it all soon enough again.

To: +12694913600      6/25/2015      6/25/2015 12:32:25 AM(UTC+0)      Sent   Sent
I hope you have great night! I sent you a text a bit ago but not sure you got it; if not let me know. It just says I can hold off on meeting; so if you didn't get that I can resend the text.

From: +12694913600   6/25/2015      6/25/2015 1:14:07 AM(UTC+0)      Inbox   Read
And if I don't make it then at least you've made some progress!:-)

To: +12694913600      6/25/2015      6/25/2015 1:47:32 AM(UTC+0)      Sent   Sent
Not sure what you are trying to say. You are you lamenting me meeting with them without you? You seem almost in despair over the idea. If you want me to just cancel it I am glad to do so. My stuff won't take long to update and either they will have some items done or they won't remember them or they will give me excuses. In any event my stuff if you think it's critical for you to hear then it can wait for you to be there. But enjoy your night and we can chat on it a bit later. Enjoy your night and have a good time and make some memories. :)

From: +12694913600   6/25/2015      6/25/2015 3:25:37 AM(UTC+0)      Inbox   Read
Goodnight, sleep tight:-)

To: +12694913600      6/28/2015      6/28/2015 3:02:14 AM(UTC+0)      Sent   Sent
Yea it was an amazing journey to walk all of that out with tozer; I am glad your taking the time to get acquainted with him.

From: +12694913600   6/29/2015      6/29/2015 7:22:46 PM(UTC+0)      Inbox   Read
a look at it and let me know what you think.

From: +12694913600   6/29/2015      6/29/2015 7:22:46 PM(UTC+0)      Inbox   Read
I'm going to head into my event here in a few minutes, I just sent you the final version of The religious freedom petition that Justin made. Please take

To: +12694913600      7/1/2015       7/1/2015 1:13:42 AM(UTC+0)       Sent      Sent

I would like to meet post meeting as well I am selfish about that; so I am a bit torn on the idea; would you be upset if I asked her to come? Really let me know if you have strong feelings on it; I won't be upset if you want me to just let it go; the way you let me know is to say "just think on it." i will wait till before bed to ask her and then I'll ask her if she is up for it or not; it's a long ride. I really need some time with her and its a good spot to have her think again on college but again it's a hell of a long ride 3.5 hours from here or more if she is driving so I am a bit torn on it tonight on it all for a variety of reasons.

From: +12694913600   7/3/2015      7/3/2015 5:08:24 PM(UTC+0)       Inbox    Read

Anne really doesn't know the broader ring of it all

From: +12694913600   7/3/2015      7/3/2015 5:44:00 PM(UTC+0)       Inbox    Read

Just praying Gods hand is in it.

To: +12694913600      7/3/2015       7/3/2015 5:44:48 PM(UTC+0)       Sent      Sent

":) how would

You describe it? "

To: +12694913600      7/3/2015       7/3/2015 6:41:10 PM(UTC+0)       Sent      Sent

"No we have zero chance of success or even of surviving this, personally much less political, but I like our odds. :)


"

To: +12694913600      7/3/2015       7/3/2015 6:53:58 PM(UTC+0)       Sent      Sent

This is where He has to come in and move and carry us or not. It's in His hands and we are in His hands and that is very reassuring to me. We will just do what we can do and then we have to let go and let Him do it and faithful and trusting and loving in how we walk it out; we can't change what we can't change but we can change what we can and we should just do what we can to work thru each moment and relationship as best we can.

To: +12694913600      7/3/2015       7/3/2015 6:59:30 PM(UTC+0)       Sent      Sent

Not to the water just yet :)

To: +12694913600      7/3/2015       7/3/2015 8:32:34 PM(UTC+0)       Sent      Sent

U didn't answer back? I found the water. :)

To: +12694913600      7/4/2015       7/4/2015 1:59:44 AM(UTC+0)       Sent      Sent

Family dynamics sounds interesting; have a great time at the beach on the fireworks. Not sure it may have been me blocking all but I don't know if I did it right or not? I shut down who could see my stuff and friends and whatever when the anonymous stuff started.

From: +12694913600   7/6/2015        7/6/2015 2:27:45 PM(UTC+0)        Inbox    Read
    All set with Tim for 11:00

From: +12694913600   7/6/2015        7/6/2015 2:28:05 PM(UTC+0)        Inbox    Read
    The boys are upstairs, I'm in office with Anne.

From: +12694913600   7/6/2015        7/6/2015 2:28:13 PM(UTC+0)        Inbox    Read
    Then you and Ben

From: +12694913600   7/6/2015        7/6/2015 2:28:13 PM(UTC+0)        Inbox    Read
    First me and Keith

From: +12694913600   7/6/2015        7/6/2015 2:28:14 PM(UTC+0)        Inbox    Read
    Will give extended benefits

From: +12694913600   7/6/2015        7/6/2015 2:43:07 PM(UTC+0)        Inbox    Read
    I just told Tim it's not a good fit.

From: +12694913600   7/6/2015        7/6/2015 2:44:30 PM(UTC+0)        Inbox    Read
    Also pushing the meeting back to 11:30.

From: +12694913600   7/6/2015        7/6/2015 2:44:53 PM(UTC+0)        Inbox    Read
    Gives you some extra time and i have to go to the bank

To: +12694913600        7/6/2015        7/6/2015 10:28:40 PM(UTC+0)        Sent    Sent
    Called but it went to voice mail. Driving now.

To: +12694913600        7/7/2015        7/7/2015 11:48:14 PM(UTC+0)        Sent    Sent
    Thanks! I am beat. My phone has like .000001 percent left! :)

From: +12694913600   7/7/2015        7/7/2015 11:56:17 PM(UTC+0)        Inbox    Read
    Are you done already?

From: +12694913600   7/9/2015        7/9/2015 1:08:13 AM(UTC+0)        Inbox    Read
    Call h in 5

From: +12694913600   7/9/2015        7/9/2015 1:12:55 AM(UTC+0)        Inbox    Read
    Can u call me?

To: +12694913600        7/9/2015        7/9/2015 3:33:52 AM(UTC+0)        Sent    Sent
    "Hey it was a crazy day; I hope you got there safe and are ok tonight; I would say just give it all
up and let God have this one and just let it go and get some rest and get some sleep. We can fight about
it all and thru it all tomorrow. :)


Sleep well. "

From: +12694913600    7/9/2015         7/9/2015 3:13:27 PM(UTC+0)           Inbox    Read
    I tried calling

From: +12694913600    7/9/2015         7/9/2015 3:13:36 PM(UTC+0)           Inbox    Read
    Went to voicemail

From: +12694913600    7/9/2015         7/9/2015 3:13:37 PM(UTC+0)           Inbox    Read
    Honestly though your revised letter sounds really good.

From: +12694913600    7/9/2015         7/9/2015 7:05:28 PM(UTC+0)           Inbox    Read
    Got it

From: +12694913600    7/11/2015        7/11/2015 12:41:16 AM(UTC+0)         Inbox    Read
    Not sure what is up with the connection

To: +12694913600      7/13/2015        7/13/2015 12:55:36 AM(UTC+0)         Sent     Sent
    So really you just decide how all your stuff firs for tomorrow and then we can work around it. I can come over to Lansing and lock some admin out and eye the stuff you have and do my email out and then drift back this way. Or it can all wait till Tuesday. Or I can wait till you come over this way tomorrow to see just see what your looking at and chat then. It's honestly your call. I can't be sure but I think any of those scenarios can be doable and might work. But it's all dependent on your window and timing and what you have on your plate.

To: +12694913600      7/18/2015        7/18/2015 2:33:41 AM(UTC+0)          Sent     Sent
    And do you have AAA?

To: +12694913600      7/18/2015        7/18/2015 2:41:15 AM(UTC+0)          Sent     Sent
    I am probably missing something but if the air just goes out and it won't hold air then you can't really drive it there. But maybe I am not understanding.

To: +12694913600      7/20/2015        7/20/2015 4:52:24 PM(UTC+0)          Sent     Sent
    Then down to sun my agate white body in the sun on the beach:)

To: +12694913600      7/22/2015        7/22/2015 7:18:33 PM(UTC+0)          Sent     Sent
    I hope your afternoon is going well I am on the beach :)

From: +12694913600    7/22/2015        7/22/2015 9:11:50 PM(UTC+0)          Inbox    Read
    Me too:-)

From: +12694913600    7/22/2015        7/22/2015 9:11:52 PM(UTC+0)          Inbox    Read
    Enjoy!

To: +12694913600      7/27/2015        7/27/2015 9:08:14 PM(UTC+0)          Sent     Sent
    K i just walked out of my meeting it will be a few minutes for everyone to clear out.

From: +12694913600   7/30/2015      7/30/2015 1:48:22 PM(UTC+0)          Inbox    Read
     I'm going to keep calling until you pick up, so please pick up.

To: +12694913600      7/31/2015      7/31/2015 8:46:27 PM(UTC+0)          Sent     Sent
     I am sorry I am just seeing this; I am taking the gang to Lexington for a bit to swim and play on
the beech. I hope your time with Mary was all that you could have hoped and dreamed. :)

From: +12694913600   7/31/2015      7/31/2015 10:10:26 PM(UTC+0)         Inbox    Read
     Call you in 2

To: +12694913600      7/31/2015      7/31/2015 10:11:26 PM(UTC+0)         Sent     Sent
     K

From: +12694913600   8/2/2015       8/2/2015 12:32:18 AM(UTC+0)          Inbox    Read
     But when you get a chance let me know that everything is okay.

From: +12694913600   8/2/2015       8/2/2015 1:43:22 AM(UTC+0)           Inbox    Read
     Sorry for snapping at you earlier. Have a good night and hope you get a good soak in the tub:-)

From: +12694913600   8/2/2015       8/2/2015 11:00:05 AM(UTC+0)          Inbox    Read
     "Happy Birthday!🎂🎂🎂🎉🎉🎉🎈🎈🎈!!▢

May the Lord give you a tremend"

From: +12694913600   8/2/2015       8/2/2015 11:00:16 AM(UTC+0)          Inbox    Read
     ously awesome day! And may He bless you with many more to come! God

From: +12694913600   8/2/2015       8/2/2015 11:00:17 AM(UTC+0)          Inbox    Read
     bless you today Todd!

To: +12694913600      8/7/2015       8/7/2015 9:27:24 PM(UTC+0)           Sent     Sent
     Ok

To: +12694913600      8/8/2015       8/8/2015 3:17:49 AM(UTC+0)           Sent     Sent
     Ok not sure where you ended up? did you find a place? Or are you half way to old Mexico? :)

To: +12694913600      8/8/2015       8/8/2015 3:17:54 AM(UTC+0)           Sent     Sent
     Sleep well. :)

From: +12694913600   8/8/2015       8/8/2015 3:35:06 AM(UTC+0)           Inbox    Read
     Talking with Anne

From: +12694913600   8/8/2015       8/8/2015 3:35:35 AM(UTC+0)           Inbox    Read
     Really good talk

To: +12694913600      8/8/2015       8/8/2015 3:36:02 AM(UTC+0)           Sent     Sent
     Well good; that sounds good. Sleep well.

From: +12694913600   8/8/2015       8/8/2015 3:38:14 AM(UTC+0)          Inbox    Read
    You talk

To: +12694913600      8/8/2015       8/8/2015 3:39:15 AM(UTC+0)          Sent     Sent
    Yes I can try quiet for a minute.

To: +12694913600      8/8/2015       8/8/2015 1:09:02 PM(UTC+0)          Sent     Sent
    Good morning!

To: +12694913600      8/8/2015       8/8/2015 3:03:57 PM(UTC+0)          Sent     Sent
    If you can tell me you are ok it would help me. It's no big deal if you can't.

From: +12694913600   8/8/2015       8/8/2015 3:05:05 PM(UTC+0)          Inbox    Read
    I'm ok finishing my morning meeting, sorry. I'll call in a bit.

From: +12694913600   8/8/2015       8/8/2015 3:09:36 PM(UTC+0)          Inbox    Read
    Are you ok?

To: +12694913600      8/8/2015       8/8/2015 3:18:40 PM(UTC+0)          Sent     Sent
    Oh I forgot about that; enjoy; I am doing ok???

From: +12694913600   8/8/2015       8/8/2015 3:42:07 PM(UTC+0)          Inbox    Read
    I can talk if you want to call

To: +12694913600      8/8/2015       8/8/2015 3:46:51 PM(UTC+0)          Sent     Sent
    What kind of window do you have?

To: +12694913600      8/8/2015       8/8/2015 4:12:36 PM(UTC+0)          Sent     Sent
    I tried to call but it just gives me no signal?

To: +12694913600      8/8/2015       8/8/2015 4:12:44 PM(UTC+0)          Sent     Sent
    I'll try from the office phone.

To: +12694913600      8/8/2015       8/8/2015 4:19:45 PM(UTC+0)          Sent     Sent
    Sure

To: +12694913600      8/9/2015       8/9/2015 2:46:49 PM(UTC+0)          Sent     Sent
    Good morning! I have tried to call a couple of times but it keeps going to voicemail.

To: +12694913600      8/9/2015       8/9/2015 3:30:04 PM(UTC+0)          Sent     Sent
    If you can at least respond to be to tell me you are ok it would help me. If you can't I
understand.

To: +12694913600      8/9/2015       8/9/2015 5:16:38 PM(UTC+0)          Sent     Sent
    Hey please don't shut me out. Please don't.

WIN000341

To: +12694913600     8/13/2015     8/13/2015 12:05:52 PM(UTC+0)     Sent     Sent

Good morning; I hope you slept well; hiding in my office again; lots happening in my mind overnight on all this; feel no need to respond immediately to it, I know it's early; a couple of developments - dan sent the texts and I asked him to do a summary of what surrounded his involvement; I blind copied you on that email back to him so we can eye the texts and decide which we want to release. Also I text tim On my meeting with him and I set up 8 am Monday morning. We need to decide on handing over a copy of the cartoon and also about Ann's tape as well. Finally overnight I thought about what they could have taped and how we are intertwined in our testimony on all of it and first we have to be in unison as best we can and second we might need to explore with counsel filing for an injunction on the takings to challenge the Sullivan case and see if the court is able to in some way stop the house expulsion efforts from using these tapes. Essentially challenging the legislatures authority to use this evidence in their actions against us.

To: +12694913600     8/13/2015     8/13/2015 12:06:54 PM(UTC+0)     Sent     Sent

Aaaaaand finally do you have different thoughts on Skubick? Or no?

