# Exhibit 4

**David Horr deposition, Feb 27, 2020**

# *In The Matter Of:*

## Todd Courser v. Joseph Gamrat

## David Horr

## February 27, 2020



David Horr
February 27, 2020

Page 1

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY of KALAMAZOO

TODD COURSER,

       Plaintiff,

  -vs-                     Case No.: 2018-0469-CZ
                              Hon. Alexander C. Lipsey

JOSEPH GAMRAT and DAVID HORR,
      Defendants.

_____/

                  The deposition of DAVID HORR was taken
before Catherine Passmore, CSR-4212, a Certified Shorthand
Reporter and Notary Public in and for Macomb County,
Michigan, at Carroll Court Reporting and Video, 701 Huron
Avenue, Port Huron, Michigan, on the 27th day of February,
2020, commencing at 9:02 a.m., pursuant to the applicable
Court Rules.

APPEARANCES:

MR. MATTHEW S. DePERNO (P52622)
DePERNO LAW OFFICE, PLLC
951 West Milham Avenue
P.O. Box 1595
Portage, Michigan 49081
(269) 321-5064

Appearing on behalf of the Plaintiff

MR. BRIAN E. WEISS (P51502)
VLACHOS & VLACHOS, PC
5659 Stadium Drive
Kalamazoo, Michigan 49009
(269) 375-6646

Appearing on behalf of the Defendant Joseph Gamrat

David Horr
February 27, 2020

Page 2

1  APPEARANCE CONTINUING:

2  MR. DAVID HORR

821 Sanborn Street

3  Port Huron, Michigan 48060

4  In Pro Per

5

6  Also Present:  Todd Courser

Joseph Gamrat

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

David Horr
February 27, 2020

Page 31

 1   **A**   **I don't recall.**

 2   Q    Do you think less than 50?

 3   **A**   **I don't recall.**

 4   Q    I'm just trying to see if there's any number we can get

 5        to.  Some closer number more than ten.

 6   **A**   **It's more than ten.  I'm sure the document exists that**

 7        **shows all of the texts.**

 8   Q    Okay.  I'm trying to get your understanding of what you

 9        may recall.  Do you recall if there's more than 50,

10        less than 50?

11   **A**   **More than ten, less than a hundred.**

12   Q    Did you hide your involvement from the police in

13        sending these text messages?

14   **A**   **No.**

15   Q    Did there come a point where you destroyed that burner

16        phone?

17   **A**   **Yes.**

18   Q    Why?

19   **A**   **I didn't need it any longer.**

20   Q    When did you destroy it?

21   **A**   **I have no idea.**

22   Q    June of 2015?

23   **A**   **No idea.**

24   Q    July of 2015?  No idea at all?

25   **A**   **No idea.**

David Horr
February 27, 2020

Page 32

```
 1   Q    How did you destroy it?

 2   A    I broke it in half and threw it in the garbage.

 3   Q    Most people who don't want a cell phone anymore just

 4        put it in their drawer, why did you break that one in

 5        half?

 6   A    I didn't need it any longer.

 7   Q    No other reason than I didn't need it any longer?

 8   A    That's the only reason.

 9   Q    You weren't worried that someone might find out about

10        it?

11   A    No.

12   Q    Not at all?

13   A    No.

14   Q    Did anyone tell you to break that phone in half?

15   A    No.

16   Q    Okay.  Number 37 says, "The MSP later discovered that

17        extortion texts were sent from a phone that was in the

18        possession of Horr, who neither Plaintiff nor Cindy

19        Gamrat had ever met."  You denied that.  You said "I

20        disagree with the statement because it was not

21        extortion."

22   A    Correct.

23   Q    Setting that issue aside, whether or not it was

24        extortion, is there anything else you disagree with in

25        that statement?
```

David Horr
February 27, 2020

Page 33

```
 1   A    No.

 2   Q    If you go to number 40.  40a, did you send the text,

 3        "Burner phone audio evidence time to have an impartial

 4        party (ME) reach out to Courser camp?

 5   A    Yes.

 6   Q    What's the audio evidence?

 7   A    I don't know.

 8   Q    What did you want to reach out to the Courser camp

 9        about?

10   A    The affair.

11   Q    And when you mean Courser camp who is the Courser camp?

12   A    Todd.

13   Q    Just Todd?

14   A    Yes.

15   Q    What about his brother?

16   A    No.

17   Q    His mother?

18   A    No.

19   Q    His wife?

20   A    No.

21   Q    In what way did you mean that you would reach out to

22        the Courser camp?

23   A    I don't recall.

24   Q    Well, you say, "Burner phone audio evidence time to

25        have an impartial party (ME) reach out to Courser
```

David Horr
February 27, 2020

Page 144

 1                    CERTIFICATE OF REPORTER

 2

 3    STATE OF MICHIGAN  )

 4                      )  SS

 5    COUNTY OF MACOMB   )

 6

 7                         I hereby certify that

 8    I reported stenographically the foregoing

 9    proceedings and testimony under oath at the time and

10    place hereinbefore set forth; that thereafter the

11    same was reduced to computer transcription under my

12    supervision; and that this is a full, true, complete

13    and correct transcription of said proceedings.

14

15

16

17    _Catherine Passmore_____

18         CATHERINE PASSMORE, CSR-4212

19         Notary Public

20         Macomb County, Michigan

21         My commission expires December 3, 2021

22

23

24

25