UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

TODD COURSER,

    Plaintiff,

v.

RADISSON HOTELS INTERNATIONAL,
INC. et al.,

    Defendants.

_____/

Case No. 1:18-CV-1232

HON. GORDON J. QUIST

## **ORDER**

Plaintiff has filed a Motion to File Extended Brief, (ECF No. 187), in which he requests leave to file a response brief exceeding the page limit. The local rules require a computer-produced brief not to exceed 10,800 words. W.D. Mich. LCivR 7.2(b)(i). According to Plaintiff's certificate of compliance, his brief complies with the rule. The twenty-five page limit applies to briefs that are hand-written or produced on a typewriter. *Id.*

**Accordingly, IT IS HEREBY ORDERED** that the Clerk's Office shall accept Plaintiff's response brief, and Plaintiff's motion (ECF No. 187) is **denied as moot**.

Dated: July 27, 2021

                                                    /s/ Gordon J. Quist
                                                  GORDON J. QUIST
                                       UNITED STATES DISTRICT JUDGE