To: +12694913600     8/14/2015     8/14/2015 5:02:28 PM(UTC+0)     Sent     Sent

Lord please grant Your peace and comfort right now. Give you presence to all who come and let Your Holy Spirit fill that place. Lord I just pray You would show yourself mighty and strong and inspire us to Your Greatness! Father right now just fill Cindy with all the love and joy and peace that You have and grant her Your voice for such a time as this. Let them see what a redeemed soul looks and sounds like and may Your word go out! God bless you Cindy and I am so sorry for all the trouble I have caused you and your family. I'll be praying for you.

To: +12694913600     8/14/2015     8/14/2015 6:28:48 PM(UTC+0)     Sent     Sent

Amen! Good job! :)

From: +12694913600   8/14/2015     8/14/2015 6:57:33 PM(UTC+0)     Inbox     Read

It was harder than I thought, thank you for the prayer!

To: +12694913600     8/14/2015     8/14/2015 7:08:28 PM(UTC+0)     Sent     Sent

No problem; I assume your busy so we can chat later when you get freed up.

To: +12694913600     8/14/2015     8/14/2015 9:18:58 PM(UTC+0)     Sent     Sent

Not sure if you will be free to speak any time soon but if you can give me a idea on how your doing I would appreciate it. Just so I know if a time is going to happen.

To: +12694913600     8/14/2015     8/14/2015 11:34:28 PM(UTC+0)     Sent     Sent

Get some rest detox and run and drink and eat because we have a lot of work to do.

To: +12694913600     8/15/2015     8/15/2015 2:09:35 PM(UTC+0)     Sent     Sent

I am glad you were able to get some rest. Take your time.

WIN000342

To: +12694913600      8/15/2015      8/15/2015 5:34:25 PM(UTC+0)          Sent      Sent

If you think you will have some more time to chat let me know and I will gladly wait to visit again or if not then let me know that as well and I'll head out.

To: +12694913600      8/15/2015      8/15/2015 6:23:43 PM(UTC+0)          Sent      Sent

No harm no foul; you have every right to take the steps that make sense to you for your family; you are free to resign or stay and fight; you do not need my blessing in anyway, but you have it for whatever path you decide to choose. I hope you are well and that your day and night are rest filled. God bless you.

To: +12694913600      8/15/2015      8/15/2015 11:26:14 PM(UTC+0)          Sent      Sent

I know it is a really dark spot for you as it is for me so don't feel any obligation to stay on for me; just make sure what you decide is what God has for you and I know you will. I understand what you are considering and why;  and just know I will be praying for you and your discussions with your children and your decision; Tuesday will be hell for sure even if no one says a word it will be hell to walk down that isle; if you feel the Lord has you at tapping out then I understand; if you are still feel God has some reason to walk it out we can then discuss the rest later. I'll be praying for you and yours.

To: +12694913600      8/18/2015      8/18/2015 12:22:44 PM(UTC+0)          Sent      Sent

R u out and driving now or not yet?

To: +12694913600      8/18/2015      8/18/2015 12:24:01 PM(UTC+0)          Sent      Sent

Well when you are and if you want to chat give me a call they decided to drive separately my aunt Deb has some issues that apparently she needs to be more in a lay down position and she's traveling

To: +12694913600      8/18/2015      8/18/2015 6:34:10 PM(UTC+0)          Sent      Sent

I tried to call you but it went to voicemail so I just stepped out for the second caucus is going to do a walking but we could chat on the phone for a minute but I'm assuming you're probably busy or just just dealing with all of it so anyway I just wanted say hi and I'll look forward to talking to you in a bit bye-bye

To: +12694913600      8/18/2015      8/18/2015 7:08:29 PM(UTC+0)          Sent      Sent

If u can tell me you are ok it would help me. You don't have to but it would help me.

From: +12694913600  8/18/2015      8/18/2015 7:30:21 PM(UTC+0)          Inbox      Read

I'm sorry I have just really been trying to work it out minutely minute honestly.

From: +12694913600  8/18/2015      8/18/2015 7:30:59 PM(UTC+0)          Inbox      Read

Just trying to get through the day today and take it as it goes.

To: +12694913600      8/18/2015      8/18/2015 7:33:09 PM(UTC+0)          Sent      Sent

No problem I'm not your theater cost or is this what me know your OK and still alive so glad to hear it thank you - Karen said they are back in session now or no?

To: +12694913600      8/18/2015      8/18/2015 7:34:05 PM(UTC+0)          Sent      Sent
    Lol I used voice to text so it screwed up the last text. :)

From: +12694913600   8/18/2015      8/18/2015 7:35:50 PM(UTC+0)          Inbox      Read
    Yes

From: +12694913600   8/18/2015      8/18/2015 7:36:00 PM(UTC+0)          Inbox      Read
    They are back in

To: +12694913600      8/18/2015      8/18/2015 7:37:43 PM(UTC+0)          Sent      Sent
    I am upstairs in the back of the gallery.

To: +12694913600      8/18/2015      8/18/2015 7:38:08 PM(UTC+0)          Sent      Sent
    Just taking this moment by moment now.

From: +12694913600   8/18/2015      8/18/2015 7:39:00 PM(UTC+0)          Inbox      Read
    I understand

To: +12694913600      8/18/2015      8/18/2015 7:39:07 PM(UTC+0)          Sent      Sent
    Karen is doing a bit of looking and asking about the steps to censure and expulsion.

From: +12694913600   8/18/2015      8/18/2015 7:42:09 PM(UTC+0)          Inbox      Read
    Ok good

To: +12694913600      8/18/2015      8/18/2015 9:48:46 PM(UTC+0)          Sent      Sent
    K

To: +12694913600      8/19/2015      8/19/2015 2:54:42 AM(UTC+0)          Sent      Sent
    What we are dealing with - some of it is you and some me and some both of us - 30 media moments today to a wall of cameras and dealing with a world wide sex scandal, hundreds of calls for media, entertainment tonight, inside addition, dr Phil, good morning America, cnn, not to mention spouses, children, a censure hearing, an expulsion effort, a recall effort, a plethora of calls for resignation, an anonymous blackmailer, a new road tax, a state police investigation, an attorney general investigation, and a local paper editor that hates me, two challengers, Not to mention they are just inching to put me in prison. And that was just today. I need help on what can be done in this situation and what can't, because the other side has a plan and I don't know what it is or what hand they are holding, so can I be recalled and if so how, can I be censured, expelled, jailed, or disbarred if so how and how not.

WIN000344

# LAPEER COUNTY PROSECUTING ATTORNEY
## WARRANT REQUEST AND DISPOSITION

Prosecutor Review ☐ | Prosecutor# | Attn. ☐ | Information Only ☐ | Ticket Report ☐ | Supplement ☐

In Custody/Lodged ☐ | Warrant Request [X] | Per Your Request ☐ | Warrant Request ☐

Officer's Name: **D/Sgt. Kraig Britvec** | Complaint Number: **15 256 16** | TCN

Address: **967 Scenic View Dr. Plainwell, MI 49080** | City | State | Zip | Work Telephone | Home Telephone | Cell Phone: **260-504-6649**

SUSPECT - Name (First Middle Last): **Joseph David Gamrat** | Drivers License Number: **G-563-441-135-025** | State IDnumber (SID)

CO-DEFENDANTS:
1. **David Kent Horr**
2.
3.

CRIME VENUE -(City/village/Township): **Lapeer MI** | DATE OF CRIME: **5-19-15/8-7-15**

CCH Records: None ☐ / Attached ☐ / Other ☐
SOS Records: None ☐ / Attached ☐ / Other ☐
CPL Permit? Yes ☐ / No ☐

COMPLAINANT NAME - (First Middle Last): **Todd Anthony Couser**
VICTIM NAME - (First Middle Last): **See Complainant**

ADDITIONAL WITNESSES
NAME - (First, Middle, Last)
1. **Wendy Jean Day**
2. **Daniel Arthur Couser**
3. **Cindy Gamrat**
4. **Benjamin Rhodes Graham**
5.
6.

KNOWLEDGE:
**Received text messages from 313-421-5345 and had texting conversation**
**Received text messages from 313-421-5345 and had texting conversation**
**Received text messages from 313-421-5345 and had texting conversation**
**Recorded conversations with Todd Couser and Cindy Gamrat**

Address: **3110 Murphy Lake Rd Silverwood MI** | City | State | Zip | Telephone Number: **810-423-3376**

RESTITUTION Amount due: $
Estimate provided by:

FORFEITURE Cash $ ☐ / Other ☐
(Forfeiture Notes)

PHYSICAL EVIDENCE
Video: Yes ☐ / No ☐ | Photos: Yes ☐ / No ☐

PROPOSED CHARGE/S
1. **750.213 Extortion?**
2. **Sprint Phone Records**
3. **Verizon Phone Records**
4. **Gamrat physical phone and contents**
5. **Horr physical phone and contents**

1. **AT&T Phone Records**
2.
3.
4.

ACTION BY PROSECUTOR'S OFFICE:
Warrant Pended ☐ | By: | Date:
Warrant Denied ☐ | Warrant Authorized ☐
APA Comments:

AUTHORIZED CHARGE/S | MCL | Mis | Fel
1.
2.
3.
4.
5.

DNA on File: Yes ☐ / No ☐
Extradite: Yes ☐ / No ☐

APA Signature | Date

WIN000345

WIN000346

**Michigan Department of State Police**

**SUPPLEMENTAL INCIDENT**
**REPORT 0007**

| INCIDENT NO. | ORIGINAL DATE | SUPPLEMENTARY DATE | FILE CLASS |
|---|---|---|---|
| 016-0000256-15 (DB) | Tue, Aug 18, 2015 | Mon, Oct 26, 2015 | 21000 |

INCIDENT STATUS
Open

# EXTORTION

**JOURNAL:**

None

**ADDITIONAL INFORMATION:**

The below property was sent to Undersigned Officer via e-mail from AT&T on 09-12-15. Undersigned Officer made a CD of of the information provided and placed it into evidence.

**PROPERTY:**

SEIZED BY: KRAIG BRITVEC
Prop 0008  -  Desc: CD MADE FROM EMAIL FOR AT&T CELL PHONE RECORDS FOR 313-421-5345.
Type: Evidence
Descr: PHONE RECORDS FROM AT&T FOR CELL PHONE 313-421-5345
Obtained From: 333 S GRAND AVE
Lansing  MI 48909
Ingham County   At or Near: HQ
EMAILED FROM ATT TO UNDERSIGNED OFFICER

**ATTEMPTED CONTACT WITH JOE GAMRAT:**

On 10-23-15 Undersigned Officer attempted to contact Joe Gamrat by calling his cell phone and text to see if he would be willing to come in for an interview.  Undersigned Officer texted   Gamrat and advised him that the report would be forwarded to the prosecutor and that warrants would be sought for Gamrat and David Horr.  Gamrat did not contact Undersigned Officer.

**EXTERNAL DOCUMENTS:**

9 Pages of search warrant information on cell phone 313-421-5345.
8 Pages of search warrant information on Joe Gamrats cell phone.
9 Pages of search warrant information on David Horr's cell phone.

**STATUS:**

Open. Pending Prosecutors review.

| PAGE | INVESTIGATED BY | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| 1 of 1 | D/SGT KRAIG BRITVEC #107 | | |

**Michigan Department of State Police**
**SUPPLEMENTAL INCIDENT**
**REPORT 0008**

| ORIGINAL DATE | Tue, Aug 18, 2015 | INCIDENT NO. | 016-0000256-15 (DB) |
|---|---|---|---|
| SUPPLEMENTARY DATE | Mon, Oct 26, 2015 | FILE CLASS | 21000 |

INCIDENT STATUS: Open

# EXTORTION

**JOURNAL:**
None.

**WITNESS:**
NAM: WENDY JEAN DAY

| | | | | |
|---|---|---|---|---|
| NBR: 239 | DIR: | STR: FAIRHILL | | |
| CTY: HOWELL | SFX: WAY | | ST: MI | ZIP: 48843 |
| OPS: | SEX: F | DOB: 06/26/1972 | | |
| SID: | HGT: | WGT: | FBI: | |
| MNU: | HAI: | EYE: | PRN: | |
| ETH: | RAC: U | | | |

TXW:
MB: (517)652-5855

Wendy Day provided Undersigned Officer with 5 pages of screen shots from her phone. These screen shots were some of the text message conversations that she had with 313-421-5345. In these screen shots Undersigned Officer observed similar sentence structure to other text messages on David Horr's personal cell phone. The text also ask Day to contact Joseph Gamrat by phone and that the texter will know if she does. This indicates that the texter (Horr) was in direct contact with Joe Gamrat. The screen shots provided will be added to external documents.

NAM: DANIEL ARTHUR COURSER

| | | | | |
|---|---|---|---|---|
| NBR: 4706 | DIR: | | | |
| | | STR: SKELTON | | |
| CTY: COLUMBIAVILLE | SFX: ROAD | | ST: MI | ZIP: |
| OPS: | SEX: M | DOB: 03/10/1978 | | |
| SID: | HGT: | WGT: | FBI: | |
| MNU: | HAI: | EYE: | PRN: | |
| ETH: | RAC: W | | | |

TXW:
MB: (517)462-8104

On 10-27-15 Undersigned Officer spoke with Daniel Courser by tx. Courser advised Undersigned Officer that he was contacted by Josh Cline on May 20, 2015 and was advised that Todd Courser and Cindy Gamrat were having an affair. He was also advised by Josh Cline of the e-mail that Todd Courser had sent out. On May 21, 2015 Ben Graham contacted Dan Courser and confirmed that Todd Courser and Cindy Gamrat were having an affair. On May 21, 2015 Dan Courser call Joe Gamrat and talked to him about the affair. Courser advised that Joe Gamrat was open and stated that his relationship with Cindy Gamrat had been bad for some time. Joe Gamrat told Dan Courser that he put a recording device in Cindy Gamrat's Bag. Gamrat advised that he had audio of Cindy Gamrat and Todd Courser having sex on May 15, 2015.

Undersigned Officer asked Daniel Courser if he knew who the texter was and he advised that he believed it was Joe Gamrat or someone doing it for Joe Gamrat. Undersigned Officer asked Dan Courser if he believed that he may have provided Joe Gamrat with information from the Washington DC trip that he went on with

| PAGE 1 of 2 | INVESTIGATED BY D/SGT KRAIG BRITVEC #107 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

WIN000347

| INVESTIGATED BY | REPORTED BY | REVIEWED BY |
|---|---|---|
| D/SGT KRAIG BRITVEC #107 | | |

PAGE 2 of 2

**Michigan Department of State Police**
**SUPPLEMENTAL INCIDENT**
**REPORT 0008**

| ORIGINAL DATE | SUPPLEMENTARY DATE | |
|---|---|---|
| Tue, Aug 18, 2015 | Mon, Oct 26, 2015 | |
| INCIDENT NO. | FILE CLASS | |
| 016-0000256-15 (DB) | 21000 | |

Todd and Cindy and he believed that he had not. However Courser advised that he had told Josh Cline and Ben Graham some details about the DC trip.

**PROPERTY:**
SEIZED BY: KRAIG BRITVEC
Prop 0009 - Desc: 4 CD'S OF EMAILS, CHATS, LOCATIONS AND VOICE MESSAGES FROM JOE
GAMRAT'S I-PHONE.   Type: Evidence
Descrip: EXTRACTION DATA FROM JOE GAMRAT'S PHONE.
Obtained From: 1700 WASHINGTON
Port Huron MI
Saint Clair County   At or Near: DOMTAR
OBTAINED FROM JOE GAMRAT

**STATUS:** Open.

WIN000348

WIN000349

**Michigan Department of State Police**

**ORIGINAL INCIDENT**
**REPORT**

| INCIDENT NO. | ORIGINAL DATE | TIME RECEIVED | FILE CLASS |
|---|---|---|---|
| 034-0004109-15 (LA) | Fri, Aug 14, 2015 | 1146 | 21000 |

| COUNTY | WORK UNIT | | |
|---|---|---|---|
| Lapeer | MSP LAPEER | | |

| COMPLAINANT | | | TELEPHONE NO. |
|---|---|---|---|
| TODD ANTHONY COURSER | | | |

| ADDRESS; STREET AND. NO. | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 3110 MURPHY LAKE ROAD | SILVERWOOD | MI | 48760- |

INCIDENT STATUS
Open

# REPORT OF EXTORTION

**SUMMARY:**

On 08-14-15 at approximately 1130 hours, the complainant came into the MSP Lapeer Post for a report that he was receiving texts messages from an unknown person, and that this person was attempting to "blackmail" him by threatening to release information to the media reference an affair he had with a co-worker. The complainant, Todd Courser, is a Michigan State Representative- Lapeer. The person he reported to have an affair with and who is directly involved with in this incident is also a Michigan State Representative- Plainwell named Cindy Gamrat. I interviewed Rep. Courser at the Post on this date. See below for further on the investigation.

**VENUE:**
LAPEER COUNTY , LAPEER CITY
975 S MAIN ST
MSP Lapeer Post 34

**DATE & TIME:**
FRI, MAY 01, 2015 AT 0900- FRI, AUG 14, 2015

**COMPLAINANT:**
NAM: TODD ANTHONY COURSER

| | | |
|---|---|---|
| ETH: O | RAC: W | OPS: MI/C6267990676505 |
| | SEX: M | SSN: |
| NBR: 3110 | DIR: | DOB: 08/02/1972 | SID: |
| SFX: ROAD | STR: MURPHY LAKE | HGT: 5'11" | FBI: |
| CTY: SILVERWOOD | ST: MI | ZIP: 48760 | WGT: 195 | SID: |
| TXH: | | HAI: BLK | MNU: |
| TXW: | | EYE: BLU | PRN: |
| MB: (810)423-3376 | | | |

**INTERVIEW COMPLAINANT:**

The following interview was recorded by audio and video in the interview room at the MSP Lapeer Post. The door to the interview room was left unlocked and open during the interview. Below is the interview with the complainant, Todd Courser. The interview began at approximately 1146 hours and concluded at 1419 hours.

Courser advised that he was being "blackmailed" by text messages. I advised that the MSP can temporarily seize his phone. I spoke with Courser on the process for searching his phone.

| PAGE | INVESTIGATED BY | | |
|---|---|---|---|
| 1 of 13 | TPR CAVNER #427 | | |
| | REPORTED BY | REPORTED BY | REVIEWED BY |

**Michigan Department of State Police**

**ORIGINAL INCIDENT REPORT**

| INCIDENT NO. | ORIGINAL DATE | FILE CLASS |
|---|---|---|
| 034-0004109-15 (LA) | Fri, Aug 14, 2015 | 21000 |
| | TIME RECEIVED | |
| | 1146 | 00001 |

Courser advised that he ran for state representative and created a lot of enemies along the way. He advised that he is a "very liberal/conservative guy". Courser advised he was sworn in during the month of January 2015. Right when there were issues with surveillance and monitoring out of Lansing. I asked what he meant by surveillance, and he advised it was a "bowl," as if everyone is watching. He has been married for 18 years and admits that an affair took place. He stated "They" figured it out. "Whoever they are". The affair took place at the beginning of the year. Courser advised that these people started texting sometime in May. He deleted some of the first messages and ignored them afterward because they were "Whatever" and "They were garbage".

May 19th is the date of the first text message that is still on his phone. "I think there was more, but I think I deleted them", Courser states. Courser showed some of the messages to me during the interview and read the messages from his phone. The first message is from May 19th. The first text messages mentioned that it was a "burner phone" and that Cindy was "great under the sheets however you (Courser) have no stamina... silence can be very deadly." Courser advised that this was "weird" and that he be ignored by never responding. On the 20th, this unknown person names Courser's mother, Joe, Dan, and Pon and states it could be disastrous to your career and your family. Courser advised that he just got back from DC at this time. He read the texts stating that "I thought you two were going to be alone but you dragged your family along and cost me $1200." The texts continued and Courser advised that it said "Todd, have your phone swept. Why do you only have 4 vets? We're everywhere". I asked what it is referencing, and Courser advised that it "was a piece of legislation where I was having a conversation with my phone, and so he was letting me know that I could hear you." Courser advised that it was "creepy", and he had no idea who this person was that was texting him. Courser stated "Hell no" when I asked if he knew who it was that was texting him.

Courser read another text "What are they going to do to to defeat you when you're an incumbent? They won't need $150,000, they have me". Courser advised that this person was letting him know that the surveillance was there. Courser advised that this person goes into it further detail later on stating that there are emails, texts, audio, and video. Courser continued reading "Messages will come from a different number soon. This one is getting dumped. Nobody's asked what my intentions are... what I want... odd?" Courser advised "before receiving these texts start, my mother knows about the affair and at this moment I am telling my wife". At that time, Courser advised he was trying to figure out how. Courser advised that he was telling them prior to receiving the text messages.

Courser continued reading "I don't have a desire to destroy families. I don't give a rat's ass about politics. Vaupel sucks though. You both know that I hold significant evidence of your affair." Courser advised me that she (Cindy) is at this point getting similar texts. Courser states that sometime around the 20th or 21st of May, his brother was also getting the same texts. I asked him again when his brother was receiving the texts and he stated he thinks it was the 21st or 22nd. Courser advised at that time, all his family knows about the affair.

Courser continued reading "Relax, I'm not leaking anything yet. Pay people better to keep quiet, I pay them better for info. Radisson." Courser advised that this person was referring to the Radisson hotel in Lansing. He read, "Let me make this crystal clear. I need some open dialogue. I've heard from you, Cindy, Courser advised that Cindy had responded to the messages she was receiving. Courser then mentioned that Cindy was having a press conference on this date, and that it was going to blow up around the world.

He continued reading, "Better tell Todd to man up. As long as I'm appeased, my cargo will never reach port so to speak. Can I please get a confirmation?" Courser advised that he never responded or confirmed to the text. Courser continued reading "Good afternoon, contrary to what you may think, I have other cases I'm working."

| PAGE | | |
|---|---|---|
| 2 of 13 | | |
| | INVESTIGATED BY | REVIEWED BY |
| | TPR CAYNER #427 | |
| REPORTED BY | | |

WIN000350

| PAGE 3 of 13 | INVESTIGATED BY TPR CAVNER #427 | REPORTED BY | REVIEWED BY |
| --- | --- | --- | --- |

Courser read "Rise and resign Todd... rise and resign day," Courser commented that it was about referencing his family and health. He continued reading "Good morning, hope you found your soul- searching weekend peaceful." Courser advised that only one of his staffers knew that he has health issues. He stated that recently he has been going through testing but didn't say specifically what the health issues were. Courser advised that he brought each staffer in individually and have interviews with them. Courser advised that the one staffer had a lot of "stuff" on him that includes video, audio, etc. Courser advised that he believes he knows of five.

Courser began reading more texts "I'm letting everybody off the hook ... on one condition only. You resign Todd, Tuesday. Mention your health, your new found family bond. Do not mention Cindy at all. Call me karma. This is for the others too!" Courser advised me that this person is sending the same exact texts to his brother as well. Courser advised that he doesn't get group texts on his phone. Courser advised that his brother went back and forth with the texts and responded several times to this unknown person. Courser advised that he never responded to the texts and only received them.

Courser advised that what it sounded like on this audio tape was that he was trying to persuade the staffer to send out the email but when in fact Courser was trying to find get the staffer to admit that he is involved in the "blackmailing plot". The public doesn't know that. They believe its just a cover up. Courser advised that his family already knew so that it didn't make sense that he would that.

Courser advised that this staffer does contract work out of Coursers office. He advised that the staffer had recorded the conversation without his knowledge. Courser advised that what it sounded like on this audio tape

Courser advised everything in the email that he had sent out previously that all of it was not true. Courser advised that this staffer does contract work out of Coursers office. He advised that the staffer had recorded the conversation without his knowledge. Courser advised everything in the email that he had sent out previously that all of it was not true.

Courser advised if this was a face to face conversation and he advised that is was and took place at his office in Lapeer at 10pm on the 19th. Courser advised everything in the email that he had sent out previously that all of it was not true. I asked that he went back and forth with this staffer to try to see whether he was on the "same team or not". I asked that he went back and forth with this staffer to try to see whether he was on the "same team or not". Courser advised that the public is only getting a portion of what was actually said. Courser advised that there were a lot of gaps and pauses in it. He advised the public is only getting a portion of what was actually said. Courser advised that there were a lot of conversation with one staffer and found out that he had audio recorded it. He advised that there were a lot of sending it and the public knows all about it. Courser sent it out and see where it came back. He had a flag email". This email involved a lot of very "lewd conduct". Courser advised that he has already admitted to Courser advised at this time he decided to send out an email as a "misdirection" and also known as a "false

connect his staff and he advised "No".
indication that he is doing these things"; I asked him if he received any suspicious emails or anything to staffers have access to all the relevant information. Courser advised in doing so, "The guy is still giving me been in his staff. He advised he was changing his passwords, afraid that they had the information because his he suspected his staff. Two staffers were with him for a long time but he was wondering who it could have Courser advised that it was only by text messages. He advised he was trying to decide who this person is and

information.
Dumb." Courser stopped and advised that this was significant because this unknown texter had known his you however spin fairy tales and fiction. That email can't find another inbox.... Oh, change your passwords too. whereabouts do not include seedy alleys in Lansing having sex with men Todd. Grow up. I sell non- fiction, reality. You never asked how. I can show your whereabouts when not in session, meetings or together. Those state employee. Big changes next week. Kids as I change the political landscape. You both can prevent this wife about the affair. He continued reading, "Todd, go to your weekend retreat. Enjoy this last holiday as a Courser paused and said that he believes he told his wife around this time or was thinking about talking to his

**Michigan Department of State Police**
**ORIGINAL INCIDENT REPORT**

| ORIGINAL DATE | TIME RECEIVED | FILE CLASS |
| --- | --- | --- |
| Fri, Aug 14, 2015 | 1146 | 21000 |
| INCIDENT NO. 034-0004109-15 (LA) | | |

WIN000351

| Michigan Department of State Police | ORIGINAL DATE | Fri, Aug 14, 2015 | INCIDENT NO. | 034-0004109-15 (LA) |
|---|---|---|---|---|
| ORIGINAL INCIDENT REPORT | TIME RECEIVED | 1146 | FILE CLASS | 21000 |
| | | 1146 | | 21000 |

possible suspects. Courser continued reading and a media reporter's name was listed, Tim Skubick. Courser advised that he had not talked with Skubick at all about the matter. The person sending these texts advised that Skubick was questioning the authenticity of some of the audio.

I asked Courser when the audio and information was released to the public and he advised Friday, 08-07-15. Courser advised that it started in May and continued until this month. Courser advised that in the texts it mentioned the use of an anonymous source. Courser stated that Skubick wouldn't be that way and would get the exact facts to back up his stories.

Courser advised that at this time he was trying to figure out who this person is and was talking to his wife about the situation. Courser advised that Cindy had no idea and advised the five people that he had put together as being suspects was what he had "surmised" as being the persons of interest.

Courser mentioned about tracking the phone number and he stated that the phone number was not active any more. I asked if he had checked into the phone number and looked into the matter. Courser advised that he had already been to the FBI but they were telling him to come to the Michigan State Police. I asked him again if anyone else has looked into the matter and he failed to answer my question. Courser proceeded to advise that the "reason I didn't come to you guys sooner, Cindy went to the Capital Police thinking that they were going to hand it off to the Michigan State Police but they didn't. They turned it over to the Speaker's Office. I asked when did she report it to the Capital Police and he advised that he believed it was on Friday, August 7th. Courser stated he didn't know the details on this.

He continued reading the texts and the unknown person that there was video evidence, etc and the texter requested Courser to call a personal cell number of: 517-643-0013. Courser said he never called or contacted this number. He continued reading the texts "Uh oh! Good luck! Just got back to the states and heard the news. Wow, firing staff!" Courser advised that he fired two staffers. One was his staffer and another was Cindy's staffer. Courser advised that sometimes they would share staffers and these two were shared. Courser advised that the media was saying that there were misuse of state funds and the staffers had been fired. Speaker of the state house has said that there needs to be an investigation. Courser stated the Speaker's Office was informed by these staffers that there was a conversation that took place of which Courser stated never happened on state time or state property with someone he thought he was friend's with. Courser advised that the Speaker's Office was in a soft spot and was trying to save their own credibility because they didn't have any knowledge but they met with them days later. Courser continued reading the texts and advised that "you guys are easy and idiots". The texts he had seen Courser at the Great Lakes Crossing and advised that "you guys are easy and idiots". The texts continued advising that this texter was meeting with the Speaker of the House. Courser advised that he believed this unknown texter had some "connections". Courser advised that the texter continued and advised that he was speaking to Keith, Ben, and Joe. I inquired about who Keith and Ben were. Courser advised that Keith was a chief of staff and one of the two that was fired. Ben was a general staffer and let him go. At the same time Keith was let go.

Courser advised that Ben was intentionally taping him. Courser proceeded to name a civil case and mentioned that taping without the other's knowledge may be illegal. Courser then answered my questioning reference Keith and Ben. Courser advised of another staffer being Joshua Kline who resigned. Courser advised that Ben and Joshua had a partnership in his office. I asked if he knew that they were possible suspects and Courser

| PAGE | 4 of 13 |
|---|---|
| INVESTIGATED BY | TPR CAVNER #427 |
| REPORTED BY | |
| REVIEWED BY | |

WIN000352

**Michigan Department of State Police**
**ORIGINAL INCIDENT**
**REPORT**

| INCIDENT NO. | ORIGINAL DATE | TIME RECEIVED | FILE CLASS | |
|---|---|---|---|---|
| 034-0004109-15 (LA) | Fri, Aug 14, 2015 | 1146 | 21000 | 0000 |

advised that they were 3 of the 5 suspects. Couser advised that all three, Ben, Keith, and Joshua, were very close. Couser advised of David Forsmark who joined partnership with the previously mentioned three.

Couser made a trip to Washington DC prior to the texting in the month of April. Couser advised that the previously mentioned four were all political operatives. Couser advised that they were fired because they were incompetent. Couser advised that Joseph Gamrat was friends with all them.

Couser advised that nothing was done through email or facebook or social media. He then noted that he believes we will only be able to get testimony from others.

Couser then advised that Ray Kline had approached him on facebook messaging. Kline wanted to sit down with Couser and meet with him. Kline reportedly had sensitive information about Couser. Couser never met with him.

Couser stated that another person named Larry Moyer had done the same as Kline. Couser noted that Kline was attempting to be specific about certain incidents and that they had communicated back and forth enough to be suspicious that he may have something. Couser suspected Larry Moyer and Ray Kline as being possible suspects.

Couser advised that the texts somehow link between the five or so persons he suspected. He believes they may be involved due to the fact that they had access to his personal information as staffers.

Couser noted that his phone number was pretty well known world wide and that it was not considered to be private.

Couser read more texts stating that his (Couser's) wife had an affair before he did. Couser advised that he had no idea what that is about. Couser advised that the next texts stated "I may need some funds. Offer to help?"

Joseph Gamrat's phone number was listed in the next text being: 260-504-6649. Couser advised that in the texts, the texter names Dan and Tim as being possibly linked to the phone number. Dan being Couser's brother and Tim being Cindy's brother in law. Couser advised that he found out it was Joseph's TX.

Couser then advised that the only person that has heard the audio was Joseph Gamrat. Couser advised that he doesn't know what the audio is. He advised that Cindy told him about the audio  of being some conversations and then "illicit sounds" and that Joseph had heard the audio. Couser advised Cindy told him at the beginning of the affair.

Couser read the final texts from his phone being on August 7th. "Amazing... what would have happened if you simply listened.... too late.. kaboom....." The texter asks for both Todd and Cindy to resign and mentions "Chad". Couser advised that "Chad" is the reporter that broke the audio from Ben to the media. The texter states that Ben has pictures and video, some being "steamy" and tells Couser to resign now or it will be released.

Couser advised Keith and Ben had confirmed that Couser's office had been wire tapped. They told a staffer, Ann Hill, who is a staffer for Gamrat.

| | | PAGE 5 of 13 |
|---|---|---|
| | | INVESTIGATED BY TPR CAVNER #427 |
| REVIEWED BY | REPORTED BY | |

WIN000353

**Michigan Department of State Police**   ORIGINAL INCIDENT REPORT

| INCIDENT NO. | ORIGINAL DATE | TIME RECEIVED | FILE CLASS |
|---|---|---|---|
| 034-0004109-15 (LA) | Fri, Aug 14, 2015 | 1146 | 21000 |

I asked if the texts had skipped any months or if they were continuous. Courser advised that he didn't think they did but advised they "slowed down some in July some". Courser advised he took photos of each of the texts including his brother's.

I advised Courser that we could seize the phone temporarily but he did not want to leave the phone with the Post. Courser advised that he would like to be along side the computer tech when the download and search is being completed.

Courser advised that there was no mention of a threat involving money other than that which was mentioned above on July 21st. Courser inquired about a charge of extortion or similar charge involving a public official. Courser advised that he has not consulted with his lawyer at all. Courser advised there has been no other threat than that of someone releasing information to the public about his affair with Cindy.

Courser advised that he had some people look at the phone number from the unknown texter. He advised that a name of "Renee Leech" had come up. I asked him if he has had anyone look into the matter I.E. private investigator. Courser advised "No".

Courser attempted to find the person that checked the number but couldn't locate his information on his phone during this time of the interview. Courser advised that he did not do any checking whatsoever and that the whole world had checked it out.

In summary for the initial part of this interview, I inquired about when the family found out about the affair and incident. Courser advised that it was either just before May 19th or just after May 19th. Courser advised that he just couldn't get his dates right.

Courser advised that his brother emailed him the texts that he received on his phone.

Courser stated that if someone looks at this whole story, it looks like its all made up. "Its totally made up....but the problem is, it happened".

I asked him if he had the false flag email and Courser advised that he can provide a copy. Courser advised that there are probably a "kernal" of truth in the email but for the most part it is a lie. The initial portion of the interview was concluded by a summary and clarification of what was discussed.

I asked Courser if he wanted to make a voluntary statement but he denied and wanted time to type up the statement for a later date.

He also wanted to advise that a name of Renee Leech was brought to his attention by a person on Facebook but didn't provide any further information on it. He attempted to access facebook at the Post but could not receive a connection. I stepped out of the interview room at approximately 1250 hours and returned at approximately 1334 hours.

I asked Courser if he was willing to temporarily turn over his cell phone so that the Computer Crime Unit would be able to pull the text messages and facebook messages in question off from the phone. Courser

| | | PAGE 6 of 13 |
|---|---|---|
| INVESTIGATED BY TPR CAVNER #427 | | |
| REPORTED BY | | REVIEWED BY |

WIN000354

**Michigan Department of State Police**
ORIGINAL INCIDENT
REPORT

| ORIGINAL DATE | TIME RECEIVED | FILE CLASS |
| --- | --- | --- |
| Fri, Aug 14, 2015 | 1146 | 21000 |
| INCIDENT NO. | | |
| 034-0004109-15 (LA) | | |

WIN000355

I explained again what the process would be in seizing the phone. Courser advised that "I am not giving you my phone. With all that has happened...Someone could put something on it", I advised him that we all could lose our jobs if that was to happen and he responded. "There is no way I could prove that it didn't happen", Courser advised that he wanted to sit down next to the computer tech while he was downloading the phone. Courser did not want to leave the phone without him being present. Courser advised that he has been living in surveillance for 6 months and didn't want to turn his phone over the phone.

I asked about Renee Leech again and he advised that someone did a search online but doesn't know who. Courser advised that he was approached at an event by a person that located this name online. Courser does not know who this person was that approached him. Courser advised that he was at a lot of events and could not remember. Courser advised that he will track down the name but if we were to search ourselves that we could find it.

Courser advised that another male hispanic name was brought to his attention after speaking with a Jeff Phillips who is a facebook friend. Courser advised that he is only a friend from the Kingston or Caro area. He did a search and the number came back to this name. It is unknown where the search was completed.

Courser advised that Jeff Phillips approached him on Facebook and found the name as noted above. Courser advised that he found this around the time of August 7th, 2015. Courser advised that Jeff was a "phone guy". Courser stated that he didn't look it up because that's the reason he is coming to the State Police.

I inquired Courser about approaching Ben on sending out the "false flag email", and Courser advised that "he did not send out the email". I asked him if at any point that he had any conversation with Ben about sending the email. Courser responded "I had conversations with him leading up to that night which aren't on the tape discussing that someone was blackmailing me. Ben was the only one that knew I sent it out the email." I asked him when the email was sent out and Courser advised it was sent out on May 19th. Then he changed his date immediately advising May 20th. He advised he sent it out on May 20th. Courser advised that the texter texted him back on the 21st and said "I know that was you that sent that out". Courser believes that because the only person that knew about the email was Ben, and believes Ben is the one to have been texting him. Courser advised that he told been about the affair on the 19th to Ben. Courser advised that Ben never sent out the email but did assist. I asked him, "So you asked Ben to assist, although you thought he was a possible suspect?" Courser responded, "Yes... he has been a friend for a long time."

I asked him why he would attempt to use Ben as a "double agent" if he suspected him at the same time asking him to assist in sending out a fake email. I asked him if he thought that any of the information that Ben already knew could have been in the text messages. Courser advised that he did not understand. I confronted Courser on the fact that he stated he wanted to "inoculate the herd" and assist in sending out this email. Courser agreed with the statement. Courser advised that Ben is a "tech guy". Courser advised that Ben knew everything about his accounts and passwords. Courser stated he, himself was able to send out an email but Ben was more involved. He advised that he couldn't remember the exact detail because it was three months ago. I confronted Courser again on the dates of which the email was sent, the texts were sent, and Ben's knowledge of the incident. I asked Courser if he knew he was the suspect, why would he treat him as a "double agent type". Courser

| PAGE | INVESTIGATED BY | REPORTED BY | REVIEWED BY |
|------|-----------------|-------------|-------------|
| 8 of 13 | TPR CAVNER #427 | | |

interrupted me and advised that "you guys are better at that type of stuff and Ben is a friend.... I was hoping that (him as the suspect) was not the case". Courser stated that Ben advised "No," in helping him to send out the email at the same time Ben was taping him, according to Courser.

I asked Courser why he waited all this time to report the incident. Courser advised that he met with the Lapeer County Sheriff about tracking a number. I asked when he asked him, and Courser advised he checked in June. Courser then stated he was trying to work through it with his family in the background, attempting to prove that Ben was the one who was the suspect. Courser advised "I still can't prove that he was the one that did it, other than the fact that he has been taping me". Courser advised that he did not report it to the sheriff in Lapeer. I asked him again why he hadn't reported it since May. Courser advised that he didn't have any of the details together.

Courser advised that it wasn't a smart decision when I confronted him again reference the email. Courser advised, "Right" when I told him that in sending the email, could it be a reason for a cover up over his affair. He further added again "it was a bad choice"- referring to sending out the email.

Courser advised that Ben is the only person he has for any type of email or tech work. I told Courser that he, himself is capable of writing an email and sending it out. Courser agreed and said he was capable. I asked Courser why he felt the need to specifically meet Ben for that reason. He advised that he didn't need him other than for the fact that he thought he might be "the guy".

I confronted Courser again on the reason for sending out the email was to cover up the affair and down play what had taken place, and what his family already knows. Further that his family knew, so why did he feel the need to send out the email. Courser started to agree but then advised that it wouldn't work like that. He stated he would have to send it out to thousands of people and instead he only sent it to approximately 200 people. Courser said that he sent it out to try to see if he could locate the person who was blackmailing him and it worked because the unknown texter sent a text back to him about sending out the email. Courser still advised he didn't know who the texter is because the texter is unknown and only suspects its one of his staff.

I asked Courser if he was the one to send the text messages. He laughed and replied "No". He advised that I could talk to his brother in regards to this.

I asked Courser if it is a fair statement to agree that he, while thinking it was a poor decision to send out the email, sent out the email to attempt to cover up his affair while using Ben in the process. Courser responded, "Well..... there is multiple reasons for doing it. That would be a fair reason... but..." I also added other reasons confronting Courser with how he was feeling guilty about it, the fact that Cindy has reported it earlier, and how now she is having a press conference on this date. Courser only replied "I thought that the State Police were already looking into it and I went to the FBI. I advised him that he was the complainant. Courser then answered "Cindy is the complainant too and they are asking her to resign as well". Courser then advised that he went to the sheriff and the FBI. Then Cindy went to the Capitol Police. Courser continued "They all told us we needed to go to the State Police". I asked him if there was a reason why he didn't come to the State Police in the first place, and Courser replied "No... there is no reason."

| Michigan Department of State Police | | |
|---|---|---|
| ORIGINAL INCIDENT REPORT | | |
| INCIDENT NO. 034-0004109-15 (LA) | ORIGINAL DATE Fri, Aug 14, 2015 | |
| | TIME RECEIVED 1146 | FILE CLASS 21000 |

WIN000356

WIN000357

**Michigan Department of State Police**
**ORIGINAL INCIDENT REPORT**

| ORIGINAL DATE | TIME RECEIVED | FILE CLASS | INCIDENT NO. |
|---|---|---|---|
| Fri, Aug 14, 2015 | 1146 | 21000 | 034-0004109-15 (LA) |

I asked him the reason for going to the sheriff's office, and Couser said he knew Ron (Sheriff), asking him how to track a "burner phone in relation to this", I was attempting to ask him of why he hadn't reported it for all this time, and Couser interrupted advising me "If you have the resources, then you can see its me... so just track it", Couser advised that he did not send out the text messages to himself. Couser advised that he is happy to face a felony charge of a false police report.

I asked why he has not reported it since the month of May. Couser advised that there was nothing to report because nothing was released to the media until now. Couser advised that he was coming into the Post to report of being blackmailed and that he wanted to know whether we were going to investigate it or not. Couser stated "bring it". Couser asked for an investigation or he wanted to go to Lansing MSP for a report. I advised him continuously that the matter will be investigated. Couser became agitated at the end of the interview and advised that he did not want to turn over his cellphone. Couser mentioned that he was at the Apple Store prior to this interview regarding his cellphone because he was having trouble with his email. I requested that he provide me with a copy of the email in question, the name of the hispanic male assigned to the phone number in question, the name of the person who approached him at the event with the other name "Renee Leech", and also provide his cellphone for the Computer Crime Unit. The interview concluded.

**ONLY PERSONS KNOWN RECEIVING TEXT MESSAGES:**
Joseph and Cindy Gamrat
Daniel Couser
Todd Couser

**SENDER INFORMATION OF TEXT MESSAGES:**
Unknown name
TX: 313-421-5345

Unknown hispanic male name- located by Facebook friend, Jeff Phillips, who is familiar with phones and approached Couser by Facebook messaging; unknown how this name was located.

Possible Name: Renee Leech- located by unknown person who walked up to Couser at a public event; unknown how name was located.

**ATTEMPT CONTACT 313-421-5345:**
On 08-17-15 at 0829 hours, I attempted to contact the unknown texter's phone number: 313-421-5345. I received a recording stating that "I'm sorry. The phone number that you are dialing cannot receive phone calls at this time. Please try again later."

**VOLUNTARY WRITTEN STATEMENT:**
Denied, None.

**CONSENT TO SEARCH/SEIZE COUSER'S PHONE:**
Denied, Couser would not consent to allowing MSP Lageer to seize phone. Couser advised he was afraid that something would be added or deleted from his phone. Couser believed he was or has been under surveillance out of Lansing.

| PAGE 6 of 13 | INVESTIGATED BY TPR CAVNER #427 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

**Michigan Department of State Police**
**ORIGINAL INCIDENT REPORT**

| INCIDENT NO. 034-0004109-15 (LA) | ORIGINAL DATE Fri, Aug 14, 2015 | TIME RECEIVED 1146 |
| --- | --- | --- |
| FILE CLASS 21000 | | |

**CONTACT CHIEF PROSECUTOR LAPEER COUNTY:**
On this date, I contacted the Chief Prosecutor Tim Turkelson- Lapeer County.

**COURSER CONTACTS WITH LAW ENFORCEMENT:**
Courser advised he contacted the Lapeer County Sheriff Ronald Kalanquin and verbally discussed how a phone number is traceable and "burner phones". Courser advised he did not make a police report with the Lapeer County Sheriff's Department.
Courser advised that he contacted the FBI to make a report reference this incident. He stated they told him that he needed to contact the Michigan State Police.

**KEY DATES/EVENTS:**
May 19th, 2015 - Affair ended and Courser advised family of the affair with Cindy Gamrat.
- Also spoke with Ben Graham on this date reference email
May 20th, 2015 - Courser sent disputed email ("false flag email") out to 100+ people.
May 19th, 2015 - Courser advised he deleted any messages previous to this date.
August 7th, 2015 - Courser advised that sensitive information which includes an audio recording was released to media.

**WITNESS/GENERAL STAFFER:**
NAM: BEN GRAHAM
RAC: W    ETH: O
SEX: M    DIR:
OPS:      NBR:
SSN:      STR:
DOB: Unknown    SID:      HGT:
FBI:      WGT:
HAI:      MNU:
EYE:      PRN:
CTY: LAPEER    ST: MI    ZIP: 48446
SFX:
TXH:
TXW:
MB: (810)627-8121

**TODD COURSER'S WIFE:**
NAM: FON COURSER
ETH: O    RAC: W
OPS:      SEX: F
SSN:      DOB: Unknown
SID:
FBI:      WGT:      HGT:
HAI:      MNU:
EYE:      PRN:
NBR: 3110    DIR:
STR: MURPHY LAKE
CTY: SILVERWOOD    ST: MI    ZIP: 48760
SFX: ROAD
TXH:
TXW:
MB: (810)656-6412

| PAGE 10 of 13 | INVESTIGATED BY TPR CAVNER #427 | REPORTED BY | REVIEWED BY |
| --- | --- | --- | --- |

WIN000358

**REPORT**
**ORIGINAL INCIDENT**
Michigan Department of State Police

| ORIGINAL DATE | TIME RECEIVED | FILE CLASS |
|---|---|---|
| Fri, Aug 14, 2015 | 1146 | 21000 |
| INCIDENT NO. | | |
| 034-0004109-15 (LA) | | |

**WITNESS/FORMER CHIEF OF STAFF:**
NAM: KEITH ALLARD

| | | | |
|---|---|---|---|
| RAC: W | ETH: | | |
| SEX: M | OPS: | NBR: | DIR: |
| DOB: Unknown | SSN: | STR: | |
| HGT: | SID: | SFX: | |
| WGT: | FBI: | CTY: | ST: |
| HAI: | MNU: | ZIP: | TXH: |
| EYE: | PRN: | | TXW: |

**WITNESS/GENERAL STAFFER:**
NAM: JOSHUA KLINE
MB: (616)481-8728

| | | | |
|---|---|---|---|
| RAC: W | ETH: | | |
| SEX: M | OPS: | NBR: | DIR: |
| DOB: Unknown | SSN: | STR: | |
| HGT: | SID: | SFX: | |
| WGT: | FBI: | CTY: | ST: |
| HAI: | MNU: | ZIP: | TXH: |
| EYE: | PRN: | | TXW: |

MB: (810)338-5613

**WITNESS/POLITICAL OPERATIVE:**
NAM: DAVID FORSMARK

| | | | |
|---|---|---|---|
| RAC: W | ETH: | | |
| SEX: M | OPS: | NBR: | DIR: |
| DOB: Unknown | SSN: | STR: | |
| HGT: | SID: | SFX: | |
| WGT: | FBI: | CTY: FLUSHING | ST: MI |
| HAI: | MNU: | ZIP: | TXH: |
| EYE: | PRN: | | TXW: |

**WITNESS/FACEBOOK FRIEND:**
NAM: RAY KLINE

| | | | |
|---|---|---|---|
| RAC: W | ETH: | | |
| SEX: M | OPS: | NBR: | DIR: |
| SSN: | STR: | | |
| HGT: | SID: | SFX: | |
| WGT: | FBI: | CTY: NORTH BRANCH | ST: MI |
| HAI: | MNU: | ZIP: | TXH: |
| EYE: | PRN: | | TXW: |

| INVESTIGATED BY | REPORTED BY | REVIEWED BY | PAGE: |
|---|---|---|---|
| TPR CAVNER #427 | | | 11 of 13 |

WIN000359

WIN000360

**Michigan Department of State Police**
**ORIGINAL INCIDENT**
**REPORT**

| INCIDENT NO. | ORIGINAL DATE | TIME RECEIVED | FILE CLASS |
|---|---|---|---|
| 034-0004109-15 (LA) | Fri, Aug 14, 2015 | 1146 | 21000 |

**WITNESS/MICHIGAN STATE REPRESENTATIVE-PLAINWELL:**
NAM: CINDY ANN GAMRAT

| NBR: 967 | DIR: | | | | |
| SFX: DRIVE | | | | | |
| STR: SCENIC VIEW | | | | | |
| CTY: PLAINWELL | ST: MI | ZIP: 49080 | | | |
| TXH: | TXW: | EYE: BLU | PRN: | | |
| RAC: W | SEX: F | | | | |
| | DOB: 06/15/1973 | | | | |
| | HGT: 5'01" | SID: | | | |
| | WGT: 135 | FBI: | | | |
| | HAI: BLN | MNU: | | | |
| ETH: O | EYE: BLU | PRN: | | | |
| OPS: MI/G5631160671447 | SSN: | | | | |

MB: (269)491-3600

**WITNESS/CINDY GAMRAT'S HUSBAND:**
NAM: JOSEPH DAVID GAMRAT

| NBR: 967 | DIR: | | | | |
| SFX: DRIVE | | | | | |
| STR: SCENIC VIEW | | | | | |
| CTY: PLAINWELL | ST: MI | ZIP: 49080 | | | |
| TXH: | TXW: EYE: BLU | PRN: | | | |
| RAC: W | SEX: M | | | | |
| ETH: | DOB: 01/08/1973 | | | | |
| OPS: MI/G5634411350525 | SSN: | | | | |
| | HGT: 5'10" | SID: | | | |
| | WGT: 160 | FBI: | | | |
| | HAI: | MNU: | | | |

**WITNESS/FACEBOOK FRIEND:**
NAM: LARRY MOYER

| NBR: | DIR: | | | | |
| STR: | | | | | |
| SFX: | | | | | |
| CTY: METAMORA | ST: MI | ZIP: | | | |
| TXH: | TXW: | EYE: | PRN: | | |
| RAC: W | SEX: M | | | | |
| ETH: O | DOB: 1964 | | | | |
| OPS: | SSN: | | | | |
| | HGT: | SID: | | | |
| | WGT: | FBI: | | | |
| | HAI: | MNU: | | | |

**COURSER'S PHONE INFORMATION:**
APPLE IPHONE
BLACK IN COLOR
SPRINT NETWORK
(810)423-3376

**PROPERTY:**
SEIZED BY: STEPHEN CAVNER
Prop 0001 - Desc: ONE DVD DISC CONTAINING FIRST INTERVIEW WITH TODD COURSER  Type:
Evidence
Obtained From: 975 S MAIN ST.
Lapeer
At or Near: Lapeer County
MSP LAPEER POST INTERVIEW ROOM

**EXTERNAL DOCUMENTS:**
None.

| PAGE 12 of 13 | INVESTIGATED BY TPR CAVNER #427 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

WIN000361

Michigan Department of State Police

ORIGINAL INCIDENT REPORT

| ORIGINAL DATE | INCIDENT NO. |
|---|---|
| Fri, Aug 14, 2015 | 034-0004109-15 (LA) |
| TIME RECEIVED | FILE CLASS |
| 1146 | 21000 |

**STATUS:**
Open

| PAGE | INVESTIGATED BY | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| 13 of 13 | TPR CAVNER #427 | | |

**Michigan Department of State Police**

**SUPPLEMENTAL INCIDENT REPORT 0001**

| ORIGINAL DATE | SUPPLEMENTARY DATE | INCIDENT NO. | FILE CLASS |
|---|---|---|---|
| Fri, Aug 14, 2015 | Wed, Aug 19, 2015 | 034-0004109-15 (LA) | 21000 |

INCIDENT STATUS
Open

# REPORT OF EXTORTION

**JOURNAL:**
None.

**CONTACT FBI:**
On 08-17-15, I made contact with FBI Agent Hauxhurst by TX. He advised that Todd Courser came into file a report on 08-11-15. Agent Vandenbossche has been assigned to the assessment. The FBI has not initiated a criminal investigation at this time and are only completing an assessment of the case. Courser's cellphone was not processed by any of their computer technicians during the time Courser made the report to their office.

**CONTACT CAPITAL POLICE:**
On 08-17-15, I made contact with D/Sgt Kraig Britvec- MSP Capital Post by TX and updated him on the case.

At a later time on 08-17-15, D/Sgt Kraig Britvec arrived at the MSP Lapeer Post to brief on the case and turn over a dvd disc of Facebook screenshots/social media and a audio recording of a response from Todd Courser that was released to the media. The MSP Computer Crimes Unit- Lansing obtained these files and transferred them to disc. The disc has been entered into property below. D/Sgt. Britvec advised that Cindy has consulted with her lawyer and was not willing to speak with law enforcement. On this same date, Joshua Kline, a former staffer was to speak at a press conference on this date in Royal Oak, MI. D/Sgt Britvec attempted to interview him prior to the press conference, but Kline declined and advised he wanted to speak with law enforcement the following week.

**CAPITAL POST COMPLAINT NUMBER:**
#16-256-15

**REVIEW CCU-LANSING DISC:**
The disc provided was a copy of files downloaded by CCU-Lansing. Reference complaint #CCU-1952-15. The disc contains several screenshots and images from Facebook and other social media. Some of the files were images of the suspect text messages that Todd Courser had been receiving. It is known that Todd Courser shared these text message images on his Facebook account. Also located on the disc is a audio recording of Todd Courser's response to the media. Upon reviewing the audio statement by Courser, nothing was found to be inconsistent with his statement provided on 08-14-15.

Upon reviewing a social media video located on his account that shows Todd Courser seated outside his office in Lapeer participating in the "Ice Bucket Challenge". It appears in the video that Todd has his cellphone in his hand. Todd places the phone in his lap just prior to the bucket of ice water being dumped over his head. The cellphone is placed in his lap and the phone is clearly observed being covered in water. It is not known at this time at what date or time this took place.

| INVESTIGATED BY | REPORTED BY | REVIEWED BY | PAGE |
|---|---|---|---|
| | TPR STEPHEN CAVNER #427 | | 1 of 3 |

WIN000362

**Michigan Department of State Police**
**SUPPLEMENTAL INCIDENT**
**REPORT 0001**

| INCIDENT NO. | ORIGINAL DATE | SUPPLEMENTARY DATE | FILE CLASS |
|---|---|---|---|
| 034-0004109-15 (LA) | Fri, Aug 14, 2015 | Wed, Aug 19, 2015 | 21000 |

In reviewing the facebook screenshots and information, one discrepancy that needs clarification was found. This discrepancy is that of a facebook post on Courser's timeline on approximately August 11th. The last paragraph in the post states "Courser said that he did not engage with the blackmailer, who also was contacting Representative Gamrat and other contacts of Courser and Gamrat, including financial supporters." In Gamrat's initial statement, he advised of the only other persons receiving the suspect text messages were: Cindy Gamrat, Joseph Gamrat, and Dan Courser.

**CCU- LANSING:**
On 08-17-15, I made contact with MSP Computer Crimes Unit- Lansing by TX. They advised they received a request from F/Lt Brody Boucher to monitor Todd Courser's Facebook account. On this date, I requested they monitor his Twitter account and any pertinent social media.

**PRESERVATION LETTER- FACEBOOK:**
On 08-17-15, a preservation letter for Todd Courser's facebook account was requested and completed on this date. His account will be preserved from this date for approximately 90 days.

**CONTACT LAPEER CO CHIEF PROSECUTOR:**
On 08-17-15, I made contact with the Lapeer County Chief Prosecutor Turkelson by TX. He has been updated on the case and findings.

**ATTEMPT CONTACT LAPEER COUNTY SHERIFF:**
On 08-19-15, I attempted to contact the Lapeer County Sheriff. His secretary advised the Sheriff will be out of country and not available by TX or in person until 08-25-15.

**CONTACT D/SGT BRITVEC:**
On 08-19-15, I made contact with D/Sgt Britvec by TX. D/Sgt Britvec interviewed a former staffer, Ben Graham, on 08-18-15. He advised this complaint will remain open pending contact with Todd Courser and seizure or processing of his cellphone. A separate investigation has been initiated by the Capital Post for a case of misappropriation of funds reference Todd Courser.

**COMPLAINANT/VICTIM:**
NAM: TODD ANTHONY COURSER

NBR: 3110   DIR:   STR: MURPHY LAKE   SFX: ROAD   CTY: SILVERWOOD   ST: MI   ZIP: 48760
TXH:
TXW:
MB: (810) 423-3376

RAC: W   SEX: M   DOB: 08/02/1972   HGT: 5'11"   WGT: 195   HAI: BLK   EYE: BLU
ETH: O   OPS: MI/C6267990676605   SSN:   SID:   FBI:   MNU:   PRN:

**CRIME VICTIM RIGHTS:**
To be provided on future date if report is found to be a criminal incident.

| PAGE 2 of 3 | | |
|---|---|---|
| INVESTIGATED BY TPR STEPHEN CAVNER #427 | REPORTED BY | REVIEWED BY |

WIN000363

| INVESTIGATED BY<br>TPR STEPHEN CAVNER #427 | REPORTED BY | REVIEWED BY |
|---|---|---|
| PAGE<br>3 of 3 | | |

| Michigan Department of State Police | | |
|---|---|---|
| SUPPLEMENTAL INCIDENT<br>REPORT 0001 | | |
| ORIGINAL DATE<br>Fri, Aug 14, 2015 | INCIDENT NO.<br>034-0004109-15 (LA) | |
| SUPPLEMENTARY DATE<br>Wed, Aug 19, 2015 | FILE CLASS<br>21000 | |

**PROPERTY:**
SEIZED BY: STEPHEN CAVNER
Prop 0002 - Desc: ONE DVD DISC OF SOCIAL MEDIA SCREENSHOTS FROM CCU-LANSING AND
ONE TAPPED AUDIO RECORDING WITH RESPONSE FROM TODD COURSER, CCU-1952-15 Type:
Evidence
Obtained From: 975 S MAIN ST, Lapeer, MI
Lapeer County At or Near: D/SGT BRITT/EC- MSP CAPITAL POST

**EXTERNAL DOCUMENTS:**
None.

**STATUS:**
Open, pending contact with Todd Courser; statement from the FBI on 08-11-15; further case development.

WIN000364

| | | |
|---|---|---|
| | | INVESTIGATED BY |
| REVIEWED BY | REPORTED BY | TPR STEPHEN CAYNER #427 |
| | | PAGE 1 of 2 |

**Michigan Department of State Police**

| INCIDENT NO. | ORIGINAL DATE | FILE CLASS | |
|---|---|---|---|
| 034-0004109-15 (LA) | Fri, Aug 14, 2015 | 21000 | |
| | SUPPLEMENTARY DATE | | |
| | Fri, Aug 21, 2015 | | |

**SUPPLEMENTAL INCIDENT**
**REPORT 0002**

| | |
|---|---|
| INCIDENT STATUS | |
| Open | |

# REPORT OF EXTORTION

**JOURNAL:**

08-20-15   JUNEAC   I.R. Supp #1 reviewed. Pends further investigation. Keep in touch with D/Sgt Britvec. DB Review.

**FBI COMPLAINT:**

Case #9B-DE-C6583961 Received at the FBI Flint Office on 8-11-15.

On 08-19-15, I received a copy of the complaint that Todd Courser made to the FBI Flint Office on 08-11-15. The report has been attached as an external document.

Within the FBI's statement, Courser advises of the following information:

Courser sent the email to approximately 500-1000 people. Shortly after sending the email, Courser received another text message that stated the email was an insufficient attempt and "way over the top". The text also advised Courser that he is stupid and should change his email passwords.

Within two minutes of receiving the aforementioned text message, Courser received an email from Michigan Information Research Services (MIRS), Reporter Kyle Molynn. Molynn indicated that he had a source tell him that Courser generated the email. At this time, Courser advised Molynn that Courser had no comment. Courser stated that Graham was the only individual who knew Courser generated the email.

Prior to receiving the aforementioned text and email from Molynn, Courser had advised his wife about his affair.

On August 7, 2015, the conversation between Courser and Graham discussing covering up the affair was released to the media. After the release, Courser received another text message advising Courser to "resign or Chad Livengood gets it all". Courser advised that Chad Livengood is a reporter.

Courser believes that the text messages contained specific and detailed information that only this former staffers, Graham and Josh Klein, would be in a position to know.

Approximately two to three weeks ago, Allard was "let go" as a staffer. Three days prior to being let go, Allard met with Courser's current staffer, Ann Hill. Allard asked to speak with Hill outside of Courser's office. While outside of Courser's office, Allard advised Hill that the office was "bugged". Allard put pressure on Hill to quit her position as Courser's staffer and attempted to scare her with potential consequences if she did not.

**Michigan Department of State Police**

**SUPPLEMENTAL INCIDENT**
**REPORT 0002**

| INCIDENT NO. | ORIGINAL DATE | FILE CLASS |
|---|---|---|
| 034-0004109-15 (LA) | Fri, Aug 14, 2015 | 21000 |
| | SUPPLEMENTARY DATE | |
| | Fri, Aug 21, 2015 | |

Courser advised that he provided the telephone number from which he received the aforementioned text messages to an unidentified individual located in Caro, Michigan in an attempt to identify the person responsible for sending the text messages. The unidentified individual in Caro advised Courser that the telephone was subscribed to an individual in Detroit, Michigan and was likely a "burner phone". Courser could not recall the subscriber's name in Detroit.

**SUSPECT NAME AFFILIATED WITH 313-421-5345:**

On August 12, 2015, the FBI conducted open source checks on a possible name affiliated with the suspect phone number. The following name and information was located:

New Cingular Wireless- affiliated with At&t wireless

Subscribed to Renay Leach
Dob: 09-17-1971
SOC #: 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
Address: 18300 Negaunee, Redford, Michigan 48240.

**NAME AFFILIATED WITH 517-643-0013:**

On August 12, 2015, the FBI conducted open source checks on a possible name affiliated with the phone number, 517-643-0013, that was mentioned in the suspect text messages to Courser. The following name and information was located:

Verizon Wireless
Subscribed to Melissa Claflin
Address: 1749 Huntsville Dr, Apt C, Haslett, Michigan 48840.

**COMPLAINANT/VICTIM:**

NAM: TODD ANTHONY COURSER
RAC: W        ETH: O
OPS: MI/C6267990617605
SSN:        SEX: M
NBR: 3110        DIR:
STR: MURPHY LAKE
SFX: ROAD        DOB: 08/02/1972
CTY: SILVERWOOD        HGT: 5'11"
ST: MI        ZIP: 48760        WGT: 195        SID:
        FBI:
        HAI: BLK        MNU:
        EYE: BLU        PRN:
TXH:
TXW:
MB: (810)423-3376

**EXTERNAL DOCUMENTS:**
Copy of FBI Complaint #9B-DE-C6583961- six pages.

**STATUS:**
Open, pending further investigation.

| INVESTIGATED BY | REPORTED BY | REVIEWED BY |
|---|---|---|
| TPR STEPHEN CAVNER #427 | | |
| PAGE | | |
| 2 of 2 | | |

WIN000366

**Michigan Department of State Police**
**SUPPLEMENTAL INCIDENT**
**REPORT 0003**

| INCIDENT NO. 034-0004109-15 (LA) | ORIGINAL DATE Fri, Aug 14, 2015 | |
| --- | --- | --- |
| FILE CLASS 21000 | SUPPLEMENTARY DATE Wed, Oct 28, 2015 | 21000 |

INCIDENT STATUS
Open

# FALSE REPORT

**JOURNAL:**

| 08-20-15 | JUNEAC | I.R. Supp #1 reviewed. Pends further investigation. Keep in touch w/ D/Sgt Brivec. DB Review. |
| 08-21-15 | SOFFIN | Supp #2 added. |
| 08-24-15 | REECE | DB Review- recontact D/Sgt Brivec to see if you can TOT them. |
| 08-26-15 | CAVNER | Contact D/Sgt Brivec- requested to TOT; pending case development |
| 09-11-15 | CAVNER | Contact AGs Office and Lapeer Co Pros Turkelson; case will remain open on file and pends further case development. |
| 10-28-15 | CAVNER | Forward report to Lapeer Prosecutor's Office for review. |

**EXTERNAL DOCUMENTS:**
None.

**STATUS:**
Open, pending Lapeer Prosecutor Review.

| INVESTIGATED BY TPR STEPHEN CAVNER #427 | REPORTED BY | REVIEWED BY |
| --- | --- | --- |
| PAGE 1 of 1 | | |

WIN000367

WIN000368

# FEDERAL BUREAU OF INVESTIGATION

DETROIT DIVISION
FLINT RESIDENT AGENCY
220 WEST SECOND STREET
FLINT, MICHIGAN 48502
(810) 239-5775
FAX: (810) 239-3888

## FACSIMILE COVER SHEET

NUMBER OF PAGES : 7 (Including cover sheet)

DATE : 8/19/15

TIME : 2:15

PRECEDENCE :
- ☐ Immediate
- ☐ Priority
- ☐ Routine

CLASSIFICATION:
- ☐ Top Secret
- ☐ Secret
- ☐ Confidential
- ☐ Sensitive
- ☐ Unclassified

TO: Michigan State Police

ATTN: Tpr Steve Cavner

FACSIMILE NUMBER: 810-664-5155

FROM: Joe Vandenbossche

CONTENTS:

The information contained in this facsimile message is privileged or confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is neither allowed nor intended. If you receive this communication in error, please immediately notify the FBI by telephone at the above number and return the original message to the FBI at the above address via the U.S. Postal Service

FD-71 (Rev. 5-8-10)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION
## Complaint Form

**Title:**  (U) Complaint received from Michigan          **Date:**  08/19/2015
Representative Todd Courser.

**Approved By:** SSRA HAUXHURST JOSH P

**Drafted By:** VANDENBOSSCHE JOSEPH W

**Case ID #:** 9B-DE-C6583961          (U) UNSUB(S);
                                       LAPEER MICHIGAN;
                                       9B EXTORTION-ALL OTHER NON-AGGRAVATED
                                       THREATS
                                       TODD COURSER

**Complaint Synopsis:**  (U) Todd Courser provided a complaint regarding
the receipt of text messages advising Courser to "Rise and Resign".

**Received On:** 08/11/2015

**Receipt Method:**  In Person

**Incident Type:**  Criminal Activity

**Complaint Details:**

On August 11, 2015, Michigan Representative Todd Courser, date of
birth August 2, 1972, address 3110 Murphy Lake Road, Silverwood,
Michigan 48760, cellular telephone number (810) 423-3376, was
interviewed at the Federal Bureau of Investigation, Flint Resident
Agency.  Courser advised that he wanted to provide information
regarding text messages Courser received demanding Courser to "Rise and
Resign".

Courser was elected to the State of Michigan House of
Representatives and took office in January 2015.  On May 19, 2015,
Courser received a text message from telephone number (313) 421-5345,
indicating that the text possesses hundreds of
hours of surveillance "tape" of Courser.  The unidentified individual
informed Courser via several other text messages that he/she knows of

UNCLASSIFIED



**UNCLASSIFIED**

Title: (U) Complaint received from Michigan Representative Todd Courser.

Re: 9B-DE-C6583961, 08/19/2015

Courser's affair with State Representative Cindy Gamrat, Courser's travel schedule/patterns, and personal conversations. Within the aforementioned text messages, Courser was advised to "rise and resign" or the information would be released to the public.

Courser advised that he did not respond to any of the text messages. In an attempt to cover up Courser's affair and to identify the individual responsible for sending the text messages, Courser devised a scheme which he discussed with his former "staffer" Ben Graham. Courser discussed covering up the affair by generating an e-mail with the appearance that the e-mail was sent from an anonymous individual. The e-mail indicated that Courser regularly meets in an alley and has sex with other men. Courser believed that the e-mail message was so obnoxious that most people receiving the e-mail would disregard; however, he also thought that it could help him identify the individual sending Courser "threatening" text messages. Courser stated to the interviewing Agent that the idea was crazy and in hind sight a horrible idea, which did not work.

Courser did not know that Graham recorded the aforementioned conversation when Courser discussed his scheme. Courser sent the e-mail to approximately 500 to 1000 people. Shortly after sending the e-mail, Courser received another text message that stated the e-mail was an insufficient attempt and "way over the top". The text also advised Courser that he is stupid and should change his e-mail passwords.

Within two minutes of receiving the aforementioned text message, Courser received an e-mail from Michigan Information Research Services (MIRS), Reporter Kyle Molynn. Molynn indicated that he had a source tell him that Courser generated the e-mail. At this time, Courser advised Molynn that Courser had no comment. Courser stated that Graham was the only individual who knew Courser generated the e-mail.

Prior to receiving the aforementioned text and e-mail from Molynn, Courser had advised his wife about his affair. Courser also had scheduled a family vacation at Spring Hill Camp in Evart,

**UNCLASSIFIED**

2

WIN000370

UNCLASSIFIED

Title: (U) Complaint received from Michigan Representative Todd Courser.
Re: 9B-DE-C6583961, 08/19/2015

The same day that Courser received both the text message referencing his "insufficient" e-mail and the e-mail from Molynn, Michigan. Courser received another text message that indicated Courser should take some time to spend with his family at camp and when he returns Courser needed to "rise and resign".

Courser's brother, Dan Courser also received a text message from the unidentified individual that indicated for Dan to talk some sense into his brother or damaging information possessed by the sender would be released. The text message indicated that the information will be bad for the Courser family.

Upon returning from the aforementioned family vacation, Courser received another text message that advised Courser that he had until Tuesday to rise and resign or audio and video of Courser's affair will be released. Courser continued to receive text messages about releasing audio and video and calling for Courser to rise and resign until August 7, 2015. The text messages routinely included details that indicated the individual sending the text messages knew what he was talking about and was serious.

On August 7, 2015, the conversation between Courser and Graham discussing covering up the affair was released to the media. After the release, Courser received another text message advising text Chad "resign or Chad Livengood gets it all". Courser advised that Chad Livengood is a reporter.

Courser believes that the text messages contained specific and detailed information that only his former staffers, Graham and Josh Klein, would be in a position to know. Such as Courser's travel schedule and specific conversations. Courser advised that he believes Graham, Klein, Keith Allard (former staffer), and David Forsmark (political consultant) are responsible for, or associated with, sending Courser the aforementioned text messages. Graham, Klein, Allard, and Forsmark reside in Davison, Lapeer, Grand Rapids, and Flushing, Michigan respectively.

UNCLASSIFIED

3

WIN000371

UNCLASSIFIED

Title: (U) Complaint received from Michigan Representative Todd Courser.
Re: 9B-DE-C6583961, 08/19/2015

Approximately two to three weeks ago, Allard was "let go" as a staffer. Three days prior to being let go, Allard met with Courser's current staffer, Ann Hill. Allard asked to speak with Hill outside of Courser's office. While outside of Courser's office, Allard advised Hill that the office was "bugged". Allard put pressure on Hill to quit her position as Courser's staffer and attempted to scare her with potential consequences if she did not.

Courser stated that he believes he is being pressured to resign because he is not politically aligned with either the republican or democratic side of the house. Courser votes on no every budget increase or tax increase to include being the biggest proponent against the gas tax to fix the roads. Courser believes that someone conducted enough research to include surveillance of Courser until derogatory information was obtained and used against Courser in an attempt to get Courser to resign. Courser believes that due to the fact that he does not conform with other representatives and/or their ideas, he was targeted and pressured to resign.

Courser advised that he provided the telephone number from which he received the aforementioned text messages to an unidentified individual located in Caro, Michigan in an attempt to identify the person responsible for sending the text messages. The unidentified individual in Caro advised Courser that the telephone was subscribed to an individual in Detroit, Michigan and was likely a "burner phone". Courser could not recall the subscriber's name in Detroit.

Courser also advised that he provided the aforementioned information to Lapeer County Sheriff, Ron Kalanquin. Kalanquin advised Courser that due to the fact that the text messages were not threatening violence or attempting to extort money and due to the low probability of identifying the person responsible for sending the text messages, there was nothing the Sheriff's Department could do at this time. Courser then decided to report the incident to the Federal Bureau of Investigation. Courser only told his wife and current staffer that he was going to speak with law enforcement. Courser could

UNCLASSIFIED

4

UNCLASSIFIED

Title:   (U) Complaint received from Michigan Representative Todd Courser.

Re:   98-DE-C6583961, 08/19/2015

not recall if he told his wife and staffer that he was going to speak with the FBI specifically.

Courser stated that Cindy Gamrat is still married to her husband who is not a public official. Courser stated that he believes he will be removed from office by a vote of the House of Representatives after the completion of the investigation regarding whether or not Courser utilized government property during the aforementioned "cover up".

At the completion of the aforementioned interview, Special Agent (SA) Joseph Vandenbossche reviewed Courser's cellular telephone; specifically the text messages sent from telephone number (313) 421-5345. The aforementioned text messages identified the sender's personal cellular telephone number as (517) 643-0013, and suggested that the sender met with the Speaker of the House on August 3rd. The text messages also indicated that the sender knew that Courser returned to the United States on June 9th and that Courser recently traveled to Washington DC.

On August 12, 2015, SA Vandenbossche met with United States Assistant United States Attorney (AUSA) Craig Whitinger regarding the captioned matter. AUSA Whitinger and SA Vandenbossche agreed that an assessment would be conducted in an attempt to identify the user of telephone numbers (313) 421-5345 and (517) 643-0013.

On August 12, 2015, checks were conducted for the aforementioned telephone numbers through Targus, Sentinel, DIVS, and telephone Applications with negative results. Open source searches through CLEAR revealed that telephone number (313) 421-5345 is a wireless number issued to New Cingular Wireless, affiliated with AT&T wireless, and subscribed to Kenay Leach, date of birth September 17, 1971, Social Security Number 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, address 18300 Negaunee, Redford, Michigan 48240. Telephone number (517) 643-0013, is a wireless number issued to Verizon Wireless, and subscribed to Melissa Claflin, address 1749 Huntsville Drive, Apartment C, Hazlett, Michigan 48840. No identifiable records were located in a Google search for Kenay Leach,

UNCLASSIFIED

5

WIN000373

WIN000374

| MSP-SOD-MC3–Computer Crimes Unit | | | |
|---|---|---|---|
| ORIGINAL INCIDENT REPORT | | | |

| INCIDENT NO. | ORIGINAL DATE | TIME RECEIVED | FILE CLASS |
|---|---|---|---|
| CCU-0001997-15 (01) | Wed, Aug 19, 2015 | 1357 | 21000 |

| COUNTY | WORK UNIT | | |
|---|---|---|---|
| Ingham | MSP CID SE LIVONIA AICS | | |

| COMPLAINANT | TELEPHONE NO. | | |
|---|---|---|---|
| MSP CAPITAL SECURITY | | | |

| ADDRESS: STREET AND NO. | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 333 GRAND AVENUE | LANSING | MI | 48933- |

| INCIDENT STATUS | |
|---|---|
| Tot other police department | |

# FE - CELL EXTORTION

## SUMMARY:

MSP SESD has requested that CCU Lansing complete a data acquisition and forensic analysis examination of Cellular Phone. The cellular phone was submitted to locate evidence related to ongoing ongoing investigation of extortion for elected official.

## VENUE:

INGHAM COUNTY , LANSING
333 S GRAND AVE

## DATE & TIME:

ON OR AFTER: TUE, MAY 19, 2015   AND BEFORE: FRI, AUG 07, 2015

## COMPLAINANT:

NAME: MSP CAPITAL SECURITY
ADDRESS:
333 S GRAND AVENUE
LANSING, MI 48933

## DATA ACQUISITION AND FORENSIC ANALYSIS EXAMINATION

Forensic Examiner Colleen Auer-Lemke performed data acquisition and forensic analysis examination of Property Item 0003. The exam was conducted on the item 0001 between August 19, 2015 and August 20, 2015. This written report and report CD will be provided to the officer-in-charge (OIC) explaining my findings. My authority to complete these data acquisition and forensic examination is supported verbal consent from State Rep Todd Courser and was completed in his present along with MSP- SESD, D/Sgt Kraig Brivec. The request for for forensic examination included locating evidence related to ongoing investigation of an elected official.       This information is to include contact listing, call logs, text messages (SMS, MMS, IM, Chat), photographs, videos, calendar and web history.   There was possible evidence found relevant to the ongoing investigation.

| INVESTIGATED BY | | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| ANYST COLLEEN J AUER #1335 | | | |

| PAGE | |
|---|---|
| 1 of 4 | |

WIN000375

# MSP-SOD-MC3-Computer Crimes Unit
## ORIGINAL INCIDENT REPORT

| INCIDENT NO. | ORIGINAL DATE | TIME RECEIVED | FILE CLASS |
|---|---|---|---|
| CCU-0001997-15 (01) | Wed, Aug 19, 2015 | 1357 | 21000 |

## SIGNAL ISOLATION (ACQUISITION):

*Signal Isolation is the protection of sensitive electrical equipment from external radio frequency (RF) electromagnetic radiation by enclosing it in a conducting material.*

## EVIDENCE ITEM 0001

One (1) , Apple , Model# iPhone 5C  S/N: FFMN98H4FM19

**Airplane Mode:**

*(Airplane mode is a setting available on many cell phones, smartphones and other electronic devices that, when engaged, suspends many of the device's signal transmitting functions thereby disabling the device's capacity to place or receive calls or text messages — while still permitting use of other functions that do not require signal transmission)*

The Cellular Phone was not placed in AirPlane Mode before beginning Forensic Data Acquisition due to the fact that Michigan House of Representatives were in session and State Rep Todd Courser had arrange to receive Text messages when his was to be present to vote during their schedule sessions.

## CELLULAR PHONES - DATA EXTRACTION:

I conducted the data acquisition and forensic analysis examination using a Forensic Cellular device and software from:

1. Cellebrite Physical/Logical Analyzer v 4.2.4 *(The Cellebrite UFED Forensics System is the ultimate standalone device which can be used in the field as well as the forensic lab. The Cellebrite UFED extracts vital data such as phonebook, pictures, videos, text messages, Call History, ESN and IMEI information from 1600+ models of handsets sold worldwide... The Forensic Analyst can subsequently analyze the contents of the cellular phone including stored numbers and text messages. (The UFED Physical Analyzer: is one of the most advanced analysis, decoding and reporting application in the mobile forensic industry. It includes malware detection, enhanced decoding and reporting functions, project analytics, timeline graph, exporting data capabilities and much more.))*

### Cellular phone Acquisition

The following information was available on the cellular phone data acquisition and forensic analysis examination for Apple iPhone 5C cellular phone.

I was able to read and extract information from the Apple iPhone 5C cellular phone which included: Personal Phone information, Contacts, Text Messages, Chats, Cookies, Call History, Web History & Bookmarks, Searches, User Accounts, Voice Mail, Wireless Networks, Devices Locations, Images, Audio/Video files and Service Provider and Services information.

| PAGE | INVESTIGATED BY | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| 2 of 4 | ANYST COLLEEN J AUER #1335 |  |  |

WIN000376

| ORIGINAL INCIDENT REPORT | ORIGINAL DATE | TIME RECEIVED | FILE CLASS |
| --- | --- | --- | --- |
| MSP-SOD-MC3-Computer Crimes Unit | Wed. Aug 19, 2015 | 1357 | 21000 |
| | INCIDENT NO. | | |
| | CCU-0001997-15 (01) | | |

## *FORENSIC EXAMINATION:*

**SIGNATURE & HASH ANALYSIS:**

A signature analysis was performed for the files on the submitted media. The purpose of this analysis is to compare the actual file type from its hexadecimal signature against the file's extension which can be user manipulated. No significant mismatches were present.

*Manual search of Analyzed Data* - A search was completed of all file folders reports under the Analyzed Data once the data acquisition had been processed

*File Review:* File structures were located on Property Item 0001

*Multi-Media* - 64 video files were found however they were not reviewed during this forensic examination

*Images* - Approximately 13982 images were found however they were not reviewed during this forensic examination.

*Contacts*- Approximately 8124 contacts were found including, Email address and Phone numbers. The following phone numbers of interest were found:

260-504-6649 – Joe Gamrat – One SMS message from 2014
616-481-8727 – Keith Allard
810-338-5613 – Joshua D + Laura Cline
810-627-8121 – Ben Graham

*Contact Information for Cindy Gamrat* - During my search for Joe Gamrat phone number I located two phone numbers listed for Cindy Gamrat that were associated with several SMS message and Call logs  to and from the phone numbers below dating as far back as 2013 :

260-388-5147 – Cindy Gamrat
269-365-7390 – Cindy Gamrat

*SMS Messages*- Approximately 13293 SMS Messages were found.  The following were found. The following phone numbers were extracted into a Microsoft spreadsheet and separated for the OIC Review:

517-643-0013 – This Phone number was not found on the Apple iPhone 5C
260-504-6649 – Joe Gamrat – One SMS message from 2014
313-421-5345 – Unknown Person- Several SMS messages of interest were found
616-481-8727 – Keith Allard - - Several SMS messages of interest were found
810-338-5613 – Joshua D + Laura Cline- Several SMS messages of interest were found
810-627-8121 – Ben Graham - Several SMS messages of interest were found

There were several SMS message and Chats to and from these phone numbers

| REPORTED BY | INVESTIGATED BY | PAGE |
| --- | --- | --- |
| REVIEWED BY | ANVST COLLEEN J AUER #I35 | 3 of 4 |

| PAGE | INVESTIGATED BY | REPORTED BY | REVIEWED BY |
|------|----------------|-------------|-------------|
| 4 of 4 | ANYST COLLEEN J AUER #1335 | | |

Tot other police department

**STATUS:**

Type: Office Equipment  Qty:  1  Article Type:  Cellular Telephone  Brand:  Apple  Model:  IPHONE 5C  S/N:
FFMN98H4FM19  Descr: APPLE IPHONE 5C

**OBSERVED/NOT SEIZED:**

Compact disks containing the above mentioned data extraction and forensic analysis were created for investigator review.

**FINDINGS:**

I used Internet Evidence Finder v6(IEF) (*Internet Evidence Finder  is a forensic tool to assist the examiner/analyst with parsing internet artifacts that  are an important piece of the computer forensic examination who are conducting full forensic examinations of Android and iOS mobile devices as well as Windows and Mac computers.*) to recover and review any internet related data that may related to possible communication by subject and victim from Social networks, such as  Skype, Facebook, SnapChat, Webmail, Instant Messenger Chat History and Web browser artifacts. There was possible evidence found relevant to the ongoing investigation.

Review of intact HTML, files, Internet Artifacts and Internet History Files:

## **Internet Evidence Finder v6 (IEF)**

| ORIGINAL INCIDENT REPORT | ORIGINAL DATE | TIME RECEIVED | |
|---|---|---|---|
| MSP-SOD-MC3-Computer Crimes Unit | Wed, Aug 19, 2015 | 1357 | |
| | INCIDENT NO. | FILE CLASS | |
| | CCU-0001997-15 (01) | 1357 | 21000 |

**MSP-SOD-MC3-Computer Crimes Unit**

**SUPPLEMENTAL INCIDENT REPORT 0001**

| INCIDENT NO. | ORIGINAL DATE | SUPPLEMENTARY DATE | FILE CLASS |
|---|---|---|---|
| CCU-0001997-15 (01) | Wed, Aug 19, 2015 | Mon, Oct 05, 2015 | 21000 |

INCIDENT STATUS
Open

# FE - CELL EXTORTION

## **\*\*RE-OPEN FOR ADDITIONAL FORENSIC EXAMINATION(S)\*\***

**JOURNAL:**

| 10-01-15 | CCU Lansing | Received MSP 16-0256-2015-0002 and 0003 from D/Sgt Brvec |
| 10-05-15 | Auer-Lemke | Received Search Warrant Documentation |

**RECONTACT COMPLAINANT:**

MSP SESD has requested that CCU Lansing complete additional data acquisition and forensic analysis examination of two Cellular Phone. The cellular phones were submitted to locate evidence related to ongoing ongoing investigation of extortion for elected official.

**PROPERTY:**

SEIZED BY: COLLEEN AUER-LEMKE

Prop 0002 - Type: Office Equipment  Qty: 1  Article Type: Cellular Telephone  Brand: Apple  Model:
IPHONE S/N: C8QKT6SIDPD0V
Descrip: I-PHONE 4 WITH GRAPHIC COVER - MSP 16-0256-2015-0002
Obtained From: 333 S GRAND AVE
Lansing MI Ingham County At or Near:

Prop 0003 - Type: Office Equipment  Qty: 1  Article Type: Cellular Telephone  Brand: Apple  Model:
IPHONE 5S  S/N: C38MD5GLGNJJ
Descrip: I-PHONE 5SWITH GRAPHIC COVER - MSP 16-0256-2015-0003
Obtained From: 333 S GRAND AVE
Lansing MI Ingham County At or Near:

**ATTACHMENT:**

Affidavit for Search Warrant
Search Warrant Documentation

**STATUS:**

Open

| INVESTIGATED BY | AUER COLLEEN J AUER #I55 | PAGE | 1 of 1 |
|---|---|---|---|
| REPORTED BY | | | |
| REVIEWED BY | | | |

WIN000378

| | | |
|---|---|---|
| MSP-IOD-Computer Crimes Unit | ORIGINAL DATE | INCIDENT NO. |
| SUPPLEMENTAL INCIDENT | Wed, Aug 19, 2015 | CCU-0001997-15 (01) |
| REPORT 0002 | SUPPLEMENTARY DATE | FILE CLASS |
| WIN000379 | Mon, Oct 26, 2015 | 21000 |

INCIDENT STATUS
Open pending release of property

# FE - CELL EXTORTION

## JOURNAL:

| Date | Examiner | Entry |
|---|---|---|
| 10-06-15 | Auer-Lemke | Completed data acquisition and started forensic analysis examination of Property Item 0003 |
| 10-09-15 | Auer-Lemke | Completed data acquisition and started forensic analysis examination of Property Item 0002 |
| 10-16-15 | Auer-Lemke | Forensic Analysis Examination for Property Items 0002 and 0003 in progress. |
| 10-19-15 | Auer-Lemke | Forensic Analysis Examination for Property Item 0002 completed. Still Pending completion of Forensic Analysis Examination for Property Item 0003. Report DVD for Property Item 0002 were given to OIC for review. |
| 10-23-15 | Auer-Lemke | Still Pending completion of Forensic Analysis Examination for Property Item 0003. |
| 10-26-15 | Auer-Lemke | Forensic Analysis Examination for Property Item 0003 completed. Pending completion of AICS Supplemental 0002. Report DVD for Property Item 0003 given to OIC for review. |
| 10-28-15 | Auer-Lemke | Forensic Analysis Examination for Property Items 0002 and 0003 completed. Pending Release of Property. |

## DATA ACQUISITION AND FORENSIC ANALYSIS EXAMINATION

Forensic Examiner Colleen Auer-Lemke performed data acquisition and forensic analysis examination of Property Items 0002 and 0003. The exam was conducted on the items 0002 and 0003 between October 5, 2015 and October 26, 2015. This written report and report DVD's will be provided to the officer-in-charge (OIC) explaining my findings. My authority to complete these data acquisition and forensic examination is supported by a valid search warrant issued by the 71-A District Court of Michigan. The request for forensic examination included locating evidence related to ongoing investigation of extortion of an elected official. This information is to include contact listing, call logs, text messages (SMS, MMS, IM, Chat), photographs, videos, calendar and web history. There was possible evidence found relevant to the ongoing investigation.

| PAGE 1 of 7 | | | |
|---|---|---|---|
| INVESTIGATED BY ANYST COLLEEN J AUER #855 | REPORTED BY | | REVIEWED BY |

WIN000380

| | | |
|---|---|---|
| REPORT 0002 | | |
| SUPPLEMENTAL INCIDENT | | |
| MSP-IOD-Computer Crimes Unit | | |

| INCIDENT NO. | ORIGINAL DATE | |
|---|---|---|
| CCU-0001997-15 (01) | Wed., Aug 19, 2015 | |
| FILE CLASS | SUPPLEMENTARY DATE | |
| 21000 | Mon, Oct 26, 2015 | |

**CONCLUSION:**

There was possible evidence found relevant to the ongoing investigation based on the fact that both property items for :

CCU-1997-2015-0002 (16-0256-2015-0002) Apple iPhone 4 – David Horr and
CCU-1997-2015-0003 (16-0256-2015-0003) Apple iPhone 5S Joseph Gaurat

have content possibly related to the crime of extortion however, neither cellular phone had contact listing, call logs, text messages (SMS, MMS, IM, Chat), photographs, videos, calendar and web history information stored in them related to the phone number 313-421-5345.

**SIGNAL ISOLATION (ACQUISITION):**

*Signal Isolation is the protection of sensitive electrical equipment from external radio frequency (RF) electromagnetic radiation by enclosing it in a conducting material.*

**EVIDENCE ITEM 0002** Apple iPhone 4 – David Horr

One (1) , Apple , Model# iPhone 4  S/N: C8QKT6S1DP0V

**EVIDENCE ITEM 0003** Apple iPhone 5S Joseph Gaurat

One (1) , Apple , Model# iPhone 5S  S/N: C38MD5GLGNJJ

**AirPlane Mode:**

*(Airplane mode is a setting available on many cell phones, smartphones and other electronic devices that, when engaged, suspends many of the device's signal transmitting functions thereby disabling the device's capacity to place or receive calls or text messages — while still permitting use of other functions that do not require signal transmission)*

The Cellular Phones were placed in AirPlane Mode before beginning Forensic Data Acquisition

| PAGE | INVESTIGATED BY | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| 2 of 7 | ANYST COLLEEN J AUER #I355 | | |

| INCIDENT NO. | ORIGINAL DATE |
|---|---|
| CCU-0001997-15 (01) | Wed., Aug 19, 2015 |
| FILE CLASS | SUPPLEMENTARY DATE |
| 21000 | Mon, Oct 26, 2015 |

**CELLULAR PHONES - DATA EXTRACTION:**

I conducted the data acquisition and forensic analysis examination using a Forensic Cellular device and software from:

1.   Cellebrite Physical/Logical Analyzer v 4.2.6 (The Cellebrite UFED Forensic System is the ultimate standalone device which can be used in the field as well as the forensic lab. The Cellebrite UFED extracts vital data such as phonebook, pictures, videos, text messages, Call History, ESN and IMEI information from 1600+ models of handsets sold worldwide... The Forensic Analyst can subsequently analyze the contents of the cellular phone including stored numbers and text messages. (The UFED Physical Analyzer: is one of the most advanced analysis, decoding and reporting application in the mobile forensic industry. It includes malware detection, enhanced decoding and reporting functions, project analytics, timeline graph, exporting data capabilities and much more.))

**CCU-1997-2015-0002 (16-0256-2015-0002) Apple iPhone 4 – David Horr**

**Cellular phone Acquisition**

The following information was available on the cellular phone data acquisition and forensic analysis examination for Apple iPhone 4 cellular phone. According to the Search Warrant documentation this Apple iPhone 4 belongs to David Horr.

I was able to read and extract information from the Apple iPhone 4 cellular phone which included: Personal Phone information, Contacts, Text Messages, Chats, Cookies, Call History, Web History & Bookmarks, Searches, User Accounts, Voice Mail, Wireless Networks, Devices Locations, Images, Audio/Video files and Service Provider and Services information.

**FORENSIC EXAMINATION:**

**SIGNATURE & HASH ANALYSIS:**

A signature analysis was performed for the files on the submitted media. The purpose of this analysis is to compare the actual file type from its hexadecimal signature against the file's extension which can be user manipulated. No significant mismatches were present.

**Manual search of Analyzed Data** – A search was completed of all file folders reports under the Analyzed Data once the data acquisition had been processed

**File Review:** File structures were located on Property Item 0002

**Multi-Media-** 48 video files were found and reviewed during this forensic examination. I did not find anything relevant to the ongoing investigation in these video files.

| PAGE | INVESTIGATED BY | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| 3 of 7 | ANVST COLLEEN J AUER #I55 | | |

| | | | |
|---|---|---|---|
| MSP-IOD-Computer Crimes Unit | | | |
| SUPPLEMENTAL INCIDENT | | | |
| REPORT 0002 | | | |
| ORIGINAL DATE | Wed, Aug 19, 2015 | INCIDENT NO. | CCU-0001997-15 (01) |
| SUPPLEMENTARY DATE | Mon, Oct 26, 2015 | FILE CLASS | 21000 |

WIN000382

*Images –* Approximately 31,146 images were found and reviewed during this forensic examination. I did not find anything relevant to the ongoing investigation in these image files.

*Contacts-* Approximately 2071 contacts were found including, Social Media, Email address and Phone numbers. The following Social Media, Email address and Phone numbers, of interest were found:

10000595965527+5– Joe Gamrat – Fackbook
260-504-6649 - Buckman (Joe Gamrat Cell Phone)

*SMS/MMS Messages-* Approximately 13293 SMS and 1274 MMS Messages were found. The following phone number and FaceBook profile ID were related to Joe Gamrat and was extracted into a Microsoft spreadsheet and separated for the OIC Review:

260-504-6649 – Buckman (Joe Gamrat)
10000595965527+5– Joe Gamrat – Fackbook

There were also several Delete Chats and SMS/MMS Messages that were of interest based on the content within the typed conversions however, I was unable to determine the dates and To and From direction these messages were sent. These Delete Chats and SMS/MMS Messages were extracted into a Microsoft spreadsheet and separated for the OIC Review.

### Internet Evidence Finder v6 (IEF)

Review of intact HTML files, Internet Artifacts and Internet History Files:

I used Internet Evidence Finder v6(IEF) *(Internet Evidence Finder is a forensic tool to assist the examiner/analyst with parsing internet artifacts that are an important piece of the computer forensic examination who are conducting full forensic examinations of Android and iOS mobile devices as well as Windows and Mac computers.)* to recover and review any internet related data that may related to possible communication by subject and victim from Social networks, such as Skype, Facebook, SnapChat, Webmail, Instant Messenger Chat History and Web browser artifacts. There was possible evidence found relevant to the ongoing investigation.

| PAGE | INVESTIGATED BY | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| 4 of 7 | ANYST COLLEEN J AUER #I355 | *(signature)* | |

| MSP-IOD-Computer Crimes Unit | ORIGINAL DATE | INCIDENT NO. |
| SUPPLEMENTAL INCIDENT | Wed, Aug 19, 2015 | CCU-0001997-15 (01) |
| REPORT 0002 | SUPPLEMENTARY DATE | |
| | Mon, Oct 26, 2015 | FILE CLASS |
| | | 21000 |

**CCU-1997-2015-0003 (16-0256-2015-0003) Apple iPhone 5S Joseph Gamrat**

**Cellular phone Acquisition**

The following information was available on the cellular phone data acquisition and forensic analysis examination for Apple iPhone 5S cellular phone. According to the Search Warrant documentation this Apple iPhone 5S belongs to Joseph Gamrat.

I was able to read and extract information from the Apple iPhone 5S cellular phone which included: Personal Phone information, Contacts, Text Messages, Chats, Cookies, Call History, Web History & Bookmarks, Searches, User Accounts, Voice Mail, Wireless Networks, Devices Locations, Images, Audio/Video files and Service Provider and Services information.

*FORENSIC EXAMINATION:*

**SIGNATURE & HASH ANALYSIS:**
A signature analysis was performed for the files on the submitted media. The purpose of this analysis is to compare the actual file type from its hexadecimal signature against the file's extension which can be user manipulated. No significant mismatches were present.

*Manual search of Analyzed Data* - A search was completed of all file folders reports under the Analyzed Data once the data acquisition had been processed.

*File Review:* File structures were located on Property Item 0003

*Multi-Media* - 90 video files were found and review were reviewed during this forensic examination; Several videos (18) were bookmarked that were within the time frame that Cindy Gamrat was in office. Four (4) videos were found of Cindy Gamrat in vehicle with another person and appear to have been sent to her as attachment via MMS and iMessages by Joe Gamrat.

These video files were found on Joe Gamrat iPhone 5S and were located in:

/Library/SMS/Attachments/e1/01/......IMG_8371.MOV
/Library/SMS/Attachments/db/01/......IMG_8372.MOV
/Library/SMS/Attachments/24/04/......IMG_8373.MOV
/Library/SMS/Attachments/ef/15/......IMG_8375.MOV

These Videos were taken using a :

Camera Make:  Apple
Camera Model: iPhone 5s
Camera Software: 8.3
Recording Time:  6/25/2015 5:10:45 PM through 6/25/2015 05:19:50 PM

| INVESTIGATED BY | REPORTED BY | REVIEWED BY |
| ANVST COLLEEN J AUER #I355 | | |
| PAGE | | |
| 5 of 7 | | |

WIN000383

MSP-IOD-Computer Crimes Unit
SUPPLEMENTAL INCIDENT
REPORT 0002

WIN000384

| INCIDENT NO. | ORIGINAL DATE | FILE CLASS | SUPPLEMENTARY DATE |
|---|---|---|---|
| CCU-0001997-15 (01) | Wed, Aug 19, 2015 | 21000 | Mon, Oct 26, 2015 |
| | | 01000 | |

*Images* - Approximately 3,444 images were found and reviewed during this forensic examination. Many of these images were work and family related to owner of the iPhone 5S cellular phone.

*Contacts* - Approximately 6210 contacts were found including, Email address and Phone numbers. The following phone numbers of interest were found:

260-504-6649 – Joe Gamrat – Owner of iPhone 5 S
616-481-8727 – Keith Allard
810-423-3376 – Asshole Todd (A.K.A Todd Courser) (iPhone)
810-728-3379 – Asshole Todd (A.K.A Todd Courser)

*Contact Information for Cindy Gamrat* – During my search for Cindy Gamrat phone number I located five phone numbers listed for Cindy Gamrat that were associated with several SMS message and Call logs to and from the phone numbers below dating as far back as 2013 :

260-388-5147 – Cindy Gamrat (iPhone)
269-365-7390 – Cindy Gamrat (Mobile)
269-491-3600 – Cindy Gamrat (iPhone)
269-365-9360 – Cindy Gamrat (Other)
269-204-6039 – Cindy Gamrat (Home)

*SMS/MMS Messages* - Approximately 9020 SMS and 375 MMS Messages were found.  The following phone numbers were related to several Chats and SMS/MMS Messages  and were extracted into a Microsoft spreadsheet and separated for the OIC Review:

517-643-0013 – This Phone number was not found on the Apple iPhone 5S
260-504-6649 – Joe Gamrat (Owner of iPhone 5S)
313-421-5345 – Unknown Person - NO SMS messages of interest were found
616-481-8727 – Keith Allard - Several SMS messages of interest were found
810-338-5613 – Joshua Cline, Joe Cline and Mark Cline - SMS messages were found
810-627-8121 – Ben Graham - Several SMS messages were found

There were several  several Chats and SMS/MMS  Messages to and from these phone numbers

| PAGE 6 of 7 | INVESTIGATED BY ANYST COLLEEN J AUER #I55 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

| PAGE | 1 of 1 |
|---|---|
| INVESTIGATED BY | ANYST COLLEEN J AUER #I355 |
| REPORTED BY | REVIEWED BY |

**MSP-IOD-Computer Crimes Unit**
**SUPPLEMENTAL INCIDENT**
**REPORT 0002**

| INCIDENT NO. | ORIGINAL DATE | FILE CLASS |
|---|---|---|
| CCU-0001997-15 (01) | Wed, Aug 19, 2015 | 21000 |
| | SUPPLEMENTARY DATE | |
| | Mon, Oct 26, 2015 | |

## Internet Evidence Finder v6 (IEF)

Review of intact HTML files, Internet Artifacts and Internet History Files:

I used Internet Evidence Finder v6 (IEF) (*Internet Evidence Finder is a forensic tool to assist the examiner/analyst with parsing Internet artifacts that are an important piece of the computer forensic examination who are conducting full forensic examinations of Android and iOS mobile devices as well as Windows and Mac computers.*) to recover and review any internet related data that may related to possible communication by subject and victim from Social networks, such as Skype, Facebook, SnapChat, Webmail, Instant Messenger Chat History and Web browser artifacts.

**FORENSIC FINDINGS:**

DVD discs containing Forensic Finding Reports on the above mentioned data extractions and forensic analysis were created for investigator review.

**STATUS:**

Open pending release of property

WIN000385